IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00692 |

**STATE OF LOUISIANA'S MOTION FOR PRELIMINARY INJUNCTION AND TO EXPEDITE**

The State of Louisiana, by and through its Attorney General, Jeff Landry (the "State"), respectfully moves for an order under Federal Rule of Civil Procedure 65 for a preliminary injunction in their favor against the named Defendants. As explained in the Complaint and the attached Memorandum, Defendants actions violate the Constitution, Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d *et seq.* ("Title VI") and the Administrative Procedure Act ("APA").

This Motion is made on the grounds specified herein, the Complaint and other documents on file, the accompanying Memorandum of Law, the exhibits attached to the Complaint and to the Seidemann Declaration supporting this Motion, all matters of which this Court may take judicial notice, and such other argument and evidence on which the Court may properly rely. The State is substantially likely to prevail on the merits of their claims and preliminary injunctive relief is necessary to avoid substantial injuries to their sovereign, quasi-sovereign, and proprietary interests. The public interest and balance of harms favor entry of a preliminary action as well.

For the foregoing reasons, the State respectfully requests a preliminary injunction, without bond, enjoining Defendants from: (1) delegating to any private person or group (including the Private

Special Interest Groups) any power to veto governmental actions of EPA, including extensions of the time to resolve Title VI complaints informally beyond 180 days after filing of complaint(s), for all Title VI enforcement actions involving the State or any State agency, (2) imposing or enforcing any disparate-impact-based requirements against the State or any State agency under Title VI, and (3) imposing or enforcing any Title VI-based requirements upon the State or any State agency that are not both (a) ratified by the President, as required by 42 U.S.C. § 2000d-1, and (b) based upon requirements found within the four corners of EPA's disparate-impact regulations, 40 C.F.R. § 7.35(b), (c).

The State of Louisiana requests resolution of this motion before the **July 11, 2023** deadline imposed by EPA and the Private Special Interest Groups. Exh. 42; *see also, e.g.*, Exh. 22 (Defendant Dorka noting "the very tight timeframe for resolving this case by July 11, 2023"). The State asks the Court to set a briefing schedule accordingly.

Dated:  June 21, 2023

Respectfully submitted,

By: */s/ Joseph Scott St. John*

DREW C. ENSIGN *
  Special Assistant Solicitor General
  *Pro Hac Vice forthcoming*
202 E. Earll Drive
Suite 490
Phoenix, AZ 85004
drewensignlaw@gmail.com

ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
TRACY SHORT (La #23940)
  Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*