IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00692 |

**PRELIMINARY INJUNCTION**

For the reasons stated in the State of Louisiana's ("State") Motion for a Preliminary Injunction, the Motion is GRANTED. Pursuant to Fed. R. Civ. P. 65, Defendants are preliminarily enjoined from (1) delegating to any private person or group any power to veto governmental actions of EPA, including extensions of the time to resolve Title VI complaints informally beyond 180 days after filing of complaint(s), for all Title VI enforcement actions involving the State or any State agency, (2) imposing or enforcing any disparate-impact-based requirements against the State or any State agency under Title VI, and (3) imposing or enforcing any Title VI-based requirements upon the State or any State agency that are not both (a) ratified by the President, as required by 42 U.S.C. § 2000d-1, and (b) based upon requirements found within the four corners of EPA's disparate-impact regulations, 40 C.F.R. § 7.35(b), (c). No bond is required.

SO ORDERED.

_____
JAMES D. CAIN, JR.
U.S. DISTRICT JUDGE