IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00692 |

**STATE OF LOUISIANA'S MOTION TO FILE EXCESS PAGES**

The States of Louisiana, by and through its Attorney General, Jeff Landry (the "State"), respectfully requests leave to file a memorandum in excess of 42 pages in support of its motion for a preliminary injunction.

Local Rule 7.8 provides that "[e]xcept with permission of the judge, no brief shall exceed 25 pages in length . . . ." The State accordingly requests leave pursuant to that rule to file a 42 page memorandum in support of its Motion for a Preliminary Injunction. Good cause exists for granting that request. Defendants seek to contort Title VI of the Civil Rights Act to dramatically alter the balance of State and federal power. Specifically, Defendants seek to redistribute environmental impacts through explicit racial balancing, regulate environmental impacts that Congress has not seen fit to address through environmental statutes, condition State environmental permitting on NEPA-like pre-decisional analysis of racial impacts, and condition speech by State agencies and officials on compliance with EPA protocols and an EPA-approved committee. The State asserts Defendants' actions are unconstitutional, unlawful, ultra vires, and contrary to their own regulations, with the upshot of forcing State agencies to engage in race-conscious decision-making. The State respectfully

1

submits that in view of the seriousness of the issues presented and the multiple legal violations, an over-length brief is warranted.

The State's proposed brief is attached.

Dated: June 21, 2023　　　　　　　　　　Respectfully submitted,

By: */s/ Joseph Scott St. John*

| | |
|---|---|
| DREW C. ENSIGN * <br>   Special Assistant Solicitor General <br>   *Pro Hac Vice forthcoming* <br> 202 E. Earll Drive <br> Suite 490 <br> Phoenix, AZ 85004 <br> drewensignlaw@gmail.com | ELIZABETH B. MURRILL (La #20685) <br>   Solicitor General <br> J. SCOTT ST. JOHN (La #36682) <br>   Deputy Solicitor General <br> TRACY SHORT (La #23940) <br>   Assistant Attorney General <br> LOUISIANA DEPARTMENT OF JUSTICE <br> 1885 N. Third Street <br> Baton Rouge, Louisiana 70804 <br> Tel: (225) 326-6766 <br> murrille@ag.louisiana.gov <br> stjohnj@ag.louisiana.gov <br> shortt@ag.louisiana.gov |

*Counsel for Plaintiff State of Louisiana*