IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00692 |

## ORDER

The States of Louisiana's Motion to File Excess Pages is GRANTED. The State's proposed memorandum is FILED.

SO ORDERED.

_____
JAMES D. CAIN, JR.
U.S. DISTRICT JUDGE