# EXHIBIT 5

# FY 2022-2026 EPA STRATEGIC PLAN

## OVERVIEW

### What is EPA's Strategic Plan?

- Communicates EPA's vision, priorities, and strategies to accomplish the agency's mission over the next four years.
- Serves as the framework for annual planning and budgeting and development of grant work plans.
- Provides the basis for monitoring progress and adjusting strategies.
- Meets government-wide requirements (Government Performance Results Act (GPRA) Modernization Act amended by Evidence Act).



*EPA Planning and Performance Framework*

### What are the Key Takeaways in EPA's Strategic Plan?

- The *Plan* renews commitment to EPA's three principles— follow the science, follow the law, and be transparent, while adding a fourth foundational principle: advance justice and equity.
- For the first time, EPA's *Plan* includes a strategic goal focused exclusively on addressing climate change and an unprecedented strategic goal to advance environmental justice and civil rights. These priorities are integrated throughout the *Plan's* programmatic goals and cross-agency strategies.
- EPA's four cross-agency strategies articulate essential ways of working to accomplish mission outcomes, including collaborating with traditional and new partners – Tribal nations, state and local governments, and communities.
- Three Agency Priority Goals will jump start action on climate change, environmental justice, and civil rights.

# FY 2022-2026 EPA Strategic Plan Framework

**Mission:** To Protect Human Health and the Environment

**Principles:** Follow the Science, Follow the Law, Be Transparent, Advance Justice and Equity



**Strategy 1:** Ensure Scientific Integrity and Science-Based Decision Making



**Strategy 2:** Consider the Health of Children at All Life Stages and Other Vulnerable Populations



**Strategy 3:** Advance EPA's Organizational Excellence and Workforce Equity



**Strategy 4:** Strengthen Tribal, State, and Local Partnerships and Enhance Engagement



**Goal 1:** Tackle the Climate Crisis

- **Obj 1.1:** Reduce Emissions that Cause Climate Change
- **Obj 1.2:** Accelerate Resilience and Adaptation to Climate Change Impacts
- **Obj 1.3:** Advance International and Subnational Climate Efforts



**Goal 2:** Take Decisive Action to Advance Environmental Justice and Civil Rights

- **Obj 2.1:** Promote Environmental Justice and Civil Rights at the Federal, Tribal, State, and Local Levels
- **Obj 2.2:** Embed Environmental Justice and Civil Rights into EPA's Programs, Policies, and Activities
- **Obj 2.3:** Strengthen Civil Rights Enforcement in Communities with Environmental Justice Concerns



**Goal 3:** Enforce Environmental Laws and Ensure Compliance

- **Obj 3.1:** Hold Environmental Violators and Responsible Parties Accountable
- **Obj 3.2:** Detect Violations and Promote Compliance



**Goal 4:** Ensure Clean and Healthy Air for All Communities

- **Obj 4.1:** Improve Air Quality and Reduce Localized Pollution and Health Impacts
- **Obj 4.2:** Reduce Exposure to Radiation and Improve Indoor Air



**Goal 5:** Ensure Clean and Safe Water for All Communities

- **Obj 5.1:** Ensure Safe Drinking Water and Reliable Water Infrastructure
- **Obj 5.2:** Protect and Restore Waterbodies and Watersheds



**Goal 6:** Safeguard and Revitalize Communities

- **Obj 6.1:** Clean Up and Restore Land for Productive Uses and Healthy Communities
- **Obj 6.2:** Reduce Waste and Prevent Environmental Contamination
- **Obj 6.3:** Prepare for and Respond to Environmental Emergencies



**Goal 7:** Ensure Safety of Chemicals for People and the Environment

- **Obj 7.1:** Ensure Chemical and Pesticide Safety
- **Obj 7.2:** Promote Pollution Prevention

## FY 2022-2026 Long-Term Performance Goals – Strategic Goals 1-3

| Goal | Obj | Performance Goal |
|---|---|---|
| Goal 1: Climate | Obj 1.1 | Promulgate final rules to reduce greenhouse gas emissions from light duty, medium-duty, and heavy-duty vehicles; electric utility generating units; and the oil and gas industry. |
| | | EPA's climate partnership programs will reduce expected annual GHG emissions by 545 million metric tons of carbon dioxide equivalent. |
| | Obj 1.2 | Implement all priority actions in EPA's Climate Adaptation Action Plan and the 20 National Program and Regional Climate Adaptation Implementation Plans to account for the impacts of the changing climate on human health and the environment. |
| | | Assist at least 400 federally recognized Tribes to take action to anticipate, prepare for, adapt to, or recover from the impacts of climate change. |
| | | Assist at least 450 states, territories, local governments, and communities, especially communities that are underserved and disproportionally at risk from climate change, to take action to anticipate, prepare for, adapt to, or recover from the impacts of climate change. |
| | Obj 1.3 | Implement at least 40 international climate engagements that result in an individual partner commitment or action to reduce greenhouse gas emissions, adapt to climate change, or improve resilience in a manner that promotes equity. |
| Goal 2: Environmental Justice | Obj 2.1 | All EPA programs that seek feedback and comment from the public will provide capacity-building resources to communities with environmental justice concerns to support their ability to meaningfully engage and provide useful feedback to those programs. |
| | | Include commitments to address disproportionate impacts in all written agreements between EPA and Tribes and states (e.g., grant work plans) implementing delegated authorities. |
| | | EPA programs with direct implementation authority will take at least 100 significant actions that will result in measurable improvements in Indian country. |
| | | All state recipients of EPA financial assistance will have foundational civil rights programs in place. |
| | | Increase by 40% the number of Office of Research and Development activities related to environmental justice that involve or are applicable to Tribes, states, territories, local governments, and communities. |
| | Obj 2.2 | Reduce disparities in environmental and public health conditions represented by the indicators identified through the FY 2022-2023 Agency Priority Goal. |
| | | 80% of significant EPA actions with environmental justice implications will clearly demonstrate how the action is responsive to environmental justice concerns and reduces or otherwise addresses disproportionate impacts. |
| | | All EPA programs that work in and with communities will do so in ways that are community-driven, coordinated and collaborative, support equitable and resilient community development, and provide for meaningful involvement and fair treatment of communities with environmental justice concerns. |
| | | All EPA programs and regions will identify and implement areas and opportunities to integrate environmental justice considerations and achieve civil rights compliance in their planning, guidance, policy directives, monitoring, and review activities. |
| | | All EPA programs and regions will implement program and region-specific language assistance plans. |
| | | All EPA programs and regions will implement program and region-specific disability access plans. |
| | Obj 2.3 | Initiate 45 proactive post-award civil rights compliance reviews to address discrimination issues in environmentally overburdened and underserved communities. |
| | | Complete 305 audits to ensure EPA financial assistance recipients are complying with nondiscrimination program procedural requirements. |
| | | Complete 84 information sharing sessions and outreach and technical assistance events with overburdened and underserved communities and environmental justice advocacy groups on civil rights and environmental justice issues. |
| Goal 3: Enforcement/ Compliance | Obj 3.1 | Reduce to not more than 93 the number of open civil judicial cases more than 2.5 years old without a complaint filed. |
| | Obj 3.2 | Send 75% of EPA inspection reports to facilities within 70 days of inspection. |
| | | Conduct 55% of annual EPA inspections at facilities that affect communities with potential environmental justice concerns. |

# FY 2022-2026 Long-Term Performance Goals – Strategic Goals 4-7

| Goal | Objective | Performance Goal |
|---|---|---|
| **Goal 4: Air** | Obj 4.1 | Reduce ozone season emissions of nitrogen oxides from electric power generation sources by 21% from the 2019 baseline of 390,354 tons. |
| | | Improve measured air quality in counties not meeting the current National Ambient Air Quality Standards from the 2016 baseline by 10%. |
| | | Strive to ensure all people with low socio-economic status live in areas where the air quality meets the current fine particle pollution National Ambient Air Quality Standards. |
| | | Ensure U.S. consumption of hydrochlorofluorocarbons is less than 76.2 tons per year of ozone depletion potential. |
| | Obj 4.2 | Prevent 2,250 lung cancer deaths annually through lower radon exposure as compared to the FY 2020 baseline of 1,684 prevented lung cancer deaths. |
| **Goal 5: Water** | Obj 5.1 | Reduce the number of community water systems still in noncompliance with health-based standards since March 31, 2021 from 752 to 500. |
| | | Reduce the number of community water systems in Indian country still in noncompliance with health-based standards since March 31, 2021 from 110 to 70. |
| | | Leverage an additional $45 billion in non-federal dollars through EPA's water infrastructure finance programs (CWSRF, DWSRF and WIFIA). |
| | | In coordination with other federal agencies, provide access to basic sanitation for an additional 36,500 American Indian and Alaska Native homes. |
| | | Provide 2,203 Tribal, small, rural, or underserved communities with technical, managerial, or financial assistance to improve operations of their drinking water or wastewater systems. |
| | Obj 5.2 | Increase by 41,000 square miles the area of watersheds with surface water meeting standards that previously did not meet standards. |
| **Goal 6: Land** | Obj 6.1 | Bring human exposures under control at an additional 60 Superfund sites. |
| | | Complete 225 Superfund cleanup projects that address lead as a contaminant. |
| | | Clean up an additional 650 brownfields properties. |
| | | Make an additional 425 RCRA corrective action cleanups Ready for Anticipated Use. |
| | | Conduct an additional 35,000 cleanups at Leaking Underground Storage Tank facilities. |
| | Obj 6.2 | Increase the percentage of updated permits at RCRA facilities to 80% from the FY 2021 baseline of 72.7%. |
| | Obj 6.3 | Ensure that 40% of annual emergency response and removal exercises that EPA conducts or participates in incorporate environmental justice. |
| **Goal 7: Chemicals** | Obj 7.1 | Complete at least eight High Priority Substance TSCA risk evaluations annually within statutory timelines compared to the FY 2020 baseline of one. |
| | | Initiate all TSCA risk management actions within 45 days of the completion of a final existing chemical risk evaluation. |
| | | Review 90% of past risk mitigation requirements for TSCA new chemical substances decisions compared to the FY 2021 baseline of none. |
| | | Recertify before the expiration date 36% of lead-based paint Renovation, Repair, and Painting firms whose certifications are scheduled to expire compared to the FY 2021 baseline of 32%. |
| | | Complete 78 pesticide registration review cases with statutory due dates that fall after October 1, 2022. |
| | | Consider the effects determinations or protections of federally threatened and endangered species for new active ingredients in 90% of the risk assessments supporting pesticide registration decisions for new active ingredients compared to the FY 2020 baseline of 50%. |
| | | Consider the effects determinations or protections of federally threatened and endangered species in 50% of the risk assessments supporting pesticide registration review decisions compared to the FY 2020 baseline of 27%. |
| | | Support Agricultural Worker Protection Standard pesticide safety training for 20,000 farmworkers annually compared to the FY 2018-2020 annual average baseline of 11,000. |
| | Obj 7.2 | Reduce a total of 6 million metric tons of carbon dioxide equivalent released attributed to EPA pollution prevention grants. |
| | | EPA's Safer Choice program will certify a total of 2,300 products compared to the FY 2021 baseline of 1,950 total certified products. |

## FY 2022-2026 Long-Term Performance Goals – Cross-Agency Strategies

| | |
|---|---|
| **Strategy 1: Science** | Increase the annual percentage of Office of Research and Development research products meeting partner needs to 95% from a baseline of 93% in FY 2021. |
| | Implement 126 actions for scientific integrity objectives that are certified by Deputy Scientific Integrity Officials in each EPA program and region. |
| **Strategy 2: Children's Health** | Assess and consider environmental health information and data for children at all life stages for all completed EPA actions that concern human health. |
| **Strategy 3: Workforce** | EPA will be in full compliance with the five high-priority directives in Executive Order 14028: *Improving the Nation's Cybersecurity*. |
| | Award 4% of EPA contract spending to small businesses located in Historically Underutilized Business Zones compared to the FY 2018-2020 average annual baseline of 2.2%. |
| | Initiate all priority climate resiliency projects for EPA-owned facilities within 24 months of a completed facility climate assessment and project prioritization. |
| | EPA will achieve the highest Diversity, Equity, Inclusion and Accessibility Maturity Level of "Leading and Sustaining" as defined by the November 2021 *Government-wide Strategic Plan to Advance DEIA in the Federal Workforce* and achieve all EPA goals identified in the Agency's Gender Equity and Equality Action Plan. |
| | Automate all priority internal administrative processes. |
| | Automate the major EPA permitting programs. |
| | Improve 1,000 operational processes. |
| **Strategy 4: Partnerships** | Consider Tribal treaty rights as part of all EPA Tribal consultations that may affect Tribal treaty rights. |
| | Eliminate the backlog of overdue Freedom of Information Act responses, compared to the FY 2021 baseline of 1,056. |

## FY 2022-2023 Agency Priority Goals

| |
|---|
| **Phase down the production and consumption of hydrofluorocarbons (HFCs).** By September 30, 2023, annual U.S. consumption of HFCs will be 10% below the baseline of 303.9 million metric tons of carbon dioxide equivalent (MMTCO$_2$e) consistent with the HFC phasedown schedule in the American Innovation and Manufacturing Act and codified in the implementing regulations. A 10% reduction would decrease the U.S. consumption limit to less than 273.5 MMTCO$_2$e in 2023. |
| **Deliver tools and metrics for EPA and its Tribal, state, local, and community partners to advance environmental justice and external civil rights compliance.** By September 30, 2023, EPA will develop and implement a cumulative impacts framework, issue guidance on external civil rights compliance, establish at least 10 indicators to assess EPA's performance in reducing disparities in environmental and public health conditions, and train staff and partners on how to use these resources. |
| **Clean up contaminated sites and invest in water infrastructure to enhance the livability and economic vitality of overburdened and underserved communities.** By September 30, 2023, EPA will provide technical assistance to at least 10 communities to help achieve clean and safe water and reduced exposures to hazardous substances. |