# EXHIBIT 7



# Office of Environmental Justice and External Civil Rights Briefing

## October 18, 2022

# The Reorganization

- EPA has combined three existing offices into a single new National Program Office: the Office of Environmental Justice, the External Civil Rights Compliance Office, and the Conflict Prevention and Resolution Center. The new office is the Office of Environmental Justice and External Civil Rights Compliance (OEJECR).

- A Senate-confirmed Assistant Administrator to lead this office.

- OEJECR will elevate environmental justice and civil rights at EPA and put it on the same playing field as the Office of Air, Office of Water, and other national programs.

# The Why

- EPA needs high-level, coordinated, and consistent leadership on environmental justice and civil rights to transform how EPA understands and implements its work—how it prioritizes program resources, allocates funding, implements statutory authorities, and engages communities.

- OEJECR will be laser-focused on making sure all relevant agency programs, policies, and regional activities reflect a renewed focus on environmental justice and external civil rights.

- The Assistant Administrator (AA) of the new NPM will serve at the same level as the other AAs and will facilitate critical, peer-to-peer discussions about changing the way EPA does its work.



U.S. Environmental Protection Agency

# Staffing Highlights

**Environmental Justice**

- In FY2021, EPA supported 36 FTE in the EJ Program. With the $100M appropriation for FY2022, EPA will support **206 FTE** in the EJ Program—an increase of 170 FTE.
  - 84 FTE in the HQ environmental justice program.
  - 12 FTE for dedicated EJ staff in other HQ offices and national programs.
  - 110 FTE for EJ staff across the ten EPA regions (an increase from 13 FTE).

**External Civil Rights Enforcement and Conflict Prevention**

- With FY2022 appropriations, EPA is supporting 18 FTE for the External Civil Rights Compliance Office.
- With FY2022 appropriations, EPA is supporting 5 FTE for the Conflict Prevention and Resolution Center.

**Total FTE in HQ and the Regions: 229**



6