# EXHIBIT 14



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
Washington, D.C. 20460

OFFICE OF
GENERAL COUNSEL

*sent by email*

Joseph Scott St. John
Deputy Solicitor General
Louisiana Department of Justice
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA  70804-9005

    RE:    EPA Complaint Nos. 01R-22-R6, 02R-22-R6, and 04R-22-R6
              Response to LA DOJ letter of December 9, 2022

Dear Mr. St. John,

This letter acknowledges receipt of the Louisiana Department of Justice (LA DOJ) letter of December 9, 2022. The letter has been referred to me for response.  EPA appreciates Louisiana's willingness to engage in informal resolution discussions and the opportunity to review the views as outlined in your letter and raised in our discussions to date. While EPA does not agree with all of the characterizations in the letter, we will not be responding at this time to all its specific points and instead will focus on our informal resolution discussions. We look forward to our next discussion in early January 2023.

We also wish you and yours the happiest of holidays and a healthy New Year.

Sincerely,

JAMES PAYNE
Digitally signed by JAMES PAYNE
Date: 2022.12.29 13:00:29 -05'00'

James Payne
Deputy General Counsel for Environmental Media and Regional Law Offices