# EXHIBIT 17

# St. John, Joseph

| | |
|---|---|
| **From:** | Seidemann, Ryan |
| **Sent:** | Friday, December 9, 2022 10:50 AM |
| **To:** | Murrill, Elizabeth; St. John, Joseph; Freel, Angelique |
| **Subject:** | FW: Agreement to Extend the 180-day Timeframe for Resolving EPA Complaint Nos. 01R-22-R6 and 02R-22-R6 |
| **Attachments:** | Extension Agreement with Denka Complaint Parties 12 9 2022.docx |

**From:** Dorka, Lilian <Dorka.Lilian@epa.gov>
**Sent:** Friday, December 09, 2022 10:48 AM
**To:** Deena Tumeh <dtumeh@earthjustice.org>; Adam Kron <akron@earthjustice.org>; dspence@lawyerscommittee.org; Courtney Burdette <Courtney.Burdette@LA.GOV>; Stephen Russo <Stephen.Russo@LA.GOV>
**Cc:** Roger Ward (DEQ) <Roger.Ward@LA.GOV>; jill.clark@la.gov; Dwana King <Dwana.King@LA.GOV>; Neal Elliott <Neal.Elliott@LA.GOV>; David McCay <David.McCay@LA.GOV>; Seidemann, Ryan <SeidemannR@ag.louisiana.gov>; Hoang, Anhthu <Hoang.Anhthu@epa.gov>; Khan, Zahra <Khan.Zahra@epa.gov>; Scott, Ronald <Scott.Ronald@epa.gov>; O'Lone, Mary <OLone.Mary@epa.gov>; Isales, Daniel <Isales.Daniel@epa.gov>; Moncrieffe, Marcia <Moncrieffe.Marcia@epa.gov>; Andrews, Suzanne <Andrews.Suzanne@epa.gov>; McGuire, James <McGuire.James@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Wilson, Adam <wilson.adam@epa.gov>; Rhodes, Julia <Rhodes.Julia@epa.gov>
**Subject:** Agreement to Extend the 180-day Timeframe for Resolving EPA Complaint Nos. 01R-22-R6 and 02R-22-R6

**CAUTION:** This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Counsel for Complainants and Recipients in EPA Complaint Nos. 01R-22-R6 and 02R-22-R6:

Attached for your review and signature is an agreement to extend the 180-day timeframe for resolving the above-referenced complaints by 90 calendar days from December 13, 2022 to March 13, 2023. Please sign the appropriate signature page and return to me via email at your first opportunity and no later than COB Monday, December 12, 2022.

We look forward to our initial informal resolution meeting with Recipients on Monday December 12th at 11:30 ET. We wanted to take this opportunity to share some more detail on EPA's process going forward.

Within 60 calendar days of December 13, 2022, EPA will make an assessment of the progress of negotiations and the likelihood of resolution through an Informal Resolution Agreement (IRA). Based on that assessment, EPA will determine whether to proceed with IRA negotiations and resolve the complaints through informal resolution, or end negotiations and proceed to issue Preliminary Findings. EPA will notify the Complainants and Recipients of its decision. If negotiations are productive and EPA determines to proceed, EPA will at that time share with Complainants a summary of any agreements in principle reached. EPA will not otherwise disclose details of its negotiations with Recipients. EPA will also establish bi-weekly status updates with Complainants through the date of resolution of the complaints.

Thank you and please do not hesitate to contact me should you have any questions.

Best regards,

Lilian

Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights
Office of Environmental Justice and External Civil Rights
U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 – Cell
Pronouns: she/her/ella
Hablo español

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.