# EXHIBIT 19

## St. John, Joseph

| | |
|---|---|
| **From:** | Dorka, Lilian (she/her/hers) <Dorka.Lilian@epa.gov> |
| **Sent:** | Wednesday, May 24, 2023 4:18 PM |
| **To:** | David McCay; Seidemann, Ryan; Courtney Burdette; Kimberly Sullivan; Neal Elliott |
| **Cc:** | Payne, James (Jim); Scott, Ronald; Isales, Daniel; Khan, Zahra; Hoang, Anhthu; O'Lone, Mary; Rhodes, Julia (she/her/hers); McGuire, James; Payne, James (Jim); McKinney, Cheryl; Moncrieffe, Marcia; Bates, Warren; Montegut, Ryan; Murrill, Elizabeth; Bliss Higgins; St. John, Joseph; Tim.Hardy@bswllp.com; Jones, Jasimiel; Celena Cage; Andrews, Suzanne; jill.clark@la.gov; Brungard, Morgan; Freel, Angelique; John B. King; Carroll Devillier; Danielle L. Borel; Schoellkopf, Lynde (she/her/hers) |
| **Subject:** | RE: IRA Conversations for EPA Complaint Nos. 01R-22 R6, 02R-22-R6, and 04R-22-R6 |

*CAUTION:* *This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Thanks so much David! We will plan to walk through this with you during our call tomorrow afternoon to make sure we understand your proposed edits and comments. Thanks again! Lilian

Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights
Office of Environmental Justice and External Civil Rights
U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 – Cell
Pronouns: she/her/ella
Hablo español

---

**From:** David McCay <David.McCay@LA.GOV>
**Sent:** Wednesday, May 24, 2023 4:31 PM
**To:** Dorka, Lilian (she/her/hers) <Dorka.Lilian@epa.gov>; Seidemann, Ryan <SeidemannR@ag.louisiana.gov>; Courtney Burdette <Courtney.Burdette@LA.GOV>; Kimberly Sullivan <Kimberly.Sullivan@LA.GOV>; Neal Elliott <Neal.Elliott@LA.GOV>
**Cc:** Payne, James (Jim) <payne.james@epa.gov>; Scott, Ronald <Scott.Ronald@epa.gov>; Isales, Daniel <Isales.Daniel@epa.gov>; Khan, Zahra <Khan.Zahra@epa.gov>; Hoang, Anhthu <Hoang.Anhthu@epa.gov>; O'Lone, Mary <OLone.Mary@epa.gov>; Rhodes, Julia (she/her/hers) <Rhodes.Julia@epa.gov>; McGuire, James <McGuire.James@epa.gov>; Payne, James (Jim) <payne.james@epa.gov>; McKinney, Cheryl <McKinneyC@ag.louisiana.gov>; Moncrieffe, Marcia <Moncrieffe.Marcia@epa.gov>; Bates, Warren <BatesW@ag.louisiana.gov>; Montegut, Ryan <MontegutR@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Bliss Higgins <Bliss.Higgins@la.gov>; StJohnJ@ag.louisiana.gov; Tim.Hardy@bswllp.com; Jones, Jasimiel <JonesJ@ag.louisiana.gov>; Celena Cage <celena.cage@la.gov>; Andrews, Suzanne <Andrews.Suzanne@epa.gov>; jill.clark@la.gov; Brungard, Morgan <BrungardM@ag.louisiana.gov>; Freel, Angelique <FreelA@ag.louisiana.gov>; John B. King <John.King@bswllp.com>; Carroll Devillier <Carroll.Devillier@bswllp.com>; Danielle L. Borel <Danielle.Borel@bswllp.com>; Schoellkopf, Lynde (she/her/hers) <Schoellkopf.Lynde@epa.gov>
**Subject:** RE: IRA Conversations for EPA Complaint Nos. 01R-22 R6, 02R-22-R6, and 04R-22-R6

Lilian:

Attached please find LDH's Redline of the Draft IRA.

1

Thanks,

David L. McCay (LSBA No. 23527)
Staff Attorney
Louisiana Department of Health
Bureau of Legal Services
P.O. Box 3836
Baton Rouge, LA 70821-3836
Physical Address:
    628 N. 4th Street (Bienville Building)
    Room 865
    Baton Rouge, LA 70802
**(225) 342-1123 direct line**
(225) 342-1128 phone
(225) 342-2232 fax
david.mccay@la.gov

**PRIVACY AND CONFIDENTIALITY WARNING:**
*This message is from an attorney and may contain information that is confidential or legally privileged. Further, this e-mail may contain Protected Health Information (PHI), Individually Identifiable Health Information (IIHI), and other information which is protected by law. This message is only for the use of the intended recipient. Use by an erroneous recipient or any other unauthorized individual or entity of information contained in, or attached to, this or any other e-mail message may result in legal action. If you are not the intended recipient, you are hereby notified that any review, disclosure/re-disclosure, copying, storing, distributing, or the taking of action in reliance on the content of this e-mail and any attachments thereto, is strictly prohibited. If you are not the intended recipient and/or have received this email in error, please (1) immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you, and (2) destroy the contents of this e-mail and its attachments by deleting any and all electronic copies and any and all hard copies regardless of where they are maintained or stored. Thank you for your cooperation.*

**From:** Dorka, Lilian (she/her/hers) <Dorka.Lilian@epa.gov>
**Sent:** Tuesday, May 23, 2023 9:33 AM
**To:** Seidemann, Ryan <SeidemannR@ag.louisiana.gov>; Courtney Burdette <Courtney.Burdette@LA.GOV>; Stephen Russo <Stephen.Russo@LA.GOV>; Kimberly Sullivan <Kimberly.Sullivan@LA.GOV>
**Cc:** Payne, James (Jim) <payne.james@epa.gov>; Scott, Ronald <Scott.Ronald@epa.gov>; Isales, Daniel <Isales.Daniel@epa.gov>; Khan, Zahra <Khan.Zahra@epa.gov>; Hoang, Anhthu <Hoang.Anhthu@epa.gov>; O'Lone, Mary <OLone.Mary@epa.gov>; Rhodes, Julia (she/her/hers) <Rhodes.Julia@epa.gov>; McGuire, James <McGuire.James@epa.gov>; Payne, James (Jim) <payne.james@epa.gov>; McKinney, Cheryl <McKinneyC@ag.louisiana.gov>; Moncrieffe, Marcia <Moncrieffe.Marcia@epa.gov>; Bates, Warren <BatesW@ag.louisiana.gov>; Montegut, Ryan <MontegutR@ag.louisiana.gov>; David McCay <David.McCay@LA.GOV>; Neal Elliott <Neal.Elliott@LA.GOV>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Bliss Higgins <Bliss.Higgins@la.gov>; StJohnJ@ag.louisiana.gov; Tim.Hardy@bswllp.com; Jones, Jasimiel <JonesJ@ag.louisiana.gov>; Celena Cage <Celena.Cage@LA.GOV>; Andrews, Suzanne <Andrews.Suzanne@epa.gov>; Jill Clark <Jill.Clark@la.gov>; Brungard, Morgan <BrungardM@ag.louisiana.gov>; Freel, Angelique <FreelA@ag.louisiana.gov>; John B. King <John.King@bswllp.com>; Carroll Devillier <Carroll.Devillier@bswllp.com>; Danielle L. Borel <Danielle.Borel@bswllp.com>; Schoellkopf, Lynde (she/her/hers) <Schoellkopf.Lynde@epa.gov>
**Subject:** RE: IRA Conversations for EPA Complaint Nos. 01R-22 R6, 02R-22-R6, and 04R-22-R6
**Importance:** High

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Hello Kimberly and Courtney,

First, I am confirming that I am **cancelling today's (5/23) meeting**. Second, I want to make sure we clarify expectations moving forward as we are under a very tight deadline to resolve this case, hopefully through Informal Resolution Agreements, by July 11.  Please see below and please let me know if you have any questions.  Thanks for your cooperation and support!  Lilian

1. **LDH** Redline of Draft IRA:  was due back 5/17 but have not received it.  **Must receive redline no later than COB Wednesday 5/24.**
2. **Call on 5/25 will focus on a walk-through of LDH's redline**
3. **LDEQ** response to EPA's Request for Information **due to EPA on Friday May 26th.**
4. **EPA** will send to LDH a Request for Information **by Tuesday, May 30**.
5. **LDEQ** Redline of Draft IRA **due Friday, June 2nd.**
6. **Call on June 1** reserved for any questions from **LDEQ re Draft IRA** or questions from **LDH** re Request for Information.
7. **Call on June 6 to walk through LDEQ Redline of Draft IRA; negotiation on LDH IRA begin;**
8. **Call on June 8 negotiation re LDEQ Draft IRA begin;**
9. **Call on June 13 continue negotiations with LDH and LDEQ;**
10. **LDH response to Request for Information Due Wednesday, June 14;**
11. **Call on June 15 complete negotiations with LDH; continue negotiations with LDEQ;**
12. **Calls on June 20 and 23 complete negotiations with LDEQ;**
13. **Final IRA from EPA to LDH for signature, by June 23rd;**
14. **Final IRA from EPA to LDEQ for signature, by June 28th.**
15. **Fully signed IRAs for LDH and LDEQ delivered or issue Preliminary Findings by July 11th.**


Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights
Office of Environmental Justice and External Civil Rights
U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 – Cell
Pronouns: she/her/ella
Hablo español

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.