# EXHIBIT 20

**St. John, Joseph**

| | |
|---|---|
| **Subject:** | Canceled: IRA Conversations for EPA Complaint Nos. 01R-22 R6, 02R-22-R6, and 04R-22-R6 |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Thu 5/25/2023 2:00 PM |
| **End:** | Thu 5/25/2023 3:30 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Organizer:** | Dorka, Lilian (she/her/hers) |
| **Importance:** | High |

*CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

_____

Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 239 677 816 945
Passcode: a5689K
Download Teams | Join on the web

**Join with a video conferencing device**
sip:teams@video.epa.gov
Video Conference ID: 116 193 512 6
Alternate VTC instructions

**Or call in (audio only)**
+1 202-991-0477,,260908746# United States, Washington DC

Phone Conference ID: 260 908 746#
Find a local number | Reset PIN

For all EPA meetings, there is no expectation of privacy regarding any communications. Participation in a recorded meeting will be deemed as consent to be recorded. Information on EPA systems is the property of the Agency and may become official records.

Learn More | Meeting options

_____

1

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.