# EXHIBIT 24

# St. John, Joseph

| | |
|---|---|
| **From:** | Dorka, Lilian (she/her/hers) <Dorka.Lilian@epa.gov> |
| **Sent:** | Friday, June 9, 2023 3:54 PM |
| **To:** | Courtney Burdette |
| **Cc:** | Payne, James (Jim); Scott, Ronald; Isales, Daniel; Khan, Zahra; Hoang, Anhthu; O'Lone, Mary; Rhodes, Julia (she/her/hers); Seidemann, Ryan; McGuire, James; Stephen Russo; Kimberly Sullivan; McKinney, Cheryl; Moncrieffe, Marcia; Bates, Warren; Montegut, Ryan; David McCay; Neal Elliott; Murrill, Elizabeth; Bliss Higgins; St. John, Joseph; Tim.Hardy@bswllp.com; Jones, Jasimiel; Celena Cage; Andrews, Suzanne; jill.clark@la.gov; Brungard, Morgan; Freel, Angelique; John B. King; Carroll Devillier; Danielle L. Borel; Schoellkopf, Lynde (she/her/hers); Roger Ward (DEQ) |
| **Subject:** | RE: COURTNEY BURDETTE for LDEQ: Continuation of Informal Resolution Agreement Process for EPA Complaint Nos. 01R-22 R6, and 04R-22-R6 |

CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Courtney, received. Have a good weekend. Lilian

Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights Office of Environmental Justice and External Civil Rights U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 - Cell
Pronouns: she/her/ella
Hablo español

-----Original Message-----
From: Courtney Burdette <Courtney.Burdette@LA.GOV>
Sent: Friday, June 9, 2023 4:32 PM
To: Dorka, Lilian (she/her/hers) <Dorka.Lilian@epa.gov>
Cc: Payne, James (Jim) <payne.james@epa.gov>; Scott, Ronald <Scott.Ronald@epa.gov>; Isales, Daniel <Isales.Daniel@epa.gov>; Khan, Zahra <Khan.Zahra@epa.gov>; Hoang, Anhthu <Hoang.Anhthu@epa.gov>; O'Lone, Mary <OLone.Mary@epa.gov>; Rhodes, Julia (she/her/hers) <Rhodes.Julia@epa.gov>; Seidemann, Ryan <SeidemannR@ag.louisiana.gov>; McGuire, James <McGuire.James@epa.gov>; Stephen Russo <Stephen.Russo@LA.GOV>; Kimberly Sullivan <Kimberly.Sullivan@LA.GOV>; McKinney, Cheryl <McKinneyC@ag.louisiana.gov>; Moncrieffe, Marcia <Moncrieffe.Marcia@epa.gov>; Bates, Warren <BatesW@ag.louisiana.gov>; Montegut, Ryan <MontegutR@ag.louisiana.gov>; David McCay <David.McCay@LA.GOV>; Neal Elliott <Neal.Elliott@LA.GOV>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Bliss Higgins <Bliss.Higgins@la.gov>; StJohnJ@ag.louisiana.gov; Tim.Hardy@bswllp.com; Jones, Jasimiel <JonesJ@ag.louisiana.gov>; Celena Cage <celena.cage@la.gov>; Andrews, Suzanne <Andrews.Suzanne@epa.gov>; jill.clark@la.gov; Brungard, Morgan <BrungardM@ag.louisiana.gov>; Freel, Angelique <FreelA@ag.louisiana.gov>; John B. King <John.King@bswllp.com>; Carroll Devillier <Carroll.Devillier@bswllp.com>; Danielle L. Borel <Danielle.Borel@bswllp.com>; Schoellkopf, Lynde (she/her/hers) <Schoellkopf.Lynde@epa.gov>; Roger Ward (DEQ) <Roger.Ward@LA.GOV>
Subject: Re: COURTNEY BURDETTE for LDEQ: Continuation of Informal Resolution Agreement Process for EPA Complaint Nos. 01R-22 R6, and 04R-22-R6

Please find attached LDEQ's edits to the Community Meetings, Scientific Integrity, Risk Communication, Air Emissions Monitoring, and Actions Related to Denka portions of the draft IRA. We are reviewing the other portions of the IRA and intend to provide a response soon.

Thank you,
Courtney
_____

From: Dorka, Lilian (she/her/hers) <Dorka.Lilian@epa.gov>
Sent: Thursday, June 1, 2023 1:16:14 PM
To: Courtney Burdette
Cc: Payne, James (Jim); Scott, Ronald; Isales, Daniel; Khan, Zahra; Hoang, Anhthu; O'Lone, Mary; Rhodes, Julia (she/her/hers); Seidemann, Ryan; McGuire, James; Stephen Russo; Payne, James (Jim); Kimberly Sullivan; McKinney, Cheryl; Moncrieffe, Marcia; Bates, Warren; Montegut, Ryan; David McCay; Neal Elliott; Murrill, Elizabeth; Bliss Higgins; StJohnJ@ag.louisiana.gov; Tim.Hardy@bswllp.com; Jones, Jasimiel; Celena Cage; Andrews, Suzanne; Jill Clark; Brungard, Morgan; Freel, Angelique; John B. King; Carroll Devillier; Danielle L. Borel; Schoellkopf, Lynde (she/her/hers)
Subject: RE: COURTNEY BURDETTE for LDEQ: Continuation of Informal Resolution Agreement Process for EPA Complaint Nos. 01R-22 R6, and 04R-22-R6

EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.

Thank you, Courtney for your quick response.  With respect to LDEQ's redline of EPA's draft IRA, we are certainly willing to consider extending the response date to June 9th.  However, in light of the very tight timeframe for resolving this case by July 11, 2023, please let me know today whether the LA Department of Justice will need to approve LDEQ's execution of the Informal Resolution Agreement between EPA and LDEQ.

Thanks so much for your attention to this matter.

Lilian

PS: With respect to LDEQ's response to our Request for Information, the case team will meet to discuss what is needed most urgently, and to which we do not have access,  and propose some alternative timeframes asap.

Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights Office of Environmental Justice and External Civil Rights U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 - Cell
Pronouns: she/her/ella
Hablo español

From: Courtney Burdette <Courtney.Burdette@LA.GOV>
Sent: Thursday, June 1, 2023 12:50 PM
To: Dorka, Lilian (she/her/hers) <Dorka.Lilian@epa.gov>
Cc: Payne, James (Jim) <payne.james@epa.gov>; Scott, Ronald <Scott.Ronald@epa.gov>; Isales, Daniel <Isales.Daniel@epa.gov>; Khan, Zahra <Khan.Zahra@epa.gov>; Hoang, Anhthu <Hoang.Anhthu@epa.gov>; O'Lone, Mary <OLone.Mary@epa.gov>; Rhodes, Julia (she/her/hers) <Rhodes.Julia@epa.gov>; Seidemann, Ryan <SeidemannR@ag.louisiana.gov>; McGuire, James <McGuire.James@epa.gov>; Stephen Russo <Stephen.Russo@LA.GOV>; Payne, James (Jim) <payne.james@epa.gov>; Kimberly Sullivan <Kimberly.Sullivan@LA.GOV>; McKinney, Cheryl <McKinneyC@ag.louisiana.gov>; Moncrieffe, Marcia <Moncrieffe.Marcia@epa.gov>; Bates, Warren <BatesW@ag.louisiana.gov>; Montegut, Ryan <MontegutR@ag.louisiana.gov>; David McCay <David.McCay@LA.GOV>; Neal Elliott <Neal.Elliott@LA.GOV>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Bliss Higgins <Bliss.Higgins@la.gov>; StJohnJ@ag.louisiana.gov;

2

Tim.Hardy@bswllp.com; Jones, Jasimiel <JonesJ@ag.louisiana.gov>; Celena Cage <celena.cage@la.gov>; Andrews, Suzanne <Andrews.Suzanne@epa.gov>; jill.clark@la.gov; Brungard, Morgan <BrungardM@ag.louisiana.gov>; Freel, Angelique <FreelA@ag.louisiana.gov>; John B. King <John.King@bswllp.com>; Carroll Devillier <Carroll.Devillier@bswllp.com>; Danielle L. Borel <Danielle.Borel@bswllp.com>; Schoellkopf, Lynde (she/her/hers) <Schoellkopf.Lynde@epa.gov>
Subject: RE: COURTNEY BURDETTE for LDEQ: Continuation of Informal Resolution Agreement Process for EPA Complaint Nos. 01R-22 R6, and 04R-22-R6

Lilian,

LDEQ remains willing to continue informal resolution negotiations. LDEQ does intend to provide a response to EPA's recent redline draft. It is unlikely that LDEQ's response will be complete by your requested June 2 date; however, LDEQ will work to provide you with a redline by June 9.

Regarding the request for information, LDEQ is in the process of reviewing your request. However, given the extraordinarily voluminous scope of the request, LDEQ is unable to prepare a response within the allotted 30-day timeframe.  To assist your office in its investigation, and consistent with Section 2.4(2) of EPA's Title Vi Case Resolution Manual dated January 2021, please be advised that LDEQ grants your office access to all LDEQ books, records, accounts, and other sources of information, including its facilities, as may be pertinent to ascertain compliance with EPA's nondiscrimination regulation. LDEQ maintains a Public Records Center at 602 N. 5th Street, Baton Rouge, Louisiana for your convenience. The Public Records Center is open from 8:00 A.M. to 4:30 P.M. Monday through Friday, except for holidays. Most LDEQ records are also accessible through LDEQ's Electronic Document Management System (EDMS) at https://www.deq.louisiana.gov/page/edms.

Thank you,
Courtney


Courtney J. Burdette
Executive Counsel
Louisiana Department of Environmental Quality Legal Division P.O. Box 4302 Baton Rouge, LA 70821-4302
(225) 219-3985 Office Main



From: Dorka, Lilian (she/her/hers) <Dorka.Lilian@epa.gov<mailto:Dorka.Lilian@epa.gov>>
Sent: Thursday, June 1, 2023 8:38 AM
To: Courtney Burdette <Courtney.Burdette@LA.GOV<mailto:Courtney.Burdette@LA.GOV>>
Cc: Payne, James (Jim) <payne.james@epa.gov<mailto:payne.james@epa.gov>>; Scott, Ronald <Scott.Ronald@epa.gov<mailto:Scott.Ronald@epa.gov>>; Isales, Daniel <Isales.Daniel@epa.gov<mailto:Isales.Daniel@epa.gov>>; Khan, Zahra <Khan.Zahra@epa.gov<mailto:Khan.Zahra@epa.gov>>; Hoang, Anhthu <Hoang.Anhthu@epa.gov<mailto:Hoang.Anhthu@epa.gov>>; O'Lone, Mary <OLone.Mary@epa.gov<mailto:OLone.Mary@epa.gov>>; Rhodes, Julia (she/her/hers) <Rhodes.Julia@epa.gov<mailto:Rhodes.Julia@epa.gov>>; Seidemann, Ryan <SeidemannR@ag.louisiana.gov<mailto:SeidemannR@ag.louisiana.gov>>; McGuire, James <McGuire.James@epa.gov<mailto:McGuire.James@epa.gov>>; Stephen Russo <Stephen.Russo@LA.GOV<mailto:Stephen.Russo@LA.GOV>>; Payne, James (Jim) <payne.james@epa.gov<mailto:payne.james@epa.gov>>; Kimberly Sullivan <Kimberly.Sullivan@LA.GOV<mailto:Kimberly.Sullivan@LA.GOV>>; McKinney, Cheryl <McKinneyC@ag.louisiana.gov<mailto:McKinneyC@ag.louisiana.gov>>; Moncrieffe, Marcia

<Moncrieffe.Marcia@epa.gov<mailto:Moncrieffe.Marcia@epa.gov>>; Bates, Warren <BatesW@ag.louisiana.gov<mailto:BatesW@ag.louisiana.gov>>; Montegut, Ryan <MontegutR@ag.louisiana.gov<mailto:MontegutR@ag.louisiana.gov>>; David McCay <David.McCay@LA.GOV<mailto:David.McCay@LA.GOV>>; Neal Elliott <Neal.Elliott@LA.GOV<mailto:Neal.Elliott@LA.GOV>>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov<mailto:MurrillE@ag.louisiana.gov>>; Bliss Higgins <Bliss.Higgins@la.gov<mailto:Bliss.Higgins@la.gov>>; StJohnJ@ag.louisiana.gov<mailto:StJohnJ@ag.louisiana.gov>; Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>; Jones, Jasimiel <JonesJ@ag.louisiana.gov<mailto:JonesJ@ag.louisiana.gov>>; Celena Cage <Celena.Cage@LA.GOV<mailto:Celena.Cage@LA.GOV>>; Andrews, Suzanne <Andrews.Suzanne@epa.gov<mailto:Andrews.Suzanne@epa.gov>>; Jill Clark <Jill.Clark@la.gov<mailto:Jill.Clark@la.gov>>; Brungard, Morgan <BrungardM@ag.louisiana.gov<mailto:BrungardM@ag.louisiana.gov>>; Freel, Angelique <FreelA@ag.louisiana.gov<mailto:FreelA@ag.louisiana.gov>>; John B. King <John.King@bswllp.com<mailto:John.King@bswllp.com>>; Carroll Devillier <Carroll.Devillier@bswllp.com<mailto:Carroll.Devillier@bswllp.com>>; Danielle L. Borel <Danielle.Borel@bswllp.com<mailto:Danielle.Borel@bswllp.com>>; Schoellkopf, Lynde (she/her/hers) <Schoellkopf.Lynde@epa.gov<mailto:Schoellkopf.Lynde@epa.gov>>
Subject: COURTNEY BURDETTE for LDEQ: Continuation of Informal Resolution Agreement Process for EPA Complaint Nos. 01R-22 R6, and 04R-22-R6
Importance: High

EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.

Dear Courtney,

I am writing to inquire whether LDEQ wants to continue negotiations to informally resolve EPA Complaints Nos. 01R-22-R6 and 04R-22-R6. If by COB June 2nd we do not receive your redline of the proposed draft Informal Resolution Agreement we sent to you on May 18th, we will interpret that to mean you are no longer interested in pursuing the informal resolution agreement process.

In addition, we want to ask about LDEQ's response to EPA's Request for Information. Your response was due back to EPA by May 26th.  Please let us know when we can expect your response.

Thanks for your prompt attention to this matter.

Lilian

Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights Office of Environmental Justice and External Civil Rights U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 - Cell
Pronouns: she/her/ella
Hablo español

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.