# EXHIBIT 26



UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY

WASHINGTON, D C. 20460

Office of Environmental Justice and External Civil Rights
Office of External Civil Rights Compliance

June 6, 2023

**In Reply Refer to:**
EPA Complaint No. 07RNO-23-R6

Roger Gingles, Secretary
Louisiana Department of Environmental Quality
602 North Fifth Street
Baton Rouge, LA  70802
officesec@la.gov

Re: **Acknowledgement  of Receipt of Administrative Complaint**

Dear Secretary Gingles:

This letter is to notify you that the U.S. Environmental Protection Agency (EPA), Office of Environmental Justice and External Civil Rights, Office of External Civil Rights Compliance (OECRC), received a complaint on May 31, 2023, involving the Louisiana Department of Environmental Quality, alleging discrimination based on race and national origin in violation of Title VI of the Civil Rights Act of 1964, and EPA's implementing regulation at 40 C.F.R. Part 7.

OECRC is responsible for processing and resolving complaints alleging discrimination by programs or activities that receive financial assistance from the EPA. OECRC will review the complaint in light of EPA's nondiscrimination regulation to determine whether it is a complaint that falls within OECRC's jurisdiction. Once this jurisdictional review is completed, OECRC will notify you as to whether it will accept the complaint for investigation or reject or refer the complaint to another Federal agency.

Please be advised that, if the complaint is accepted for investigation, a copy of the complaint will be shared with the Recipient, consistent with 40 C.F.R. § 7.120(e). OECRC will release the complaint with appropriate redactions consistent with the Freedom of Information Act (FOIA) and the Privacy Act) and will only release identifying information to the extent necessary to comply with 40 C.F.R. Parts 5 and 7.[1]

---

[1] Freedom of Information Act, 5 U.S.C. § 552(b)(6) and (7)(c) and the Privacy Act of 1974, 5 U.S.C. § 552a.

Secretary Roger Gingles                                                                                              Page 2

In the interim, if you have any questions about the status of this correspondence, please contact me by telephone at (202) 809-3297 or by email at hoang.anhthu@epa.gov.

                                                     Sincerely,

ANHTHU HOANG
*Digitally signed by ANHTHU HOANG*
*Date: 2023.06.06 18:46:45 -04'00'*

Anhthu Hoang
Acting Director
Office of Environmental Justice and
External Civil Rights

cc:      Ariadne Goerke
         Deputy Associate General Counsel
         Civil Rights & Finance Law Office

         Stacey Dwyer
         Deputy Regional Administrator
         Deputy Civil Rights Official
         US EPA Region 6

         James McGuire
         Regional Counsel