# EXHIBIT 28

| award_id_ | award_late | total_oblig | total_outla | total_fundi | awarding_agency_name | funding_sub_agency_name | recipient_name | recipient_parent_nam | assistance_type_description |
|---|---|---|---|---|---|---|---|---|---|
| 02F27701 | 2023 | 479958 | | 479958 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONMENTAL QUALITY | | PROJECT GRANT (B) |
| 02F24701 | 2023 | 800000 | | 800000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 02F17501 | 2022 | 79000 | 57156.59 | 105333 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 22000062 | 2022 | 336000 | 87586.14 | 336000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 22000222 | 2022 | 12720000 | 7463921 | 15264000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 02F22001 | 2023 | 1713333 | 3823.89 | 1713333 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONMENTAL QUALITY | | PROJECT GRANT (B) |
| 02F16301 | 2022 | 2000000 | 4079.7 | 2000000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | COOPERATIVE AGREEMENT (B) |
| 99610229 | 2022 | 2048000 | | 3413334 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 98640323 | 2023 | 10351306 | 5794650 | 13627033 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONMENTAL QUALITY | | COOPERATIVE AGREEMENT (B) |
| 02F16001 | 2022 | 164620 | 7307 | 164620 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 640223 | 2022 | 521729 | | 695639 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 651223 | 2023 | 910174 | | 1011304 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONMENTAL QUALITY | | PROJECT GRANT (B) |
| 02F12801 | 2022 | 555500 | 555500 | 574573 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 02F06101 | 2023 | 714127 | 523701.7 | 714127 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONMENTAL QUALITY | | PROJECT GRANT (B) |
| 22000221 | 2021 | 17467000 | 17467000 | 20960400 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 02F00501 | 2021 | 962000 | 38475.3 | 1202500 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 02F05401 | 2022 | 704790 | 1467.15 | 1403742 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 01F96101 | 2021 | 300000 | 113691.8 | 300000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | COOPERATIVE AGREEMENT (B) |
| 01F99801 | 2021 | 184169 | 43259.41 | 184169 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 99610228 | 2021 | 2048000 | 226969.1 | 3413334 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 640222 | 2021 | 527412 | | 703216 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 84034401 | 2021 | 200000 | 145936.4 | 200000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | COOPERATIVE AGREEMENT (B) |
| 651222 | 2021 | 910206 | | 910206 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 01F83201 | 2021 | 80000 | 80000 | 80000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 98640322 | 2022 | 10450028 | 10450028 | 13615948 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | COOPERATIVE AGREEMENT (B) |
| 84030101 | 2021 | 124000 | | 124000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 22000061 | 2022 | 176000 | 176000 | 176000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 01F90001 | 2023 | 317000 | 203278 | 317000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONMENTAL QUALITY | | PROJECT GRANT (B) |
| 640221 | 2020 | 484785 | | 484785 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 98640321 | 2021 | 10431393 | 269305.1 | 10431393 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | COOPERATIVE AGREEMENT (B) |
| 01F74801 | 2022 | 1185479 | 393715.7 | 1185479 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 01F70601 | 2022 | 224931 | | 224931 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 01F89601 | 2020 | 800000 | 106199.1 | 800000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | COOPERATIVE AGREEMENT (B) |
| 651221 | 2020 | 908571 | | 908571 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 99610227 | 2020 | 1994500 | 1397886 | 1994500 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 01F83501 | 2020 | 161755 | 62878.09 | 161755 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 22000060 | 2021 | 176000 | | 176000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 22000220 | 2020 | 17470000 | 2840152 | 20964000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 01F65001 | 2019 | 148699 | | 198265 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 83997601 | 2019 | 195300 | 195300 | 195300 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 01F65101 | 2021 | 662018 | | 662018 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 22000059 | 2019 | 176000 | | 176000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 640220 | 2019 | 476539 | | 476539 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 651220 | 2019 | 907175 | | 907175 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 22000219 | 2021 | 17467000 | | 20960400 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 01F62901 | 2019 | 151265 | 27220 | 151265 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 01F64101 | 2022 | 1706520 | 805497.6 | 1706520 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 01F52401 | 2022 | 383072 | 123391.7 | 383072 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 96691201 | 2022 | 2756103 | 565229.5 | 3042345 | Environmental Protection Agency | Environmental Protection Agency | DEPARTMENT OF ENVIRONMENTAL QUALITY | | COOPERATIVE AGREEMENT (B) |
| 83920201 | 2022 | 300000 | 27112.61 | 300000 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |
| 01F33701 | 2022 | 310600 | 104704.2 | 310600 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | FORMULA GRANT (A) |
| 00F90801 | 2021 | 1862052 | 126365.3 | 1862052 | Environmental Protection Agency | Environmental Protection Agency | LA DEPARTMENT OF ENVIRONME | LOUISIANA, STATE OF | PROJECT GRANT (B) |