# EXHIBIT 29

| award_id_1 | award_late | total_obligated_amount | total_outlayed_amount | awarding_agency_name | recipient_name | recipient_parent_name | cfda_numbers_and_titles |
|---|---|---|---|---|---|---|---|
| 02F22601 | 2023 | 11308000 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.468: DRINKING WATER STATE REVOLVING FUND |
| 02F22701 | 2023 | 26930000 | 247675.85 | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.468: DRINKING WATER STATE REVOLVING FUND |
| 99696825 | 2022 | 10489000 | 3449996.22 | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.468: CAPITALIZATION GRANTS FOR DRINKING WATER STATE REVOLVING FUI |
| 02F14701 | 2022 | 377000 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.472: BEACH MONITORING AND NOTIFICATION PROGRAM IMPLEMENTATION |
| 99696824 | 2021 | 16465000 | 9818177.99 | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.468: CAPITALIZATION GRANTS FOR DRINKING WATER STATE REVOLVING FUI |
| 01F99301 | 2021 | 341000 | 125915.58 | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.472: BEACH MONITORING AND NOTIFICATION PROGRAM IMPLEMENTATION |
| 620221 | 2023 | 2894000 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.432: STATE PUBLIC WATER SYSTEM SUPERVISION |
| 01F84401 | 2022 | 40836 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.204: MULTIPURPOSE GRANTS TO STATES AND TRIBES |
| 01F81001 | 2020 | 200000 | 175149 | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.312: STATE ENVIRONMENTAL JUSTICE COOPERATIVE AGREEMENT PROGRAM |
| 01F70501 | 2022 | 86081 | 86081 | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.204: MULTIPURPOSE GRANTS TO STATES AND TRIBES |
| 99696823 | 2021 | 16480000 | 5329830.95 | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.468: CAPITALIZATION GRANTS FOR DRINKING WATER STATE REVOLVING FUI |
| 01F78501 | 2020 | 314000 | 79327.85 | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.472: BEACH MONITORING AND NOTIFICATION PROGRAM IMPLEMENTATION |
| 620220 | 2020 | 1376000 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.432: STATE PUBLIC WATER SYSTEM SUPERVISION |
| 01F69101 | 2022 | 1736000 | 472058.9 | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.444: LEAD TESTING IN SCHOOL AND CHILD CARE PROGRAM DRINKING WATE |
| 01F63701 | 2019 | 314000 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.472: BEACH MONITORING AND NOTIFICATION PROGRAM IMPLEMENTATION |
| 99696822 | 2021 | 16621000 | 1721346.81 | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.468: CAPITALIZATION GRANTS FOR DRINKING WATER STATE REVOLVING FUI |
| 620219 | 2019 | 1285000 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.432: STATE PUBLIC WATER SYSTEM SUPERVISION |
| 99696821 | 2021 | 16625000 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.468: CAPITALIZATION GRANTS FOR DRINKING WATER STATE REVOLVING FUI |
| 01F50501 | 2018 | 320000 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.472: BEACH MONITORING AND NOTIFICATION PROGRAM IMPLEMENTATION |
| 620218 | 2018 | 1309000 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.432: STATE PUBLIC WATER SYSTEM SUPERVISION |
| 99696820 | 2022 | 11299000 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.468: CAPITALIZATION GRANTS FOR DRINKING WATER STATE REVOLVING FUI |
| 83567201 | 2020 | 300000 | | Environmental Protection Agency | HEALTH, LOUISIANA DEPARTMENT OF | LOUISIANA, STATE OF | 66.608: ENVIRONMENTAL INFORMATION EXCHANGE NETWORK GRANT PROGR |

NDS
GRANTS
NDS
GRANTS

A

NDS
GRANTS

ER (SDWA 1464(D))
GRANTS
NDS

NDS
GRANTS

NDS
AM AND RELATED ASSISTANCE; 66.608: ENVIRONMENTAL INFORMATION EXCHANGE NETWORK GRANT PROGRAM