# EXHIBIT 37

## St. John, Joseph

| | |
|---|---|
| **From:** | Seidemann, Ryan |
| **Sent:** | Thursday, December 8, 2022 1:35 PM |
| **To:** | Murrill, Elizabeth; St. John, Joseph |
| **Subject:** | FW: Extension Agreement: EPA Case Nos. 01R-22-R6 and 02R-22-R6 |
| **Importance:** | High |

fyi

**From:** Scott, Ronald <Scott.Ronald@epa.gov>
**Sent:** Thursday, December 08, 2022 1:21 PM
**To:** Courtney Burdette <Courtney.Burdette@LA.GOV>; Roger Ward (DEQ) <Roger.Ward@LA.GOV>; jill.clark@la.gov; Dwana King <Dwana.King@LA.GOV>; Neal Elliott <Neal.Elliott@LA.GOV>; David McCay <David.McCay@LA.GOV>; Stephen Russo <Stephen.Russo@LA.GOV>
**Cc:** Seidemann, Ryan <SeidemannR@ag.louisiana.gov>; Dorka, Lilian <Dorka.Lilian@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Khan, Zahra <Khan.Zahra@epa.gov>
**Subject:** Re: Extension Agreement: EPA Case Nos. 01R-22-R6 and 02R-22-R6
**Importance:** High

**CAUTION:** *This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Good afternoon Ms. Burdett, Ms. Clark, Ms. King, Mr. Ward, Mr. Elliot, Mr. McCay, and Mr. Russo,

I am a staff attorney with the EPA's Office of General and I am writing in connection with the above-referenced matters (involving the Louisiana Department of Environmental Quality and the Louisiana Department of Health, respectively). I want to share that we have made good progress with the Complainants in an effort to obtain an extension agreement, in order to further extend the 180-day timeframe for resolving the above complaints. As you may recall, an extension was previously obtained through December 13, 2022. I wanted to give you advance notice that we anticipate, by later today, an email will be sent to you that will have an extension agreement attached for consideration and signature, that will propose a 90-day extension.

Also, as advance notice, the email will contain additional language that will provide more detail on EPA's process going forward regarding the Complainants.

I am available to discuss any aspect of the extension agreement today, should you have any questions. Thank you in advance and please standby for further correspondence.

Sincerely,
Ronald Scott

*Ronald Scott*
*Attorney-Advisor*
*Civil Rights and Finance Law Office*
*Office of General Counsel*
*U.S. Environmental Protection Agency*
*1200 Pennsylvania Avenue, NW*

1

*Washington, DC 20460*
*(202) 564-2952*

*This message may contain deliberative, attorney-client, or otherwise privileged material. Please do not release this message under FOIA without appropriate review. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please contact the sender and delete all copies.*

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.