EXHIBIT 39

YOUNG SCIENTIST
...page 16

*Better Living*

JAN/FEB 1966



THE COVER: Maarten Ultee, somewhat overshadowed by his visitor's hard hat, is one of 12 students at Waynesboro, Va., High School who took part in a three-day, scientific workshop at the Du Pont Textile Fibers plant there late last summer (See "Tomorrow's Scientists," pages 16-19). Ultee is interested in electrical engineering. His father is a Research Associate at DuPont's Benger Laboratory.

*JANUARY-FEBRUARY 1966* / *VOL. 20 NO. 1*

# Better Living

### THE DU PONT EMPLOYEE MAGAZINE

## IN THIS ISSUE

**Hello**
Du Pont's voice abroad is lovely and multilingual . . . . . . . . . . . 1

**In for the Long Pull**
Du Pont's customer services make sure that the company will be here today *and* tomorrow . . . . . . . . . . . . . . . . . . . . . 4

**Check List for a New Home**
Du Pont takes many factors into consideration when hunting for a new plant site . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**Materials Handling**
Ingenious tools and techniques help keep Du Pont competitive by moving mountains of materials and goods through production at the Spruance Film plant . . . . . . . . . . . . . . . . . . . . . . 12

**Tomorrow's Scientists**
High school students at Waynesboro, Va., attend a Du Pont-conducted laboratory workshop . . . . . . . . . . . . . . . . . . . . . . 16

**The Engineer**
Du Pont's success depends on his ability to get things done . . . . . . 20

**Opinion**
Robert L. Hershey, a vice president of Du Pont, speaks out on the subject of managing industrial research . . . . . . . . . . . . . . 25

EDITOR: MYRON EMANUEL / ASSISTANT EDITORS: EDWARD CLINEY, KENNETH JACOBSON / CHIEF PHOTOGRAPHER: ALEX HENDERSON / PHOTOGRAPHER: HOWARD SLATER

*Associate Editors:* Advertising, E. M. Carleton / Central Research, G. F. Biehn / Development, W. M. Nagle / Economist's Office, C. B. Reeder Elastomer Chemicals, R. K. Smith / Electrochemicals, J. E. Schumacher / Employee Relations, C. G. MacAndrews / Engineering, W. F. Cooke / Explosives, K. W. Rasmusson / Fabrics & Finishes, J. R. Buckley / Film, G. N. Lowdon / General Services, J. R. Kateley Industrial & Biochemicals, J. H. Booker / International, T. C. Gary, Jr. / Legal, W. G. Reynolds / Organic Chemicals, C. B. Thompson / Photo Products, C. M. Hunter / Pigments, V. M. Gelin / Plastics, T. N. Stapleton / Purchasing, T. C. Ryan / Remington Arms, E. S. McCawley, Jr. Secretary's, H. B. Clark, Jr. / Textile Fibers, T. L. Hale, Jr. / Traffic, J. D. Flagg / Treasurer's, C. R. Minix

Address all communications to Better Living Magazine, Public Relations Dept., E. I. du Pont de Nemours & Co., Wilmington, Delaware 19898

COPYRIGHT© 1966, E. I. DU PONT DE NEMOURS & COMPANY





# Hello... ...bon jour, buon giorno, guten tag, buenos dias

As Du Pont's international activities have increased, so have the number of languages it must use to carry on its business. Du Pont's 30 subsidiary and affiliated companies operate 53 plants in 21 countries—from Japan to Germany, from Sweden to Argentina. Du Pont products are now sold in more than 100 countries. Thus, Du Pont's business is conducted in 20 languages in thousands of cities.

Most often the first voice a caller hears in a Du Pont office is that of the receptionist. These young ladies are carefully selected for poise, friendliness, knowledge of the area and its special customs. In Europe particularly, many are chosen for their ability to speak several languages. Some know as many as five. A few in Du Pont's offices in Europe are shown here and on the following pages.



↟ **Luxembourg.** Telephone Operator Josée Wagner (*top of page*) greets visitors in English, French, German and Luxembourger patois at "Mylar" polyester film plant, located in Contern.

← **Switzerland.** Receptionist Yvette Zurbuchen, at Du Pont de Nemours International, in Geneva, speaks French, English, German, greets the most cosmopolitan group of visitors to Du Pont's subsidiaries in Europe. She prepared an instruction book for receptionists.

continued ⟶

1

Case 2:13-cv-00692-JDC-KK   Document 12-39   Filed 06/21/23   Page 5 of 29 PageID #:  752



*Hello* continued





**Belgium.** Madame Marie-José Melaerts, telephone-receptionist at the Malines finishes plant, speaks French, Flemish, English, German and some Spanish. Her mother is French, her father is Belgian.

**Germany.** Mrs. Isolde Fischer (*left*) and Mrs. Hannelore Munkaczy receive guests at Adox Fotowerke, a Du Pont subsidiary in Frankfurt. Both speak German and English.



**England.** Mrs. Elizabeth Lynch, receptionist at offices of Du Pont (U.K.) in London, has been with the company since 1956.



2

**France.** Mme. Anne-Marie Girard, telephone-receptionist at the Du Pont (France) sales office in Paris, joined the company last April.







**Italy.** Miss Giovanna Roberta Illario receives visitors at Du Pont de Nemours Italiana offices in Milan. She is a former TWA receptionist.

**Luxembourg.** Along with Miss Wagner (*page 1*), Mrs. Annette Grün speaks four languages, is a telephone-receptionist at the "Mylar" plant. ➤

**END**



## IN FOR THE
# LONG PULL

**Looking beyond today's sales, Du Pont's varied customer services help the company**

Du Pont is not in the food business, but it runs a kitchen laboratory where it concocts new recipes for raspberry-flavored topping and exotic spices. It makes no cosmetics; yet it conducts surveys to discover how often women spray their hair.

Du Pont engineers have modified, developed and built machines that help produce guided missiles and household refrigerators; they also have advised customers on the design of plants for the manufacture of aerosol products.

Why does Du Pont go to all this trouble? To help customers, and thus improve Du Pont's own competitive position. Since Du Pont is in business for the

long pull, it must take every precaution to see to it that today's sales are not lost tomorrow. In the competitive chemical industry, customer service often is the difference between making and losing sales.

The examples and the pictures on these pages reflect some of the customer services in a single product line, "Freon" fluorocarbons. Similar efforts are made for many of Du Pont's 1200 products and product lines.

While Du Pont products go to nearly every U.S. industry, few are sold directly to the ultimate consumer. The company's customers, by and large, are other business firms. Anything that Du Pont can do

4



**Formulating** new recipes may open new markets in aerosol foods for "Freon" propellents. Du Pont emulsion technology, plus culinary art of its consultant, *Chef de Cuisine* Charles Muller, creates pizza sauce savored by Chemist John Fassnacht. Du Pont hopes that one of its customers may market it. Chef Muller prepared the lavish Elizabeth Taylor-Mike Todd wedding banquet.



**Finding** new uses for products engrosses Du Pont's technical experts, who continue to prove versatility of "Freon" fluorocarbons. One result: the recent marketing of "Freon" T-B 1 cutting fluid for metals. It prolongs tool life, improves finishes. Machinist Richard Lacey, at Du Pont's Chestnut Run Laboratories, drills a piece of steel which is cooled and lubricated by new cutting fluid.

## broaden its markets for tomorrow

to help them may, in the long run, help Du Pont. For, as its customers grow, they will need more chemical products. Du Pont would like to be first in line to supply them.

By showing food processors how to reformulate their products and package them in aerosol cans, the company hopes to open new markets for these customers and for Du Pont's "Freon" propellents—the chemical that makes the aerosol can work. By providing hair spray manufacturers with information on how to boost sales, Du Pont is, at the same time, helping to expand its own market for "Freon." By the same token, Du Pont stands to gain when a new

label or formulation improves public acceptance of a customer's product, or when new machines permit him to make better use of Du Pont products.

In these ways, Du Pont's sales assistance programs play an important role in helping the company to maintain existing markets, to expand its markets and to find new uses for its products. It must be noted, however, that there are practical limits to customer services in keeping with these objectives.

Beyond this lies a basic premise, namely, the belief that Du Pont is going to be around for a long, long time. Therefore, there is no pursuit of the "quick buck" or the "fast deal." Du Pont believes it can make a profit only when its customers make one. Through its many sales and technical assistance programs, Du Pont translates this philosophy into action.

continued ⟶

**5**



**Interviewing** consumers to get their reaction to customer products is another service. Kathleen Cole (*standing*), one of 13 marketing analysts in "Freon" Products, grills Du Pont stenographers (*clockwise from left*) Margaret MacDonald, Etsa Stuart, Barbara Gears, Helen Finney and Kathleen Cummings about hair sprays.

## LONG PULL continued

## A goal of sales assistance is to find more jobs for Du Pont's products



**Modifying** equipment, such as this ultrasonic vapor degreaser, lets Du Pont customers use "Freon" TF solvent for the precision cleaning of electronic parts. Laboratorian Joseph Sadusky removes microscopic specks from printed circuit. The degreaser was redesigned by Du Pont engineers.



**Creating** labels for customer products is a major Du Pont sales aid. Robert T. Eldridge, "Freon" Products advertising manager, approves Artist Terry Casey's design for an aerosol shaving cream package.

### "Freon" trouble shooters have know-how; will travel

In a recent month, "Freon" Products specialists crisscrossed the U.S. to help customers install "Freon" bulk storage tanks, review plans for a new plant, publicize a new aerosol product for a customer, discuss use of "Freon" solvents for cleaning airplane wing tanks, help set up a pilot plant to produce an aerosol mayonnaise, start up an aerosol loading system, repair a moisture analyzer and instruct customer's employees in its use, participate in a refrigeration seminar, and show a customer how best to freeze mushrooms using "Freon" refrigerant.





**Training** customers' employees to use Du Pont-designed equipment is one of the functions of "Freon" Products Specialist Robert Parker (*right*). He shows Joseph Parker and Joyce Steele of Sunroc Corp. how to operate "Freon" refrigerant charging unit, which he designed. New unit automatically charges "Freon" into these water coolers.



**Testing** customer product for safety, Technician Camiel de Brabander (*above*) checks flammability of an aerosol paint. In photograph below, Technician Robert Luksic learns from chromatograph that customer's product, in can at right, contains correct blend of "Freon" propellents, an important consideration in the quality of aerosol products.



**Simulating** conditions in the food aerosol loading plant of tomorrow, Technician John Penn prepares test samples of aerosol butter for a customer. Aseptic loading of foods is insured by this glove box, which is encased in "Lucite" acrylic resin.

# CHECK LIST FOR



# NEW HOME



**Site selection committee** which recommended Laplace included: *(clockwise from bottom)* George Thom, Jr., Charles Topping, Roy Schuyler, William Shearer, and William Olenbush. A sixth member, Larry Jilk, is now retired. All but Topping were in Plastics Dept.

## Selecting a new plant site is a long and painstaking job

At any given moment, there are thousands of possible places where Du Pont could build a plant. Selecting the right one is an enormously complicated and time-consuming process. It must be done right, for the location of a plant sharply affects product cost.

For this reason, Du Pont searches the land when it looks for a new plant site. Expert help from throughout the entire company is brought to bear on the hunt, which usually takes many months to complete. The Engineering Department has a full-time site studies group which coordinates the activities of other departments. In some cases, the industrial department assembles a site committee which serves as a focal point for all data. The Purchasing Department checks out the availability, proximity and cost of raw materials and utilities. The Traffic Department considers transportation and warehousing factors. The Economist's Office maintains a state-by-state evaluation of economic factors. The Legal Department analyses local tax structures. The Employee Relations Department examines the availability of labor. Consultants are frequently called in.

Each potential new home is checked against a comprehensive list of essential requirements. These vary in number and kind from site to site, depending in part on the product to be made there. For a product that is expensive to ship, location near major markets may be essential. For another item, the availability of raw materials may determine the location. For a third product, an abundant water supply may be critical. For a fourth, availability of skilled labor may tip the balance.

A case in point is Laplace, Louisiana, location of Du Pont's Pontchartrain Works. The essential factors that led to the choice of this site for a new plant are shown on these and the following pages.



**Nearby supply of raw materials** keeps costs down. Almost all of Pontchartrain's materials are available within 50 miles, including butadiene, which comes from Humble Oil Company's Baton Rouge, La., refinery shown here. A year's supply of raw materials for the plant would fill a railroad train 35 miles long.

**Ample land** must be bought to allow for future expansion. In addition, site should be flat, yet free from flooding. Laplace, La., location of Pontchartrain Works, ranges from 13 to 18 feet above sea level, and is sheltered from the Mississippi River by a levee. Part of the site is leased for grazing. Leonard Johnson, pictured, is manager for cattle company.



**Adequate transportation** for products and people includes highway and railroads. Site is served by Highways 61 and 44; the Illinois Central and the Louisiana & Arkansas railroads.

continued ⟶

9

## CHECK LIST FOR A NEW HOME continued

# The site of the Pontchartrain Works met eight key requirements

The company's decision to build a plant to make adiponitrile, a chemical intermediate for nylon, started an intensive search for a site. The product demanded a site close to its raw materials, and geologic strata suitable for waste disposal through deep wells. Further, there were the obvious needs for land, water, community facilities, labor, utilities and transportation.

In every respect, a site near Laplace, Louisiana, filled the bill. It consisted of 600 acres on the Mississippi River, 27 miles north of New Orleans. (The plant purchased an additional 500 acres in 1964.) Hypothetical plant layouts confirmed that the size and shape of the site were suitable, and test borings determined that proper foundations could be sunk on the property. Flood risk was evaluated with the Mississippi River Commission, U.S. Army Corps of Engineers.

Utility lines crossed the site, as did railroads and highways. The location was less than 50 miles from major raw materials suppliers.

Labor supply and community facilities were assessed by visits and interviews with local officials and U.S. Employment Service representatives. Pollution control was deemed feasible after a test well was drilled, and conferences were held with appropriate public agencies.

The result today is the Pontchartrain Works, the newest of the company's 71 U.S. plant sites.



**Good facilities** available in community consist of housing, schools, churches, clinics and hospitals, shops, banks and public and recreational facilities. Plant Manager Manning Riser (*right*) talks with Percy Hebert, sheriff of parish where plant is located.

**Access to skilled labor** insures high caliber work force. Pontchartrain Works currently employs 310. Of these, 240 were hired locally. Cleaning heat exchanger used in process are plant employees David Joshua (*left*) and Gilbert Bourgeois.





**Adequate utilities** involve electric and gas sources. The Pontchartrain site is crossed by 18-inch gas line. Electricity is supplied by this generating station, five miles away, which soon will be capable of producing 677,000 kilowatts of electricity.





**Pollution control** must be built into a plant before construction is authorized by company's Executive Committee. It begins with site selection and continues for the life of a plant. At Pontchartrain, an essential requirement was that the strata be suitable for waste disposal. Before the plant was built, the company employed the Academy of Natural Sciences of Philadelphia to analyze the surrounding waters and local vegetation and animal life. The study provided a yardstick against which to measure any possible contamination. Plant's processes are designed to eliminate pollution. The cooling water is at a higher pressure than the process so that, in case of a leak, the chances that the process liquid would contaminate the water are minimized. Further, there are facilities costing $1 million to treat and handle waste materials. The facilities contain filters such as the one shown here being cleaned by Wayne Brady (*left*) and John Abreo. This equipment is part of the $90 million that Du Pont has invested or authorized to date for pollution abatement facilities.

**Water** is essential for many phases of plant operations. At Pontchartrain, Mississippi River is used for process and cooling water. River flow past plant averages 300 billion gallons daily. Shown in the boat taking water samples for testing are (*from left to right*) Leroy Oubre, Wayne Klibert and A. J. Nobile.

END **11**



**Pushing.** Roll forwarder uses split second timing to push roll from conveyer onto packaging table. Unit is activated by series of electric eyes.

# MATERIALS HANDLING

**Ingenious tools and techniques help keep Du Pont competitive by moving mountains of materials and goods through production at the Spruance Film Plant.**





**Hauling.** One of 53 electric trucks on plant speeds finished cartons of cellophane to shipping area. Truck is operated by John Gifford.

**Lifting.** Hoist operated by Johnny Horton is one of 213 located throughout the plant. This one moves rolls from setup table to winding machine.

**Cellophane manufacturing process** at the Spruance plant is shown in this drawing. All materials-handling equipment and procedures are in color.



RR CAR — ELECTRIC TRUCK — ELEVATOR — SCREW CONVEY. — SLURRY — HOIST — SHREDDING — AIR CONVEYER — STORAGE — XANTHATION



**Sliding.** Unusual metal turn-around plate with raised center lets Joe Royall change direction of 1500-pound rolls of pulp after they come off elevator.





**Carrying.** Belt conveyer delivers cartons to stacking area.

**Tipping.** Tipper lowers tube to floor for capping by Jack Pruitt.







**Pulling.** Small drive rolls pull web of pulp into shredder for processing into cellophane. This eliminates hand feeding sheets of the material.

**Blowing.** Compressed air impels scrap through tube to waste area.

**Rolling.** Forwarder sends rolls down incline for wrapping by Jack White.



## MATERIALS HANDLING continued

# Higher productivity results in lower prices

Materials handling — the tools and techniques used to move materials and goods through production processes—is playing an increasing role in industry's ability to earn a profit.

Only a few years ago, companies relied on relatively simple tools such as fork lifts and chain hoists to carry the burden. But as competition increased, new high-speed production techniques were adopted to make the maximum amount of product in minimum time. New materials-handling methods have been needed to feed the tremendous appetite of process equipment and to move goods through subsequent stages.

The photographs on these pages were made at the Spruance Film plant, Richmond, Va., which makes use of dozens of materials-handling devices in the production of cellophane (*diagramed below*) and polyethylene and acetate film. The polyethylene unit alone uses more than 100,000 pounds of resin a day to produce 780 miles of finished film. To keep the process moving it employs a pneumatic system to transport resin from hopper cars to storage silos and then into the process; pumps and pipes; motor-driven hoists; driverless trucks (guided by electrical signals in floor); and conveyers. The flow of materials is almost uninterrupted from

the time materials enter the plant until finished products move out.

The contributions these systems have made at Richmond, and throughout the company, are almost immeasurable. Not only have they lifted much of the burden from men's backs, but they have made it possible for Du Pont to make better products faster and more economically than ever.

Industry's huge investment in new tools and equipment is directly responsible for increases in productivity, and these in turn have led to lower prices for products and higher wages for the people producing them.

The price schedule for cellophane reflects the pattern of technological change. Today, cellophane is selling for about one-quarter the price it commanded two decades ago, although material costs, wages and investment per employee are all significantly higher. Advances in materials handling have helped make this possible.

Polyethylene is a similar story. The Richmond plant was built in 1960. Since then six major price reductions have occurred. Only through Du Pont's ability to find new and more efficient techniques at Richmond, and at almost every Du Pont location, has it been able to protect its position in the marketplace as well as the jobs of its 100,000 employees.



**Air conveying system.** High-speed system blows polyethylene resin from hopper cars into storage silos and then, through pipes, to the process. Unit delivers 100,000 pounds a day.







TOWVEYOR TRUCK   HOIST   HOIST   SLITTER   INSPECTION   WEIGHING   WRAP-PACK   CARTON SEALER   PALLETIZE   ELECTRIC TRUCK   STORAGE RACKS   ELECTRIC TRUCK





SHIPPING

DU PONT
CELLOPHANE



**Driverless trucks.** Six automatic trucks haul rolls between polyethylene production and storage areas. Trucks follow signals from wires in floor; save about $50,000 a year.



**Rail shipments.** Efficient scheduling, and supplying some materials directly from tank car to process, have resulted in significant savings. Frank Poole checks incoming cars.

**Automatic roll storage.** System operated by George Ferguson saves time and storage space by storing and recovering rolls of polyethylene film at the touch of a button.



END



At Waynesboro, a Du Pont-conducted workshop for bright high school students may help produce

# TOMORROW'S SCIENTISTS

Where are tomorrow's scientists and engineers coming from? The Waynesboro, Va., Textile Fibers plant hopes they're coming from right down the road. In an attempt to transform this hope to a reality, the plant sponsors an annual Science Workshop for high school students. Each summer, 12 bright science-minded Waynesboro High juniors and seniors (*identified below, along with their field of interest*) are invited to spend three days at the plant. During this time they meet with Du Pont scientists, attend lectures and seminars, work in the laboratory (using research equipment from simple glassware to electronic computers and gas chromatographs) and examine production equipment.

Working and learning in groups of two to six students, the 12 visitors study under a Du Pont "faculty" of 20 scientists, engineers, technicians and supervisors. The youngsters shown here and on the cover are the fifth group to have participated in this program.

Du Pont hopes that through these workshops students will gain exposure to, and greater interest in, the atmosphere of science. Already, more than two-thirds of former "Du Pont Scholars" have gone on to study science or engineering in college. In the long run, this should benefit the nation, the students and American industry.


Darrell Marsh, oceanography


Beverly Hughes, teaching


Tyree Pool, general science


Danny Harvey, general science





In analytical research lab, atomic absorption spectrometer is explained by Senior Chemist Campbell Epes (*partly seen at right*).



In physical test lab (*above*) Operator Polly Hupman performs a tensile properties test on the polymer film students made. Below, Area Supervisor Fred Stubblefield explains how control room operates production process, aided by TV monitor which scans a remote operation.



Small group of students leaves laboratory to examine production areas. Workshop Teacher Ray Foster, a production supervisor, shows how their lab experiments are "scaled up" in plant's operations.

Drew Copeland (*top*) and Beverly Hughes are briefed on laboratory procedures they will follow, plant areas they will visit. Each student had a chance to discuss his special interests with Du Pont experts.



Maarten Ultee, engineering



Fred Armentrout, engineering



Jack Meredith, computers



Drew Copeland, chemistry



Dale Korneke engineering



Pati Gillock, meteorology



John VanDeman, computers

George Martin, biophysics

continued ⟶

Case 3:23-cv-00692-JDC-KK Document 14-28 Filed 06/23/23 Page 21 of 15 PageID #: 760



Development Assistant Andy Sparks (*right*) demonstrates procedures the visiting students will use for polymerization experiment.

## TOMORROW'S SCIENTISTS continued

# Students use laboratory equipment and research tools unavailable to them in their science classes





In data systems area, Computer Programmer Rudy Sterr shows how to install data storage disc pack onto drive units of computer.

Drew Copeland (*above*), with guiding hand from Development Assistant Andy Sparks, prepares to transfer a polymer intermediate he has just made. Below, Pati Gillock and Fred Armentrout review the procedures they will follow when they make polymers which will wind up as "Orlon" acrylic fiber and "Lycra" spandex fiber.





After running sample of mixed esters through gas chromatograph (*rear*), students calculate and discuss results.



In "Orlon" acrylic polymer area, Production Supervisor Bruce Kaiser explains how polymer reagents are prepared.



Students prepare samples of their breath, shown being injected into plastic bag, for analysis by the laboratory's gas chromatograph.

# THE ENGINEER

## Du Pont's success depends on his ability to get



**Observing miniature process** in laboratory helps. Jim Miller determine whether the larger commercial unit will meet critical standards



**Jim Miller's** many responsibilities as the liaison engineer for design and construction of a new Chambers Works unit include specifying types of materials and equipment for the process. Here he and Joe Lengyel, mechanical engineer and valving consultant, discuss one of several types of valves being considered. Final choice was a valve lined with "Teflon" FEP-fluorocarbon to resist corrosion.

*things done*



*product purity.* With him is Research Engineer Sid Brookes.

Du Pont is one of the world's largest and most successful industrial companies, and one reason for this is that Du Pont is one of the world's largest and most successful engineering organizations. Du Pont employs almost 9000 engineers—about one out of every eleven employees is an engineer—and their know-how is, to a large extent, the lifeblood of the company.

Today, the demands for, and on, Du Pont engineers are greater than ever as they are called upon to design and build new plants and production processes, to expand existing plants, and to redesign equipment to make products more efficiently and inexpensively.

One of these is 32-year-old Jim Miller, a senior project engineer at the Chambers Works, Deepwater, N. J. At Carnegie Tech where he received a B.S. in chemical engineering in 1955, Miller was undecided about a career, narrowed the choices to architecture and engineering, then settled on chemical engineering. Today he has no second thoughts about his choice: "Engineering," he says, "is as exciting and rewarding as any field I can think of."

Since coming to the Chambers Works, Miller spent four years in the plant technical section working on process development, one year as a supervisor in operations and, for the last five years, as a project engineer working on the design of several new chemical manufacturing facilities. These include an expansion of a nitrotoluene unit, the development of a process to make an intermediate for a new fiber, the economic evaluation and site selection study for the expansion of a nitrochlorobenzene process, and a project to increase the capacity of "Freon" fluorocarbons.

His current assignment is liaison engineer with responsibility for working with the company's Engineering Department and his own department's—Orchem—production and engineering group on the design of a large new plant to produce intermediates for a new grade of nylon.

The challenges and problems he faces are complex and demanding, calling for ingenuity, flexibility and a wide-ranging knowledge of engineering practice and theory. The pictures on these pages offer a hint of some of the work he performs.

continued →

21

# *THE ENGINEER* continued



**During design stages** Miller meets weekly with engineering, manufacturing, research and technical people assigned to the project*.

Miller assists the group in reviewing preliminary designs and transmits the group's recommendations to the Engineering Department.

## *"Without engineers, scientific knowledge would be useless"*

*Jim Miller has many observations about engineering and the role of an engineer in an industrial organization:*

Engineering has made enormous contributions to society. Without engineering, the scientific achievements of the last two decades would have been useless. Scientists have discovered the knowledge, but it has been engineers who have taken this knowledge and used it to build and create useful things.

An engineer's job is to answer a seemingly simple question: What is the best way to do this job? The heart of engineering is the ability to make the judgments and decisions which can commit tens of millions of dollars of the company's money and which can affect its operating costs for years to come.

Du Pont engineers have real opportunities. They can set their sights on almost any job in the Company. Mine is to become a member of top management at the Chambers Works.

The startup of a project shows immediately whether it was a good engineering job or a poor one. Whether a company makes money or loses it—and how much—is directly proportional to the quality of the engineering work.

A design engineer is like an obstetrician. He begins work when a project is first conceived and assists in accumulating data, preparing appropriation requests, developing designs, etc. As the project takes shape, he works with the construction group. When it is completed, he helps to transfer the project to the operating department. And during its infancy, he works to assure an efficient startup.

Du Pont, perhaps above all others, depends on engineers and on engineering. The chairman of the board as well as dozens of other members of management are engineers. Also, many engineers are working as manufacturing supervisors, as sales and technical representatives — in hundreds of areas in which engineers can make significant and lasting contributions.

*Clockwise from Miller: Building Supervisor Sam Brubaker, miscellaneous intermediates area; Supervisor Steve Doberstein, research and development; Engineer Bill Cannell, process department; Engineers Sid Brookes and Sheldon McCullum, research and development; Senior Supervisor Don Dietz, miscellaneous intermediates; Engineer Newt Hunsberger, engineering planning.



**Collecting data** on reasons for failure of a filter press in pilot plant helps Miller understand the problem and allows him to modify equipment in commercial unit. Briefing him are Wayne Ashbee, and Newt Hunsberger.

**Models of plant** are checked by Miller, Sam Brubaker, building supervisor, and Harry Carr, an Engineering Department process engineer. Brubaker and Miller discuss whether the process would be impaired if a pump in the new building were relocated to make it more easily accessible.





**Visiting construction site** to see that work meets design requirements is a daily stop. Miller checks with Engineers Uldis Karins and Charles Lacey as first piles are driven.

continued ⟶

**23**

# THE ENGINEER

*continued*



**Determining size of equipment** is part of Miller's job. Here he and J. B. Jones, distillation consultant, use a computer to work out requirements for a distillation set. Miller worked with the team that helped develop Du Pont's use of computers for determining the size of equipment necessary to meet production goals. Computations which often took weeks of handwork can now be completed in a few minutes.



**Converting to paper** a design idea for routing of process piping brings Miller to drafting table of Duy Bennett, whose group made all semi-works drawings.



**Working alone** in office, Miller uses blackboard to diagram instrumentation for process. The problem: Keep instrumentation costs to a minimum, but include enough controls to allow operators to pinpoint process malfunctions.

END

# OPINION

**DR. ROBERT L. HERSHEY, vice president of the Du Pont Company and adviser on research, in a speech at a symposium on the patent system made the following remarks about industrial research and research management.**

There is a vast uneasiness today about the state of research in America.

One symptom is the endless parade of economists who come armed with unanswerable questionnaires to query research directors. They seem to believe that with just a little better table of statistics, processed through the latest computer, the formula for successful research management will be produced. Even from people who ought to know better there still come those futile questions about what percentage of research projects reach the development stage.

Recently I attended a conference in Europe on "The Integration of Research Policy into the Overall Policy of the Firm." One group concerned with the question of "What percentage of research projects became what, etc?", produced this statement:

"Meaningful quantitative generalizations on the effectiveness or value of research and development to companies cannot be made. Individuals and organizations are not all equally good performers. The industrial history of free enterprise shows that research and development is essential for both viability and growth, even though only a few research starts can realistically be expected to lead to commercial successes."

Those managers who have been wailing the sad condition of research might be better employed in improving the management of research and development which the statement above urges. A few suggestions to top management might be helpful in this task.

First, forbid research managers to use in their discussions and presentations such terms as "basic research," "fundamental research," "applied research," etc. Instead, research managers should discuss their work in terms of its business purpose. Industrial research is properly done only in pursuit of business objectives. Note carefully that I say forbid the *use of terms*—I do not say forbid *doing the work.*

Industrial research and development has, first of all, the job of improving a company's performance in serving its present markets. Neglect of this area can be very costly, even disastrous. Research and technical work directed to this business purpose may include all aspects of research: basic, applied, etc.

The same unrestricted areas of research are also called upon to help if top management decides to move into markets new to it. Such research should provide either an advantage over those already in the field or, preferably, create a wholly new market.

Further, top management has the obligation to make clear to its research management whether it will stay in its present markets or expand into new ones. But industrial firms must be selective about the markets they enter; no one can afford to do research everywhere.

Top business managers want business results from research, and the exquisite subtleties of distinction between, for example, "basic" and "applied" research, serve only to distract them from the real question: "Are we doing the proper work to meet our business objectives?"

In addition, top management should realize that the creation of a successful venture from a new research discovery is a complicated matter. Such a venture is really a happy new matching of scientific or technical knowledge to an economic need. It may be that the scientific knowledge had been lying around for a long time before the recognition or relevance to a particular economic need occurred. The real innovation is then in the recognition of relevance.

Finally, it has been suggested that relating research solely to business objectives makes more difficult the task of recruiting new men into industrial research. That may be but it ought not to be. Realistic thinking about goals of industrial research should, instead, lead to more fruitful and enticing basic research.



# see

**THIS PROUD LAND, Du Pont Television Specials in Color**

**starring ROBERT PRESTON**

on your local **abc** network station

| THE<br>**SUN COUNTRY**<br>*Wednesday, January 26*<br>9-10 p.m. New York time | THE<br>**WAY OUT WEST**<br>*Sunday, February 20*<br>8-9 p.m. New York time |
|---|---|
| THE<br>**SOUTH**<br>*Thursday, March 31*<br>9-10 p.m. New York time | THE<br>**SURPRISING MIDWEST**<br>*Monday, April 25*<br>9-10 p.m. New York time |

*See local listings for time and channel in your region*



BETTER THINGS FOR BETTER LIVING... *THROUGH CHEMISTRY*

PRINTED IN U.S.A.