# EXHIBIT 42

# St. John, Joseph

| | |
|---|---|
| **From:** | Dorka, Lilian <Dorka.Lilian@epa.gov> |
| **Sent:** | Wednesday, March 8, 2023 2:29 PM |
| **To:** | Stephen Russo; Courtney Burdette |
| **Cc:** | Khan, Zahra; Hoang, Anhthu; Isales, Daniel; Scott, Ronald; Moncrieffe, Marcia; Seidemann, Ryan; O'Lone, Mary; Andrews, Suzanne; Montegut, Ryan; David McCay; Neal Elliott; Murrill, Elizabeth; Bliss Higgins; St. John, Joseph; Tim.Hardy@bswllp.com; Jones, Jasimiel; Celena Cage; jill.clark@la.gov; Brungard, Morgan; Freel, Angelique; John B. King; Carroll Devillier; Danielle L. Borel; Payne, James (Jim); Chaudhary, Dimple; McGuire, James |
| **Subject:** | ATTN: Courtney Burdette and Stephen Russo - Extension Agreement for Complaint Nos. 01R-22 R6 and 02R-22-R6, |
| **Attachments:** | Signed Extension Agreement.pdf; Resolution Extension Agreement for 01R-21-R6 and 02R-21-R6 - EPA.pdf; Extension Agreement - Complaints 01R  02R-21-R6 March 2023 LDEQ.pdf; Extension Agreement - Complaints 01R  02R-21-R6 March 2023 LDH.pdf |
| **Importance:** | High |

**CAUTION:** *This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Good afternoon, Courtney and Stephen,

As I mentioned during our meeting last Thursday, we have been discussing with the Sierra Club Complainant an agreement to extend the timeframe for resolution of Complaint Nos. 01R-22 R6 and 02R-22-R6. We believe our work so far to reach informal resolution agreements between EPA and LDEQ and EPA and LDH has been very productive, and we look forward to continuing this important and productive work with LDEQ and LDH.

Attached, please find a signed copy of an agreement with the Complainant to extend the timeframe for resolution of Complaint Nos. 01R-22 R6 and 02R-22-R6. Also attached is the Agreement that I have signed. Finally, please find corresponding Agreements for LDEQ and LDH, for your review and signature. We would like to have all Agreements signed and in place by COB Thursday, March 9th. Please let me know as soon as possible if you have any questions. Thanks in advance for your help!

Lilian

Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights
Office of Environmental Justice and External Civil Rights
U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 – Cell
Pronouns: she/her/ella
Hablo español

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS
OFFICE OF EXTERNAL CIVIL RIGHTS COMPLIANCE

## COMPLAINT RESOLUTION EXTENSION AGREEMENT
### for EPA Complaint Nos. 01R-22-R6 and 02R-22-R6

The U.S. EPA's Office of External Civil Rights Compliance ("OECRC"), Earthjustice on behalf of the Complainant ("Sierra Club"), the Louisiana Department of Environmental Quality ("LDEQ") and the Louisiana Department of Health ("LDH"), as the parties complained against, (collectively, "the parties" for purposes of this agreement only), through this agreement pursuant to 40 C.F.R. § 7.120, agree to further extend the 180-day timeframe for resolving EPA Complaint Nos. 01R-22-R6 and 02R-22-R6 ("the complaints"), by an additional 120 calendar days from March 13, 2023 to July 11, 2023.

On the date of execution of this Extension Agreement by all parties, OECRC will provide to Complainant a copy of EPA's full draft Internal Resolution Agreements shared with LDEQ and LDH.

Complainant will provide comments to EPA on the draft Informal Resolution Agreements within 15 calendar days. OECRC will consider the comments and discuss them with Complainant.

EPA will provide Complainant copies of subsequent EPA drafts of the Informal Resolution Agreements at the time that new drafts are shared with LDEQ and LDH. Complainant will provide comments to EPA on the draft Informal Resolution Agreements within 15 calendar days unless the parties agree to a longer period of time. OECRC will consider the comments and discuss them with Complainant.

Nothing in this Extension Agreement prevents EPA, LDEQ and LDH from entering into an Informal Resolution Agreement.

_____   (Date) 3/8/23
Earthjustice on behalf of the Complainant ("Sierra Club")



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D C. 20460

OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS
OFFICE OF EXTERNAL CIVIL RIGHTS COMPLIANCE

# COMPLAINT RESOLUTION EXTENSION AGREEMENT
## for EPA Complaint Nos. 01R-22-R6 and 02R-22-R6

The U.S. EPA's Office of External Civil Rights Compliance ("OECRC"), Earthjustice on behalf of the Complainant ("Sierra Club"), the Louisiana Department of Environmental Quality ("LDEQ") and the Louisiana Department of Health ("LDH"), as the parties complained against, (collectively, "the parties" for purposes of this agreement only), through this agreement pursuant to 40 C.F.R. § 7.120, agree to further extend the 180-day timeframe for resolving EPA Complaint Nos. 01R-22-R6 and 02R-22-R6 ("the complaints"), by an additional 120 calendar days from March 13, 2023 to July 11, 2023.

On the date of execution of this Extension Agreement by all parties, OECRC will provide to Complainant a copy of EPA's full draft Internal Resolution Agreements shared with LDEQ and LDH.

Complainant will provide comments to EPA on the draft Informal Resolution Agreements within 15 calendar days. OECRC will consider the comments and discuss them with Complainant.

EPA will provide Complainant copies of subsequent EPA drafts of the Informal Resolution Agreements at the time that new drafts are shared with LDEQ and LDH. Complainant will provide comments to EPA on the draft Informal Resolution Agreements within 15 calendar days unless the parties agree to a longer period of time. OECRC will consider the comments and discuss them with Complainant.

Nothing in this Extension Agreement prevents EPA, LDEQ and LDH from entering into an Informal Resolution Agreement.

_____        (Date) _____
Courtney Burdette for the Louisiana Department
of Environmental Quality



**UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY**

WASHINGTON, D.C. 20460

OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS
OFFICE OF EXTERNAL CIVIL RIGHTS COMPLIANCE

## COMPLAINT RESOLUTION EXTENSION AGREEMENT
### for EPA Complaint Nos. 01R-22-R6 and 02R-22-R6

The U.S. EPA's Office of External Civil Rights Compliance ("OECRC"), Earthjustice on behalf of the Complainant ("Sierra Club"), the Louisiana Department of Environmental Quality ("LDEQ") and the Louisiana Department of Health ("LDH"), as the parties complained against, (collectively, "the parties" for purposes of this agreement only), through this agreement pursuant to 40 C.F.R. § 7.120, agree to further extend the 180-day timeframe for resolving EPA Complaint Nos. 01R-22-R6 and 02R-22-R6 ("the complaints"), by an additional 120 calendar days from March 13, 2023 to July 11, 2023.

On the date of execution of this Extension Agreement by all parties, OECRC will provide to Complainant a copy of EPA's full draft Internal Resolution Agreements shared with LDEQ and LDH.

Complainant will provide comments to EPA on the draft Informal Resolution Agreements within 15 calendar days. OECRC will consider the comments and discuss them with Complainant.

EPA will provide Complainant copies of subsequent EPA drafts of the Informal Resolution Agreements at the time that new drafts are shared with LDEQ and LDH. Complainant will provide comments to EPA on the draft Informal Resolution Agreements within 15 calendar days unless the parties agree to a longer period of time. OECRC will consider the comments and discuss them with Complainant.

Nothing in this Extension Agreement prevents EPA, LDEQ and LDH from entering into an Informal Resolution Agreement.

_____   (Date) 3/8/2023
Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights
Office of Environmental Justice and External Civil Rights
U.S. Environmental Protection Agency



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D C. 20460

OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS

OFFICE OF EXTERNAL CIVIL RIGHTS COMPLIANCE

**COMPLAINT RESOLUTION EXTENSION AGREEMENT
for EPA Complaint Nos. 01R-22-R6 and 02R-22-R6**

The U.S. EPA's Office of External Civil Rights Compliance ("OECRC"), Earthjustice on behalf of the Complainant ("Sierra Club"), the Louisiana Department of Environmental Quality ("LDEQ") and the Louisiana Department of Health ("LDH"), as the parties complained against, (collectively, "the parties" for purposes of this agreement only), through this agreement pursuant to 40 C.F.R. § 7.120, agree to further extend the 180-day timeframe for resolving EPA Complaint Nos. 01R-22-R6 and 02R-22-R6 ("the complaints"), by an additional 120 calendar days from March 13, 2023 to July 11, 2023.

On the date of execution of this Extension Agreement by all parties, OECRC will provide to Complainant a copy of EPA's full draft Internal Resolution Agreements shared with LDEQ and LDH.

Complainant will provide comments to EPA on the draft Informal Resolution Agreements within 15 calendar days. OECRC will consider the comments and discuss them with Complainant.

EPA will provide Complainant copies of subsequent EPA drafts of the Informal Resolution Agreements at the time that new drafts are shared with LDEQ and LDH. Complainant will provide comments to EPA on the draft Informal Resolution Agreements within 15 calendar days unless the parties agree to a longer period of time. OECRC will consider the comments and discuss them with Complainant.

Nothing in this Extension Agreement prevents EPA, LDEQ and LDH from entering into an Informal Resolution Agreement.

_____     (Date) _____
Stephen Russo for the Louisiana Department of Health