# EXHIBIT 45

| assistance_award | award_id_fain | award_date | total_oblig | total_outlay | period_of_perf | period_of_pe | funding_agency_name | recipient_name |
|---|---|---|---|---|---|---|---|---|
| ASST_NON_15PB | 15PBJA22GG00646MUMU | 2022 | 3514042 | 3514042 | 10/1/2021 | 9/30/2025 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJA21GG04019SCAX | 2022 | 900000 | 12226.81 | 10/1/2021 | 10/1/2024 | Department of Justice | JUDICIARY COURTS OF THE STATE O |
| ASST_NON_15PB | 15PBJA23GG00013BSCI | 2023 | 4501897 | | 10/1/2022 | 9/30/2026 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PJ | 15PJDP22GG04923TITL | 2023 | 567366 | | 10/1/2022 | 9/30/2026 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJA22GG01973COVE | 2022 | 293954 | 38763 | 10/1/2022 | 9/30/2024 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJA22GG01693DNAX | 2022 | 1782718 | | 10/1/2022 | 9/30/2024 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJA22GG00477RSAT | 2022 | 868326 | | 10/1/2022 | 9/30/2026 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PO | 15POVC22GG00580COMP | 2022 | 3655000 | | 10/1/2021 | 9/30/2025 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PJ | 15PJDP21GG04727TITL | 2022 | 718021 | | 10/1/2021 | 9/30/2025 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJS22GK00706BJSB | 2022 | 70003 | 2353.22 | 10/1/2022 | 9/30/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PO | 15POVC22GG00752ASSI | 2022 | 19899389 | | 10/1/2021 | 9/30/2025 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15JO | 15JOVW22GG00360SASP | 2022 | 627000 | | 8/1/2022 | 7/31/2024 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJA22GG00210BRND | 2022 | 2300000 | | 10/1/2022 | 9/30/2025 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_15PB | 15PBJA22GG01110JAGP | 2022 | 71145 | | 10/1/2022 | 9/30/2024 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15JO | 15JOVW22GG00426STOP | 2022 | 2070032 | | 7/1/2022 | 6/30/2024 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJS21GK00018BJSB | 2023 | 75898.84 | 75898.84 | 10/1/2021 | 9/30/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PS | 15PSMA21GG02503AWAX | 2022 | 399540 | | 10/1/2021 | 9/30/2024 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_15PB | 15PBJA21GG04269DGCT | 2022 | 550000 | 9878.26 | 10/1/2021 | 9/30/2025 | Department of Justice | JUDICIARY COURTS OF THE STATE O |
| ASST_NON_15PB | 15PBJA21GG02881COVE | 2022 | 125000 | 75000 | 10/1/2021 | 9/30/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJA21GG02907COVE | 2022 | 280352 | 178486.1 | 10/1/2021 | 9/30/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJS21GK00184NARI | 2022 | 579494 | | 1/1/2022 | 12/31/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJA21GG00059RSAT | 2021 | 708685 | 46648 | 10/1/2021 | 9/30/2025 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJA21GG03129DNAX | 2022 | 1514191 | 885728.3 | 10/1/2021 | 9/30/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PO | 15POVC21GG00430COMP | 2021 | 1863000 | 253143.9 | 10/1/2020 | 9/30/2024 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PO | 15POVC21GG00628ASSI | 2021 | 14643360 | 1138920 | 10/1/2020 | 9/30/2024 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJA21GG00337JAGP | 2021 | 68988 | | 10/1/2021 | 9/30/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15PB | 15PBJA21GG00246MUMU | 2021 | 3374901 | 3374901 | 10/1/2020 | 9/30/2024 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15JO | 15JOVW21GG00542MUMU | 2021 | 2331058 | 1700299 | 7/1/2021 | 6/30/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_15JO | 15JOVW21GG00467MUMU | 2021 | 692022 | 620922 | 8/1/2021 | 7/31/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2016 | 2016WFAX0041 | 2021 | 0 | | 7/1/2016 | 6/30/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020CDBX0037 | 2021 | 264698 | 212498.3 | 10/1/2020 | 3/31/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020DNBX0118 | 2021 | 299117 | 165117 | 10/1/2020 | 9/30/2022 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2020 | 2020J2BX0001 | 2021 | 655435 | 534876 | 10/1/2020 | 9/30/2024 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020NSBXK011 | 2021 | 902095 | 113464.2 | 10/1/2020 | 9/30/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020RUBXK011 | 2021 | 1099313 | 3598.3 | 10/1/2020 | 9/30/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020ZFFX0026 | 2020 | 10868 | | 10/1/2020 | 9/30/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020JXFX0047 | 2020 | 770806 | 427133.1 | 10/1/2020 | 9/30/2024 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020WFAX0057 | 2020 | 2328643 | 1976009 | 7/1/2020 | 6/30/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020XTBX0014 | 2020 | 61109 | 61109 | 10/1/2020 | 9/30/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020V1GX0048 | 2020 | 1414000 | 1172056 | 10/1/2019 | 9/30/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020V2GX0010 | 2020 | 23490366 | 18208778 | 10/1/2019 | 9/30/2023 | Department of Justice | LOUISIANA, STATE OF |

| Code | Award | Year | Amount1 | Amount2 | Start | End | Agency | Recipient |
|---|---|---|---|---|---|---|---|---|
| ASST_NON_2020 | 2020MUBX0026 | 2020 | 2951715 | | 10/1/2019 | 9/30/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 202086CXK026 | 2022 | 190537.9 | 149498.2 | 10/1/2020 | 12/31/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020KFAX0051 | 2020 | 625616 | 573191 | 8/1/2020 | 7/31/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020HPWX0010 | 2020 | 2998794 | 2207091 | 7/1/2020 | 6/30/2023 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2020 | 2020VDBX0261 | 2020 | 9688333 | 9688333 | 1/20/2020 | 1/31/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2020 | 2020ZFFX0009 | 2021 | 11691 | | 10/1/2019 | 9/30/2020 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019HPWX0010 | 2019 | 2423079 | 2258199 | 10/1/2019 | 9/30/2021 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2019 | 2019NSBXK017 | 2021 | 373884 | 134720.2 | 1/1/2020 | 12/31/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019MUBX0056 | 2019 | 3169999 | -3100 | 10/1/2018 | 9/30/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019J2BX0006 | 2019 | 649435 | 286206.9 | 10/1/2019 | 9/30/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019YSBX0032 | 2021 | 500000 | 351010.4 | 10/1/2019 | 9/30/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019XTBX0020 | 2022 | 68464 | | 10/1/2019 | 9/30/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019JXFX0039 | 2019 | 607624 | 279853.9 | 10/1/2019 | 9/30/2023 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019V2GX0059 | 2019 | 31857165 | 25014399 | 10/1/2018 | 9/30/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019MUBXK034 | 2019 | 1218627 | 669454.1 | 1/1/2020 | 12/31/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 201986CXK034 | 2021 | 43087.56 | 40350.52 | 10/1/2019 | 9/30/2020 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019V1GX0062 | 2019 | 609000 | 275316.7 | 10/1/2018 | 9/30/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019WFAX0043 | 2019 | 2291551 | 2254427 | 7/1/2019 | 6/30/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019KFAX0004 | 2019 | 436768 | 431382 | 8/1/2019 | 7/31/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2019 | 2019DNBX0068 | 2019 | 321789 | 244532.9 | 1/1/2020 | 12/31/2021 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2019 | 2019CDBX0014 | 2021 | 265873.6 | 67661.82 | 1/1/2020 | 12/31/2020 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2016 | 2016KFAX0009 | 2019 | -21265 | | 8/1/2016 | 7/31/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018SVWX0030 | 2021 | 366118.5 | 310629.5 | 10/1/2018 | 9/30/2021 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2018 | 2018NSBXK018 | 2021 | 1308294 | 1197937 | 1/1/2019 | 12/31/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018CDBX0038 | 2020 | 265127.5 | 111051.7 | 1/1/2019 | 12/31/2019 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018RUBXK031 | 2021 | 1345131 | 923592 | 1/1/2019 | 12/31/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018DNBX0220 | 2021 | 187500 | 77527.87 | 1/1/2019 | 12/31/2020 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2018 | 2018JXFX0045 | 2021 | 625025.8 | 443727.6 | 10/1/2018 | 9/30/2022 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018DNBX0169 | 2018 | 721888 | 133123.9 | 1/1/2019 | 12/31/2021 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2018 | 2018ZFFX0012 | 2018 | 10416 | 1042 | 10/1/2018 | 9/30/2019 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018MUBX0441 | 2018 | 3187811 | | 10/1/2017 | 9/30/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018J2BX0052 | 2021 | 644834.3 | 360506.7 | 10/1/2017 | 9/30/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018YSBX0162 | 2021 | 500000 | 201797.5 | 10/1/2018 | 9/30/2021 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2018 | 2018ARBXK045 | 2018 | 900000 | 502075.1 | 10/1/2018 | 9/30/2021 | Department of Justice | JUDICIARY COURTS OF THE STATE O |
| ASST_NON_2018 | 2018WFAX0005 | 2021 | 2323213 | 1702555 | 7/1/2018 | 6/30/2020 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018KFAX0044 | 2021 | 457634 | 228682 | 8/1/2018 | 7/31/2020 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018DNBX0121 | 2018 | 425678 | 213599.2 | 1/1/2019 | 12/31/2020 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2018 | 2018XTBX0015 | 2021 | 70354 | 63974 | 10/1/2018 | 9/30/2019 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018V1GX0032 | 2018 | 233000 | 2543.47 | 10/1/2017 | 9/30/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2018 | 2018V2GX0042 | 2021 | 46186817 | 16688581 | 10/1/2017 | 9/30/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017XTBX0026 | 2018 | 70675 | 30962 | 10/1/2017 | 9/30/2019 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017WFAX0046 | 2021 | 2286927 | 176735.4 | 7/1/2017 | 6/30/2019 | Department of Justice | LOUISIANA, STATE OF |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ASST_NON_2017 | 2017VFGXK033 | 2019 | 7812.51 | | 10/1/2017 | 9/30/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017VAGX0055 | 2021 | 26555491 | 13711205 | 10/1/2016 | 9/30/2020 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017RUBXK033 | 2020 | 439436.6 | 170941.3 | 10/1/2017 | 9/30/2019 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017RTBX0011 | 2021 | 299383.6 | 102515.4 | 10/1/2016 | 9/30/2020 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017NSBXK015 | 2020 | 600369.2 | 463097.9 | 10/1/2017 | 9/30/2019 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017KFAX0047 | 2020 | 461064 | | 8/1/2017 | 7/31/2019 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017JFFX0019 | 2021 | 498414 | 134791.1 | 10/1/2017 | 9/30/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017ELBX0001 | 2020 | 571205 | 346310 | 8/1/2016 | 1/31/2020 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017DNBX0002 | 2020 | 284983 | 16867.39 | 1/1/2018 | 12/31/2019 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2017 | 2017CZBX0027 | 2019 | -593.38 | | 10/1/2017 | 9/30/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017CDBX0038 | 2019 | 105995.9 | | 1/1/2018 | 12/31/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2017 | 2017BJCXK026 | 2020 | 98252.31 | 22389.29 | 10/1/2017 | 9/30/2019 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2016 | 2016WFAX0041 | 2020 | 2294213 | | 7/1/2016 | 6/30/2021 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2016 | 2016VAGX0074 | 2022 | 29529888 | 301632.3 | 10/1/2015 | 9/30/2019 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2016 | 2016RUBXK015 | 2019 | 89993 | | 10/1/2016 | 3/31/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2016 | 2016RTBX0023 | 2020 | 271084 | 13478 | 10/1/2015 | 9/30/2019 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2016 | 2016NSBXK004 | 2020 | 366303.4 | | 10/1/2016 | 9/30/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2016 | 2016JFFX0010 | 2021 | 0 | 13152 | 10/1/2016 | 9/30/2020 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2016 | 2016DNBX0018 | 2019 | 390757.8 | | 1/1/2017 | 12/31/2018 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2016 | 2016CDBX0020 | 2018 | 118848.8 | | 1/1/2017 | 12/31/2017 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2015 | 2015XTBX0018 | 2018 | 70054 | | 10/1/2015 | 9/30/2017 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2015 | 2015WFAX0036 | 2019 | 2035100 | | 7/1/2015 | 6/30/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2015 | 2015VFGXK155 | 2021 | 4381690 | 1796747 | 1/1/2016 | 12/31/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2015 | 2015VFGX0007 | 2019 | 172681.4 | | 10/1/2014 | 9/30/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2015 | 2015VAGX0003 | 2020 | 27484516 | -10743 | 10/1/2014 | 9/30/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2015 | 2015RTBX0044 | 2019 | -5 | | 10/1/2014 | 9/30/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2015 | 2015NSBXK012 | 2019 | 1680352 | | 10/1/2015 | 9/30/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2015 | 2015MUBX0471 | 2019 | 3077142 | | 10/1/2014 | 9/30/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2015 | 2015KFAX0038 | 2019 | 344700 | | 8/1/2015 | 7/31/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2015 | 2015JFFX0034 | 2019 | 510668 | | 10/1/2015 | 3/31/2019 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2015 | 2015DNBX0042 | 2018 | 1333669 | | 1/1/2016 | 3/31/2018 | Department of Justice | STATE POLICE, LOUISIANA DEPARTM |
| ASST_NON_2015 | 2015BJCXK034 | 2019 | 393030.5 | | 9/1/2015 | 8/31/2018 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2014 | 2014WFAX0021 | 2018 | -73029 | | 7/1/2014 | 6/30/2017 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2014 | 2014VAGX0045 | 2019 | 6692012 | | 10/1/2013 | 9/30/2017 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2014 | 2014RTBX0002 | 2018 | -77 | | 10/1/2013 | 9/30/2017 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2014 | 2014MUBX1078 | 2018 | -79 | | 10/1/2013 | 9/30/2017 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2013 | 2013WFAX0012 | 2018 | -15497 | | 7/1/2013 | 12/31/2016 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2013 | 2013RTBX0036 | 2018 | -4295.25 | | 10/1/2012 | 9/30/2017 | Department of Justice | LOUISIANA, STATE OF |
| ASST_NON_2013 | 2013MUFX0062 | 2019 | 974803 | | 10/1/2012 | 9/30/2018 | Department of Justice | LOUISIANA, STATE OF |

F LOUISIANA

ENT OF

ENT OF
F LOUISIANA

ENT OF

ENT OF

ENT OF

ENT OF

ENT OF

ENT OF

ENT OF

ENT OF
F LOUISIANA

ENT OF

ENT OF

ENT OF

ENT OF