# EXHIBIT 49

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| CALIFORNIANS FOR RENEWABLE ENERGY, ASHURST BAR/SMITH COMMUNITY ORGANIZATION, CITIZENS FOR ALTERNATIVES TO RADIOACTIVE DUMPING, SAINT FRANCIS PRAYER CENTER, SIERRA CLUB, and MICHAEL BOYD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and SCOTT PRUITT, in his official capacity as Administrator of the Environmental Protection Agency,<br><br>Defendants. | Case No. 4:15-cv-03292-SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment and Denying Defendants' Rule 12 Motion to Dismiss and Granting Alternative Motion for Summary Judgment as to the Sixth Claim for Relief, Dkt. 114, and for the reasons set forth therein, the Court hereby enters judgment as follows:

1. Judgment is entered in favor of Plaintiff Saint Francis Prayer Center with respect to the First Claim for Relief; in favor of Plaintiffs CAlifornians for Renewable Energy and Michael Boyd with respect to the Second Claim for Relief; in favor of Plaintiff Sierra Club with respect to the Third Claim for Relief; in favor of Plaintiff Citizens for Alternatives to Radioactive Dumping with respect to the Fourth Claim for Relief; and, in favor of Plaintiff Ashurst Bar/Smith Community Organization with respect to the Fifth Claim for Relief.

2. Judgment is entered in favor of Defendants U.S. Environmental Protection Agency ("EPA") and Scott Pruitt, Administrator of EPA, with respect to Plaintiffs' Sixth Claim for Relief.

3. The Court declares that the EPA's failure to issue preliminary findings and any recommendations as to Plaintiffs' Title VI complaints numbered 01R-94-R5, 02R-00-R9, 01R-00-R6, 09R-02-R6, and 06R-03-R4 in accordance with the timeline set forth in 40 C.F.R. § 7.115(c)

---

constitutes agency action unlawfully withheld, under the Administrative Procedure Act, 5 U.S.C. § 706(1).

4. The EPA shall timely process any pending and future Title VI complaints submitted by Plaintiffs and accepted for investigation by EPA as follows: for any pending investigation into a Title VI complaint submitted by any Plaintiff, EPA must issue preliminary findings and any recommendations for voluntary compliance, or otherwise resolve the complaint, within 180 days of the date of entry of this judgment; for any Title VI complaint submitted by any Plaintiff and accepted by EPA after the date of entry of this judgment, EPA must issue preliminary findings and any recommendations for voluntary compliance, or otherwise resolve the complaint, within 180 days of the date of acceptance. The requirements of this paragraph shall continue for a period of five years from the date judgment is entered.

5. The Court shall retain jurisdiction to enforce this judgment only as to those complaints subject to Paragraph 4 above.

IT IS SO ORDERED.

DATED at Oakland, California this 13th day of June, 2018.

_____
HON. SAUNDRA BROWN ARMSTRONG
Senior United States District Judge