

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *DREW CURTIS ENSIGN*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, DREW CURTIS ENSIGN #243956 was on the 25th day of August, 2006 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 6th day of June 2023.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
LaNae Brooks, Senior Deputy Clerk