*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| <u>State of Louisiana,</u><br>Plaintiff | Case No.   2:23-cv-00692 |
| VS.<br><u>U.S. Environmental Protection Agency et al.</u><br>Defendant | Judge   Hon. James D Cain, Jr<br>Magistrate Judge   Hon. Kathleen Kay |

**ORDER**

IT IS ORDERED that <u>Drew Ensign</u> be and is hereby admitted

to the bar of this Court pro hac vice on behalf of <u>the State of Louisiana</u> in the above

described action.

SO ORDERED on this, the _____ day of _____, 20_____.


_____
U.S. Magistrate Judge