IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00692 |

**CERTIFICATE OF SERVICE**

I, Erin Nelson, am over eighteen years of age. I am employed as a paralegal by the Louisiana Department of Justice. I hereby certify as follows:

1. On June 21, 2023, Louisiana Department of Justice Attorney Joseph Scott St. John emailed copies of Docket Nos. 10, 11, and 12, together with their attachments, to Defendant Lilian Dorka and EPA Attorney Mary O'Lone. Defendant Dorka responded acknowledging receipt.

2. On June 21, 2023, Louisiana Department of Justice Attorney Joseph Scott St. John emailed copies of Docket Nos. 10, 11, and 12, together with their attachments, to Shannon Brown, Chief of the Civil Division in the Office of the U.S. Attorney for the Western District of Louisiana. Ms. Brown responded acknowledging receipt.

3. On June 22, 2023, I mailed a copy of Docket Nos. 10, 11, and 12, together with their attachments via Priority Mail Express to the U.S. Attorney General, ATTN: Civil Process Clerk, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

4. On June 22, 2023, I mailed a copy of Docket Nos. 10, 11, and 12, together with their attachments via Priority Mail Express to the U.S. Attorney's Office for the Western District of Louisiana, 800 Lafayette Street, Suite 2200, Lafayette, LA 70501.

5. On June 22, 2023, I mailed a copy of Docket Nos. 10, 11, and 12, together with their attachments via Priority Mail Express to the following:

| | |
|---|---|
| U.S. Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | Joseph R. Biden, Jr.<br>President of the United States of America<br>The White House<br>1600 Pennsylvania Ave. NW<br>Washington, DC 20500 |
| Lilian S. Dorka<br>Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |
| Merrick Garland<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | Michael S. Reagan<br>Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 |
| United States of America<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | |

Dated: June 23, 2023

*/s/ Erin Nelson*
_____
ERIN NELSON