BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General  
BRANDON B. BROWN  
United States Attorney  
KAREN J. KING  
Assistant United States Attorney  
JOSHUA E. GARDNER  
Special Counsel, Federal Programs Branch  
M. ANDREW ZEE  
LEE REEVES  
Attorneys  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
450 Golden Gate Ave.  
San Francisco, CA 94102  
Phone:        (415) 436-6646  
Email:         m.andrew.zee@usdoj.gov  

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>      Defendants. | No. 2:23-cv-00692-JDC-KK |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that M. Andrew Zee of the United States Department of

Justice, Civil Division, Federal Programs Branch, hereby appears as counsel of record

for all Defendants.  Counsel respectfully requests that copies of all pleadings, papers, and notices be sent electronically to m.andrew.zee@usdoj.gov.

Dated: June 27, 2023  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRANDON B. BROWN
United States Attorney

KAREN J. KING
Assistant United States Attorney

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
LEE REEVES
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Phone: (415) 436-6646
Email: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

2