*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| State of Louisiana,<br>Plaintiff | Case No.   2:23-cv-00692 |
| VS.<br>U.S. Environmental Protection Agency et al.<br>Defendant | Judge   Hon. James D Cain, Jr<br>Magistrate Judge   Hon. Kathleen Kay |

**ORDER**

IT IS ORDERED that <u>Drew Ensign</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>the State of Louisiana</u> in the above described action.

SO ORDERED on this, the  29th  day  of  June,  2023.

_____
U.S. Magistrate Judge