UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **THE STATE OF LOUISIANA** | **CIVIL ACTION NO. 2:23-cv-00692** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.** | **MAGISTRATE JUDGE KAY** |

## ORDER

Before the Court is Defendants' Notice of Resolution of Title VI Complaints. (Doc. 18).

In accordance therewith,

**IT IS ORDERED** that Plaintiff file a response to Defendants' Notice of Resolution (Doc.18) as to what claims, if any, are resolved, and/or what claims remain in this lawsuit. The response must be filed within seven (7) days of this order.

**THUS DONE AND SIGNED** in Chambers on this 29th day of June 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE