**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>      Defendants. | No. 2:23-cv-00692-JDC-KK |

**JOINT PROPOSED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND THE PARTIES' ANTICIPATED CROSS-MOTIONS FOR DISPOSITIVE RELIEF**

On May 24, 2023, Plaintiff State of Louisiana filed a seven-count complaint challenging various alleged actions by Defendants in the administration of Title VI of the Civil Rights Act of 1964.  *See* Compl., ECF No. 1.  Plaintiff then filed, on June 21, 2023, a motion for preliminary injunction challenging alleged actions by Defendant U.S. Environmental Protection Agency (EPA) in connection with two Title VI discrimination complaints that EPA had accepted for investigation.  ECF No. 10.  Defendants on June 27, 2023 notified this Court and Plaintiff that EPA had closed EPA's investigations into the allegations of discrimination contained in those two Title VI complaints and resolved the complaints.  ECF No. 18.  In response to Defendants' Notice, the Court on June 29, 2023 directed Plaintiff to indicate what claims were resolved, and what claims remain in this lawsuit.  ECF No. 20.  Plaintiff

on July 6, 2023 responded to the Court's Order and "submit[ted] that all of its claims continue to present justiciable controversies within this Court's jurisdiction," but also stated but that its motion for preliminary injunction now sought narrower and modified relief in light of EPA's dismissals of the two Title VI complaints. *See* ECF No. 21.

Counsel for the parties have conferred, including by email and by teleconferences on June 30 and July 7, 2023, regarding appropriate next steps in this case in order to present the disputes in the most efficient manner possible for the Court's resolution. The parties have agreed that this case may be fully resolved by cross-motions for dispositive relief. Because Plaintiff's pending motion for preliminary injunction presents substantial overlap with the overall issues presented by Plaintiff's Complaint, the parties have also agreed that combining the briefing on Plaintiff's pending motion for preliminary injunction with briefing on dispositive motions Rule 12 (b), Rule 56, or both will promote judicial efficiency and economy for both the parties and the Court. *See* Fed. R. Civ. P. 1. The parties therefore respectfully request that the Court approve and enter the following briefing schedule, with the noted page limits:[1]

- **August 16, 2023**: Defendants' deadline to file a combined opposition to Plaintiff's motion for preliminary injunction, and motion to dismiss under

---

[1] Defendants also respectfully request that their deadline to respond to Plaintiff's Complaint with an Answer, should one be required, be extended during the pendency of the parties' anticipated cross-motions.

- Rule 12(b) and/or for summary judgment under Rule 56. Defendants' combined memorandum not to exceed 50 pages.

- **September 19, 2023**: Plaintiff's deadline to file a combined reply in support of its motion for preliminary injunction, response to Defendants' dispositive motion, and motion for summary judgment. Plaintiff's combined memorandum not to exceed 50 pages.

- **October 19, 2023**: Defendants' deadline to file a combined reply in support of their dispositive motion, and response to Plaintiff's motion for summary judgment. Defendants' combined memorandum not to exceed 30 pages.[2]

The parties respectfully request that the Court set a hearing on their motions on a date convenient for the Court, and counsel for the parties intend to provide the Court with mutually available dates for a hearing. Should circumstances warrant—*e.g.*, a factual dispute relevant to the briefing—the parties reserve the right to request modification of the above schedule, and in that event will confer with one another and make every effort to present the Court with a joint request for modification.

.     A proposed order is attached.

Dated: July 12, 2023                           Respectfully submitted,

                                               JEFF LANDRY
                                               ATTORNEY GENERAL

                                               ELIZABETH B. MURRILL (La #20685)
                                               Solicitor General

---

[2] While the parties will endeavor not to use the full number of pages requested for each brief, they have requested these page limits to avoid burdening the Court with additional page-extension motions at a later date.

3

By:*/s/ J. Scott St. John (by permission)*

J. SCOTT ST. JOHN (La #36682)
Deputy Solicitor General
TRACY SHORT (La #23940)
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
shortt@ag.louisiana.gov

DREW C. ENSIGN
Special Assistant Solicitor General
202 E. Earll Drive
Suite 490
Phoenix, AZ 85004
drewensignlaw@gmail.com

*Counsel for Plaintiff State of Louisiana*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRANDON B. BROWN
United States Attorney

KAREN J. KING
Assistant United States Attorney

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
U.S. Department of Justice

4

        Civil Division, Federal Programs Branch
        450 Golden Gate Ave.
        San Francisco, CA 94102
        Phone:     (415) 436-6646
        Email:      m.andrew.zee@usdoj.gov

*Attorneys for Defendants*