# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>       Plaintiff,<br><br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>       Defendants. | No. 2:23-cv-00692-JDC-KK |

**ORDER SETTING BRIEFING SCHEDULE AND HEARING**

Upon consideration of the parties' Joint Proposed Briefing Schedule, it is hereby

**ORDERED** that the following schedule shall govern further proceedings in this action:

- August 16, 2023: Defendants' deadline to file a combined opposition to Plaintiff's motion for preliminary injunction, and motion to dismiss under Rule 12(b) and/or for summary judgment under Rule 56. Defendants' combined memorandum not to exceed 50 pages.

- September 19, 2023: Plaintiff's deadline to file a combined reply in support of its motion for preliminary injunction, response to Defendants' dispositive motion, and motion for summary judgment. Plaintiff's combined memorandum not to exceed 50 pages.

- October 19, 2023: Defendants' deadline to file a combined reply in support of their dispositive motion, and response to Plaintiff's motion for summary judgment. Defendants' combined memorandum not to exceed 30 pages; and

**ORDERED** that Defendants' deadline to respond to Plaintiff's Complaint with an Answer, should one be required, is extended during the pendency of the parties' anticipated cross-motions.

**IT IS FURTHER ORDER** that a hearing on the motions is set for **January 9, 2024, at 10:00 a.m. in Lake Charles, Louisiana, courtroom #4.**

**THUS DONE AND SIGNED** in Chambers this 19th day of July, 2023.

_____
James D. Cain, Jr.
United States District Judge