# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

|  |  |
|---|---|
| THE STATE OF LOUISIANA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | No. 2:23-cv-00692-JDC-KK |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Alexander W. Resar of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel for all Defendants in the above-captioned matter.

Dated: August 10, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRANDON B. BROWN
United States Attorney

KAREN J. KING
Assistant United States Attorney

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

*/s/  Alexander W. Resar*
Alexander W. Resar (NY Bar No. 5636337)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov
*Counsel for Defendants*