# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | No. 2:23-cv-00692-JDC-KK |

## DEFENDANTS' MOTION FOR LEAVE TO FILE COMBINED BRIEF IN EXCESS OF PAGE LIMITS

Defendants respectfully request leave to extend the page limit for their forthcoming combined motion to dismiss under Rule 12(b) and/or for summary judgment under Rule 56, and opposition to Plaintiff's motion for preliminary injunction by ten (10) additional pages. In particular, Defendants request leave to file a 60-page brief on or before August 16, 2023. Undersigned counsel for Defendants is advised that Plaintiff, the State of Louisiana, takes no position on this request, and defers to the Court's preference. The State does ask that any extension of page limits apply to both parties.

As good cause for this request, Defendants offer the following:

1. On May 24, 2023, Plaintiff filed a 260-paragraph, seven-count Complaint challenging various alleged actions by Defendants in the administration of Title VI of the Civil Rights Act of 1964. *See* Compl., ECF No. 1. Plaintiff then filed, on June 21, 2023, a 42-page motion for preliminary injunction, accompanied by 51 exhibits, challenging alleged actions by Defendant U.S. Environmental Protection Agency (EPA) in connection with two now-closed Title VI discrimination complaints that

EPA had accepted for investigation. *See* ECF Nos. 10-12. In its motion for preliminary injunction, Plaintiff further incorporates by reference arguments "which [are] also discussed in greater detail in the Complaint." ECF No. 15 at 12 (citing Compl. ¶¶ 98-100, 198-203, 207-09, 233-40).

2. Defendants' deadline to file their combined motion and opposition to Plaintiffs' motion for preliminary injunction is August 16, 2023. *See* ECF No. 23.

3. In order to adequately brief the issues raised by Plaintiffs' 56-page Complaint, 42-page motion for preliminary injunction, and hundreds of pages of exhibits, Defendants respectfully request leave to file a 60-page brief in support of their motion to dismiss and/or for summary judgment and in opposition to Plaintiffs' motion for preliminary injunction, notwithstanding the limit of 50 pages previously authorized by this Court's Order setting a briefing schedule, ECF No. 23.[1]

4. The Government respectfully submits that a brief of this length is warranted under the circumstances given the length of Plaintiff's Complaint and preliminary injunction motion, as well as the importance of the Government interests at stake. The ten additional pages requested would further the parties' and the Court's shared interest in ensuring that all legal issues raised by this case are adequately and thoroughly presented in the most efficient manner.

5. Before filing this motion, counsel for Defendants conferred with counsel for Plaintiff, who reported that Plaintiff takes no position on this request, and defers to the Court's preference. Plaintiff has also requested that any extension of page limits apply to both parties. Should the Court grant this request, Defendants do not oppose a commensurate extension of page limits for Plaintiff's brief to be filed on or before September 19, 2023.

For these reasons, Defendants respectfuly request that the page limit for their forthcoming combined motion to dismiss and/or for summary judgment and opposition to Plaintiff's motion for

---

[1] Under Local Rule 7.8, Defendants would be permitted 50 pages for their combined motion and opposition brief, since that rule provides for a 25-page limit for any brief other than a reply brief. Defendants request is thus for ten additional pages than the local rule would otherwise allow.

preliminary injunction be extended by ten additional pages, for a total limit of 60 pages. A proposed order is attached.

Dated: August 10, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRANDON B. BROWN
United States Attorney

KAREN J. KING
Assistant United States Attorney

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

*/s/ Andrew J. Rising*
ANDREW J. RISING (DC Bar No. 1780432)
M. ANDREW ZEE
ALEXANDER W. RESAR
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11406
Washington, DC 20005
Phone: (202) 514-0265
Email: andrew.j.rising@usdoj.gov

*Counsel for Defendants*