# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | No. 2:23-cv-00692-JDC-KK |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion for leave to file a combined brief in excess of page limits, and the entire record herein, it is hereby

**ORDERED** that Defendants' motion is granted; it is further

**ORDERED** that Defendants may file a 60-page combined memorandum in opposition to Plaintiff's motion for preliminary injunction and in support of their motion to dismiss and/or for summary judgment no later than August 16, 2023; and

**ORDERED** that Plaintiff may file a 60-page combined reply in support of its motion for preliminary injunction, response to Defendants' dispositive motion, and motion for summary judgment no later than September 19, 2023.

    **IT IS SO ORDERED**.

Dated: August _____, 2023

                                                     James D. Cain, Jr.
                                                   United States District Judge