# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | No. 2:23-cv-00692-JDC-KK |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Katharine F. Towt of the United States Department of Justice, Civil Rights Division, Federal Coordination and Compliance Section, hereby appears as counsel for all Defendants in the above-captioned matter.

Dated: August 14, 2023

Respectfully submitted,

/s/ Katharine F. Towt
KATHARINE F. TOWT (MA Bar No. 690461)
Attorney
U.S. Department of Justice
Civil Rights Division, Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Phone: (202) 353-5054
Email: katie.towt@usdoj.gov