# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>        Defendants. | No. 2:23-cv-00692-JDC-KK |

## DEFENDANTS' CROSS-MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 56, Defendants respectfully submit this Cross-Motion To Dismiss Or, In The Alternative, For Summary Judgment on the grounds that: this Court lacks jurisdiction over Plaintiff's claims; Plaintiff has failed to state a claim on which relief can be granted; or, in the alternative, there are no material facts in dispute and that Defendant is entitled to judgment as a matter of law.

A proposed order is attached.

Dated: August 16, 2023

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief, Federal Coordination and
Compliance Section

DARIA NEAL
Deputy Chief, Federal Coordination and
Compliance Section

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRANDON B. BROWN
United States Attorney

KAREN J. KING
Assistant United States Attorney

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

| | |
|---|---|
| _/s/ Katharine F. Towt_ | _/s/ M. Andrew Zee_ |
| KATHARINE F. TOWT (MA Bar No. 690461) | M. ANDREW ZEE (CA Bar No. 272510) |
| Attorney | ALEXANDER W. RESAR |
| U.S. Department of Justice | ANDREW J. RISING |
| Civil Rights Division, Federal Coordination | Attorneys |
| and Compliance Section | U.S. Department of Justice |
| 950 Pennsylvania Avenue NW – 4CON | Civil Division, Federal Programs Branch |
| Washington, DC 20530 | 450 Golden Gate Ave. |
| Phone: (202) 353-5054 | San Francisco, CA 94102 |
| Email: katie.towt@usdoj.gov | Phone: (415) 436-6646 |
| | Email: m.andrew.zee@usdoj.gov |

_Attorneys for Defendants_