UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>      Defendants. | No. 2:23-cv-00692-JDC-KK |

### DECLARATION OF ANHTHU HOANG

Pursuant to 28 U.S.C. § 1746, I, Anhthu Hoang, Acting Director of the Office of External Civil Rights Compliance, United States Environmental Protection Agency, based upon my personal knowledge, declare the following:

1. I have been employed by EPA since April 2011. From September 11, 2022 to the present, I have served as the Acting Director of the Office of External Civil Rights Compliance (OECRC) at the United States Environmental Protection Agency (EPA). I am competent to testify to the matters herein.

2. OECRC is the EPA office responsible for implementing federal civil rights laws, including Title VI of the Civil Rights Act of 1964.

3. In my role as Acting Director of OECRC, I have been personally involved, in my official capacity, in the management, investigation, and closure of EPA Complaint No. 01R-22-R6, filed by Earthjustice and the Lawyers' Committee for Civil Rights Under Law on behalf of Concerned

    Citizens of St. John and Sierra Club, against the Louisiana Department of Environmental Quality (LDEQ).

4. In my role as Acting Director of OECRC, I have been personally involved, in my official capacity, in the management, investigation, and closure of EPA Complaint No. 02R-22-R6 , filed by Earthjustice and the Lawyers' Committee for Civil Rights Under Law on behalf of Concerned Citizens of St. John and Sierra Club, against the Louisiana Department of Health (LDH).

5. In my role as Acting Director of OECRC, I have been personally involved, in my official capacity, in the management, investigation, and closure of EPA Complaint No. 04R-22-R6, filed by the Tulane Environmental Law Clinic on behalf of Stop the Wallace Grain Terminal, Inclusive Louisiana, RISE St. James, and the Louisiana Bucket Brigade, against LDEQ.

6. On January 20, 2022, I received via email the complaint subsequently docketed as EPA Complaint No. 01R-22-R6, titled "Complaint Under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, Regarding Civil Rights Violations by Louisiana State Agency Grantees and Environmental Injustice in St. John the Baptist Parish".

7. On January 20, 2022, I received via email the complaint subsequently docketed as EPA Complaint No. 02R-22-R6, titled "Complaint Under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, Regarding Civil Rights Violations by Louisiana State Agency Grantees and Environmental Injustice in St. John the Baptist Parish".

8. On February 1, 2022, EPA received the complaint subsequently docketed as EPA Complaint No. 04R-22-R6, titled "Complaint Under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, and 40 C.F.R. Part 7 against the Louisiana Department of Environmental Quality for Lack of Environmental Justice Procedures in its Air Permitting Program and Resulting Discriminatory Decision on Formosa Air Permits".

9. On April 6, 2022, OECRC initiated an investigation of Complaint Nos. 01R-22-R6 and 04R-22-R6 under the authority of federal civil rights laws, including Title VI of the Civil Rights Act of 1964 (Title VI), and EPA's implementing regulations at 40 C.F.R. Parts 5 and 7.

10. On April 6, 2022, OECRC initiated an investigation of Complaint No. 02R-22-R6 under the authority of federal civil rights laws, including Title VI, and EPA's implementing regulations at 40 C.F.R. Parts 5 and 7.

11. On April 13, 2022, LDEQ requested to engage in informal resolution discussions to resolve EPA Complaint Nos. 01R-22-R6 and 04R-22-R6.

12. On May 16, 2022, LDH requested to engage in informal resolution discussions to resolve EPA Complaint No. 02R-22-R6.

13. On October 12, 2022, OECRC issued a Letter of Concern to LDH and LDEQ in reference to EPA Complaint Nos. 01R-22-R6, 02R-22-R6, and 04R-22-R6.

14. Between November 2022 and May 2023, EPA, LDH, and LDEQ met at least sixteen times, including a regular schedule of two meetings per week, in attempts to reach informal resolutions of EPA Complaint Nos. 01R-22-R6, 02R-22-R6, and 04R-22-R6. During these meetings, EPA, LDH, and LDEQ exchanged draft provisions for Informal Resolution Agreements (IRA), and discussed recommendations OECRC made in its Letter of Concern and deficiencies EPA had identified regarding procedural safeguards. At no time during these meetings or in other correspondence or interaction did EPA advise Louisiana that its investigation was concluded.

15. Throughout the course of these meetings, LDH and LDEQ provided EPA with proposed edits to its draft IRAs. The final round of edits on the draft IRA that EPA received from LDH was provided on May 24, 2023. The final round of edits on the draft IRA that EPA received from LDEQ was provided on June 9, 2023.

16. During the pendency of the Complaints, EPA determined on three occasions that continuing informal resolution talks beyond the 180-day deadline for complaint resolution was appropriate. On each of these three occasions, EPA sought and obtained the concurrence of both Complainants and Recipients to extend the deadline.

17. In April 2023, a student attorney at the Tulane Environmental Law Clinic informed EPA via email that Tulane had received from LDEQ a February 23, 2023 draft IRA via a Public Records Request.

18. On June 27, 2023, OECRC issued a decision letter to LDEQ closing EPA Complaint Nos. 01R-22-R6 and 04R-22-R6 as of the date of that letter, and stating that no further action will be taken with respect to Complaint Nos. 01R-22-R6 and 04R-22-R6. This letter constituted EPA's final disposition of EPA Complaint Nos. 01R-22-R6and 04R-22-R6.

19. On June 27, 2023, OECRC issued a decision letter to LDH closing EPA Complaint No. 02R-22-R6 as of the date of that letter, and stating that no further action will be taken with respect to Complaint No. 02R-22-R6. This letter constituted EPA's final disposition of EPA Complaint No. 02R-22-R6.

20. On July 17, 2023, EPA rejected a Title VI Complaint (EPA Complaint No. 02R-23-R6) against LDEQ (Town of Mansura) that EPA received on December 16, 2022.

21. On July 28, 2023, EPA rejected a Title VI Complaint (EPA Complaint No. 07RNO-23-R6) against LDEQ that EPA received on May 31, 2023.

22. As of the date of this Declaration, there are no Title VI complaints related to LDEQ, LDH, the State of Louisiana, or any of the State's subcomponents pending at or otherwise under consideration by, EPA.

23. EPA has never taken or attempted to take the enforcement steps outlined under 40 C.F.R. § 7.130 to terminate assistance, refuse to award assistance, or refuse to continue assistance, against any state to obtain compliance with EPA's disparate-impact regulations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this  15th  day of August, 2023, in  Atlanta, Georgia  .

Anhthu Hoang
Acting Director
Office of External Civil Rights Compliance
Environmental Protection Agency

5