**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

|  |  |
|---|---|
| THE STATE OF LOUISIANA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br><br> Defendants. | No. 2:23-cv-00692-JDC-KK |

**DECLARATION OF CHRISTOPHER WATKINS**

Pursuant to 28 U.S.C. § 1746, I, Christopher Watkins, based upon my personal knowledge, declare the following:

1. I am the Supervisor Grants Management Officer in the United States Environmental Protection Agency's (EPA) Grants Management Section in the Grants, Acquisitions Branch, Mission Support Division, in EPA Region 6. I have held this position for four (4) years, and I have been employed by EPA for over 4 years and have over 37 years Civil and Military service. I am competent to testify to the matters herein.

2. My responsibilities as the Supervisor Grants Management Officer are to oversee all administrative aspects associated with the EPA's regional grant programs. I maintain full authority over all grants, cooperative agreements, and interagency agreements in the Grants Management Section, Grants and Acquisitions Branch, Mission Support Division in Region 6, which includes the State of Louisiana.

3. As Supervisor Grants Management Officer, I am familiar with EPA's Integrated Grants Management System (IGMS), EPA's Next Generation Grants System (NGGS), and EPA's Grant Files Solution (GFS) system. IGMS was the official grants management system for EPA financial assistance until it was replaced by NGGS. NGGS is EPA's current grants management system. GFS is the official recordkeeping system for EPA financial assistance.

4. The Louisiana Department of Environmental Quality (LDEQ) and the Louisiana Department of Health (LDH) have received financial assistance from EPA since at least 1984 and 1981, respectively. EPA financial assistance to these two entities since 1988 has totaled $1.042 billion. Since 2009, the total amount of annual awards to these two entities has averaged $57,411,466.17 per year.

5. LDEQ and LDH have current (active) financial assistance from EPA totaling $120,238,571. When any financial assistance recipient, including LDEQ and LDH, receives federal funding from EPA, it receives a Notice of Award setting forth terms and conditions of the grant.

6. EPA has included the following in all Notices of Award issued since at least 2014:

   "The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. *If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.*" (emphasis added)

An example Notice of Award, from a 2015 grant by EPA to LDH, is attached as Exhibit A.

7. LDEQ and LDH have a total of 29 pending grant applications.

8. The most recent application seeking federal financial assistance from EPA submitted by LDEQ was received by EPA on June 30, 2023.

    a. As part of this application, LDEQ signed, and thereby indicated its agreement to, EPA Form 4700-4. A copy of this Form 4700-4 is attached as Exhibit B. Form 4700-4 provides that:

> "Recipients of Federal financial assistance from the U.S. Environmental Protection Agency must comply with the following statutes and regulations.
> Title VI of the Civil Rights Acts of 1964 provides that no person in the United States shall, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance. . . . 40 C.F.R. Part 7 implements Title VI of the Civil Rights Act of 1964 . . . ."

    b. The Form 4700-4 submitted as part of LDEQ's application was signed by a representative of LDEQ, and included the following statement:

> "I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law. *I assure that I will fully comply with all applicable civil rights statutes and EPA regulations.*" (emphasis added)

    c. The Form 4700-4 submitted as part of LDEQ's application provided that LDEQ had designated Roger Ward, Ombudsman, to coordinate LDEQ's compliance with 40 C.F.R. Part 7.

    d.  The Form 4700-4 submitted as part of LDEQ's application identified the grievance procedures adopted by the State of Louisiana to assure prompt and fair resolution of complaints filed with the State of Louisiana alleging a violation of 40 C.F.R. Part 7.

9. The most recent application seeking federal financial assistance from EPA submitted by LDH was received by EPA on July 12, 2023. As part of this application, LDH signed, and thereby indicated its agreement to, EPA Form 4700-4, which included information identical to that described in paragraph 8.a.-b. above. A copy of this Form 4700-4, signed by the LDH Chief Engineer, is attached as Exhibit C.

    a.  The Form 4700-4 submitted as part of LDH's application provided that LDH had designated Davondra Brown, LDH Community Partnerships Manager, to coordinate LDH's compliance with 40 C.F.R. Part 7.

    b.  The Form 4700-4 submitted as part of LDH's application identified LDH policies adopted by the State of Louisiana to assure prompt and fair resolution of complaints alleging a violation of 40 C.F.R. Part 7.

10. Under applicable regulations, since 1973, every application for financial assistance submitted to EPA has been required to include a statement of assurance that the recipient will conduct the program in compliance with all requirements imposed by 40 C.F.R. Part 7.

11. In a 1984 update to EPA's civil rights regulations, EPA specifically began requiring that applicants submit a signed EPA Form 4700-4. All applications for federal financial assistance by LDEQ, LDH, the State of Louisiana, or any of its subcomponents since 1984 were required to contain a completed and signed Form 4700-4, with substantively identical assurances as those described in paragraphs 8 and 9 above. *See, e.g.,* Ex. A at 8.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

and belief. Executed this  16th  day of August, 2023, in  Grand Prairie, Texas  .


Christopher Watkins
Supervisor Grants Management Specialist
Grants, Acquisitions Branch
Mission Support Division
Environmental Protection Agency, Region 6

5