# Exhibit A

F - 00620215 - 0    Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Cooperative Agreement | GRANT NUMBER (FAIN): 00620215<br>MODIFICATION NUMBER: 0<br>PROGRAM CODE: F | DATE OF AWARD<br>05/05/2015 |
|---|---|---|---|
| | | TYPE OF ACTION<br>Continuation | MAILING DATE<br>05/12/2015 |
| | | PAYMENT METHOD:<br>ASAP | ACH#<br>60612 |

| RECIPIENT TYPE:<br>State | Send Payment Request to:<br>Las Vegas Finance Center |
|---|---|
| RECIPIENT:<br>Louisiana Department of Health and Hospitals<br>P.O. Box 4489<br>Baton Rouge, LA 70821-4489<br>EIN: 72-6000821 | PAYEE:<br>Louisiana Dept of Health and Hospitals<br>P.O. Box 4489<br>Baton Rouge, LA 70821-4489 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Jonathan "Jake" Causey P.E.<br>P.O. Box 4489<br>Baton Rouge, LA 70821-4489<br>E-Mail: jake.causey@la.gov<br>Phone: 225-342-7499 | Javier Balli<br>1445 Ross Avenue, Suite 1200, 6MD<br>Dallas, TX 75202-2733<br>E-Mail: balli.javier@epa.gov<br>Phone: 214-665-7261 | Brian Berry<br>REG; 06; MD<br>E-Mail: berry.brian@epa.gov<br>Phone: 214-665-7358 |

**PROJECT TITLE AND DESCRIPTION**
FY15 Louisiana PWSS Program
The activities conducted under this project include implementing, maintaining, and evaluating water system supervision with the State of Louisiana's Drinking Water Program.

| BUDGET PERIOD<br>10/01/2014 - 09/30/2015 | PROJECT PERIOD<br>10/01/2014 - 09/30/2015 | TOTAL BUDGET PERIOD COST<br>$3,177,667.00 | TOTAL PROJECT PERIOD COST<br>$3,177,667.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 06/27/2014 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $1,350,000. EPA agrees to cost-share 42.48% of all approved budget period costs incurred, up to and not exceeding total federal funding of $1,350,000. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| Grant Programs Section, 6MD-CG<br>1445 Ross Avenue, Suite 1200<br>Dallas, TX 75202-2733 | U.S. EPA, Region 6<br>Water Quality Protection Division<br>1445 Ross Avenue, Suite 1200<br>Dallas, TX 75202-2733 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY ||
|---|---|
| Digital signature applied by EPA Award Official Donna Miller - Grants Managment Officer | DATE<br>05/05/2015 |

# EPA Funding Information

F - 00620215 - 0    Page 2

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ | $ 1,350,000 | $ 1,350,000 |
| EPA In-Kind Amount | $ | $ | $ 0 |
| Unexpended Prior Year Balance | $ | $ | $ 0 |
| Other Federal Funds | $ | $ | $ 0 |
| Recipient Contribution | $ | $ 1,827,667 | $ 1,827,667 |
| State Contribution | $ | $ | $ 0 |
| Local Contribution | $ | $ | $ 0 |
| Other Contribution | $ | $ | $ 0 |
| Allowable Project Cost | $ 0 | $ 3,177,667 | $ 3,177,667 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.432 - State Public Water System Supervision | Safe Drinking Water Act: Sec. 1443(a) | 2 CFR 200<br>2 CFR 1500<br>40 CFR 33 and 40 CFR 35 Subpart A |

## Fiscal

| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
|---|---|---|---|---|---|---|---|---|---|
| - | 1506WB0002 | 15 | E1 | 062K | 201B03 | 4118 | - | - | 1,350,000 |
| | | | | | | | | | 1,350,000 |

F - 00620215 - 0    Page  3

Budget Summary Page: LA PWSS FY 2015 Program

| Table A - Object Class Category (Non-construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $1,870,300 |
| 2. Fringe Benefits | $729,418 |
| 3. Travel | $9,000 |
| 4. Equipment | $0 |
| 5. Supplies | $72,000 |
| 6. Contractual | $0 |
| 7. Construction | $0 |
| 8. Other | $11,000 |
| 9. Total Direct Charges | $2,691,718 |
| 10. Indirect Costs:  %  Base | $485,949 |
| 11. Total (Share:  Recipient 57.52 % Federal 42.48 %.) | $3,177,667 |
| 12. Total Approved Assistance Amount | $1,350,000 |
| 13. Program Income | $0 |
| 14. Total EPA Amount Awarded This Action | $1,350,000 |
| 15. Total EPA Amount Awarded To Date | $1,350,000 |

## *Administrative Conditions*

1. The recipient agrees to comply with the current EPA general terms and conditions available at:
http://www.epa.gov/ogd/tc/general_tc_applicable_aa_recipients_dec_26_2014.pdf. These terms and conditions are in addition to the assurances and certifications made as part of the award and the terms, conditions or restrictions cited throughout the award. The EPA repository for the general terms and conditions by year can be found at:
http://www.epa.gov/ogd/tc.htm.

**A.  UTILIZATION OF SMALL, MINORITY AND WOMEN'S BUSINESS ENTERPRISES (MBE/WBE)**

**GENERAL COMPLIANCE, 40 CFR, Part 33**

The recipient agrees to comply with the requirements of EPA's Disadvantaged Business Enterprise (DBE) Program for procurement activities under assistance agreements, contained in 40 CFR, Part 33.

**REPORTING PROVISION**

MBE/WBE reporting is required annually for assistance agreements where there are funds budgeted for procuring construction, equipment, services and supplies, including funds budgeted for direct procurement by the recipient or procurement under subawards or loans in the "Other" category, that exceed the threshold amount of $150,000, including amendments and/or modifications.

Based on EPA's review of the planned budget, this award does not meet the condition above and is not subject to the reporting requirements of the Disadvantaged Business Enterprise (DBE) Program. However, if during the performance of the award the total of all funds expended for direct procurement by the recipient and procurement under subwards or loans in the "Other" category exceeds $150,000, annual reports will be required in accordance with the reporting paragraph below and you are required to notify your grant specialist for additional instructions.

The recipient also agrees to request prior approval from EPA for procurements that may activate DBE Program reporting requirements.

This provision represents an approved deviation from the MBE/WBE reporting requirements as described in 40 CFR, Part 33, Section 33.502; however, the other requirements outlined in 40 CFR Part 33 remain in effect, including the Good Faith Efforts requirements as described in 40 CFR Part 33 Subpart C and Fair Share Objectives negotiation as described in 40 CFR Part 33 Subpart D and explained below.

**MBE/WBE REPORTING, 40 CFR, Part 33, Subpart E**

When required, MBE/WBE reports must be submitted annually.  The recipient agrees to complete and submit a "MBE/WBE Utilization Under Federal Grants, Cooperative Agreements and Interagency Agreements" report (EPA Form 5700-52A) on an annual basis.  All procurement actions are reportable, not just that portion which exceeds $150,000.

When completing the annual report, recipients are instructed to check the box titled "annual" in section 1B of the form. For the final report, recipients are instructed to check the box indicated for the "last report" of the project in section 1B of the form. Annual reports are due by October 30th of each year. Final reports are due by October 30th or 90 days after the end of the project period, whichever comes first.

The reporting requirement is based on total procurements. Recipients with expended and/or budgeted funds for procurement are required to report annually whether the planned procurements take place during the reporting period or not. If no budgeted procurements take place during the reporting period, the recipient should check the box in section 5B when completing the form.

MBE/WBE reports should be sent to [insert name and contact information of the appropriate DBE

coordinator and Grants Specialist (optional)]. The current EPA Form 5700-52A can be found at the EPA Office of Small Business Program's Home Page at http://www.epa.gov/osbp/dbe_reporting.htm

**FAIR SHARE OBJECTIVES, 40 CFR, Part 33, Subpart D**

This assistance agreement is a Technical Assistance Grant (TAG); or the award amount is $250,000 or less; or the total dollar amount of all of the recipient's financial assistance agreements from EPA in the current Federal fiscal year is $250,000 or less. Therefore, the recipient of this assistance agreement is exempt from the fair share objective requirements of 40 CFR, Part 33, Subpart D, and is not required to negotiate fair share objectives/goals for the utilization of MBE/WBEs in its procurements.

**FAIR SHARE OBJECTIVES, 40 CFR, Part 33, Subpart D**

A recipient must negotiate with the appropriate EPA award official, or his/her designee, fair share objectives for MBE and WBE participation in procurement under the financial assistance agreements.

In accordance with 40 CFR, Section 33.411 some recipients may be exempt from the fair share objectives requirements described in 40 CFR, Part 33, Subpart D. Recipients should work with their DBE coordinator, if they think their organization may qualify for an exemption.

**Current Fair Share Objective/Goal**

The dollar amount of this assistance agreement or the total dollar amount of all of the recipient's financial assistance agreements in the current federal fiscal year from EPA is $250,000, or more.  The **Louisiana Department of Environmental Quality** has negotiated the following, applicable MBE/WBE fair share objectives/goals with EPA as follows:

MBE:  CONSTRUCTION 13.00%; SUPPLIES 7.00; SERVICES 21.00%; EQUIPMENT 3.60%
WBE:  CONSTRUCTION 9.00%; SUPPLIES 7.00%; SERVICES 17.00%; EQUIPMENT 5.00%


**Negotiating Fair Share Objectives/Goals**

In accordance with 40 CFR, Part 33, Subpart D, established goals/objectives remain in effect for three fiscal years unless there are significant changes to the data supporting the fair share objectives. The recipient is required to follow requirements as outlined in 40 CFR Part 33, Subpart D when renegotiating the fair share objectives/goals.

**SIX GOOD FAITH EFFORTS, 40 CFR, Part 33, Subpart C**

Pursuant to 40 CFR, Section 33.301, the recipient agrees to make the following good faith efforts whenever procuring construction, equipment, services and supplies under an EPA financial assistance agreement, and to require that sub-recipients, loan recipients, and prime contractors also comply. Records documenting compliance with the six good faith efforts shall be retained:

(a)  Ensure DBEs are made aware of contracting opportunities to the fullest extent practicable through outreach and recruitment activities. For Indian Tribal, State and Local and Government recipients, this will include placing DBEs on solicitation lists and soliciting them whenever they are potential sources.

(b)  Make information on forthcoming opportunities available to DBEs and arrange time frames for contracts and establish delivery schedules, where the requirements permit, in a way that encourages and facilitates participation by DBEs in the competitive process. This includes, whenever possible, posting solicitations for bids or proposals for a minimum of 30 calendar days before the bid or proposal closing date.

(c)  Consider in the contracting process whether firms competing for large contracts could subcontract with DBEs.  For Indian Tribal, State and local Government recipients, this will include dividing total requirements when economically feasible into smaller tasks or quantities to permit maximum participation by DBEs in the competitive process.

(d)  Encourage contracting with a consortium of DBEs when a contract is too large for one of these

firms to handle individually.

(e)  Use the services and assistance of the SBA and the Minority Business Development Agency of the Department of Commerce.

(f)  If the prime contractor awards subcontracts, require the prime contractor to take the steps in paragraphs (a) through (e) of this section.

**CONTRACT ADMINISTRATION PROVISIONS, 40 CFR, Section 33.302**

The recipient agrees to comply with the contract administration provisions of 40 CFR, Section 33.302.

**BIDDERS LIST, 40 CFR, Section 33.501(b) and (c)**

Recipients of a Continuing Environmental Program Grant or other annual reporting grant, agree to create and maintain a bidders list.  Recipients of an EPA financial assistance agreement to capitalize a revolving loan fund also agree to require entities receiving identified loans to create and maintain a bidders list if the recipient of the loan is subject to, or chooses to follow, competitive bidding requirements. Please see 40 CFR, Section 33.501 (b) and (c) for specific requirements and exemptions.

**B.** Not applicable to this award

**C.** Not applicable to this award

**D.  QUALITY MANAGEMENT PLAN (QMP)** - The recipient will submit an update or revision of the Quality Management Plan annually to the Region Quality Assurance Manager (6MD) for approval, or a certification that the plan is current, and include a copy of the recipient's new approval pages for the QMP.

**E.  QUALITY ASSURANCE PROJECT PLAN (QAPP) - Sixty days prior to the initiation of any environmental measurements or data generation,** the recipient shall submit to the EPA Project Officer, for review and approval, a written Quality Assurance Project Plan (QAPP) for this grant project. The QAPP shall comply with the guidelines specified in the document entitled "EPA Requirements for Quality Assurance Project Plans for Environmental Data Operations", EPA QA/R5.  If any change is required after EPA approval, the recipient must notify the Project Officer **immediately** and request approval for the change **prior to implementation.**

> **Any costs for environmental measurements or data generation incurred prior to approval of the Quality Assurance Project Plan by the EPA Project Officer will be ineligible for reimbursement.**

## *Programmatic Conditions*

1.  Performance Reports must adequately address progress in achieving agreed-upon project/program outputs and environmental outcomes.

2.  Project management and execution will be very closely monitored by EPA representatives throughout the assistance agreement's project and budget periods.  Effective implementation of the scope of work involves a jointly supported strong ongoing collaboration between the recipient and EPA.  Technical assistance and coordination will be routine.  EPA and the recipient will maintain a continuous dialogue for the rapid identification, solution, and escalation of problems to top level managers.

3.  The recipient will submit QA Project Plans to the EPA Project Officer for review, evaluation and approval prior to the previous Plan's expiration date.  This may consist of a notice of revisions (updates) to each current Project Plan.  Updates may be accomplished by 1) a certification that no changes to the plan are necessary, 2) the submission of only those pages that have been revised (replacement), or 3) the submission of a complete revised plan. The preparation or revision of project or management plans must be in accordance with the latest QA Guidance.

4.  The recipient agrees to submit to EPA copies of any proposed and/or final state requirements, both statutory and regulatory, that may impact the Safe Drinking Water Act programs.

5. EPA may terminate the assistance agreement for failure of the recipient to make sufficient progress so as to reasonably ensure completion of the project within the project period, including any extensions. EPA will measure sufficient progress by examining the performance required under the work plan in conjunction with the milestone schedule, the time remaining for performance within the project period, and/or the availability of funds necessary to complete the project.

6. "Electronic and Information Technology Accessibility

Recipients and subrecipients are subject to the program accessibility provisions of Section 504 of the Rehabilitation Act, codified in 40 CFR Part 7, which includes an obligation to provide individuals with disabilities reasonable accommodations and an equal and effective opportunity to benefit from or participate in a program, including those offered through electronic and information technology ("EIT"). In compliance with Section 504, EIT systems or products funded by this award must be designed to meet the diverse needs of users (e.g., U.S. public, recipient personnel) without barriers or diminished function or quality. Systems shall include usability features or functions that accommodate the needs of persons with disabilities, including those who use assistive technology. At this time, the EPA will consider a recipient's websites, interactive tools, and other EIT as being in compliance with Section 504 if such technologies meet standards established under Section 508 of the Rehabilitation Act, codified at 36 CFR

7. Competency of Organizations Generating Environmental Measurement Data
In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements, Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement.  A copy of the Policy is available online at http://www.epa.gov/fem/pdfs/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA project officer for this award.

8. The recipient agrees to attend relevant drinking water conferences, including but not limited to, the EPA Region 6 5-State PWSS Annual Conference, Association of State Drinking Water Administrators' (ASDWA) national conference, and the SDWIS Data Management Users' national conference.

FORM                                                                  Approved By OMB: No. 2030-0020 Expires 04-30-2012

<table>
<tr><td colspan="3">

**Preaward Compliance Review Report for**
**All Applicants and Recipients Requesting EPA Financial Assistance**
Note: Read instructions on other side before completing form.
</td></tr>
<tr>
<td>I.</td>
<td>Applicant/Recipient (Name, Address, State, Zip Code).<br><br>Louisiana DHH/OPH, P.O. Box 4489, Baton Rouge, LA 70821-4489</td>
<td>DUNS No.<br>014740455</td>
</tr>
<tr>
<td>II.</td>
<td colspan="2">Is the applicant currently receiving EPA assistance?<br><br>        Yes</td>
</tr>
<tr>
<td>III.</td>
<td colspan="2">List all civil rights lawsuits and administrative complaints pending against the applicant/recipient that allege discrimination based on race, color, national origin, sex, age, or disability. (Do not include employment complaints not covered by 40 C.F.R. Parts 5 and 7. See instructions on reverse side.)<br>        none</td>
</tr>
<tr>
<td>IV.</td>
<td colspan="2">List all civil rights lawsuits and administrative complaints decided against the applicant/recipient within the last year that allege discrimination based on race, color, national origin, sex, age, or disability and enclose a copy of all decisions. Please describe all corrective action taken. (Do not include employment complaints not covered by 40 C.F.R. Parts 5 and 7. See instructions on reverse side.)<br>        none</td>
</tr>
<tr>
<td>V.</td>
<td colspan="2">List all civil rights compliance reviews of the applicant/recipient conducted by any agency within the last two years and enclose a copy of the review and any decisions, orders, or agreements based on the review. Please describe any corrective action taken. (40 C.F.R. § 7.80(c)(3))<br>        none</td>
</tr>
<tr>
<td>VI.</td>
<td colspan="2">Is the applicant requesting EPA assistance for new construction? If no, proceed to VII; if yes, answer (a) and/or (b) below.<br>      Yes          ✓ No<br>a. If the grant is for new construction, will all new facilities or alterations to existing facilities be designed and constructed to be readily accessible to and usable by persons with disabilities? If yes, proceed to VII; if no, proceed to VI(b).    Yes       No<br>b. If the grant is for new construction and the new facilities or alterations to existing facilities will not be readily accessible to and usable by persons with disabilities, explain how a regulatory exception (40 C.F.R. § 7.70) applies.   Yes     No</td>
</tr>
<tr>
<td>VII.*</td>
<td colspan="2">Does the applicant/recipient provide initial and continuing notice that it does not discriminate on the basis of race, color, national origin, sex, age, or disability in its programs or activities? (40 C.F.R. § 5.140 and § 7.95) ✓ Yes        No<br><br>a. Do the methods of notice accommodate those with impaired vision or hearing? ✓ Yes    No<br>b. Is the notice posted in a prominent place in the applicant's offices or facilities or, for education programs and activities, in appropriate periodicals and other written communications? ✓ Yes   No<br>c. Does the notice identify a designated civil rights coordinator?   ✓ Yes     No</td>
</tr>
<tr>
<td>VIII.*</td>
<td colspan="2">Does the applicant/recipient maintain demographic data on the race, color, national origin, sex, age, or handicap of the population it serves? (40 C.F.R. § 7.85(a))  Yes, population characteristics based on 2010 Census Data        ⊞</td>
</tr>
<tr>
<td>IX.*</td>
<td colspan="2">Does the applicant/recipient have a policy/procedure for providing access to services for persons with limited English proficiency? (40 C.F.R. Part 7, E.O. 13166)  Yes, DHH Policy # 0020-94        ⊞</td>
</tr>
<tr>
<td>X.*</td>
<td colspan="2">If the applicant/recipient is an education program or activity, or has 15 or more employees, has it designated an employee to coordinate its compliance with 40 C.F.R. Parts 5 and 7? Provide the name, title, position, mailing address, e-mail address, fax number, and telephone number of the designated coordinator. Jake Causey, SDW Administrator, jake.causey@la.gov        ⊞</td>
</tr>
<tr>
<td>XI*</td>
<td colspan="2">If the applicant/recipient is an education program or activity, or has 15 or more employees, has it adopted grievance procedures that assure the prompt and fair resolution of complaints that allege a violation of 40 C.F.R. Parts 5 and 7? Provide a legal citation or Internet address for, or a copy of, the procedures. DHH Policy # 8116-77 and 8117-77        ⊞</td>
</tr>
<tr>
<td colspan="3" align="center">

**For the Applicant/Recipient**
</td>
</tr>
<tr>
<td colspan="3">I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law. I assure that I will fully comply with all applicable civil rights statutes and EPA regulations.</td>
</tr>
<tr>
<td>A. Signature of Authorized Official<br><br><br></td>
<td>B. Title of Authorized Official<br>**Chief Engineer**</td>
<td>C. Date<br>6/27/14</td>
</tr>
<tr>
<td colspan="3" align="center">

**For the U.S. Environmental Protection Agency**
</td>
</tr>
<tr>
<td colspan="3">I have reviewed the information provided by the applicant/recipient and hereby certify that the applicant/recipient has submitted all preaward compliance information required by 40 C.F.R. Parts 5 and 7; that based on the information submitted, this application satisfies the preaward provisions of 40 C.F.R. Parts 5 and 7; and that the applicant has given assurance that it will fully comply with all applicable civil rights statutes and EPA regulations.</td>
</tr>
<tr>
<td>A.  Signature of Authorized EPA Official<br><br>See ** note on reverse side.</td>
<td>B. Title of Authorized EPA Official</td>
<td>C. Date</td>
</tr>
</table>

EPA Form 4700-4 (Rev. 04/2009). Previous editions are obsolete.