**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | No. 2:23-cv-00692-JDC-KK |

## PROPOSED ORDER

Considering the foregoing Cross-Motion To Dismiss Or, In The Alternative, For Summary Judgment filed by Defendants, and for good cause appearing,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion For A Preliminary Injunction, ECF No. 10, is **DENIED**.

　
　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　James D. Cain, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge