# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>      Defendants. | No. 2:23-cv-00692-JDC-KK |

## DEFENDANTS' NOTICE OF SUBMISSION OF ADMINISTRATIVE RECORD

Defendants respectfully submit the administrative record for this case. The administrative record is accompanied by certifications from officials in the Environmental Protection Agency and the Department of Justice. An index of each agency's documents, along with an index of the entire record, also accompanies Defendants' submission.

Dated: August 16, 2023

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief, Federal Coordination and
Compliance Section

DARIA NEAL
Deputy Chief, Federal Coordination and
Compliance Section

*/s/ Katharine F. Towt*
KATHARINE F. TOWT (MA Bar No. 690461)
Attorney
U.S. Department of Justice

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRANDON B. BROWN
United States Attorney

KAREN J. KING
Assistant United States Attorney

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
ALEXANDER W. RESAR
ANDREW J. RISING

Civil Rights Division, Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Phone: (202) 353-5054
Email: katie.towt@usdoj.gov

Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Phone: (415) 436-6646
Email:    m.andrew.zee@usdoj.gov

*Attorneys for Defendants*