UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>        Defendants. | No. 2:23-cv-00692-JDC-KK |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, John Buchko, Director of Operational Management, Civil Rights Division, Department of Justice, certify that the attached index is a true and accurate list of materials that were considered in the rulemakings for the regulatory provisions codified at 42 C.F.R. §§ 42.104(b)(2) and 42.104(b)(3) and the Department's withdrawal of the draft rule entitled *Amendment of Title VI Regulations*, RIN No. 1190-AA75, all of which are challenged by Plaintiff in the captioned case. The materials identified in the index are being submitted to this Court in connection with this certification.

Because the rulemakings which are codified at 42 C.F.R. § 42.104(b)(2)-(3) at issue in this case are, respectively, 57, 50, and 20 years old, the materials submitted do not constitute all documents that were ever associated with the rulemakings, but reflect the materials currently available to the Department after a reasonably diligent search.

Executed this 16th day of August, 2023, in Washington, D.C.

 

_____

John Buchko
Director of Operational Management
Civil Rights Division
Department of Justice