*Louisiana v. EPA*, No. 2:23-cv-00692 (W.D. La.)

Index to Administrative Record for Department of Justice Documents

| BATES RANGE | DATE | DESCRIPTION |
|---|---|---|
| AR_0001-0005 | 07/29/1966 | DOJ, *Nondiscrimination in Federally Assisted Programs—Implementation of Title VI of the Civil Rights Act of 1964*; Final Rule, 31 Fed. Reg. 10,265 (July 29, 1966) |
| AR_0006-0071 | 12/09/1971 | *Nondiscrimination in Federally Assisted Programs*; Joint Notice of Proposed Rulemaking, 36 Fed. Reg. 23,447 (Dec. 9, 1971) |
| AR_0072-0150 | 07/05/1973 | *Nondiscrimination in Federally Assisted Programs*; Joint Final Rule, 38 Fed. Reg. 17,919 (July 5, 1973) |
| AR_0151-0209 | 12/06/2000 | *Nondiscrimination on the Basis of Race, Color, National Origin, Handicap or Age in Programs or Activities Receiving Federal Financial Assistance*; Joint Notice of Proposed Rulemaking, 65 Fed. Reg. 76,460 (Dec. 6, 2000) |
| AR_0210 | 01/03/2001 | Letter dated Dec. 26, 2000 from Victoria Williams, City of Boston, Office of Civil Rights, to Merrily Friedlander, DOJ Civil Rights Division (Jan. 3, 2001) |
| AR_0211-0213 | 01/08/2001 | Letter from Merrily Friedlander, DOJ Civil Rights Division, to Yasmin Yorker, EPA Office of Civil Rights (Jan. 8, 2001) |
| AR_0214-0218 | 11/29/2001 | Memorandum from Merrily Friedlander, Civil Rights Division, to Ralph F. Boyd, Jr., Assistant Attorney General, Civil Rights Division; Regulatory Amendments for 22 Federal Agencies ("Cureton rule") (Nov. 29, 2001) |
| AR_0219-0276 | 08/26/2003 | *Nondiscrimination on the Basis of Race, Color, or National Origin in Programs or Activities Receiving Federal Financial Assistance*; Joint Final Rule, 68 Fed. Reg. 51,334 (Aug. 26, 2003) |
| AR_0277 | 12/21/2020 | Email from Robert Hinchman, DOJ Office of Legal Policy, to Joseph B. Nye, Office of Management and Budget; *Confirming Submission of CRT Title VI rule in ROCIS (CRT 140; 1190-AA75)* (Dec. 21, 2020) |
| AR_0278 | 01/08/2021 | OMB Webpage, OIRA Conclusion of EO 12866 Regulatory Review; Amendment of Title VI Regulations (Jan. 8, 2021) |
| AR_0279 | 01/14/2021 | Email from Kevin R. Jones, DOJ Office of Legal Policy, to Joseph B. Nye, Office of Management and Budget; *Title VI Rule (CRT 140)* (Jan. 14, 2021) [excerpted from otherwise deliberative email thread] |
| AR_0280 | 03/01/2021 | OMB Webpage, RIN 1190-AA75; Amendment of Title VI Regulations, Withdrawn (March 1, 2021) |