## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | No. 2:23-cv-00692-JDC-KK |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

I, Anhthu Hoang, Acting Director of the Office of External Civil Rights Compliance, United States Environmental Protection Agency, certify that the attached index is a true and accurate list of materials that were considered in the EPA rulemakings for the regulatory provisions codified at 40 C.F.R. §§ 7.35(b)(2) and 7.35(b)(3), which are challenged by Plaintiff in the captioned case. The materials identified in the index are being submitted to this Court in connection with this certification.

Because the rulemakings which are at issue in this case are, respectively, 50, 39, and 20 years old, the materials submitted do not constitute all documents that were ever associated with the rulemakings, but reflect the materials currently available to the agency after a reasonably diligent search.

Executed this  15th  day of August, 2023, in  Atlanta, Georgia  .

_____
Anhthu Hoang
Acting Director
Office of External Civil Rights Compliance
Environmental Protection Agency