*Louisiana v. EPA*, No. 2:23-cv-00692 (W.D. La.)

**Index to Administrative Record for Environmental Protection Agency Documents**

| BATES RANGE | DATE | DESCRIPTION |
| --- | --- | --- |
| AR_0281-0285 | 06/02/1972 | EPA, *Nondiscrimination in Programs Receiving Federal Assistance*; Notice of Proposed Rulemaking, 37 Fed. Reg. 11,072 (June 2, 1972) |
| AR_0286-0290 | 07/05/1973 | EPA, *Nondiscrimination in Programs Receiving Federal Assistance From the EPA—Effectuation of Title VI of the Civil Rights Act of 1964*; Final Rule, 38 Fed. Reg. 17,968 (July 5, 1973) |
| AR_0291-0297 | 01/08/1981 | EPA, *Non-Discrimination on the Basis of Race, Color, National Origin, Age, Handicap and Sex in Federally Assisted Programs*; Proposed Rule, 46 Fed. Reg. 2,306 (Jan. 8, 1981) |
| AR_0298-0308 | 01/12/1984 | EPA, *Nondiscrimination in Programs Receiving Federal Assistance From the Environmental Protection Agency*; Final Rule, 49 Fed. Reg. 1,656 (Jan. 12, 1984) |
| AR_0151-0209 | 12/06/2000 | *Nondiscrimination on the Basis of Race, Color, National Origin, Handicap or Age in Programs or Activities Receiving Federal Financial Assistance*; Joint Notice of Proposed Rulemaking, 65 Fed. Reg. 76,460 (Dec. 6, 2000) |
| AR_0219-0276 | 08/26/2003 | *Nondiscrimination on the Basis of Race, Color, or National Origin in Programs or Activities Receiving Federal Financial Assistance*; Joint Final Rule, 68 Fed. Reg. 51,334 (Aug. 26, 2003) |