UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA** | **CASE NO.   2:23-CV-00692** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S ENVIRONMENTAL PROTECTION AGENCY ET AL** | **MAGISTRATE JUDGE KAY** |

## NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Cross Motion to Dismiss for Lack of Jurisdiction, Cross Motion to Dismiss For Failure to State a Claim Plaintiff's Complaint, Cross MOTION for Summary Judgment filed on August 16, 2023 by Joseph R Biden, Jr, Lilian Dorka, U S Environmental Protection Agency, Merrick Garland, U S Dept of Justice, Michael Reagan, USA was DEFICIENT for the following reason(s):

- ✓ This brief exceeds 25 pages. Please see LR7.8 for specific information regarding length of briefs.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.  PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**  All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.