IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> Defendants. | Civil Action No. 2:23-cv-00692 |

**State's Unopposed Motion for an Extension of Time And Expansion of Pages**

The State of Louisiana, by and through its Attorney General, Jeff Landry (the "State"), respectfully moves for (1) a 10-day extension of time to file its combined response and reply brief, from September 19 to September 29, 2023, and (2) consistent with the 10-page extension granted to the Federal Defendants, a 10-page expansion of the applicable page limit. Federal Defendants do not oppose the requested extension and consent to the page expansion. To preserve the same period available for Defendants for their final reply brief, the State further requests that the deadline for that brief be adjusted from Thursday, October 19 to Monday, October 30, 2023.

Good cause supports the request for an extension. Counsel for the State has numerous other commitments in the time window for this brief, including briefs in the Fifth Circuit, Western and Eastern Districts of Louisiana, the District of Arizona, and the District of Montana. A short extension is also warranted given the number of arguments raised in Defendants' 60-page brief, including at least six distinct procedural defenses (standing, mootness, cause of action, preclusion of review, lack of final agency action, and timeliness). *See* Doc. 29-1 at 11-35.

Good cause similarly supports the State's requested page expansion. In seeking a 10-page expansion, Federal Defendants previously consented to the State receiving a corresponding expansion and included the State's request as part of their own. Although this Court's August 11 Order granting Federal Defendants' expansion request (Doc. 27) could be read to include granting the State's request as well, the State now seeks that expansion explicitly in an abundance of caution. Federal Defendants continue to consent to the State's request.

## CONCLUSION

For the foregoing reasons, the State's unopposed request for an extension of time and expansion of pages should be granted.

Dated:  September 11, 2023

Respectfully submitted,

By:/s/ *Joseph Scott St. John*

DREW C. ENSIGN *
   Special Assistant Solicitor General
202 E. Earll Drive
Suite 490
Phoenix, AZ 85004
drewensignlaw@gmail.com

ELIZABETH B. MURRILL (La #20685)
   Solicitor General
J. SCOTT ST. JOHN (La #36682)
   Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

* admitted *pro hac vice*