IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00692 |

### [Proposed] Order

The Court has considered the State's Unopposed Motion for an Extension of Time and Expansion of Pages. Good cause appearing, the motion is granted.

The State's deadline to file its combined reply and response brief is extended from September 19 to September 29, 2023, and the applicable page limit is expanded to 60 pages.

Federal Defendants' deadline to file their final brief is extended from October 19 to October 30, 2023.

Signed this ___ day of _____, 2023

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE