Exhibit 81

**St. John, Joseph**

| | |
|---|---|
| **From:** | Courtney Burdette <Courtney.Burdette@LA.GOV> |
| **Sent:** | Wednesday, March 22, 2023 5:59 PM |
| **To:** | Dorka, Lilian; David McCay; Seidemann, Ryan; Stephen Russo |
| **Cc:** | Hoang, Anhthu; Khan, Zahra; Isales, Daniel; Scott, Ronald; Moncrieffe, Marcia; O'Lone, Mary; Andrews, Suzanne; Montegut, Ryan; Neal Elliott; Murrill, Elizabeth; Bliss Higgins; St. John, Joseph; Tim.Hardy@bswllp.com; Jones, Jasimiel; Celena Cage; Jill Clark; Brungard, Morgan; Freel, Angelique; John B. King; Carroll Devillier; Danielle L. Borel; Payne, James (Jim); Chaudhary, Dimple; McGuire, James; Roger Ward (DEQ) |
| **Subject:** | Re: Agenda for Thursday, 3/16 IRA Meeting for Complaint Nos. 01R-22 R6 and 02R-22-R6, |
| **Attachments:** | CIA LDEQ draft 3.22.23.docx; II E through H Redline 3.22.23_01.docx |

CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,

Please find attached LDEQ's redline to draft to II E through H and LDEQ's proposed language for the cumulative impacts analysis section.

Thanks,
Courtney

_____
From: Dorka, Lilian <Dorka.Lilian@epa.gov>
Sent: Monday, March 20, 2023 10:07:39 AM
To: Courtney Burdette; David McCay; Seidemann, Ryan; Stephen Russo
Cc: Hoang, Anhthu; Khan, Zahra; Isales, Daniel; Scott, Ronald; Moncrieffe, Marcia; O'Lone, Mary; Andrews, Suzanne; Montegut, Ryan; Neal Elliott; Murrill, Elizabeth; Bliss Higgins; St. John, Joseph; Tim.Hardy@bswllp.com; Jones, Jasimiel; Celena Cage; Jill Clark; Brungard, Morgan; Freel, Angelique; John B. King; Carroll Devillier; Danielle L. Borel; Payne, James (Jim); Chaudhary, Dimple; McGuire, James
Subject: RE: Agenda for Thursday, 3/16 IRA Meeting for Complaint Nos. 01R-22 R6 and 02R-22-R6,

EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.

Hello Everyone,

As we have not received the last set of redlines yet for either LDH or LDEQ, we will need to cancel today's meeting, so I will send that out shortly. Note please that we are expecting the redlines for the remainder of the LDH and LDEQ draft IRA sections by no later than COB Wednesday, so that we can engage on Thursday. Please let me know if you have any questions.

Lilian

Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights Office of Environmental Justice and External Civil Rights U.S. Environmental Protection Agency
202-564-9649 - Office

202-695-9888 – Cell
Pronouns: she/her/ella
Hablo español

From: Courtney Burdette <Courtney.Burdette@LA.GOV>
Sent: Friday, March 17, 2023 4:36 PM
To: Dorka, Lilian <Dorka.Lilian@epa.gov>; David McCay <David.McCay@LA.GOV>; Seidemann, Ryan <SeidemannR@ag.louisiana.gov>; Stephen Russo <Stephen.Russo@LA.GOV>
Cc: Hoang, Anhthu <Hoang.Anhthu@epa.gov>; Khan, Zahra <Khan.Zahra@epa.gov>; Isales, Daniel <Isales.Daniel@epa.gov>; Scott, Ronald <Scott.Ronald@epa.gov>; Moncrieffe, Marcia <Moncrieffe.Marcia@epa.gov>; O'Lone, Mary <OLone.Mary@epa.gov>; Andrews, Suzanne <Andrews.Suzanne@epa.gov>; Montegut, Ryan <MontegutR@ag.louisiana.gov>; Neal Elliott <Neal.Elliott@LA.GOV>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Bliss Higgins <Bliss.Higgins@la.gov>; St. John, Joseph <StJohnJ@ag.louisiana.gov>; Tim.Hardy@bswllp.com; Jones, Jasimiel <JonesJ@ag.louisiana.gov>; Celena Cage <celena.cage@la.gov>; jill.clark@la.gov; Brungard, Morgan <BrungardM@ag.louisiana.gov>; Freel, Angelique <FreelA@ag.louisiana.gov>; John B. King <John.King@bswllp.com>; Carroll Devillier <Carroll.Devillier@bswllp.com>; Danielle L. Borel <Danielle.Borel@bswllp.com>; Payne, James (Jim) <payne.james@epa.gov>; Chaudhary, Dimple <Chaudhary.Dimple@epa.gov>; McGuire, James <McGuire.James@epa.gov>
Subject: Re: Agenda for Thursday, 3/16 IRA Meeting for Complaint Nos. 01R-22 R6 and 02R-22-R6,

All,

LDEQ is addressing comments and feedback from LADOJ regarding the remaining redlines.  As such, we are unable to circulate a redline draft to the larger group today. We are working to have a redline to share with EPA early next week. Your cooperation is appreciated as we continue to devote significant time and attention to this matter.

Thank you,

Courtney Burdette

_____
From: Dorka, Lilian <Dorka.Lilian@epa.gov<mailto:Dorka.Lilian@epa.gov>>
Sent: Thursday, March 16, 2023 1:16 PM
To: David McCay; Seidemann, Ryan; Stephen Russo
Cc: Hoang, Anhthu; Khan, Zahra; Isales, Daniel; Scott, Ronald; Moncrieffe, Marcia; O'Lone, Mary; Andrews, Suzanne; Montegut, Ryan; Neal Elliott; Murrill, Elizabeth; Bliss Higgins; St. John, Joseph; Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>; Jones, Jasimiel; Celena Cage; Jill Clark; Brungard, Morgan; Freel, Angelique; John B. King; Carroll Devillier; Danielle L. Borel; Payne, James (Jim); Chaudhary, Dimple; McGuire, James; Courtney Burdette
Subject: FW: Agenda for Thursday, 3/16 IRA Meeting for Complaint Nos. 01R-22 R6 and 02R-22-R6,

EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.

Hello Colleagues,

Thank you to David for sending the attached LDH Draft IRA redline this morning. We have not had an opportunity to review the redline but think it would be helpful for LDH to walk us through its redline comments and suggested edits to ensure we understand as we review and respond.

We continue to move forward on a very tight time frame and appreciate your efforts and cooperation as we resolve these complaints. Thank you!  Lilian

AGENDA for Meeting on 3/16/2023

I.        Introductions/Announcements
II.       Walkthrough by LDH of New Draft Redline
III.      Next Steps
IV.       Questions



Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights Office of Environmental Justice and External Civil Rights U.S.
Environmental Protection Agency
202-564-9649 - Office
202-695-9888 – Cell
Pronouns: she/her/ella
Hablo español

From: Dorka, Lilian
Sent: Tuesday, March 14, 2023 12:50 PM
To: David McCay <David.McCay@LA.GOV<mailto:David.McCay@LA.GOV>>; Courtney Burdette
<Courtney.Burdette@LA.GOV<mailto:Courtney.Burdette@LA.GOV>>; Seidemann, Ryan
<SeidemannR@ag.louisiana.gov<mailto:SeidemannR@ag.louisiana.gov>>; Stephen Russo
<Stephen.Russo@LA.GOV<mailto:Stephen.Russo@LA.GOV>>
Cc: Hoang, Anhthu <Hoang.Anhthu@epa.gov<mailto:Hoang.Anhthu@epa.gov>>; Khan, Zahra
<Khan.Zahra@epa.gov<mailto:Khan.Zahra@epa.gov>>; Isales, Daniel
<Isales.Daniel@epa.gov<mailto:Isales.Daniel@epa.gov>>; Scott, Ronald
<Scott.Ronald@epa.gov<mailto:Scott.Ronald@epa.gov>>; Moncrieffe, Marcia
<Moncrieffe.Marcia@epa.gov<mailto:Moncrieffe.Marcia@epa.gov>>; O'Lone, Mary
<olone.mary@epa.gov<mailto:olone.mary@epa.gov>>; Andrews, Suzanne
<Andrews.Suzanne@epa.gov<mailto:Andrews.Suzanne@epa.gov>>; Montegut, Ryan
<MontegutR@ag.louisiana.gov<mailto:MontegutR@ag.louisiana.gov>>; Neal Elliott
<Neal.Elliott@LA.GOV<mailto:Neal.Elliott@LA.GOV>>; Murrill, Elizabeth
<MurrillE@ag.louisiana.gov<mailto:MurrillE@ag.louisiana.gov>>; Bliss Higgins
<Bliss.Higgins@la.gov<mailto:Bliss.Higgins@la.gov>>; St. John, Joseph
<StJohnJ@ag.louisiana.gov<mailto:StJohnJ@ag.louisiana.gov>>;
Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>; Jones, Jasimier
<JonesJ@ag.louisiana.gov<mailto:JonesJ@ag.louisiana.gov>>; Celena Cage
<celena.cage@la.gov<mailto:celena.cage@la.gov>>; jill.clark@la.gov<mailto:jill.clark@la.gov>; Brungard, Morgan
<BrungardM@ag.louisiana.gov<mailto:BrungardM@ag.louisiana.gov>>; Freel, Angelique
<FreelA@ag.louisiana.gov<mailto:FreelA@ag.louisiana.gov>>; John B. King
<John.King@bswllp.com<mailto:John.King@bswllp.com>>; Carroll Devillier
<Carroll.Devillier@bswllp.com<mailto:Carroll.Devillier@bswllp.com>>; Danielle L. Borel
<Danielle.Borel@bswllp.com<mailto:Danielle.Borel@bswllp.com>>; Payne, James (Jim)
<payne.james@epa.gov<mailto:payne.james@epa.gov>>; Chaudhary, Dimple
<Chaudhary.Dimple@epa.gov<mailto:Chaudhary.Dimple@epa.gov>>; McGuire, James
<McGuire.James@epa.gov<mailto:McGuire.James@epa.gov>>
Subject: RE: Agenda for Tuesday, 3/14 IRA Meeting for Complaint Nos. 01R-22 R6 and 02R-22-R6,

Thanks everyone! I will go ahead and cancel the meeting.  Lilian


Lilian Sotolongo Dorka

Deputy Assistant Administrator for External Civil Rights Office of Environmental Justice and External Civil Rights U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 – Cell
Pronouns: she/her/ella
Hablo español


From: David McCay <David.McCay@LA.GOV<mailto:David.McCay@LA.GOV>>
Sent: Tuesday, March 14, 2023 10:16 AM
To: Courtney Burdette <Courtney.Burdette@LA.GOV<mailto:Courtney.Burdette@LA.GOV>>; Dorka, Lilian <Dorka.Lilian@epa.gov<mailto:Dorka.Lilian@epa.gov>>; Seidemann, Ryan <SeidemannR@ag.louisiana.gov<mailto:SeidemannR@ag.louisiana.gov>>; Stephen Russo <Stephen.Russo@LA.GOV<mailto:Stephen.Russo@LA.GOV>>
Cc: Hoang, Anhthu <Hoang.Anhthu@epa.gov<mailto:Hoang.Anhthu@epa.gov>>; Khan, Zahra <Khan.Zahra@epa.gov<mailto:Khan.Zahra@epa.gov>>; Isales, Daniel <Isales.Daniel@epa.gov<mailto:Isales.Daniel@epa.gov>>; Scott, Ronald <Scott.Ronald@epa.gov<mailto:Scott.Ronald@epa.gov>>; Moncrieffe, Marcia <Moncrieffe.Marcia@epa.gov<mailto:Moncrieffe.Marcia@epa.gov>>; O'Lone, Mary <OLone.Mary@epa.gov<mailto:OLone.Mary@epa.gov>>; Andrews, Suzanne <Andrews.Suzanne@epa.gov<mailto:Andrews.Suzanne@epa.gov>>; Montegut, Ryan <MontegutR@ag.louisiana.gov<mailto:MontegutR@ag.louisiana.gov>>; Neal Elliott <Neal.Elliott@LA.GOV<mailto:Neal.Elliott@LA.GOV>>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov<mailto:MurrillE@ag.louisiana.gov>>; Bliss Higgins <Bliss.Higgins@la.gov<mailto:Bliss.Higgins@la.gov>>; St. John, Joseph <StJohnJ@ag.louisiana.gov<mailto:StJohnJ@ag.louisiana.gov>>; Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>; Jones, Jasimiel <JonesJ@ag.louisiana.gov<mailto:JonesJ@ag.louisiana.gov>>; Celena Cage <celena.cage@la.gov<mailto:celena.cage@la.gov>>; jill.clark@la.gov<mailto:jill.clark@la.gov>; Brungard, Morgan <BrungardM@ag.louisiana.gov<mailto:BrungardM@ag.louisiana.gov>>; Freel, Angelique <FreelA@ag.louisiana.gov<mailto:FreelA@ag.louisiana.gov>>; John B. King <John.King@bswllp.com<mailto:John.King@bswllp.com>>; Carroll Devillier <Carroll.Devillier@bswllp.com<mailto:Carroll.Devillier@bswllp.com>>; Danielle L. Borel <Danielle.Borel@bswllp.com<mailto:Danielle.Borel@bswllp.com>>; Payne, James (Jim) <payne.james@epa.gov<mailto:payne.james@epa.gov>>; Chaudhary, Dimple <Chaudhary.Dimple@epa.gov<mailto:Chaudhary.Dimple@epa.gov>>; McGuire, James <McGuire.James@epa.gov<mailto:McGuire.James@epa.gov>>
Subject: RE: Agenda for Tuesday, 3/14 IRA Meeting for Complaint Nos. 01R-22 R6 and 02R-22-R6,


LDH also does not have any agenda items for today, so we likewise agree with canceling today's meeting.


David L. McCay (LSBA No. 23527)
Staff Attorney
Louisiana Department of Health
Bureau of Legal Services
P.O. Box 3836
Baton Rouge, LA 70821-3836
Physical Address:
     628 N. 4th Street (Bienville Building)
     Room 865
     Baton Rouge, LA 70802
(225) 342-1123 direct line

(225) 342-1128 phone
(225) 342-2232 fax
david.mccay@la.gov<mailto:david.mccay@la.gov>

PRIVACY AND CONFIDENTIALITY WARNING:

This message is from an attorney and may contain information that is confidential or legally privileged.  Further, this e-mail may contain Protected Health Information (PHI), Individually Identifiable Health Information (IIHI), and other information which is protected by law.  This message is only for the use of the intended recipient.  Use by an erroneous recipient or any other unauthorized individual or entity of information contained in, or attached to, this or any other e-mail message may result in legal action.  If you are not the intended recipient, you are hereby notified that any review, disclosure/re-disclosure, copying, storing, distributing, or the taking of action in reliance on the content of this e-mail and any attachments thereto, is strictly prohibited.  If you are not the intended recipient and/or have received this email in error, please (1) immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you, and (2) destroy the contents of this e-mail and its attachments by deleting any and all electronic copies and any and all hard copies regardless of where they are maintained or stored.  Thank you for your cooperation.

From: Courtney Burdette <Courtney.Burdette@LA.GOV<mailto:Courtney.Burdette@LA.GOV>>
Sent: Tuesday, March 14, 2023 8:22 AM
To: Dorka, Lilian <Dorka.Lilian@epa.gov<mailto:Dorka.Lilian@epa.gov>>; Seidemann, Ryan <SeidemannR@ag.louisiana.gov<mailto:SeidemannR@ag.louisiana.gov>>; Stephen Russo <Stephen.Russo@LA.GOV<mailto:Stephen.Russo@LA.GOV>>
Cc: Hoang, Anhthu <Hoang.Anhthu@epa.gov<mailto:Hoang.Anhthu@epa.gov>>; Khan, Zahra <Khan.Zahra@epa.gov<mailto:Khan.Zahra@epa.gov>>; Isales, Daniel <Isales.Daniel@epa.gov<mailto:Isales.Daniel@epa.gov>>; Scott, Ronald <Scott.Ronald@epa.gov<mailto:Scott.Ronald@epa.gov>>; Moncrieffe, Marcia <Moncrieffe.Marcia@epa.gov<mailto:Moncrieffe.Marcia@epa.gov>>; O'Lone, Mary <OLone.Mary@epa.gov<mailto:OLone.Mary@epa.gov>>; Andrews, Suzanne <Andrews.Suzanne@epa.gov<mailto:Andrews.Suzanne@epa.gov>>; Montegut, Ryan <MontegutR@ag.louisiana.gov<mailto:MontegutR@ag.louisiana.gov>>; David McCay <David.McCay@LA.GOV<mailto:David.McCay@LA.GOV>>; Neal Elliott <Neal.Elliott@LA.GOV<mailto:Neal.Elliott@LA.GOV>>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov<mailto:MurrillE@ag.louisiana.gov>>; Bliss Higgins <Bliss.Higgins@la.gov<mailto:Bliss.Higgins@la.gov>>; St. John, Joseph <StJohnJ@ag.louisiana.gov<mailto:StJohnJ@ag.louisiana.gov>>; Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>; Jones, Jasimiel <JonesJ@ag.louisiana.gov<mailto:JonesJ@ag.louisiana.gov>>; Celena Cage <Celena.Cage@LA.GOV<mailto:Celena.Cage@LA.GOV>>; Jill Clark <Jill.Clark@la.gov<mailto:Jill.Clark@la.gov>>; Brungard, Morgan <BrungardM@ag.louisiana.gov<mailto:BrungardM@ag.louisiana.gov>>; Freel, Angelique <FreelA@ag.louisiana.gov<mailto:FreelA@ag.louisiana.gov>>; John B. King <John.King@bswllp.com<mailto:John.King@bswllp.com>>; Carroll Devillier <Carroll.Devillier@bswllp.com<mailto:Carroll.Devillier@bswllp.com>>; Danielle L. Borel <Danielle.Borel@bswllp.com<mailto:Danielle.Borel@bswllp.com>>; Payne, James (Jim) <payne.james@epa.gov<mailto:payne.james@epa.gov>>; Chaudhary, Dimple <Chaudhary.Dimple@epa.gov<mailto:Chaudhary.Dimple@epa.gov>>; McGuire, James <McGuire.James@epa.gov<mailto:McGuire.James@epa.gov>>
Subject: Re: Agenda for Tuesday, 3/14 IRA Meeting for Complaint Nos. 01R-22 R6 and 02R-22-R6,

Lilian,

LDEQ also does not have any agenda items for today. so we agree with canceling the meeting.

Thanks,
Courtney
_____
From: Dorka, Lilian <Dorka.Lilian@epa.gov<mailto:Dorka.Lilian@epa.gov>>
Sent: Monday, March 13, 2023 7:10:37 PM
To: Seidemann, Ryan; Stephen Russo; Courtney Burdette
Cc: Hoang, Anhthu; Khan, Zahra; Isales, Daniel; Scott, Ronald; Moncrieffe, Marcia; O'Lone, Mary; Andrews, Suzanne; Montegut, Ryan; David McCay; Neal Elliott; Murrill, Elizabeth; Bliss Higgins; St. John, Joseph; Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>; Jones, Jasimiel; Celena Cage; Jill Clark; Brungard, Morgan; Freel, Angelique; John B. King; Carroll Devillier; Danielle L. Borel; Payne, James (Jim); Chaudhary, Dimple; McGuire, James
Subject: Agenda for Tuesday, 3/14 IRA Meeting for Complaint Nos. 01R-22 R6 and 02R-22-R6,

EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.

Hello Everyone,

EPA does not have any agenda items for tomorrow. Unless the LA agencies have any items for the agenda or questions, etc., we will cancel tomorrow's meeting. Please let me know by noon tomorrow, Tuesday, if anyone has any agenda items.  Thanks!  Lilian

Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights Office of Environmental Justice and External Civil Rights U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 – Cell
Pronouns: she/her/ella
Hablo español

From: Khan, Zahra <Khan.Zahra@epa.gov<mailto:Khan.Zahra@epa.gov>>
Sent: Thursday, March 9, 2023 12:59 PM
To: Dorka, Lilian <Dorka.Lilian@epa.gov<mailto:Dorka.Lilian@epa.gov>>; Seidemann, Ryan <SeidemannR@ag.louisiana.gov<mailto:SeidemannR@ag.louisiana.gov>>; Stephen Russo <Stephen.Russo@LA.GOV<mailto:Stephen.Russo@LA.GOV>>; Courtney Burdette <Courtney.Burdette@LA.GOV<mailto:Courtney.Burdette@LA.GOV>>
Cc: Hoang, Anhthu <Hoang.Anhthu@epa.gov<mailto:Hoang.Anhthu@epa.gov>>; Isales, Daniel <Isales.Daniel@epa.gov<mailto:Isales.Daniel@epa.gov>>; Scott, Ronald <Scott.Ronald@epa.gov<mailto:Scott.Ronald@epa.gov>>; Moncrieffe, Marcia <Moncrieffe.Marcia@epa.gov<mailto:Moncrieffe.Marcia@epa.gov>>; O'Lone, Mary <OLone.Mary@epa.gov<mailto:OLone.Mary@epa.gov>>; Andrews, Suzanne <Andrews.Suzanne@epa.gov<mailto:Andrews.Suzanne@epa.gov>>; Montegut, Ryan <MontegutR@ag.louisiana.gov<mailto:MontegutR@ag.louisiana.gov>>; David McCay <David.McCay@LA.GOV<mailto:David.McCay@LA.GOV>>; Neal Elliott <Neal.Elliott@LA.GOV<mailto:Neal.Elliott@LA.GOV>>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov<mailto:MurrillE@ag.louisiana.gov>>; Bliss Higgins <Bliss.Higgins@la.gov<mailto:Bliss.Higgins@la.gov>>; St. John, Joseph <StJohnJ@ag.louisiana.gov<mailto:StJohnJ@ag.louisiana.gov>>; Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>; Jones, Jasimiel <JonesJ@ag.louisiana.gov<mailto:JonesJ@ag.louisiana.gov>>; Celena Cage <celena.cage@la.gov<mailto:celena.cage@la.gov>>; jill.clark@la.gov<mailto:jill.clark@la.gov>>; Brungard, Morgan <BrungardM@ag.louisiana.gov<mailto:BrungardM@ag.louisiana.gov>>; Freel, Angelique

6

<FreelA@ag.louisiana.gov<mailto:FreelA@ag.louisiana.gov>>; John B. King
<John.King@bswllp.com<mailto:John.King@bswllp.com>>; Carroll Devillier
<Carroll.Devillier@bswllp.com<mailto:Carroll.Devillier@bswllp.com>>; Danielle L. Borel
<Danielle.Borel@bswllp.com<mailto:Danielle.Borel@bswllp.com>>; Payne, James (Jim)
<payne.james@epa.gov<mailto:payne.james@epa.gov>>; Chaudhary, Dimple
<Chaudhary.Dimple@epa.gov<mailto:Chaudhary.Dimple@epa.gov>>; McGuire, James
<McGuire.James@epa.gov<mailto:McGuire.James@epa.gov>>
Subject: RE: ATTN: Courtney Burdette and Stephen Russo - Extension Agreement for Complaint Nos. 01R-22 R6 and 02R-22-R6,

Good afternoon, all:

Sending today's Agenda below.

AGENDA for Meeting on 3/9/2023

I.          Introductions/Announcements

    *   Finalizing Resolution Extension Agreement
    *   Status of Formosa Litigation
II.         Permit Reopening Process
III.        Next Steps

    *   Remaining Redline Deliverables LDH and LDEQ
    *   Revised Clean Versions from EPA to State
IV.         Questions

Looking forward to speaking with you. Thank you!

Zahra

From: Dorka, Lilian <Dorka.Lilian@epa.gov<mailto:Dorka.Lilian@epa.gov>>
Sent: Wednesday, March 8, 2023 4:52 PM
To: Seidemann, Ryan <SeidemannR@ag.louisiana.gov<mailto:SeidemannR@ag.louisiana.gov>>; Stephen Russo
<Stephen.Russo@LA.GOV<mailto:Stephen.Russo@LA.GOV>>; Courtney Burdette
<Courtney.Burdette@LA.GOV<mailto:Courtney.Burdette@LA.GOV>>
Cc: Khan, Zahra <Khan.Zahra@epa.gov<mailto:Khan.Zahra@epa.gov>>; Hoang, Anhthu
<Hoang.Anhthu@epa.gov<mailto:Hoang.Anhthu@epa.gov>>; Isales, Daniel
<Isales.Daniel@epa.gov<mailto:Isales.Daniel@epa.gov>>; Scott, Ronald
<Scott.Ronald@epa.gov<mailto:Scott.Ronald@epa.gov>>; Moncrieffe, Marcia
<Moncrieffe.Marcia@epa.gov<mailto:Moncrieffe.Marcia@epa.gov>>; O'Lone, Mary
<OLone.Mary@epa.gov<mailto:OLone.Mary@epa.gov>>; Andrews, Suzanne
<Andrews.Suzanne@epa.gov<mailto:Andrews.Suzanne@epa.gov>>; Montegut, Ryan
<MontegutR@ag.louisiana.gov<mailto:MontegutR@ag.louisiana.gov>>; David McCay
<David.McCay@LA.GOV<mailto:David.McCay@LA.GOV>>; Neal Elliott
<Neal.Elliott@LA.GOV<mailto:Neal.Elliott@LA.GOV>>; Murrill, Elizabeth
<MurrillE@ag.louisiana.gov<mailto:MurrillE@ag.louisiana.gov>>; Bliss Higgins
<Bliss.Higgins@la.gov<mailto:Bliss.Higgins@la.gov>>; St. John, Joseph
<StJohnJ@ag.louisiana.gov<mailto:StJohnJ@ag.louisiana.gov>>;
Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>; Jones, Jasimiel
<JonesJ@ag.louisiana.gov<mailto:JonesJ@ag.louisiana.gov>>; Celena Cage
<celena.cage@la.gov<mailto:celena.cage@la.gov>>; jill.clark@la.gov<mailto:jill.clark@la.gov>>; Brungard, Morgan

<BrungardM@ag.louisiana.gov<mailto:BrungardM@ag.louisiana.gov>>; Freel, Angelique
<FreelA@ag.louisiana.gov<mailto:FreelA@ag.louisiana.gov>>; John B. King
<John.King@bswllp.com<mailto:John.King@bswllp.com>>; Carroll Devillier
<Carroll.Devillier@bswllp.com<mailto:Carroll.Devillier@bswllp.com>>; Danielle L. Borel
<Danielle.Borel@bswllp.com<mailto:Danielle.Borel@bswllp.com>>; Payne, James (Jim)
<payne.james@epa.gov<mailto:payne.james@epa.gov>>; Chaudhary, Dimple
<Chaudhary.Dimple@epa.gov<mailto:Chaudhary.Dimple@epa.gov>>; McGuire, James
<McGuire.James@epa.gov<mailto:McGuire.James@epa.gov>>
Subject: RE: ATTN: Courtney Burdette and Stephen Russo - Extension Agreement for Complaint Nos. 01R-22 R6 and 02R-22-R6,

Thanks Ryan!

Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights Office of Environmental Justice and External Civil Rights U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 – Cell
Pronouns: she/her/ella
Hablo español

From: Seidemann, Ryan <SeidemannR@ag.louisiana.gov<mailto:SeidemannR@ag.louisiana.gov>>
Sent: Wednesday, March 8, 2023 4:43 PM
To: Dorka, Lilian <Dorka.Lilian@epa.gov<mailto:Dorka.Lilian@epa.gov>>; Stephen Russo
<Stephen.Russo@LA.GOV<mailto:Stephen.Russo@LA.GOV>>; Courtney Burdette
<Courtney.Burdette@LA.GOV<mailto:Courtney.Burdette@LA.GOV>>
Cc: Khan, Zahra <Khan.Zahra@epa.gov<mailto:Khan.Zahra@epa.gov>>; Hoang, Anhthu
<Hoang.Anhthu@epa.gov<mailto:Hoang.Anhthu@epa.gov>>; Isales, Daniel
<Isales.Daniel@epa.gov<mailto:Isales.Daniel@epa.gov>>; Scott, Ronald
<Scott.Ronald@epa.gov<mailto:Scott.Ronald@epa.gov>>; Moncrieffe, Marcia
<Moncrieffe.Marcia@epa.gov<mailto:Moncrieffe.Marcia@epa.gov>>; O'Lone, Mary
<OLone.Mary@epa.gov<mailto:OLone.Mary@epa.gov>>; Andrews, Suzanne
<Andrews.Suzanne@epa.gov<mailto:Andrews.Suzanne@epa.gov>>; Montegut, Ryan
<MontegutR@ag.louisiana.gov<mailto:MontegutR@ag.louisiana.gov>>; David McCay
<David.McCay@LA.GOV<mailto:David.McCay@LA.GOV>>; Neal Elliott
<Neal.Elliott@LA.GOV<mailto:Neal.Elliott@LA.GOV>>; Murrill, Elizabeth
<MurrillE@ag.louisiana.gov<mailto:MurrillE@ag.louisiana.gov>>; Bliss Higgins
<Bliss.Higgins@la.gov<mailto:Bliss.Higgins@la.gov>>; St. John, Joseph
<StJohnJ@ag.louisiana.gov<mailto:StJohnJ@ag.louisiana.gov>>;
Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>; Jones, Jasimiel
<JonesJ@ag.louisiana.gov<mailto:JonesJ@ag.louisiana.gov>>; Celena Cage
<celena.cage@la.gov<mailto:celena.cage@la.gov>>; jill.clark@la.gov<mailto:jill.clark@la.gov>; Brungard, Morgan
<BrungardM@ag.louisiana.gov<mailto:BrungardM@ag.louisiana.gov>>; Freel, Angelique
<FreelA@ag.louisiana.gov<mailto:FreelA@ag.louisiana.gov>>; John B. King
<John.King@bswllp.com<mailto:John.King@bswllp.com>>; Carroll Devillier
<Carroll.Devillier@bswllp.com<mailto:Carroll.Devillier@bswllp.com>>; Danielle L. Borel
<Danielle.Borel@bswllp.com<mailto:Danielle.Borel@bswllp.com>>; Payne, James (Jim)
<payne.james@epa.gov<mailto:payne.james@epa.gov>>; Chaudhary, Dimple
<Chaudhary.Dimple@epa.gov<mailto:Chaudhary.Dimple@epa.gov>>; McGuire, James
<McGuire.James@epa.gov<mailto:McGuire.James@epa.gov>>
Subject: RE: ATTN: Courtney Burdette and Stephen Russo - Extension Agreement for Complaint Nos. 01R-22 R6 and 02R-22-R6,

I definitely understand and just wanted to give you notice once my network came back online. I will check with the LDOJ folks about a deadline.

From: Dorka, Lilian <Dorka.Lilian@epa.gov<mailto:Dorka.Lilian@epa.gov>>
Sent: Wednesday, March 08, 2023 3:17 PM
To: Seidemann, Ryan <SeidemannR@ag.louisiana.gov<mailto:SeidemannR@ag.louisiana.gov>>; Stephen Russo
<Stephen.Russo@LA.GOV<mailto:Stephen.Russo@LA.GOV>>; Courtney Burdette
<Courtney.Burdette@LA.GOV<mailto:Courtney.Burdette@LA.GOV>>
Cc: Khan, Zahra <Khan.Zahra@epa.gov<mailto:Khan.Zahra@epa.gov>>; Hoang, Anhthu
<Hoang.Anhthu@epa.gov<mailto:Hoang.Anhthu@epa.gov>>; Isales, Daniel
<Isales.Daniel@epa.gov<mailto:Isales.Daniel@epa.gov>>; Scott, Ronald
<Scott.Ronald@epa.gov<mailto:Scott.Ronald@epa.gov>>; Moncrieffe, Marcia
<Moncrieffe.Marcia@epa.gov<mailto:Moncrieffe.Marcia@epa.gov>>; O'Lone, Mary
<OLone.Mary@epa.gov<mailto:OLone.Mary@epa.gov>>; Andrews, Suzanne
<Andrews.Suzanne@epa.gov<mailto:Andrews.Suzanne@epa.gov>>; Montegut, Ryan
<MontegutR@ag.louisiana.gov<mailto:MontegutR@ag.louisiana.gov>>; David McCay
<David.McCay@LA.GOV<mailto:David.McCay@LA.GOV>>; Neal Elliott
<Neal.Elliott@LA.GOV<mailto:Neal.Elliott@LA.GOV>>; Murrill, Elizabeth
<MurrillE@ag.louisiana.gov<mailto:MurrillE@ag.louisiana.gov>>; Bliss Higgins
<Bliss.Higgins@la.gov<mailto:Bliss.Higgins@la.gov>>; St. John, Joseph
<StJohnJ@ag.louisiana.gov<mailto:StJohnJ@ag.louisiana.gov>>;
Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>; Jones, Jasimiel
<JonesJ@ag.louisiana.gov<mailto:JonesJ@ag.louisiana.gov>>; Celena Cage
<celena.cage@la.gov<mailto:celena.cage@la.gov>>; jill.clark@la.gov<mailto:jill.clark@la.gov>; Brungard, Morgan
<BrungardM@ag.louisiana.gov<mailto:BrungardM@ag.louisiana.gov>>; Freel, Angelique
<FreelA@ag.louisiana.gov<mailto:FreelA@ag.louisiana.gov>>; John B. King
<John.King@bswllp.com<mailto:John.King@bswllp.com>>; Carroll Devillier
<Carroll.Devillier@bswllp.com<mailto:Carroll.Devillier@bswllp.com>>; Danielle L. Borel
<Danielle.Borel@bswllp.com<mailto:Danielle.Borel@bswllp.com>>; Payne, James (Jim)
<payne.james@epa.gov<mailto:payne.james@epa.gov>>; Chaudhary, Dimple
<Chaudhary.Dimple@epa.gov<mailto:Chaudhary.Dimple@epa.gov>>; McGuire, James
<McGuire.James@epa.gov<mailto:McGuire.James@epa.gov>>
Subject: RE: ATTN: Courtney Burdette and Stephen Russo - Extension Agreement for Complaint Nos. 01R-22 R6 and 02R-22-R6,

CAUTION:  This email originated outside of Louisiana Department of Justice.  Do not click links or open attachments unless you recognize the sender and know the content is safe.
Thanks Ryan. Can you share the Cumulative Impacts section redline by COB Monday?  Note that we do not yet have a fully executed extension agreement, and even when we do, we will still have tight timeframes here.  Lilian


Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights Office of Environmental Justice and External Civil Rights U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 – Cell
Pronouns: she/her/ella
Hablo español

From: Seidemann, Ryan <SeidemannR@ag.louisiana.gov<mailto:SeidemannR@ag.louisiana.gov>>
Sent: Wednesday, March 8, 2023 4:06 PM

To: Dorka, Lilian <Dorka.Lilian@epa.gov<mailto:Dorka.Lilian@epa.gov>>; Stephen Russo
<Stephen.Russo@LA.GOV<mailto:Stephen.Russo@LA.GOV>>; Courtney Burdette
<Courtney.Burdette@LA.GOV<mailto:Courtney.Burdette@LA.GOV>>
Cc: Khan, Zahra <Khan.Zahra@epa.gov<mailto:Khan.Zahra@epa.gov>>; Hoang, Anhthu
<Hoang.Anhthu@epa.gov<mailto:Hoang.Anhthu@epa.gov>>; Isales, Daniel
<Isales.Daniel@epa.gov<mailto:Isales.Daniel@epa.gov>>; Scott, Ronald
<Scott.Ronald@epa.gov<mailto:Scott.Ronald@epa.gov>>; Moncrieffe, Marcia
<Moncrieffe.Marcia@epa.gov<mailto:Moncrieffe.Marcia@epa.gov>>; O'Lone, Mary
<OLone.Mary@epa.gov<mailto:OLone.Mary@epa.gov>>; Andrews, Suzanne
<Andrews.Suzanne@epa.gov<mailto:Andrews.Suzanne@epa.gov>>; Montegut, Ryan
<MontegutR@ag.louisiana.gov<mailto:MontegutR@ag.louisiana.gov>>; David McCay
<David.McCay@LA.GOV<mailto:David.McCay@LA.GOV>>; Neal Elliott
<Neal.Elliott@LA.GOV<mailto:Neal.Elliott@LA.GOV>>; Murrill, Elizabeth
<MurrillE@ag.louisiana.gov<mailto:MurrillE@ag.louisiana.gov>>; Bliss Higgins
<Bliss.Higgins@la.gov<mailto:Bliss.Higgins@la.gov>>; St. John, Joseph
<StJohnJ@ag.louisiana.gov<mailto:StJohnJ@ag.louisiana.gov>>;
Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>; Jones, Jasimiel
<JonesJ@ag.louisiana.gov<mailto:JonesJ@ag.louisiana.gov>>; Celena Cage
<celena.cage@la.gov<mailto:celena.cage@la.gov>>; jill.clark@la.gov<mailto:jill.clark@la.gov>>; Brungard, Morgan
<BrungardM@ag.louisiana.gov<mailto:BrungardM@ag.louisiana.gov>>; Freel, Angelique
<FreelA@ag.louisiana.gov<mailto:FreelA@ag.louisiana.gov>>; John B. King
<John.King@bswllp.com<mailto:John.King@bswllp.com>>; Carroll Devillier
<Carroll.Devillier@bswllp.com<mailto:Carroll.Devillier@bswllp.com>>; Danielle L. Borel
<Danielle.Borel@bswllp.com<mailto:Danielle.Borel@bswllp.com>>; Payne, James (Jim)
<payne.james@epa.gov<mailto:payne.james@epa.gov>>; Chaudhary, Dimple
<Chaudhary.Dimple@epa.gov<mailto:Chaudhary.Dimple@epa.gov>>; McGuire, James
<McGuire.James@epa.gov<mailto:McGuire.James@epa.gov>>
Subject: RE: ATTN: Courtney Burdette and Stephen Russo - Extension Agreement for Complaint Nos. 01R-22 R6 and 02R-22-R6,

All:

This comes at a particularly good time in light of my next statement. We are aware that DEQ had promised to have the cumulative impacts portion redline back to EPA by tomorrow. However, due to three appellate deadlines this week (two argument and one brief) and a network outage that just now came back online, LDOJ is not going to be able to have its review of DEQ's version complete by tomorrow. We will endeavor to get it to EPA as soon as possible.

Thanks,

Ryan

From: Dorka, Lilian <Dorka.Lilian@epa.gov<mailto:Dorka.Lilian@epa.gov>>
Sent: Wednesday, March 08, 2023 2:29 PM
To: Stephen Russo <Stephen.Russo@LA.GOV<mailto:Stephen.Russo@LA.GOV>>; Courtney Burdette
<Courtney.Burdette@LA.GOV<mailto:Courtney.Burdette@LA.GOV>>
Cc: Khan, Zahra <Khan.Zahra@epa.gov<mailto:Khan.Zahra@epa.gov>>; Hoang, Anhthu
<Hoang.Anhthu@epa.gov<mailto:Hoang.Anhthu@epa.gov>>; Isales, Daniel
<Isales.Daniel@epa.gov<mailto:Isales.Daniel@epa.gov>>; Scott, Ronald
<Scott.Ronald@epa.gov<mailto:Scott.Ronald@epa.gov>>; Moncrieffe, Marcia
<Moncrieffe.Marcia@epa.gov<mailto:Moncrieffe.Marcia@epa.gov>>; Seidemann, Ryan
<SeidemannR@ag.louisiana.gov<mailto:SeidemannR@ag.louisiana.gov>>; O'Lone, Mary
<OLone.Mary@epa.gov<mailto:OLone.Mary@epa.gov>>; Andrews, Suzanne

<Andrews.Suzanne@epa.gov<mailto:Andrews.Suzanne@epa.gov>>; Montegut, Ryan
<MontegutR@ag.louisiana.gov<mailto:MontegutR@ag.louisiana.gov>>; David McCay
<David.McCay@LA.GOV<mailto:David.McCay@LA.GOV>>; Neal Elliott
<Neal.Elliott@LA.GOV<mailto:Neal.Elliott@LA.GOV>>; Murrill, Elizabeth
<MurrillE@ag.louisiana.gov<mailto:MurrillE@ag.louisiana.gov>>; Bliss Higgins
<Bliss.Higgins@la.gov<mailto:Bliss.Higgins@la.gov>>; St. John, Joseph
<StJohnJ@ag.louisiana.gov<mailto:StJohnJ@ag.louisiana.gov>>;
Tim.Hardy@bswllp.com<mailto:Tim.Hardy@bswllp.com>>; Jones, Jasimiel
<JonesJ@ag.louisiana.gov<mailto:JonesJ@ag.louisiana.gov>>; Celena Cage
<celena.cage@la.gov<mailto:celena.cage@la.gov>>; jill.clark@la.gov<mailto:jill.clark@la.gov>; Brungard, Morgan
<BrungardM@ag.louisiana.gov<mailto:BrungardM@ag.louisiana.gov>>; Freel, Angelique
<FreelA@ag.louisiana.gov<mailto:FreelA@ag.louisiana.gov>>; John B. King
<John.King@bswllp.com<mailto:John.King@bswllp.com>>; Carroll Devillier
<Carroll.Devillier@bswllp.com<mailto:Carroll.Devillier@bswllp.com>>; Danielle L. Borel
<Danielle.Borel@bswllp.com<mailto:Danielle.Borel@bswllp.com>>; Payne, James (Jim)
<payne.james@epa.gov<mailto:payne.james@epa.gov>>; Chaudhary, Dimple
<Chaudhary.Dimple@epa.gov<mailto:Chaudhary.Dimple@epa.gov>>; McGuire, James
<McGuire.James@epa.gov<mailto:McGuire.James@epa.gov>>
Subject: ATTN: Courtney Burdette and Stephen Russo - Extension Agreement for Complaint Nos. 01R-22 R6 and 02R-22-R6,
Importance: High

CAUTION:  This email originated outside of Louisiana Department of Justice.  Do not click links or open attachments unless you recognize the sender and know the content is safe.
Good afternoon, Courtney and Stephen,

As I mentioned during our meeting last Thursday, we have been discussing with the Sierra Club Complainant an agreement to extend the timeframe for resolution of Complaint Nos. 01R-22 R6 and 02R-22-R6.  We believe our work so far to reach informal resolution agreements between EPA and LDEQ and EPA and LDH has been very productive, and we look forward to continuing this important and productive work with LDEQ and LDH.

Attached, please find a signed copy of an agreement with the Complainant to extend the timeframe for resolution of Complaint Nos. 01R-22 R6 and 02R-22-R6. Also attached is the Agreement that I have signed.  Finally, please find corresponding Agreements for LDEQ and LDH, for your review and signature.  We would like to have all Agreements signed and in place by COB Thursday, March 9th.  Please let me know as soon as possible if you have any questions. Thanks in advance for your help!

Lilian

Lilian Sotolongo Dorka
Deputy Assistant Administrator for External Civil Rights Office of Environmental Justice and External Civil Rights U.S. Environmental Protection Agency
202-564-9649 - Office
202-695-9888 – Cell
Pronouns: she/her/ella
Hablo español

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us>.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us>.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

EACH PROVISION OF THIS DOCUMENT MUST BE ACCOMPANIED BY SPECIFIC REGULATORY OR STATUTORY CITATIONS TO THE AUTHORITY FOR THE PROVISION.

B. Industrial Corridor Impacts Assessment

1.  Industrial Corridor Screening Assessment. Separate from and as a corollary to the individual air permit application screening assessments performed under Section II.A of this agreement, LDEQ will conduct a screening assessment for each parish within the Industrial Corridor with respect to existing conditions to identify communities[1] potentially at risk of disproportionate adverse impacts[2].

    a.  The assessment will include characterizing communities with respect to the factors considered in the permit application screening process at the time the Corridor-wide assessment is conducted (e.g., EJ Screen indicators).

    b.  The assessment may include an assessment of communities utilizing EPA's EJ SCREEN, the Agency of Toxic Substances and Disease Registry's EJ Index, the Council on Environmental Quality's Climate and Economic Justice Screening Tool, or other available tools.

    c.  The assessment may include a review of emission trends, modeling and monitoring results conducted within the Industrial Corridor.

    d.  LDEQ may consult with LDH in conducting the assessment.

    e.  LDEQ will prepare a report describing the methodologies and data utilized in the Industrial Corridor screening assessment and providing tabular and visually mapped identification of communities identified as potentially at risk. LDEQ will make the results of the screening assessment available for public review and comment prior to finalizing the assessment.

2.  Assessment of Mitigation Measures. After completion of the Industrial Corridor Screening Assessment, LDEQ will work to identify actions to manage, reduce, minimize or avoid any disproportionate adverse impacts identified through the Industrial Corridor Screening Assessment that are within LDEQ's constitutional and statutory jurisdiction.  LDEQ will develop methods of program administration within LDEQ's constitutional and statutory authority to implement actions identified, which may include rulemaking in accordance with the Administrative Procedures Act.

---

[1] It is anticipated that the assessments will be performed on a census tract basis as an approximation of a "community," as most relevant data sources provide information on a census tract basis. At LDEQ's discretion, and as reasonably feasible, information may be compiled and assessed on a larger or smaller scale to delineate a community.

[2] The term "disproportionate adverse impact" refers to a localized impact that exceeds a health-based environmental standard and falls disproportionately on a protected class under Title VI of the Civil Rights Act.

Informal Resolution Agreement                                    PRIVILEGED/DELIBERATIVE
EPA Complaints No. 01R-22-R6 and 04R-22-R6                                    02/23/2023



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

Office of Environmental Justice and External Civil Rights
Office of External Civil Rights Compliance

**INFORMAL RESOLUTION AGREEMENT**
**between the**
**LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY**
**and the**
**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**EPA COMPLAINTS NO. 01R-22-R6 AND 04R-22-R6**

**II.    Commitments Regarding LDEQ's Methods of Administration (Issue 1)**

> **Commented [A1]:** LDEQ must verify its statutory and regulatory authority for each of these commitments prior to finalization of an IRA

E.   Community-Based Ambient Air ~~Emissions~~ Monitoring

~~a.~~ ~~For facilities that currently or propose to emit EtO or chloroprene, LDEQ will incorporate into new permits or permit renewals a three-year fenceline monitoring requirement for those pollutants.~~ Pursuant to EPA Grant No. XXX, LDEQ will install and operate a Temporary Located Community (TLC) monitoring station on the West Bank in St. James Parish, with an anticipated monitoring period of ~March 2024 through February 2026. Anticipated monitoring parameters include $NO_2$, $PM_{2.5}$, $H_2S$, $SO_2$, Methane/NMOC, THC, and VOC, including HAP and ozone precursors as listed in the project scope. LDEQ will seek to extend the total monitoring period for this TLC for an additional two years through grant funding, permitting, or enforcement activities.

~~a.~~b. LDEQ will seek EPA grant opportunities, BEP/SEP funding opportunities or other available funding to locate additional TLC monitoring stations near communities identified through the Industrial Corridor Screening Assessment as potentially at risk of disproportionate adverse air impacts[1] in areas where ambient air monitoring currently does not exist.

~~b.~~c. LDEQ will continue the Mobile Air Monitoring Lab (MAML) ambient monitoring program, and will conduct at least three monitoring events in the Industrial Corridor each year for the next three fiscal years (July 1, 2023 through June 30, 2026).

> **Commented [A2]:** LDEQ does not agree to the EtO and chloroprene fenceline monitoring IRA provision for the following reasons:
> • LDEQ prefers community-based monitoring to provide more representative data of community impacts, as opposed to fenceline monitoring.
> • Denka has had multiple networks of fenceline monitoring for chloroprene for 7 years or more already. There are no other chloroprene emitting facilities in the state.
> • FG LA permits already require fenceline monitoring.
> • The need for fenceline monitoring of EtO at existing facilities should be considered and required by EPA if appropriate in the HON Residual Risk rulemaking to be proposed in March. LDEQ would incorporate any such final and effective applicable requirements for EtO fenceline monitoring in the facilities' Title V permits in accordance with permitting regulations.
> • This IRA is not the appropriate vehicle for imposing fenceline monitoring on a sector-wide basis, as such an approach would require rulemaking.

---

[1] The term "disproportionate adverse air impact" refers to a localized air quality impact that exceeds a health-based environmental standard and falls disproportionately on a protected class under Title VI of the Civil Rights Act.

Informal Resolution Agreement                    PRIVILEGED/DELIBERATIVE
EPA Complaints No. 01R-22-R6 and 04R-22-R6                    02/23/2023

F.  Actions ~~to~~ Related to ~~Denka~~ ~~Emissions~~ Title V Renewal Applications

Commented [A3]: LDEQ and LADOJ would like to discuss with EPA the implications of singling out this single entity in the IRA.

   ~~a.~~ ~~LDEQ agrees to publish for comment the revised draft permit(s) for the Denka facility that incorporates any new management practices that result from resolution of any EPA and/or LDEQ enforcement actions w/in 60 days of the resolution of those enforcement actions.~~

   ~~b.~~ ~~LDEQ agrees to publish for comment the revised draft permit(s) for the Denka facility that incorporates the successful Emission Reduction Project that results from EPA's enforcement action, Docket No. RCRA-06-2023-0906, w/in 60 days of the resolution of that enforcement action.~~

   a.  ~~Within 60 days of the effective date of this Agreement,~~ LDEQ will issue the ~~Denka draft~~proposed Title V renewal permits for public comment for the Denka Chlorprene Unit, Neoprene Unit and HCl Recovery Unit within 180 days of the later of the following: final court decision(s) related to the pending USDOJ ISE complaint and Denka lawsuit regarding the USEPA chloroprene Inhalation Unit Risk Factor, including any subsequent appeals; final and effective 40 CFR Part 63 regulations to revise the Group 1 Polymers and Resins NESHAP and Hazardous Organic NESHAP to incorporate a current residual risk and technology review.  .

   b.  The proposed renewal permits will incorporate the following permit revisions:
      i.  Emission limits for chloroprene based on the controls and emission reduction projects implemented under the 2017 LDEQ Administrative Order on Consent (AOC);
      ii.  Any additional emission reductions achieved by Denka since implementation of the 2017 AOC;
      iii.  Compliance assurance measures, which may include emissions testing, emissions and/or operating parameter monitoring, recordkeeping and reporting to demonstrate ongoing compliance with chloroprene emission limits;
      iv.  Any planned or ongoing emission reduction projects or changes to work practice standards required by final and effective enforcement actions or agreed to under any settlement or administrative order, with the associated compliance schedule;
      v.  All *federally applicable requirements* (as defined at LAC 33.III.502), including applicable technology-based emission limitations, work practice standards, and monitoring requirements;
      ~~i.~~vi.  Any final and effective revisions to any federally applicable requirements~~,~~ with future compliance dates.

2                    Internal Discussion                    03/14/23

  c. LDEQ's public notice and comment process on the Denka permits will follow LDEQ's public participation requirements under the EPA-approved Title V program and will meet any applicable procedural requirements under the Public Participation Plan, Language Access Plan, and Disability Access Plan adopted pursuant to Paragraphs XXX below.

  d. Within 30 days of the resolution of any LDEQ or LDEQ/EPA enforcement actions at the Denka facility (e.g., Consent Agreement and Final Order), LDEQ will provide information to the public on the terms of the resolution of the enforcement action and the schedule for any permit actions LDEQ will undertake to incorporate any requirements into the relevant permits.

G. Actions Regarding Other Facilities in the Industrial Corridor

  a. LDEQ will work to limit air emissions of carcinogens including chloroprene and ethylene oxide (EtO) which have a mutagenic mode of action. The goal will be to limit future air emissions of those pollutants to levels that result in a carcinogenic risk level below that defined in guidance or standards for LDEQ (e.g., below 1 in 1,000,000 risk) based on existing EPA IURs. This may warrant reducing emissions to the maximum achievable levels without consideration of costs.

  b. To implement in part the general commitment in Paragraph E. 1 above, LDEQ will develop a process to update LDEQ's current Ambient Air Standards (AAS); regularly update the standards; and to add chronic standards beginning with mercury and hydrogen sulfide. When considering data for both acute and chronic standards, LDEQ will use the best available data (i.e., for chronic standards utilize U.S. EPA Reference Concentrations (RfCs) or Inhalation Unit Risks (IURs)). Within 180 days of the effective date of this Agreement, LDEQ will provide EPA confirmation of the adoption of this process.

  c. Within XX days of the effective date of this Agreement, LDEQ will conduct HEMS modelling of EtO and chloroprene emissions from facilities in St. James and St. John the Baptist Parishes.

  d. Within 90 days of completing the HEMS modelling in Paragraph E. 3 above, LDEQ will provide a risk communication presentation about the results of the HEMS modelling to residents and Parish government agencies including school boards.

H.G. Public Engagement

  a. LDEQ will include in Title V permit file copies of all written communications and notes of meetings or other oral communication with permit applicants and other outside parties regarding permit applications that are releasable under Louisiana Open Records law (e.g., applicant's comments on draft permit monitoring terms and conditions, emissions limitations).

---

**Commented [A4]:** Enforcement actions typically include a deadline for the respondent to submit a permit application to incorporate requirements from the enforcement action. The actions are public noticed prior to finalizing, and are made available to the public (uploaded to EDMS) after issuance.

**Commented [A5]:** Propose this entire section be deleted. Other facilities should be addressed through permit applications, corridor-wide review, and EPA rulemaking.

**Commented [A6]:** • LDEQ has worked diligently to reduce emissions of toxic air pollutants since 1989. Emissions of Class I and II TAP have been reduced ~70% statewide over the last 30 years, including in the Industrial Corridor.
• EPA currently estimates a US inhalation cancer risk of close to 30 in 1,000,000.

**Commented [A7]:** • LDEQ's Air Toxics Program is a state program, adopted and implemented under state authority. It is not a SIP program subject to EPA oversight. LDEQ will not render the program subject to EPA oversight through the IRA.
• LDEQ AAS are adopted by rule in accordance with the Administrative Procedures Act. LDEQ cannot and will not presume the outcome of any rulemaking.
• If undertaking any rulemaking to revise or add new AAS, LDEQ would rely on the best available data at the time of the rulemaking.

**Commented [A8]:** LDEQ will not agree to HEM4 modeling of ethylene oxide and chloroprene emissions.
• EJScreen incorporates the results of AirToxScreen, which in turn utilizes HAPEM, not HEM, to estimate exposure and risk.
• EPA has (presumably) modeled estimated risks for ethylene oxide and chloroprene emitting facilities, including those in St. James and St. John the Baptist, in conducting the residual risk reviews required under the CAA. These rule revisions, with results of the risk estimates, are to be proposed in March 2023.
• EPA IURs for both ethylene oxide and chloroprene are currently subject to court challenge.

**Commented [A9]:** Propose this entire section be eliminated. Public engagement has been addressed in other sections of the draft IRA.

**Commented [A10]:** It is already LDEQ's practice to include all meeting records and written communication in the EDMS file for the regulated facility.

---

Informal Resolution Agreement                    PRIVILEGED/DELIBERATIVE
EPA Complaints No. 01R-22-R6 and 04R-22-R6                        02/23/2023

b.   ~~LDEQ will post relevant Title V permit files on its website at least 45 days before a draft Title V permit is published for comment.~~

c.   ~~LDEQ will notify the public via LDEQ's website when it receives a minor source permit application for which LDEQ regulations do not require public notice and comment.~~

d.   ~~Within 180 days, LDEQ will develop and implement a policy to provide public notice and comment for all minor source permit applications.~~

e.   ~~LDEQ's public notice and comment and public hearing on draft Title V and minor source permits will follow LDEQ's Public Participation Plan, Language Access Plan, and Disability Access Plan adopted pursuant to Paragraphs XXX below.~~

a.   LDEQ will engage in public participation and outreach as outlined in Section

~~.~~

> **Commented [A11]:** This is not a reasonable timeframe. However, a list of all permit applications received by the Department is maintained on LDEQ's website per the statutory requirement in La. R.S. 30:2022.1, and any interested person may request to receive monthly email notifications from the Department regarding applications received.

> **Commented [A12]:** As noted in our response, we already have a spreadsheet on our website of all applications received and pending which includes minor source applications. We don't need to agree to anything further on this.

> **Commented [A13]:** No, we will not agree to this.

> **Commented [A14]:** We already have regulations and protocols for public notice and comment and public hearings. We will not agree to change those as part of this IRA, except to the extent we may be missing a required procedural element under Part III below.

> **Formatted:** List Paragraph, Line spacing: single, No bullets or numbering, Font Alignment: Auto, Tab stops: Not at 0.75"

> **Commented [A15]:** Can refer to other sections of the IRA concerning public engagement

> **Formatted:** Highlight

> **Formatted:** Highlight

> **Formatted:** List Paragraph, Line spacing: single, No bullets or numbering, Font Alignment: Auto, Tab stops: Not at 0.75"

4                          Internal Discussion                    03/14/23