**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION**

THE STATE OF LOUISIANA,
By and through its Attorney General, Jeff Landry,

PLAINTIFF,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; et al.,

DEFENDANTS.

CIVIL ACTION NO. 2:23-cv-00692

**SUPPLEMENTAL DECLARATION OF RYAN SEIDEMANN**

1.      My name is Ryan M. Seidemann. I am an Assistant Attorney General employed by the Louisiana Department of Justice. Except where otherwise indicated, I make this declaration based on my personal knowledge. I could competently testify as to its contents if called to do so.

2.      Attached as Exhibit 52 is a true and accurate copy of USEPA's FY 2023 Justification of Appropriation Estimates, as obtained from www.epa.gov.[1]

3.      Attached as Exhibit 53 is a true and accurate copy of USEPA's FY 2024 EPA Budget in Brief, as obtained from www.epa.gov.[2]

4.      Attached as Exhibit 54 is a true and accurate copy of correspondence and a Voluntary Compliance Agreement (Missouri), as obtained from www.epa.gov.[3]

5.      Attached as Exhibit 55 is a true and accurate copy of correspondence and an Informal Resolution Agreement (Michigan), as obtained from www.epa.gov.[4]

---

[1] https://www.epa.gov/system/files/documents/2022-04/fy-2023-congressional-justification-all-tabs.pdf
[2] https://www.epa.gov/system/files/documents/2023-03/fy-2024-epa-bib.pdf.
[3] https://www.epa.gov/system/files/documents/2023-05/2022.06.22%2001RNO-20-R7%20FINAL%20Recipient%20Correspondence%20and%20VCA.pdf.
[4] https://www.epa.gov/system/files/documents/2023-08/Resolution%20Letter%20and%20Informal%20Resolution%20Agreement%2C%20EPA%20Complaint%20No.%2001RNO-22-R5%20%28MI%20EGLE%20Ajax%29.pdf

1

6.      Attached as Exhibit 56 is a true and accurate copy of a Michigan Department of EGLE statement on resolution, as obtained from www.michigan.gov.[5]

7.      Attached as Exhibit 57 is a true and accurate copy of an Interim Resolution Agreement (Alabama), as obtained from www.justice.gov.[6]

8.      Attached as Exhibit 58 is a true and accurate copy of a press release, as obtained from www.epa.gov.[7]

9.      Attached as Exhibit 59 is a true and accurate copy of a letter dated July 28, 2023, as obtained from www.epa.gov.[8]

10.     Attached as Exhibit 60 is a true and accurate copy of a complaint by Sierra Club dated August 25, 2023, as obtained from www.epa.gov.[9]

11.     Attached as Exhibit 61 is a true and accurate copy of a Title VI Legal Manual, as obtained from www.justice.gov.[10]

12.     Attached as Exhibit 62 is a true and accurate copy of a news article, as obtained from apnews.com.

13.     Attached as Exhibit 63 is a true and accurate copy of a news article, as obtained from i.com.

14.     Attached as Exhibit 64 is a true and accurate copy of a news article dated April 27, 2023, as obtained from insideepa.com.

15.     Attached as Exhibit 65 is a true and accurate copy of a news article dated July 13, 2023, as obtained from insideepa.com.

---

[5] https://www.michigan.gov/egle/newsroom/press-releases/2023/08/10/egle-statement.
[6] https://www.justice.gov/opa/press-release/file/1582566/download.
[7] https://www.epa.gov/newsreleases/icymi-his-journey-justice-epa-administrator-michael-s-regan-toured-historically.
[8] https://www.epa.gov/system/files/documents/2023-07/07RNO-23-R6%20REC%20Rejection-07-28-23.pdf.
[9] https://www.epa.gov/system/files/documents/2023-09/11r-23-r4-complaint_redacted.pdf.
[10] https://www.justice.gov/crt/book/file/1364106/download#:~:text=Specifically%2C%20Title%20VI%20provides%2 0as,%C2%A7%202000d.

16.     Attached as Exhibit 66 is a true and accurate copy of a news article dated August 24, 2023, as obtained from insideepa.com.

17.     Attached as Exhibit 67 is a true and accurate copy of a news article dated September 26, 2023, as obtained from insideepa.com.

18.     Attached as Exhibit 68 is a true and accurate copy of a news article dated August 29, 2023, as obtained from wwno.org.

19.     Attached as Exhibit 69 is a true and accurate copy of a news article dated September 4, 2023, as obtained from www.npr.org.

20.     Attached as Exhibit 70 is a true and accurate copy of a news article dated June 28, 2023, as obtained from www.pbs.org.

21.     Attached hereto as Exhibit 71 is an NPR story dated September 20, 2023, which is available at https://www.wwno.org/podcast/sea-change/2023-09-20/abandoned-in-plantation-country. Also at that link is a recording of an NPR segment. In that recording, an NPR reporter speaks with a woman identified as Sharon Lavigne of RISE St. James, who was one of the Title VI complainants. At around 16:30-55 of the recording, Ms. Lavigne recounts a conversation she had with an EPA official, wherein the official admits EPA's motivation for dismissing the pending Title VI Complaints against LDEQ and LDH. Specifically, Ms. Lavigne recounts that EPA official told her "not to give up hope on them, [t]hey can't explain everything of why they dropped the investigation, and they said that they did it to protect the program."

22.     Attached hereto as Exhibit 72 is a Bloomberg BNA article dated February 24, 2017, as obtained from https://web.archive.org/web/20170312100855/https://www.bna.com/permits-flint-burnt-n57982084397/

23.     Further declarant sayeth naught.

3

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF LOUISIANA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746**.

Sworn and subscribed this 29th day of September, 2023, in Baton Rouge, Louisiana

_____

RYAN M. SEIDEMANN, Ph.D.

4