# Exhibit 56



# EGLE

# EGLE statement on resolution of Flint-area Civil Rights complaint

August 10, 2023

**Media Contact:**

### EGLE Media Office

EGLE-Assist@Michigan.gov

517-284-9278

The Michigan Department of Environment, Great Lakes, and Energy (EGLE) has entered into an Informal Resolution Agreement with the U.S. Environmental Protection Agency (EPA) to resolve a Title VI Civil Rights complaint filed by a coalition of Flint community groups in late 2021. The complaint was related to a Clean Air Act permit issued to the Ajax Asphalt plant in Genesee Township on Flint's border.

The agreement is not a finding by EPA or admission by EGLE of noncompliance with Title VI of the Civil Rights Act. EGLE Is confident that its program fully complies with Title VI and the protection of civil rights. The purpose of this agreement is to memorialize our ongoing commitment to environmental justice.

We realize the agreement does not address all the issues raised by the local residents during our discussions. We remain committed to continuing to work with the community to address ongoing concerns. This includes our collaborative work with EPA to address challenges presented in overburdened communities.

The agreement includes:

- Enhancing community engagement with local residents,

- Providing a Purple Air monitor for the community,

- Pursuing funding for a community-led public health assessment,

- Revising and continuing air permitting-focused education and outreach activities,

- Updating public participation policies,

- Continuing work on an online information portal for the Air Quality Division to transparently track permit applications, permit decisions, inspections and enforcement decisions, and

- Providing equitable means for input from community on the new Environmental Justice Public Health grants included in EGLE's FY 2024 budget ($20 million)

EGLE looks forward to continuing to work closely with communities, environmental justice advocates, and permit applicants to ensure that protections available under the law for residents near polluting facilities are enforced, and to encourage public policy advancements that address the unique burdens many frontline communities face.

Department of Environment, Great Lakes, and Energy        Air Quality

Department of Environment Great Lakes and Energy          MI Newswire

EGLE News         Genesee

## Related News