# Exhibit 58

9/4/23, 8:35 PM  ICYMI: On his Journey to Justice, EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …

Case 2:23-cv-00692-JDC-TPL   Document 34-13   Filed 09/29/23   Page 2 of 14 PageID #:  2263

 An official website of the United States government
Here's how you know

MAIN MENU

Search EPA.gov

**News Releases:**   **Headquarters** <https://epa.gov/newsreleases/search/press_office/headquarters-226129> | **Office of the Administrator (AO)** <https://epa.gov/newsreleases/search/press_office/office-administrator-ao-226155>

CONTACT US <https://epa.gov/newsreleases/forms/contact-us>

# ICYMI: On his Journey to Justice, EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, Highlighted Benefits of Bipartisan Infrastructure Law

November 22, 2021

## Contact Information

EPA Press Office (press@epa.gov)

**WASHINGTON (Nov. 22, 2021)** – In case you missed it, last week EPA Administrator Michael S. Regan embarked on a "Journey to Justice" tour, traveling throughout Mississippi, Louisiana, and Texas to spotlight longstanding environmental justice

9/4/23, 8:35 PM ICYMI: His "Journey to Justice," EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …

Case 2:23-cv-00692-JDC-TPL Document 34-13 Filed 09/29/23 Page 3 of 14 PageID #: 2264

concerns in historically marginalized communities and hear firsthand from residents dealing with the impacts of pollution. Throughout the tour, the Administrator highlighted the benefits of President Biden's Bipartisan Infrastructure Law and the Build Back Better agenda, focusing on historic investments in water infrastructure, Superfund, Brownfields, and in air quality improvements that will lead to lasting public health protections in communities that need them most.

During the trip, Administrator Regan:

- visited Jackson, Mississippi to hear firsthand from residents and environmental justice advocates about the water infrastructure challenges facing the city, with stops at the OB Curtis Water Treatment Facility, Wilkins Elementary School and the historic Farish Street District,
- traveled to New Orleans, Louisiana for a roundtable discussion with the Deep South Center for Environmental Justice,
- met with residents in St. John the Baptist Parish and St. James Parish, where he toured neighborhoods dealing with the severe impacts of pollution,
- joined the residents of Gordon Plaza in New Orleans for a roundtable discussion and walking tour of the affordable housing development built on top of a toxic landfill,
- toured New Orleans' Lower Ninth Ward, where he kayaked the Bayou Bienvenue and fished with residents at the Sankofa Wetland Park and Nature Trail,
- traveled to Mossville, Louisiana to speak with residents and see up close the impacts of pollution from local refineries,
- spoke with students, faculty, and staff at Texas Southern University's Bullard Center in Houston,
- toured Houston's Kashmere Gardens and Fifth Ward Communities,
- joined residents and activists for a tour of the Houston Ship Channel.

### See photos from the Journey to Justice HERE 

<https://www.flickr.com/photos/usepagov/albums>

*Below are highlights from the Administrator's Journey to Justice:*

### Jackson, Mississippi

9/4/23, 8:35 PM  ICYMI: His Journey to Justice: EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …

Case 2:23-cv-00692-JDC-TPL Document 34-13 Filed 09/29/23 Page 4 of 14 PageID #: 2265

On Monday, Administrator Regan was in Jackson, MS to highlight Jackson's longstanding water infrastructure problems ⧉ <https://www.wjtv.com/news/local-news/epa-administrator-visits-jackson-to-discuss-infrastructure-issues/> and discuss how the President's Bipartisan Infrastructure Law will provide resources to communities in need ⧉ <https://www.mississippifreepress.org/18129/epa-chief-visits-jackson-to-address-water-crisis-help-in-biden-infrastructure-deal/>. While in Jackson, the Administrator hosted a roundtable discussion on environmental justice with community leaders, toured the OB Curtis Water Treatment Facility ⧉ <https://www.wapt.com/article/epa-administrator-to-tour-jackson-water-plant/38252665>, visited Wilkins Elementary School and toured the Historic Farish Street District that has suffered from water infrastructure challenges for years.

ABC News highlighted the concerns at Wilkins Elementary School and sat down with the Administrator ⧉:

*While kicking off an environmental justice tour across the South on Nov. 15, Michael Regan, the Environmental Protection Agency (EPA) administrator, told ABC News that the Biden administration's Build Back Better agenda will ensure that federal funding will be distributed equitably in communities that need it most.*

*"This is a huge opportunity for this country. It's a huge opportunity for these environmental justice communities that have disproportionately been impacted for far too long," Regan said.*

*"I want to partner with local mayors, governors and elected officials to be sure that as we're allocating these precious resources, and that they go to projects that are ready to accept and benefit those who need them the most," Regan later added.*

See more from the Administrator's stop in Jackson from ABC News HERE ⧉.

9/4/23, 8:35 PM
Case 2:23-cv-00692-JDC-TPL   Document 34-13   Filed 09/29/23   Page 5 of 14 PageID #: 2266

ICYMI: His Journey to Justice, EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …



Administrator Regan meets with students impacted by water infrastructure problems in Jackson, MS.

**St. John the Baptist Parish and St. James Parish, Louisiana**

On Tuesday, Administrator Regan kicked off the day with Dr. Beverly Wright and The Deep South Center for Environmental Justice <https://www.nola.com/news/environment/article_80d32ecc-4721-11ec-b822-af55976629c6.html> for a roundtable discussion with EJ advocates from Louisiana and the region. Later, he traveled to St. John the Baptist Parish and St. James Parish to meet with residents and see firsthand <https://www.wwno.org/news/2021-11-19/louisianas-most-vulnerable-residents-share-their-stories-during-epas-journey-to-justice-tour> the impacts of pollution from facilities in "Cancer Alley."

From Oliver Laughland for The Guardian <https://www.theguardian.com/us-news/2021/nov/17/michael-regan-epa-louisiana-cancer-alley-visit>:

*Regan is the first EPA administrator to visit the town. After receiving his briefing inside the chapel and touring houses on the fenceline of the Denka plant, the administrator paused in the dappled shade of the afternoon.*

9/4/23, 8:35 PM  ICYMI: On His "Journey to Justice," EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …

Case 2:23-cv-00692-JDC-TPL Document 34-13 Filed 09/29/23 Page 6 of 14 PageID #: 2267

*"Let me be clear,"* he told the Guardian. *"I know that we have to rebuild trust. I know that this didn't happen overnight and won't be resolved overnight. So our commitment is to do better, leverage our enforcement, work with Congress to get the toughest laws in place that are adequate and protective. And to do this in concert with community members who have been advocating this for decades."*

*Reserve was one stop on Regan's "journey to justice" trip around the American south, visiting in-person some of the environmental justice flashpoints in a region plagued by pollution and infrastructure failures and grappling with the brunt of the climate crisis.*

Read the full article on the Administrator's visit in The Guardian HERE 
<https://www.theguardian.com/us-news/2021/nov/17/michael-regan-epa-louisiana-cancer-alley-visit>.



Administrator Regan speaks with St. James Parish residents about the impacts of pollution in the community.

### New Orleans, Louisiana

9/4/23, 8:35 PM    ICYMI: On his Journey to Justice, EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …

Case 2:23-cv-00692-JDC-TPL   Document 34-13   Filed 09/29/23   Page 7 of 14 PageID #: 2268

On Wednesday, Administrator Regan returned to New Orleans, where he started the day meeting with residents in Gordon Plaza, an affordable housing development built on top of a toxic landfill.

WGNO joined the tour at Gordon Plaza <https://wgno.com/news/local/gordon-plaza-residents-cautiously-optimistic-following-visit-from-epa-administrator/>:

*The concerns of Gordon Plaza residents made their way to the White House, and Wednesday, United States Environmental Protection Agency Administrator Michael Regan toured the neighborhood, promising an end to environmental injustice.*

*"The President thought it was very important to put a face on this term 'environmental injustice'. It's really easy to let the term roll off your lips and not know who or how people are being impacted. You have my commitment that the EPA will partner with you all to solve this problem and find solutions," said Regan.*

See the full story from WGNO HERE <https://wgno.com/news/local/gordon-plaza-residents-cautiously-optimistic-following-visit-from-epa-administrator/>.

Later, the Administrator traveled to the Lower Ninth Ward, where he kayaked the Bayou Bienvenue and toured the Sankofa Wetland Park and Nature Trail, where he spent time fishing with residents and discussing their environmental concerns.



9/4/23, 8:35 PM    ICYMI: On his Journey to Justice, EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …

Case 2:23-cv-00692-JDC-TPL    Document 34-13    Filed 09/29/23    Page 8 of 14 PageID #: 2269



See more from the Administrator's stops in the Lower Ninth Ward HERE <https://twitter.com/epamichaelregan/status/1461103403128561664>.

## Mossville, Louisiana

On Thursday, Administrator Regan traveled west to Mossville, LA where he joined residents and community leaders for a tour <https://www.kplctv.com/2021/11/19/us-epa-administrator-michael-regan-visits-mossville-journey-justice-tour/> of sites dealing with the impacts of long-standing pollution and climate change. Administrator Regan discussed the concerns around air and drinking water quality and spoke with residents about their environmental priorities and solutions.

From coverage in The Advocate <https://www.theadvocate.com/lake_charles/article_880d5144-48b7-11ec-b879-ff1730140962.html>:

*"I can tell you, being on the ground here, seeing it for myself, talking with the community members, it's just startling that we got to this point," Regan said near the fence of the Sasol chemical complex after viewing an air monitoring unit that residents and activists say is inadequate.*

*"And the question really is at this point, for all of us as federal, state and local government officials: What are we going to do moving forward? We can examine how we got here and I think we should, but there needs to be a sense of urgency around a solution for how we move forward, and that's what I want to put in motion."*

He added: *"It's our responsibility to protect every person in this country, no matter the color of their skin, how much money they have in their pocket or their ZIP code."*

9/4/23, 8:35 PM  ICYMI: On his Journey to Justice, EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …

Case 2:23-cv-00692-JDC-TPL   Document 34-13   Filed 09/29/23   Page 9 of 14 PageID #: 2270

Read the full article from The Advocate HERE  
<https://www.theadvocate.com/lake_charles/article_880d5144-48b7-11ec-b879-ff1730140962.html>.

**Houston, Texas**

Later on Thursday, Administrator Regan traveled to Houston, TX for a conversation with students, faculty and staff at Texas Southern University's Robert D. Bullard Center for Environmental and Climate Justice.



Administrator Regan and Dr. Robert Bullard pose for a photo at Texas Southern University, where the Bullard Center for Environmental and Climate Justice is located.

Administrator Regan continued the Journey to Justice tour in Houston on Friday, kicking off the day with an environmental justice roundtable discussion with Dr. Robert Bullard and local environmental justice advocates. Later, the Administrator and Dr. Bullard toured Kashmere Gardens and Fifth Ward Communities to speak with residents

9/4/23, 8:3... ICYMI: On His Journey to Justice, EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …

Case 2:23-cv-00692-JDC-TPL Document 34-13 Filed 09/29/23 Page 10 of 14 PageID #: 2271

about the historic and current impacts of pollution in their neighborhoods and discuss the resources available from the President's Bipartisan Infrastructure Law and the Build Back Better agenda.

From the Texas Tribune <https://www.texastribune.org/2021/11/19/texas-pollution-epa-regan-houston/>:

*It's the type of community — dominated by people of color and polluted for decades — that the nation's new Environmental Protection Agency administrator, Michael Regan, has promised that President Joe Biden's administration will prioritize for environmental cleanups, emissions enforcement and infrastructure investments.*

*Regan, who spoke with residents of Fifth Ward and other communities of color in the Houston region Friday as part of a tour of historically marginalized and polluted communities across the South, said the EPA will ensure that money from the recently passed Infrastructure Investment and Jobs Act and the Build Back Better Act, which was passed by the House of Representatives Friday, will flow to communities that need it most.*

*"There are so many things we need to do to rebuild trust," he added. "It's not rocket science, we just have to get to work."*

Read the full article from the Texas Tribune HERE <https://www.texastribune.org/2021/11/19/texas-pollution-epa-regan-houston/>.

Later, Administrator Regan joined members of the Texas Environmental Justice Advocacy Services (TEJAS) for a tour of the Houston Ship Channel, where he met with residents and local leaders to discuss air and water pollution and the impact of nearby facilities on the community.

From the Houston Chronicle <https://www.houstonchronicle.com/news/houston-texas/houston/article/systemic-racism-is-alive-and-well-epa-16634551.php>:

*Later that afternoon, Regan drove east to see the Houston Ship Channel, the busy waterway connecting the city with the Gulf of Mexico, from the vantage point of a Baytown park. He observed how much industry there was as they drove. A small group*

9/4/23, 8:35 PM ICYMI: On His Journey to Justice, EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …

Case 2:23-cv-00692-JDC-TPL Document 34-13 Filed 09/29/23 Page 11 of 14 PageID #: 2272

*later stood in the sun, sharing their experiences and perspectives. Activist Juan Parras thanked Regan for his visit and for acknowledging environmental justice issues that, he says, other officials kept on the backburner.*

*Said Parras: "It's about time."*

Read the full article from the Houston Chronicle HERE [↗]
<https://www.houstonchronicle.com/news/houston-texas/houston/article/systemic-racism-is-alive-and-well-epa-16634551.php>.

Contact Us <https://epa.gov/newsreleases/forms/contact-us> to ask a question, provide feedback, or report a problem.

LAST UPDATED ON NOVEMBER 9, 2022

9/4/23, 8:35 PM In Mr. Our his Journey to Justice, EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …

Case 2:23-cv-00692-JDC-TPL    Document 34-13    Filed 09/29/23    Page 12 of 14 PageID #:  2273



9/4/23, 8:3... ICYMI: On his Journey to Justice, EPA Administrator Michael S. Regan Toured Historically Marginalized Communities in the American South, …

Case 2:23-cv-00692-JDC-TPL Document 34-13 Filed 09/29/23 Page 13 of 14 PageID #: 2274

# Discover.

**Accessibility Statement** <https://epa.gov/accessibility/epa-accessibility-statement>

**Budget & Performance** <https://epa.gov/planandbudget>

**Contracting** <https://epa.gov/contracts>

**EPA www Web Snapshot** <https://epa.gov/utilities/wwwepagov-snapshots>

**Grants** <https://epa.gov/grants>

**No FEAR Act Data** <https://epa.gov/ocr/whistleblower-protections-epa-and-how-they-relate-non-disclosure-agreements-signed-epa>

**Plain Writing** <https://epa.gov/web-policies-and-procedures/plain-writing>

**Privacy** <https://epa.gov/privacy>

**Privacy and Security Notice** <https://epa.gov/privacy/privacy-and-security-notice>

# Connect.

**Data.gov** <https://www.data.gov/>

**Inspector General** <https://www.epaoig.gov/>

**Jobs** <https://epa.gov/careers>

**Newsroom** <https://epa.gov/newsroom>

**Open Government** <https://epa.gov/data>

**Regulations.gov** <https://www.regulations.gov/>

**Subscribe** <https://epa.gov/newsroom/email-subscriptions-epa-news-releases>

**USA.gov** <https://www.usa.gov/>

**White House** <https://www.whitehouse.gov/>

# Ask.

Case 2:23-cv-00692-JDC-TPL   Document 34-13   Filed 09/29/23   Page 14 of 14 PageID #:  2275

**Contact EPA** <https://epa.gov/home/forms/contact-epa>

**EPA Disclaimers** <https://epa.gov/web-policies-and-procedures/epa-disclaimers>

**Hotlines** <https://epa.gov/aboutepa/epa-hotlines>

**FOIA Requests** <https://epa.gov/foia>

**Frequent Questions** <https://epa.gov/home/frequent-questions-specific-epa-programstopics>

# Follow.

    

