# Exhibit 66

INSIDEEPA.COM
an online news service from the publishers of Inside EPA

*Weekly Focus*

# Michigan Rights Pact Is Latest EPA Let-Down For Flint, Advocates Charge

August 24, 2023     Tweet

The scaled-back civil rights agreement EPA and Michigan officials signed earlier this month marks just the latest let-down for Flint, MI, residents, environmental justice (EJ) advocates charge, citing agency inaction over the years on several other high-profile civil rights petitions in the community as well as its failure to prevent lead-contamination of its drinking water.

"The history of environmental racism in Michigan has had devastating consequences for our residents," Ted Zahrfeld, board chair of the St. Francis Prayer Center, said during an Aug. 10 press conference where local groups denounced EPA's agreement with state officials to address concerns over an air permit for the Ajax asphalt plant.

"We are part of a worrisome trend: states or communities suffering from Title VI violations and EPA letting us down," he said.

The agreement was filed over the air permit the Michigan Department of Environment, Great Lakes & Energy (EGLE) issued to Ajax Paving to build a hot-mix asphalt plant near public housing in an already-overburdened area.

Richard Grow, a former EPA official who advocates for civil rights, says the agreement lacks substance even though the allegations it purports to resolve are serious and substantive.

Grow calls it "grotesque to do this to . . . Flint yet again on exactly the same issues" as the notorious EPA case known as *Select Steel*, where the agency in 1988 denied review of a civil rights petition brought by the St. Francis Prayer Center over a permit for a local steel mill.

In *Select Steel,* EPA issued its first-ever order under Title VI, holding there was no violation of the Civil Rights Act because there was no Clean Air Act violation and faced fierce criticism for making the rights law "subordinate" to environmental standards, according to press reports.

In addition to *Select Steel*, Flint groups including the prayer center were the complainants in a 1992 Title VI petition over air permits issued to the Genesee power plant, which took EPA 25 years to address.

On Jan. 19, 2017 -- President Barack Obama's final day in office, EPA's External Civil Rights Office issued an order holding that a preponderance of the evidence supported **a finding of discrimination** but the agency did not find evidence to support a *prima facie* case of adverse disparate health impacts, so no action was taken.

Flint also suffered an infamous water crisis during the Obama administration, when, for 18 months in 2013, the state switched the city's water supply to one contaminated with lead. Hundreds of Flint residents sought hundreds of millions of dollars in tort damages, **claiming EPA was negligent**. Then-EPA Administrator Gina McCarthy acknowledged the agency knew of a "systematic problem" in Flint in 2015 but did not take immediate action.

Zahrfeld at the press conference noted that the Genesee power station is located "in the same industrial park where the Ajax plant now operates. It took 25 years and a lawsuit for the EPA to acknowledge discrimination that that permit decision made. By then, the damage was already done, affecting our health and generational wealth."

"And guess what? Genesee power station is still dumping air pollution into our community."

In response to these criticisms, an EPA spokeswoman says, "EPA remains fully committed to improving environmental conditions in Flint, Michigan. We have no further comment to add at this time."

**Informal Agreement**

At issue is EPA's **Aug. 8 informal resolution agreement** with EGLE that requires the state to bolster its outreach and air monitoring near the Ajax site.

The agreement addresses whether the department "discriminated . . . when it approved" Ajax's permit "by failing to provide meaningful engagement," and whether EGLE's "criteria and methods of administering its air permit program . . . has the intent and/or effect of subjecting persons to discrimination."

But it stops short of requiring cumulative impact considerations in overburdened communities as advocates had sought.

They say the agreement is "watered down" and makes "only cosmetic changes to the state's problematic air permitting program, allowing the state to continue its historical practice of packing dirty industries into low-income communities of color."

The agreement also shows how state and federal officials are "not fulfilling their necessary roles as checks and balances to industries that constantly take advantage of the fact that people of color and low-income people have a lot on their plates" just trying to take care of their families, Mona Munroe-Younis, executive director of the Environmental Transformation Movement of Flint, tells *Inside EPA*.

"And they exploit their marginalization and heap more upon them. . . . It's like we never really get a break, and government agencies are not protecting the people," she adds.

While the petitioners initially participated in talks between EPA and Michigan, they charged that state regulators shut them out -- and abandoned a tougher draft agreement -- after EPA dropped high-profile civil rights investigations in Louisiana following a lawsuit by that state's attorney general.

EPA and EGLE "backed away" from an agreement "that would have secured local protections for residents suffering from industrial pollution and reform Michigan's air permitting program to fix discriminatory" impacts, the EJ groups said in the Aug. 10 statement.

Munroe-Younis said after Louisiana brought its suit, "a chill" fell "over civil rights cases across the country. The calculus changed and then EGLE backed away. . . . We spent 10 months in active negotiations . . . we thought that was a good investment of time in order to resolve the pattern of civil rights violations . . . And what we got in the final agreement we could have accomplished in three meetings."

She adds that it is "troublesome" that EPA now appears scared to consider disparate impacts "because you cannot address racism without doing that."

In response to such criticisms, EGLE said, "We realize the agreement does not address all the issues raised by the local residents during our discussion. We remain committed to continuing to work with the community to address ongoing concerns."

Other environmentalists say EPA's decision to scale back its agreement with Michigan could set a precedent in other Democratic-led states, such as **Colorado**, where EPA is also conducting a high-profile "affirmative compliance review" of its compliance with Title VI.

"Even Michigan," a blue state, "was willing to negotiate what could have been a much better agreement, and then suddenly watered it down." That shows "Louisiana has emboldened other states to treat Title VI like a joke," one environmentalist says, adding it is unclear whether additional states will respond in the same way "and that is concerning."

If EPA ends up enforcing Title VI only in states that are amenable to it, that is "not tenable from a civil rights perspective for EPA to decide to enforce Title VI only in blue states. That's not OK. It is a federal law that needs to be enforced everywhere," the source says.

**'Historical Miscarriage'**

Grow, the former EPA official, calls it shocking that the agency had the "audacity to go in there and abandon the same community with the same complainants 25 years" later. He says he is "embarrassed for the agency" and calls the agreement a "travesty."

"*Select Steel* is code for EPA's historical miscarriage of civil rights," Grow says, explaining there have been "whole conferences" around the decision and that advocates still call for it to be revoked.

He also points out the Ajax investigation involves the "same complainant, the same framing of the issue and a whole new EPA civil rights program" as well as a Black administrator. "And yet EPA came out and again betrayed the same community."

Grow adds that EPA has "been gamed radically," both by EGLE officials as well as Louisiana Attorney General Jeff Landry (R) who filed the suit challenging the agency's authority to conduct Title VI investigations based on disparate impact, which prompted EPA to drop the probes, though Landry is continuing to seek to pursue the litigation.

The informal resolution process has been "totally perverted in both cases" and not just due to "outside forces because EPA somehow let this happen."

But Grow adds that the Michigan outcome "feels even more foul than Louisiana," because of Flint's history. "Given what happened in 1992 and 1998" and then the water crisis, "to see the same community again betrayed by the same agency is unfathomable." -- *Dawn Reeves* (dreeves@iwpnews.com) *& Sam Hess* (shess@iwpnews.com)

242031

---

## RELATED NEWS

- **EPA Asks Court To Dismiss Louisiana Civil Rights Suit, Deny Injunction**
- **EPA, Michigan Adopt Limited Civil Rights Deal, Sparking Disappointment**
- **EPA Accepts Tribes' Rights Complaint Against WRCB, Amid Retreat**
- **Amid Retreat, EPA Expected To Float Narrow Civil Rights Pact With Michigan**
- **EPA Rejects Title VI Petition Over Louisiana Air Permits As 'Premature'**

---

**SITE LICENSE AVAILABLE**

Economical site license packages are available to fit any size organization, from a few people at one location to company-wide access. For more information on how you can get greater access to InsideEPA.com for your office, contact Online Customer Service at 703-416-8505 or **iepa@iwpnews.com**.

**STAY CONNECTED**



© 2023. Inside Washington Publishers | **Contact Us**