# Exhibit 67

# EPA Agrees To DNREC Title VI Permit Inquiry, Despite Apparent Retreat

September 26, 2023

Tweet

EPA has quietly agreed to investigate whether the Delaware Department of Natural Resources and Environmental Control (DNREC) violated Title VI of the Civil Rights Act when it approved a permit for a bioenergy facility, a move that appears at odds with advocates' charges that the agency has backed down from its aggressive use of such inquiries.

But one industry lawyer is challenging suggestions that the agency has backed down, arguing instead that it is simply changing its strategy by using its Title VI authority as leverage to force states to create new mitigation programs while sidestepping efforts to clearly define the scope of its Title VI powers.

"EPA appears reluctant to test its authority to enforce claims of discriminatory effect under Title VI," Karen Bennett, a partner at Earth & Water Law, argued in **a Sept. 6 blog post** for the Washington Legal Foundation.

EPA's Office of External Civil Rights Compliance (OECRC) told Delaware environment secretary Shawn Garvin in **a Sept. 8 acceptance letter** that the agency is investigating whether DNREC "discriminated against the Black, Haitian, and Latino residents living near Bioenergy Development Company's [BDC] Bioenergy Innovation Center" in Sussex County, DE, in violation of Title VI of the Civil Rights Act and EPA's nondiscrimination regulation when it issued an operating permit to the facility.

The letter responds to **a December 2022 complaint** that alleges that DNREC "failed to provide adequate information, notices and public participation opportunities to the residents living near BDC's facility, including language services for residents with limited English proficiency (LEP), during the state environmental permit application review process for BDC's facility."

As such, OECRC agrees to investigate whether DNREC's permit application review process for the BDC facility discriminated against the communities near the BDC facility on the basis of race, color, and national origin in violation with Title VI; whether the process discriminated against Spanish speaking and Haitian Creole speaking individuals with LEP on the basis of national origin in violation of Title VI; and whether DNREC has in place and is appropriately implementing procedural safeguards required under the law, and that all recipients of EPA financial assistance must have in place to comply with their general nondiscrimination obligations consistent with Title VI and EPA's implementing regulations.

The agency's investigation comes on the heels of what appeared to be a larger retreat on enforcing Title VI claims.

EPA and Michigan officials signed **a scaled-back civil rights agreement** in August 2023 to resolve Title VI complaints over a Clean Air Act permit the Michigan Department of Environmental, Great Lakes & Energy (EGLE) issued to Ajax Paving to build a hot-mix asphalt plant near public housing in an already-overburdened area.

But the agreement stopped short of requiring cumulative impact considerations in overburdened communities as advocates had sought. They said the agreement is "watered down" and makes "only cosmetic changes to the state's problematic air permitting program, allowing the state to continue its historical practice of packing dirty industries into

low-income communities of color."

This also followed the agency's **closure of two civil rights investigations** it was conducting in Louisiana and rejection of Title VI petitions from environmental and other groups alleging discrimination in state permitting practices after state officials challenged the probes as unconstitutional.

In closing the cases, EPA also dropped efforts to finalize draft informal resolution agreements with Louisiana officials, which would have resolved the investigations without a formal finding of discrimination and would have allowed Louisiana to continue to receive EPA funding.

**Strategy Shift**

But while many have flagged these retreats as a signal of a wider agency pullback on its ambitious environmental justice efforts, Bennett, the lawyer, is noting that it may just show a shift in the agency's strategy for implementing such policies.

Bennett argues that EPA's approach in Louisiana and Michigan "may signal an important shift in the agency's strategy for implementing the administration's ambitious environmental justice policies."

She says that the Supreme Court has previously determined that Title VI only protects against intentional discrimination, and "questioned whether EPA's regulations that prohibit programs or activities that have the effect of subjecting individuals to discrimination are legally valid."

Bennett also adds that the agency "seems to ignore" that many circuit courts that have considered this issue also agree that EPA cannot "proscribe" in regulation activities that have a disparate impact on protected groups when such activities are permissible under Title VI.

"EPA's closing of these investigations suggests the agency prefers to avoid answering these important legal questions," Bennett said.

She says that in "preferring not to resolve the legal uncertainty," the agency has instead shifted towards developing the science "to support cumulative health effects that can be used in environmental permitting to show disproportionate burden."

"This approach is consistent with EPA's position that compliance with federal environmental laws does not necessarily mean compliance with federal civil rights laws and the agency's assertion that when a permitting decision has a disparate impact based on race, color, or national origin, it raises a potential violation of Title VI. . . . EPA's 'retreat' appears to be no retreat at all," she said. -- *Sam Hess* (**shess@iwpnews.com**)

242463

---

**RELATED NEWS**

- **California AG Issues Guidance To Cities, Counties To Address EJ In Land Use**
- **Texas Warns EPA To Bolster Legal Basis For Draft Cumulative Risk Guide**
- **EPA Faulted For Ignoring Attorneys' Conflicts When Negotiating Rights Pact**
- **Michigan Rights Pact Is Latest EPA Let-Down For Flint, Advocates Charge**
- **EPA Asks Court To Dismiss Louisiana Civil Rights Suit, Deny Injunction**

**SITE LICENSE AVAILABLE**

Economical site license packages are available to fit any size organization, from a few people at one location to company-wide access. For more information on how you can get greater access to InsideEPA.com for your office, contact Online Customer Service at 703-416-8505 or **iepa@iwpnews.com**.

**STAY CONNECTED**



© 2023. Inside Washington Publishers | **Contact Us**