# Exhibit 71



 Donate

 Sea Change

# Abandoned in (Plant)ation Country

By Halle Parker

Published September 20, 2023 at 5:50 AM CDT

LISTEN • 31:16

## Ways To Subscribe

 Apple       Spotify       Stitcher       Pandora      Amazon Alexa

Now Playing
WWNO 89.9



*Halle Parker / WWNO*

Concerned Citizens of St. John Executive Director Robert Taylor speaks at a news conference held by the Environmental Protection Agency. To his left stands EPA Administrator Michael Regan, who proposed new rules to cut toxic pollution in heavily-industrialized areas like Louisiana's chemical corridor.

Earlier this year, we told the story of how a change in the White House had the potential to turn the tide for Black communities fighting against more environmental pollution in one of the country's largest hotspots for toxic air — Louisiana's industrial corridor nicknamed Cancer Alley.

The Environmental Protection Agency's new leader pledged to use all the tools in his toolbox to deliver "environmental justice," and his agency launched a groundbreaking investigation into alleged civil rights violations by the state. Environmental advocates thought it could be the moment everyone waited for after years of debate over discrimination.

Then, out of the blue, the EPA dropped its high-profile investigation without any resolution. It blindsided everyone.

Today on Sea Change, we go back to Louisiana's industrial corridor to try to find some answers. Why when the EPA was on the cusp of reforming the petrochemical state of Louisiana did it just... back off? Turns out, the implications are even bigger than we imagined. Far bigger than Louisiana.

To fully understand this update, scroll back in our feed and listen to our third episode, (Plant)ation Country.

Now Playing
WWNO 89.9

For more information about Halle's reporting and the circumstances surrounding the EPA's civil rights investigation, click here.

A special thanks to Robert Taylor of the Concerned Citizens of St. John, Sharon Lavigne of Rise St. James, Lisa Jordan of the Tulane Environmental Law Clinic, Monique Harden of the Deep South Center for Environmental Justice and Carlton Waterhouse of Howard University School of Law's Environmental and Climate Justice Center for speaking with us.

This episode was hosted and reported by Halle Parker. Our managing producer is Carlyle Calhoun. Editing help was provided by Nora Saks. Our sound designer is Maddie Zampanti. Sea Change is a WWNO and WRKF production, distributed by PRX. We are part of the NPR Podcast Network.

**Tags**

Sea Change | Sea Change | environmental justice | cancer alley | Environmental Protection Agency | Department of Environmental Quality | Jeff Landry | air pollution | air quality



### Halle Parker

Halle Parker reports on the environment for WWNO's Coastal Desk. You can reach her at hparker@wwno.org.

See stories by Halle Parker



© 2023 WWNO

Now Playing
**WWNO 89.9**

Community Discussion Rules

Public Information

Public Service Announcements

Privacy

About

Contact

Careers & Volunteers

Now Playing
**WWNO 89.9**