IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> Defendants. | Civil Action No. 2:23-cv-00692 |

**State's Unopposed Motion for Partial Voluntary Dismissal Without Prejudice**

The States of Louisiana, by and through its Attorney General, Jeff Landry (the "State"), respectfully moves to dismiss voluntarily, without prejudice: (1) President Biden as a Defendant and (2) Count VII of the State's Complaint (the "Parallel Tracks" count).

Defendants do not appear to dispute that the relevant Extra-Regulatory Requirements that the State challenges (the cumulative-impact mandates) have *not* received Presidential ratification pursuant to 42 U.S.C. § 2000d-1. (Defendants do dispute that the ratification requirement is applicable here, however.) In light of that concession, the State no longer needs relief against President Biden, since he is not alleged to have ratified illegal mandates, and therefore agrees that he may be dismissed as a Defendant at this time.

Similarly, in light of EPA's sudden, post-suit abandonment of all pending Title VI investigations, the State's practical need for relief on Count VII is now substantially diminished. Therefore, to streamline and simplify this case, the State respectfully seeks to dismiss that Count VII voluntarily and to focus on its other claims.

1

The State has discussed this request with counsel for Defendants, who do not oppose this request.

## CONCLUSION

For the foregoing reasons, the State's motion to dismiss voluntarily President Biden and Count VII without prejudice should be granted.

Dated: September 29, 2023

Respectfully submitted,

By: /s/ *J. Scott St. John*

DREW C. ENSIGN *
  Special Assistant Solicitor General
202 E. Earll Drive
Suite 490
Phoenix, AZ 85004
drewensignlaw@gmail.com

ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

* admitted *pro hac vice*