IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry, <br><br> PLAINTIFF, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00692 |

## [Proposed] Order

The Court has considered the State's Unopposed Motion For Partial Voluntary Dismissal Without Prejudice. The motion is GRANTED.

President Biden is dismissed as a Defendant in this action without prejudice. Count VII is also dismissed without prejudice.

Signed this ___ day of _____, 2023

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE