## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

THE STATE OF LOUISIANA,
By and through its Attorney General, Jeff
Landry,

PLAINTIFF,

v.

UNITED STATES ENVIRONMENTAL        CIVIL ACTION NO. 2:23-cv-00692
PROTECTION AGENCY; et al.,

DEFENDANTS.

## Order

The Court has considered the State's Unopposed Motion For Partial Voluntary Dismissal

Without Prejudice. The motion is GRANTED.

President Biden is dismissed as a Defendant in this action without prejudice. Count VII is also

dismissed without prejudice.

THUS DONE AND SIGNED in Chambers this 4th day of October, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE