# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> Defendants. | Civil Action No. 2:23-cv-00692 |

## [Proposed] Order

The Court has considered Louisiana's Request for Judicial Notice. The Request is GRANTED. Pursuant to Fed. R. Evid. 201, the Court takes judicial notice of the Title VI complaint proffered by Louisiana, EPA's October 3, 2023, acceptance of that complaint for investigation, and the contents of those documents. The Court does not take judicial notice of the truth of the factual assertions therein.

Signed this ___ day of _____, 2023

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE