IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **THE STATE OF LOUISIANA,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:23-cv-00692-JDC-KK |
| | § | |
| **U.S. ENVIRONMENTAL** | § | |
| **PROTECTION AGENCY,** *et al.*, | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION FOR LEAVE
TO FILE *AMICUS CURIAE* BRIEF OF
THE AMERICAN CIVIL RIGHTS PROJECT AND
THE HAMILTON LINCOLN LAW INSTITUTE
IN OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT AND SUPPORT OF
SUMMARY JUDGMENT FOR
<u>PLAINTIFF UNDER FED. R. CIV. P. 56(F)</u>**

The Court declares that, good cause being shown, the Motion for Leave to File *Amici Curiae* Brief of the American Civil Rights Project and the Hamilton Lincoln Law Institute (together, the Amici) is hereby granted. Courts have broad discretion to appoint amici curiae and frequently accept amicus briefs from non-parties if the amicus has unique information or perspective that may assist the court. *See, e.g., Pel-Star Energy v. U.S. Dep't of Energy*, 890 F. Supp. 532, 535-36 (W.D. La. June 12, 1995).

The Court thus grants the Amici's motion for leave. The brief attached as Exhibit 1 to the Amici's motion is hereby deemed filed.

IT IS SO ORDERED.

THUS DONE AND SIGNED in Chambers this 10th day of October, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE