# <u>Exhibit D</u>



**JOHN BEL EDWARDS**
GOVERNOR

**ROGER W. GINGLES**
SECRETARY

# State of Louisiana
## DEPARTMENT OF ENVIRONMENTAL QUALITY
### ENVIRONMENTAL SERVICES

Certified Mail No. 9589 0710 5270 0644 2628 30

David F. Garcia, P.E.
Director, Air and Radiation Division
U.S. Environmental Protection Agency, Region 6
1201 Elm Street, Suite 500
Dallas, Texas 75270

Re:    Response to EPA's Objection to Proposed Permit No. 3086-V10
       Nucor Steel Louisiana, LLC – Direct Reduced Iron Facility
       Convent, St. James Parish, Louisiana
       Agency Interest (AI) No. 157847

Dear Mr. Garcia:

On May 5, 2023, the Louisiana Department of Environmental Quality (LDEQ) submitted to the United States Environmental Protection Agency (EPA) proposed Permit No. 3086-V10, as well as the accompanying Statement of Basis (SOB) and Public Comments Response Summary, for Nucor Steel Louisiana, LLC's Direct Reduced Iron Facility in accordance with 40 CFR 70.8(a)(1)(ii) and LAC 33:III.533.B.2.b. On June 16, 2023, EPA objected to the proposed permit in accordance with 40 CFR 70.8(c)(1).

Consistent with 40 CFR 70.8(c)(4), LDEQ has amended the permit record and revised proposed Permit No. 3086-V10 in response to EPA's objection. Attached please find LDEQ's responses to EPA's objections, revised proposed Permit No. 3086-V10, and the accompanying SOB and Public Comments Response Summary.

Should you have any questions concerning this response, please contact Bryan D. Johnston of the Air Permits Division at (225) 219-3450.

Sincerely,

Bliss M. Higgins
Assistant Secretary

August 16, 2023
Date

BMH:BDJ

**Objection No. 1**

**Failure to Justify Use of AP-42 Emission Factors to Estimate Emissions**

EPA generally asserts, and LDEQ agrees, that an air permit applicant "should use the most representative emissions data when determining applicability, applying for a permit, or demonstrating compliance with permit limits." However, in evaluating proposed Permit No. 3086-V10, EPA found that "LDEQ has not justified its conclusion that AP-42 factors are appropriate to estimate emissions from Nucor's various processes, specifically for a renewal permit" and directed LDEQ to "amend the permit and permit record as necessary … by documenting a sufficient justification for the emission estimates in the permit record."

EPA's "Best Practices for Estimating Emissions Using Emissions Factors for Clean Air Act Permitting" provides the following "order of accuracy of emissions estimation methods":

1. Continuous emission monitoring system (CEMS) data,
2. Stack testing,
3. Vendor guarantees and stack test data from similar sources,
4. Material balance calculations,
5. Optical remote sensing, and
6. AP-42 emission factors.[1,2]

Louisiana's air quality regulations also contemplate the accuracy of emissions estimation methods. For example, LAC 33:III.919.G directs permittees to report emissions using the most accurate data available.

> Calculations. Actual measurement with continuous emissions monitoring systems (CEMS) or approved stack testing shall be used for reporting of emissions from an emissions point when such data exists. In the absence of CEMS or stack test data, emissions shall be calculated using methods found in the most recent edition, as of December 31 of the current reporting year, of EPA's Compilation of Air Pollution Emission Factors (AP-42), calculations published in engineering journals, and/or EPA or department-approved estimation methodologies.

As evidenced by its position in the above hierarchy, EPA recommends that AP-42 emission factors should only be used as a last resort. However, EPA also recognizes that when source-specific emissions or other more reliable approaches are unavailable, "emission factors are frequently the best or only method available for estimating emissions, in spite of their limitations."[3] In fact, EPA Region 6 has used emission factors on many occasions to establish emission limits.[4]

---

[1] https://www.epa.gov/system/files/documents/2022-02/emissions-factors-best-practices_0.pdf
[2] LDEQ's *Louisiana Guidance for Air Permitting Actions* establishes a similar hierarchy (see the "Emissions Estimation Methods" discussion at pp. 22-28) (https://www.deq.louisiana.gov/assets/docs/Air/Air_Permit_Applications/LouisianaGuidanceforAirPermittingActions.pdf).
[3] Introduction to AP-42 (https://www.epa.gov/sites/default/files/2020-09/documents/c00s00.pdf) (p. 1)
[4] See, for example:
- Part 71 (Title V) Permit No. R6NM-03-Rl for Enterprise Field Services, LLC's Lindrith Compressor Station. Documentation regarding AP-42 factors is included in the file titled "Jicarilla Apache - Lindrith Compressor Station - Draft Permit Administrative Record - Part 1 (pdf)." Both documents are available at https://www.epa.gov/caa-permitting/part-71-operating-permits-jicarilla-apache-lindrith-compressor-station.

Response to EPA's Objection to Proposed Permit No. 3086-V10
Nucor Steel Louisiana, LLC – Direct Reduced Iron Facility

In Table 1 below, LDEQ has identified each AP-42 emission factor used to calculate potential emissions from the DRI Facility. Where the emission factor utilized does not directly apply to the source type in question, LDEQ has provided an explanation as to why use of that factor is appropriate and reasonable.[5] In addition, in each case, LDEQ has provided an explanation as to why a different means to calculate potential emissions was not selected.

In addition to its findings with respect to LDEQ's use of AP-42 emission factors to calculate emission limits for certain sources at the DRI Facility, EPA states that "use of inflated emission estimates is unacceptable for permitting purposes" and suggests that "some permit applicants may also add excessive 'compliance margins' or 'safety factors' to emission limit calculations to determine potential to emit (PTE) of individual units." Such is not the case here. Nucor did not apply an excessive safety factor in calculating the PTE for any emissions unit at the DRI Facility. Notably, EPA's Environmental Appeals Board (EAB) has approved the use of safety factors, holding that "[t]here is nothing inherently wrong with setting an emissions limitation that takes into account a reasonable safety factor."[6,7]

---

- Synthetic Minor New Source Review Permit No. R6NSR-OK-002 for Choctaw Defense Manufacturing, LLC's McAlester Facility (available at https://www.epa.gov/caa-permitting/tribal-nsr-permits-epas-south-central-region); and

- Synthetic Minor New Source Review Permit No. R6NSR-NM-001 for The Pueblo of Sandia's Sandia Resort and Casino (https://www.epa.gov/sites/default/files/2015-12/documents/sandia-final-permit121815.pdf).

[5]  For example, Nucor used a PM emission factor for crushed stone screening operations to calculate emissions from iron ore and remet screening operations.

[6]  In re: Newmont Nevada Energy Investment, L.L.C., TS Power Plant, PSD Appeal No. 05-04, December 21, 2005, p. 43.

[7]  EPA Region 6 has used safety factors in establishing emission limits. See, for example, the Statement of Basis associated with Part 71 (Title V) Permit No. R6FOP-NM-04-R2 for Williams Four Corners LLC's Los Mestenios Compressor Station (https://www.epa.gov/sites/default/files/2017-08/documents/williams_four_corners_los_mestenios_final_sob.pdf). See also Synthetic Minor New Source Review Permit No. R6NSR-OK-002 for Choctaw Defense Manufacturing, LLC's McAlester Facility. In the first example, a safety factor of 10% was utilized. In the second example, a safety factor of 20% was utilized.

**Table 1: Sources for Which Criteria Pollutant/CO2e Emission Limits Are Based on AP-42 Emission Factors**

| Source ID | Pollutant and Emission Factor Rating [8] | AP-42 Factors Utilized | Justification |
|---|---|---|---|
| FUG 0010 (DC-4A)<br>Iron Ore Screen Tower East Side Reject Pile | $PM_{10}$: B<br>$PM_{2.5}$: B | Emission limits were calculated using material throughput, a hood control efficiency of 50%, and the following AP-42 emission factors from Section 12.5, Table 12.5-4:<br>$PM_{10}$: 0.0011 lb/ton (stacker pellet ore)<br>$PM_{2.5}$: 0.00034 lb/ton (stacker pellet ore) | 1. CEMS – Not applicable (fugitive source).<br>2. Stack Test Data – Not applicable (fugitive source).<br>3. Vendor Guarantee – Not applicable (fugitive source).<br>4. Material Balance Calculations – Not Applicable. Although Nucor tracks material input and output, the weight of the pile cannot be precisely quantified in order to determine the amount of material emitted due to the wind.<br>5. Optical Remote Sensing – Not applicable (emissions are not gaseous in nature). |
| EQT 0127 – EQT 0130 (DS01 – DS04)<br>South Ore Yard Screen Nos. 1-4 | $PM_{10}$: E<br>$PM_{2.5}$: E | Emission limits were calculated using the iron ore screening rate, the particle size distribution of iron oxide,[9] and the following AP-42 emission factor from Section 11.19.2, Table 11.19.2-2:<br>PM: 0.0022 lb/ton [screening (controlled)]. AP-42 estimates the moisture content of crushed stone at facilities employing wet suppression systems to be between 0.55 and 2.88 percent; iron ore has a moisture content between 3 and 6 percent. | 1. CEMS – Not applicable (fugitive source).<br>2. Stack Test Data – Not applicable (fugitive source).<br>3. Vendor Guarantee – Not applicable (fugitive source).<br>4. Material Balance Calculations - Not Applicable. Nucor tracks material input and output. However, water is used in the screening process. Neither the volume of water used nor the amount that subsequently evaporates can be precisely monitored. Therefore, the weight of the material leaving the screeners (excluding water) cannot be determined.<br>5. Optical Remote Sensing – Not applicable (emissions are not gaseous in nature). |

---

[8]   Emission limits for $CO_2$, $CH_4$, and $N_2O$ are established in terms of carbon dioxide equivalents, or $CO_2e$.

[9]   The $PM_{10}$ and $PM_{2.5}$ particle size distribution for crushed stone in Table 11.19.2-2 was not utilized.

Response to EPA's Objection to Proposed Permit No. 3086-V10
Nucor Steel Louisiana, LLC – Direct Reduced Iron Facility

| Source ID | Pollutant and Emission Factor Rating [8] | AP-42 Factors Utilized | Justification |
|---|---|---|---|
| EQT 0131 (DS-05) Remet Dry Screen | $PM_{10}$: E $PM_{2.5}$: E | Emission limits were calculated using the iron ore throughput and remet screening rate, the $PM_{10}/PM_{2.5}$ mass fraction based on a particle size distribution analysis, and the following AP-42 emission factor from Section 11.19.2, Table 11.19.2-2: PM: 0.0022 lb/ton [screening (controlled)]. The moisture content of remet, which is stored in piles controlled by water sprays and rainfall, exceeds that of crushed stone. | 1. CEMS – Not applicable (fugitive source). 2. Stack Test Data – Not applicable (fugitive source). 3. Vendor Guarantee – Not applicable (fugitive source). 4. Material Balance Calculations – Not Applicable. Nucor tracks material input and output. However, water is used in the screening process. Neither the volume of water used nor the amount that subsequently evaporates can be precisely monitored. Therefore, the weight of the material leaving the screener (excluding water) cannot be determined. 5. Optical Remote Sensing – Not applicable (emissions are not gaseous in nature). |
| EQT 0122 (EG-1) EQT 0171 (EG-6) Emergency Generators | $SO_2$: B $CO_2$: B | Emission limits were calculated using the horsepower of the engines and the following AP-42 emission factors from Section 3.4, Table 3.4-1: $SO_2$: 0.0000121 lb/hp-hr (0.00809 lb/hp-hr adjusted for a maximum fuel sulfur content of 15 ppm) $CO_2$: 1.16 lb/hp-hr | 1. CEMS – While CEMS for $SO_2$ and $CO_2$ are available, they are not installed on sources that are permitted to operate for ≤ 100 hours per year and do not have the potential to emit (PTE) significant amounts of the subject pollutants. EQT 0122 has the PTE 0.01 tons per year of $SO_2$ and 135 tons per year of $CO_2$; EQT 0171 has the PTE 0.01 tons per year of $SO_2$ and 78 tons per year of $CO_2$. 2. Stack Test Data – Although technically feasible, stack testing is typically not performed on sources that are permitted to operate for ≤ 100 hours per year and do not have the PTE significant amounts of the subject pollutants. 3. Vendor Guarantee – Not provided. 4. Material Balance Calculations – Not Applicable. The sulfur and carbon in the fuel does not exclusively form $SO_2$ and $CO_2$. 5. Optical Remote Sensing – Not applicable (conventional methods are available). |

Response to EPA's Objection to Proposed Permit No. 3086-V10
Nucor Steel Louisiana, LLC – Direct Reduced Iron Facility

| Source ID | Pollutant and Emission Factor Rating [8] | AP-42 Factors Utilized | Justification |
|---|---|---|---|
| EQT 0139 – EQT 0141 (EG-2 – EG-4) EQT 0170 (EG-5) Emergency Generators | $CO_2$: B | Emission limits were calculated using horsepower of the engines and the following emission factor from Section 3.3, Table 3.3-1: 1.15 lb/hp-hr | 1. CEMS – While CEMS for $CO_2$ are available, they are not installed on sources that are permitted to operate for 99 hours per year and do not have the PTE significant amounts of the pollutant. EQT 0139 – EQT 0141 have the PTE 0.01 tons per year of $SO_2$ and 1 ton per year of $CO_2$. EQT 0170 has the PTE 0.01 tons per year of $SO_2$ and 23 tons per year of $CO_2$. 2. Stack Test Data – Although technically feasible, stack testing is typically not performed on sources that are permitted to operate for 99 hours per year and do not have the PTE significant amounts of the pollutant. 3. Vendor Guarantee – Not provided. 4. Material Balance Calculations – Not Applicable. The carbon in the fuel does not exclusively form $CO_2$. 5. Optical Remote Sensing – Not applicable (conventional methods are available). |
| EQT 0153 (HC-1) EQT 0154 (HC-2) Hopper Car Engines | $CO_2$: B | Emission limits were calculated using horsepower of the engines and the following emission factor from Section 3.3, Table 3.3-1: 1.15 lb/hp-hr | 1. CEMS – While CEMS for $CO_2$ are available, they are not installed on sources that do not have the PTE a significant amount of the pollutant. Each engine has the PTE 1133 tons per year of $CO_2$. 2. Stack Test Data – Although technically feasible, stack testing is typically not performed on sources that do not have the PTE a significant amount of the pollutant. 3. Vendor Guarantee – Not provided. 4. Material Balance Calculations – Not Applicable. The carbon in the fuel does not exclusively form $CO_2$. 5. Optical Remote Sensing – Not applicable (conventional methods are available). |

Response to EPA's Objection to Proposed Permit No. 3086-V10
Nucor Steel Louisiana, LLC – Direct Reduced Iron Facility

| Source ID | Pollutant and Emission Factor Rating [8] | AP-42 Factors Utilized | Justification |
|---|---|---|---|
| EQT 0071 (HF-1) Hot Flare | $PM_{10}/PM_{2.5}$: D <br> $SO_2$: A <br> $NO_X$: A <br> CO: B <br> VOC: C <br> Lead: D <br> $CO_2$: A <br> $CH_4$: B <br> $N_2O$: E | Emission limits associated with the combustion of pilot gas (i.e., natural gas) were calculated using the heat input to the flare and the following emission factors from Section 1.4, Table 1.4-2 (unless otherwise noted): <br> $PM_{10}/PM_{2.5}$: 7.6 lb/$10^6$ scf <br> $PM_{2.5}$: 7.6 lb/$10^6$ scf <br> $SO_2$: 0.6 lb/$10^6$ scf <br> $NO_X$: 190 lb/$10^6$ scf (Table 1.4-1) <br> CO: 84 lb/$10^6$ scf (Table 1.4-1) <br> VOC: 5.5 lb/$10^6$ scf <br> Lead: 0.0005 lb/$10^6$ scf <br> $CO_2$: 120,000 lb/$10^6$ scf <br> $CH_4$: 2.3 lb/$10^6$ scf <br> $N_2O$: 0.64 lb/$10^6$ scf (controlled-low-$NO_X$ burner) <br><br> Emission limits for $PM_{10}/PM_{2.5}$, $NO_X$, and VOC associated with the combustion of vent gas from startups, product quenches, and shutdowns were also calculated using the aforementioned factors. | 1. CEMS – Not applicable. Emissions from an open flare cannot be continuously monitored using EPA-approved methods. <br> 2. Stack Test Data – Emissions from an open flare cannot be tested using EPA-approved methods. <br> 3. Vendor Guarantee – Not provided. <br> 4. Material Balance Calculations – Not Applicable. Pollutants are created during the combustion process. <br> 5. Optical Remote Sensing – Not recommended. According to EPA, "DIAL measurements provide only a snapshot in time. Unless the flow and composition of the flare gas is highly stable, inaccuracies build as these measurements are extrapolated to annual emission rates. Continuous monitoring of the gas stream prior to combustion in the flare is generally the most accurate means of assessing flare emissions."[10],[11] |

---

[10] Emissions Estimation Protocol for Petroleum Refineries, Version 3 (p. 6-1)

[11] Permit No. 3086-V10 requires Nucor to continuously monitor and record the volume and heating value of the vent gas stream routed to the flare.

| Source ID | Pollutant and Emission Factor Rating [8] | AP-42 Factors Utilized | Justification |
|---|---|---|---|
| EQT 0070 (PB-1)<br>EQT 0115 (PB-2)<br>Package Boilers | $SO_2$: A<br>$CO_2$: A<br>$CH_4$: B<br>$N_2O$: E<br>Lead: D | Emission limits were calculated using the firing rate of the Package Boilers and the following AP-42 emission factors from Section 1.4, Table 1.4.2:<br>$SO_2$: 0.6 lb/$10^6$ scf<br>$CO_2$: 120,000 lb/$10^6$ scf<br>$CH_4$: 2.3 lb/$10^6$ scf<br>$N_2O$: 0.64 lb/$10^6$ scf (controlled-low-$NO_X$ burner)<br>Lead: 0.0005 lb/$10^6$ scf | 1. CEMS – While CEMS for $SO_2$ and $CO_2$ are available, they are not installed on sources that do not have the PTE significant amounts of the subject pollutants. Each boiler has the PTE 0.13 tons per year of $SO_2$ and 25,764 tons per year of $CO_2$.<br>2. Stack Test Data – Although technically feasible, stack testing is typically not performed on sources that do not have the PTE significant amounts of the subject pollutants. Each boiler has the PTE 0.49 tons per year of $CH_4$, 0.14 tons per year of $N_2O$, and <0.001 tons per year of lead.<br>3. Vendor Guarantee – Not provided.<br>4. Material Balance Calculations – Not Applicable. The sulfur, carbon, and nitrogen in the fuel does not exclusively form $SO_2$, $CO_2$, and $N_2O$, respectively.<br>5. Optical Remote Sensing – Not applicable (conventional methods are available). |
| EQT 0207 (PH-1/AV-1)<br>Process Heater/Acid Gas Absorption Vent Common Stack | $N_2O$: E | Emission limits were calculated using the firing rate of the Process Heater and the following AP-42 emission factor from Section 1.4, Table 1.4.2:<br>0.64 lb/$10^6$ scf (controlled-low-$NO_X$ burner) | 1. CEMS – While it is not clear if a CEMS for $N_2O$ is commercially available, CEMS are not installed on sources that do not have the PTE a significant amount of the pollutant. The Process Heater's PTE $N_2O$ is 3.20 tons per year.<br>2. Stack Test Data – Although technically feasible, stack testing is typically not performed on sources that do not have the PTE a significant amount of the pollutant.<br>3. Vendor Guarantee – Not provided.<br>4. Material Balance Calculations – Not Applicable. The nitrogen in the fuel does not exclusively form $N_2O$.<br>5. Optical Remote Sensing – Not applicable (conventional methods are available). |

Response to EPA's Objection to Proposed Permit No. 3086-V10
Nucor Steel Louisiana, LLC – Direct Reduced Iron Facility

| Source ID | Pollutant and Emission Factor Rating [8] | AP-42 Factors Utilized | Justification |
|---|---|---|---|
| EQT 0017 (DOC-101) FUG 0030 (FUG-103) FUG 0027 (FUG-106) Loading/Unloading Iron Oxide Charging Conveyor Fugitives | $PM_{10}$: A $PM_{2.5}$: A | Emission limits for material handling and iron oxide charging were calculated using the equation in Section 13.2.4. | 1. CEMS – Not applicable (fugitive source). 2. Stack Test Data – Not applicable (fugitive source). 3. Vendor Guarantee – Not applicable (fugitive source). 4. Material Balance Calculations - Not Applicable. Emissions result before the precise weight of the iron ore pellets can be determined; weighing iron ore and DRI at the entrance and exit of the conveyor is not practical. 5. Optical Remote Sensing – Not applicable (emissions are not gaseous in nature). |
| FUG 0029 (FUG-102) Unpaved and Paved Road Fugitive Dust | $PM_{10}$: C $PM_{2.5}$: E | Emissions from paved roads were calculated using the equation in Section 13.2.1; emissions from unpaved roads were calculated using the equation in Section 13.2.2. | 1. CEMS – Not applicable (fugitive source). 2. Stack Test Data – Not applicable (fugitive source). 3. Vendor Guarantee – Not applicable (fugitive source). 4. Material Balance Calculations - Not Applicable. The mass of material lifted from the paved and unpaved road surfaces cannot be determined. 5. Optical Remote Sensing – Not applicable (emissions are not gaseous in nature). |
| FUG 0011 (PIL-01) FUG 0016 (PIL-06) FUG 0017 (PIL-07) FUG 0019 (PIL-08) FUG 0020 (PIL-09) FUG 0023 (PIL-11) FUG 0024 (PIL-12) FUG 0025 (PIL-13) FUG 0026 (PIL-14) FUG 0021 (PIL-16) FUG 0028 (PIL-17) FUG 0031 (PIL-18) Storage Piles | $PM_{10}$: D $PM_{2.5}$: E | Emissions from stacking and material transfer drops in piles were calculated using the equation in Section 13.2.4. Emissions from bulldozers and front-end loaders were calculated using the equation in Section 13.2.2. Emissions from wind erosion were calculated using the methodology in Section 13.2.5. | 1. CEMS – Not applicable (fugitive source). 2. Stack Test Data – Not applicable (fugitive source). 3. Vendor Guarantee – Not applicable (fugitive source). 4. Material Balance Calculations - Not Applicable. The weight of the piles cannot be precisely quantified in order to determine the amount of material emitted due to the wind and the action of treads and tires on and around the piles. 5. Optical Remote Sensing – Not applicable (emissions are not gaseous in nature). |

Response to EPA's Objection to Proposed Permit No. 3086-V10
Nucor Steel Louisiana, LLC – Direct Reduced Iron Facility

**Objection No. 2**

**Failure to Justify Use of Emission Factors Purported to be "Guarantees" from Vendors to Estimate Emissions**

EPA asserts that LDEQ "has not justified its conclusion that emission factors supplied by vendors under their guarantees are appropriate to estimate emissions and ensure appropriate permit limits have been developed for Nucor's many processes." Therefore, EPA instructed LDEQ to "amend the permit and permit record as necessary" to ensure that it is complete "by documenting a sufficient justification for the emission estimates in the permit record including vendor suggested design and operation parameters along with any restrictions and climate/weather related conditions."

LDEQ relied on several vendor guarantees, summarized in Table 2 below, in establishing the emission limits in Permit No. 3086-V10. Vendor guarantees were most often used to establish the emission rates for sources which utilize filter cartridges and filter membranes to control particulate emissions.

The vendor for the filter cartridges associated with EQT 0150 (DC-23), EQT 0172 (DC-24), EQT 0173 (DC-25), EQT 0174 (DC-26), EQT 0175 (DC-27), EQT 0176 (DC-28), and EQT 0177 (DC-29) has specified a maximum air flow rate for the units. However, this flow rate is approximately sixteen times greater than the design volumetric vent rate of the equipment on which the filter cartridges are installed at the DRI Facility.

The vendor for the filter membranes associated with EQT 0095 (DC-3), EQT 0100 (DC-4), EQT 0101 (DC-5), EQT 0102 (DC-6), EQT 0103 (DC-7), EQT 0104 (DC-8), EQT 0148 (DC-21), and EQT 0149 (DC-22) has specified a maximum operating temperature. However, Nucor's process operates at approximately 40 percent of the prescribed temperature.

The vendor of the filter membranes associated with EQT 0121 (DC-20), EQT 0105 (DC-11), EQT 0106 (DC-12), EQT 0108 (DC-14), EQT 0109 (DC-15A), EQT 0110 (DC-15B), EQT 0112 (DC-17), EQT 0094 (DC-2), EQT 0093 (DC-1), EQT 0113 (DC-18), EQT 0107 (DC-13), EQT 0111 (DC-16), and EQT 0078 (DC-19) has demonstrated that the filters will limit the outlet concentration of particulate matter to less than 0.002 gr/dscf when the differential pressure is maintained at greater than 1.0 and less than 11.0 inches water column (w.c.). Specific Requirements 22 and 74 of Permit No. 3086-V10 require Nucor to maintain the differential pressure within this range.

Specific Requirements 38, 80, and 86 of Permit No. 3086-V10 require the aforementioned filters to limit particulate emissions to 0.002 gr/dscf or less; and Specific Requirements 36, 78, and 84 require Nucor to keep purchase orders or manufacturer certifications showing that the installed filters meet this specification.

For Package Boiler No. 1 (EQT 0070) and Package Boiler No. 2 (EQT 0115), the vendor guaranteed emission rates for particulate matter, $NO_X$, CO, and VOC were used to establish emission limits. In this case, the vendor did not prescribe any relevant operating restrictions that must be met to ensure that the guaranteed emission rates are achieved. Notably, compliance with the $NO_X$ and CO emission limits for the boilers has been confirmed by multiple performance tests, most recently in February 2020.[12]

---

[12] EDMS Doc ID 12160231

9

Response to EPA's Objection to Proposed Permit No. 3086-V10
Nucor Steel Louisiana, LLC – Direct Reduced Iron Facility

**Table 2: Sources for Which Criteria Pollutant Emission Limits Are Based on Vendor Data**

| Source ID | Pollutant | Vendor Data |
|---|---|---|
| EQT 0078 (DC-19)<br>EQT 0093 – EQT 0095 (DC-1 – DC-3)<br>EQT 0100 – EQT 0104 (DC-4 – DC-8)<br>EQT 0105 – EQT 0108 (DC-11 – DC-14)<br>EQT 0109 (DC-15A), EQT 0110 (DC-15B)<br>EQT 0111 – EQT 0113 (DC-16 – DC-18)<br>EQT 0121 (DC-20),<br>EQT 0148 – EQT 0150 (DC-21 – DC-23)<br>EQT 0172 – EQT 0177 (DC-24 – DC-29) | $PM_{10}/PM_{2.5}$ | Emission limits were calculated using a vendor guaranteed emission factor of 0.002 gr/dscf (total PM), the source-specific air flow rate, and the $PM_{10}/PM_{2.5}$ mass fraction based on a particle size distribution analysis. |
| EQT 0137 (BV-3), EQT 0138 (BV-4)<br>EQT 0169 (BV-5) | $PM_{10}/PM_{2.5}$ | Emission limits were calculated using a vendor guaranteed emission factor of 0.002 gr/dscf (total PM) and the source-specific air flow rate. |
| EQT 0070 (PB-1), EQT 0115 (PB-2) | $PM_{10}/PM_{2.5}$ | Emission limits were calculated using a vendor guaranteed emission factor of 0.01 lb/MM Btu and the natural gas firing rate. |
| | $NO_X$ | Emission limits were calculated using on a vendor guaranteed emission factor of 0.048 lb/MM Btu, the natural gas firing rate, and a selective catalytic reduction (SCR) control efficiency of 90%. |
| | CO | Emission limits were calculated using a vendor guaranteed emission factor of 0.074 lb/MM Btu and the natural gas firing rate. |
| | VOC | Emission limits were calculated using a vendor guaranteed emission factor of 0.004 lb/MM Btu and the natural gas firing rate. |

**Objection No. 3**

**Failure to Justify Basis for Assumption of Control Efficiency above 99% for the Enclosed Conveying Systems for Material Handling**

With respect to Conveyor Fugitives (FUG-103, FUG 0030), LDEQ explained that:

> The control efficiency of 99.9 percent is based on engineering judgment. The conveyor systems at the DRI Facility are enclosed on three sides, and all material drop and transfer points are located within enclosed buildings. In addition, the iron ore transported along the receiving conveyors is wetted or treated with chemical dust suppressants to minimize fugitive emissions.[13]

However, EPA concluded that the particulate matter control efficiency of 99.9 percent is not supported by "any evidence, vendor guarantees, or other documentation," and "there are also no design or operational limits to assure that any of these efficiencies are in fact achieved." EPA emphasized that "[p]ermitting authorities should ensure that the BACT requirements contained in the permits are supported and justified by the information and analysis presented in a thorough and complete permit record." Therefore, EPA directed LDEQ to "amend the permit and permit record as necessary … by documenting a sufficient justification with engineering analysis and calculations for the proposed control efficiency."

As an initial matter, LDEQ notes that Conveyor Fugitives will not be physically modified or undergo a change in the method of operation as a result of the Process Optimization Project. Thus, FUG 0030 is not subject to BACT under PSD-LA-751(M5).

The conveyor belt can move material in two different directions and has the ability to "flip" by 180 degrees, thereby ensuring material contacts only one side of the belt (see Figure 1 in Attachment 1). Thus, when loading in either direction, the clean side of the belt will always be facing outward. Moreover, while the structure of the conveyor system is enclosed on three sides, the belt itself fully encapsulates the iron ore and DRI it transports by forming an enclosed 22-inch diameter tube, with one end extending over the other by approximately 8.5 inches (see Figure 2 in Attachment 1).

Transfers/flips are contained within Transfer Tower No. 1 and Transfer Tower No. 2, both of which are controlled by dust collectors. Emissions from Transfer Tower No. 1 are represented by EQT 0093 (DC-1), whereas those from Transfer Tower No. 2 are represented by EQT 0094 (DC-2) and EQT 0095 (DC-3). Thus, emissions from FUG 0030 only account for losses associated with the transportation of materials along the conveyor, not those attributed with flips/transfers.

For these reasons, the design of the conveyor system supports use of a particulate control efficiency of 99.9 percent to calculate the emission limits for FUG 0030. Photographs and design drawings of the conveyor system are provided in Attachment 1.

---

[13] See LDEQ Response to Comment No. 31.

**Objection No. 4**

**Failure to Adequately Address EPA's Comments Provided to LDEQ about Authorizing Uncontrolled Emissions During Upsets Associated with Bypassing the SulfurOx Unit**

In Comment No. 49, EPA expressed concern that "LDEQ is authorizing uncontrolled emissions, upsets if you will, of an indeterminant frequency" (i.e., 226.9 lb/hr of $H_2S$) and recommended that "LDEQ consider mandating further engineering studies followed by permit modifications to eliminate these emissions events." EPA concluded that "LDEQ has not addressed the content of the comment and recommendation submitted by EPA" and therefore directed LDEQ to "amend the permit and permit record as necessary … to address EPA's concerns about upsets [sic] emissions."

Historically, excess emissions of $H_2S$ from the DRI Unit No. 1 Process Heater/Acid Gas Absorption Vent Common Stack (EQT 0207) were attributed to bypasses of the SulfurOx Unit,[14] which were sometimes necessary to prevent unit failure due to excess pressure. Nucor has corrected this issue by reengineering system controls to route pressure or volume fluctuations back to the process during normal operations. Nucor now monitors the valve position, and the facility's distributed control system (DCS) has an alarm that notifies personnel if it is open. Permit No. 3086-V10 requires Nucor to maintain records of each period when the SulfurOx Unit is bypassed.

LDEQ's response to Comment No. 49 indicated that the proposed permits were revised to remove emissions associated with upsets and malfunctions. More specifically, as explained in Section I.D of the Basis for Decision, $NO_X$ and $H_2S$ limits for the Process Heater/Acid Gas Absorption Vent Common Stack were substantially reduced to eliminate emissions from operational scenarios involving the bypass of the SulfurOx Unit. Maximum hourly and annual emissions of $NO_X$ were reduced by 92.29 pounds per hour and 30.21 tons per year, respectively. Maximum hourly and annual emissions of $H_2S$ were reduced by 216.90 pounds per hour and 4.99 tons per year, respectively.

However, LDEQ inadvertently failed to revise the emission limits for $H_2S$ in Specific Requirement 102 of proposed Permit No. 3086-V10. This requirement has now been revised as follows:

> $H_2S$: BACT is use of the SulfurOx Unit to limit $H_2S$ emissions from the combined DRI Unit No. 1 Process Heater/Acid Gas Absorption Vent stream to < 50 ppmvd @ 0% O2 (30-day rolling average, excluding SSM). Minimize bypass of the SulfurOx Unit and limit H2S emissions to <= 226.90 lb/hr during such periods. Maintain records of each period (begin and end times) when the SulfurOx Unit is bypassed.

Analogous revisions to proposed PSD-LA-751(M5) have also been made (see Attachment 2).

Notably, Permit Nos. 3086-V10 and PSD-LA-751(M5) require $H_2S$ emissions from EQT 0207 to be monitored using a CEMS certified according to Performance Specification 2 of 40 CFR 60 Appendix B and quality assured in accordance with the procedures in 40 CFR 60 Appendix F.

---

[14] The SulfurOx Unit is a reduction-oxidation process that converts $H_2S$ to elemental sulfur.

Response to EPA's Objection to Proposed Permit No. 3086-V10
Nucor Steel Louisiana, LLC – Direct Reduced Iron Facility

**Objection No. 5**

**Failure to Limit Sulfur Content in the Natural Gas Fuel and Iron Ore, and Lack of Monitoring and Recordkeeping Requirements to Demonstrate Compliance with Permit Limits**

EPA noted that the proposed permits do "not contain sulfur limits for natural gas fuel or iron ore which is the primary raw material for DRI production." Further, EPA expressed concern that the permits "do not require a maximum raw material usage limit in terms of metric tons per hour or metric tons per year" or "explain why it is not necessary to establish such limits." Therefore, EPA instructed LDEQ to "amend the permit and permit records as necessary … to address EPA's concerns about missing monitoring and recordkeeping requirements for fuel and raw material usage for various process equipment that ensure compliance with emissions limits."

LDEQ has added the following requirements under UNF 0002:

> The permittee shall combust only pipeline natural gas, which shall be defined as natural gas that contains 0.5 grains or less of total sulfur per 100 standard cubic feet. The permittee shall maintain a current, valid purchase contract, tariff sheet, or transportation contract for the fuel, specifying that the total sulfur content of the natural gas is 0.5 grains or less of total sulfur per 100 standard cubic feet. The purchase contract, tariff sheet, or transportation contract shall be maintained on-site and made available for inspection by the Office of Environmental Compliance, Surveillance Division.

> The permittee shall limit the sulfur content of the iron ore feedstock to 0.05 percent by weight as documented on the Certificate of Analysis (COA) associated with each shipment of iron ore. Copies of each COA shall be maintained on-site for a period of 5 years and made available for inspection by the Office of Environmental Compliance, Surveillance Division.

It is not necessary to limit raw material usage on an hourly or annual basis to ensure compliance with permit limits because the capacity of the DRI reactor shaft furnace physically limits the amount of iron ore pellets that can be metallized into DRI product.

# Attachment 1





## Figure 1



**Figure 2**



# Attachment 2

## Changes to Proposed Permits

**Permit No. 3086-V10**

*Specific Requirement 102*

> $H_2S$: BACT is use of the SulfurOx Unit to limit $H_2S$ emissions from the combined DRI Unit No. 1 Process Heater/Acid Gas Absorption Vent stream to < 50 ppmvd @ 0% O2 (30-day rolling average~~, excluding SSM~~). ~~Minimize bypass of the SulfurOx Unit and limit H2S emissions to <= 226.90 lb/hr during such periods.~~ Maintain records of each period (begin and end times) when the SulfurOx Unit is bypassed. Compliance~~ with these BACT limits~~ shall be demonstrated as prescribed under EQT 0207.

**PSD-LA-751(M5)**

*Preliminary Determination Summary (p. 10)*

Therefore, BACT for $H_2S$ emissions is use of the SulfurOx unit to limit $H_2S$ from the combined DRI Unit 1 Process Heater/Acid Gas Absorption Vent stream to < 50 ppmvd@ 0% $O_2$ (30-day rolling average~~, excluding SSM~~). For $H_2SO_4$, BACT is operating the SCR in accordance with the manufacturer's instructions and/or recommendations.

*Preliminary Determination Summary (p. 11)*

The Acid Gas Absorption Vent is routed through the Sulfur Redox Catalyst System to remove reduced sulfur compounds. Combustion via a flare or thermal oxidizer are economically and environmentally infeasible. Thus, BACT for $H_2S$ is use of the SulfurOx Unit to limit $H_2S$ emissions from the combined DRI Unit No. 1 Process Heater/Acid Gas Absorption Vent stream to < 50 ppmvd @ 0% $O_2$ (30-day rolling average~~, excluding SSM~~). ~~Minimize bypass of the SulfurOx Unit and limit $H_2S$ emissions to <= 226.90 lb/hr during such periods.~~ Maintain records of each period (begin and end times) when the SulfurOx Unit is bypassed. For $H_2SO_4$, BACT is good operating practices to ensure optimal operation of the Acid Gas Recovery Unit.

*Table III.B (p. 20)*
*EQT0069, Process Heater PH-1 (Normal Operations)*

BACT selection for $H_2S$: Use of the SulfurOx unit to limit $H_2S$ from the combined DRI Unit 1 Process Heater/Acid Gas Absorption Vent stream to < 50 ppmvd@ 0% $O_2$ (30-day rolling average~~, excluding SSM~~).

*Table III.B (p. 22)*
*Startups, Shutdowns, and Malfunction (SSM), AV-1*

This row has been deleted from the permit.

*Table IV (p. 25)*

EQT 0207: The maximum pound per hour limit for $H_2S$ was changed from 226.90 to 10.00, and the ton per year limit was changed from 34.88 to 29.89.