# Exhibit E



JOHN BEL EDWARDS
GOVERNOR

ROGER W. GINGLES
SECRETARY

# State of Louisiana
### DEPARTMENT OF ENVIRONMENTAL QUALITY
### OFFICE OF ENVIRONMENTAL SERVICES

Certified Mail No. 9589 0710 5270 0644 2639 67

Agency Interest No. 157847
Activity No.: PER20200003

Mr. Calvin Hart
Nucor Steel Louisiana, LLC
9101 LA Hwy 3125
Convent, LA 70723

RE: Part 70 Operating Permit Renewal and Modification
Direct Reduced Iron Facility, Nucor Steel Louisiana, LLC
Convent, St. James Parish, Louisiana

Dear Mr. Hart:

This is to inform you that the permit renewal and modification for the above referenced facility has been approved under LAC 33:III.501. The permit is both a state preconstruction and Part 70 Operating Permit. The submittal was approved on the basis of the emissions reported and the approval in no way guarantees the design scheme presented will be capable of controlling the emissions as to the types and quantities stated. A new application must be submitted if the reported emissions are exceeded after operations begin. The synopsis, data sheets and conditions are attached herewith.

It will be considered a violation of the permit if all proposed control measures and/or equipment are not installed and properly operated and maintained as specified in the application.

Operation of this facility is hereby authorized under the terms and conditions of this permit. This authorization shall expire at midnight on the ___20th___ of ___September___, 2028, unless a timely and complete renewal application has been submitted six months prior to expiration. Terms and conditions of this permit shall remain in effect until such time as the permitting authority takes final action on the application for permit renewal. The permit number and Agency Interest No. cited above should be referenced in future correspondence regarding this facility.

Please be advised that pursuant to provisions of the Environmental Quality Act and the Administrative Procedure Act, the Department may initiate review of a permit during its term. However, before it takes any action to modify, suspend or revoke a permit, the Department shall, in accordance with applicable statutes and regulations, notify the permittee by mail of the facts or operational conduct that warrant the intended action and provide the permittee with the opportunity to demonstrate compliance with all lawful requirements for the retention of the effective permit.

Done this ___20th___ day of ___September___, 2023.

Permit No.: 3086-V10

Sincerely,

*Bliss M. Higgins*

Bliss M. Higgins
Assistant Secretary

BMH/DCN
c: EPA Region 6