# Exhibit F

# Louisiana
## ANNUAL REPORT



**STATE FISCAL YEAR 2022**
**July 1, 2021 to June 30, 2022**

## MISSION AND GOAL

Every day, Louisiana citizens consume drinking water supplied by more than 1,300 public water systems.  Operators and managers work tirelessly to ensure the safety of their product and reliability of their service at affordable prices.  The Louisiana Drinking Water Revolving Loan Fund is committed to assisting them by funding infrastructure projects necessary to provide a safe and secure supply of drinking water to ensure the public health of every community.

The State of Louisiana's Department of Health (LDH) administers the Drinking Water Revolving Loan Fund (DWRLF).  Since 1997, the DWRLF has been providing assistance in the form of low-interest loans for construction of eligible infrastructure projects and technical assistance to public water systems in Louisiana.

Low-interest loans combined with assistance through the set-asides provide a comprehensive approach to assisting Louisiana public water systems.

## DWRLF Program Contractors

The Louisiana DWRLF utilizes a combination of personnel and contractors to accomplish the activities associated with the Loan Fund and the set asides.  Each year, we assess the program and make decisions regarding the need for staff and contractors toward accomplishing the goals.  We include these needs in the Intended Use Plan which we submit to EPA as a part of the application process.

**Louisiana Rural Water Association (LRWA) & Thornton, Musso, Bellemin, Inc**.

Onsite technical assistance providers to small water systems throughout the state and also provide management training to decision makers of any size water systems in the state.

**Whitney Bank**
Whitney Bank prepares and mails monthly invoices for interest and principal payments due to the DWRLF from loan recipients.

**Julie LeBlanc, P.E**.
Julie is a professional engineer that assists the program with the Area-Wide Optimization Program (AWOP).

**Hilltop Securities, Inc.**
Hilltop serves as the financial advisor to the DWRLF.

**Adams & Reese, LLP**
Adams and Reese, LLP provide legal counsel to the program in the areas of closing loans, state match bond sales, and other general legal issues.

Louisiana Drinking Water Revolving Loan Fund Annual Report
SFY 2022

### Drinking Water Revolving Loan Fund Organizational Chart







# TABLE OF CONTENTS

Introduction                                                                        1
Executive Summary                                                                   1
    Drinking Water Revolving Loan Fund Loans                     2
    Assistance to Small Systems                                  2
    Assistance to Privately Owned Systems                        2
    Interest Rates                                               5
    Repayments                                                   5
    Investment of Funds                                          5
    Set-Aside Activities                                         5
Goals and Objectives                                                               13
    Short-term Goals                                            13
    Long-term Goals                                             14
Details of Activities                                                              15
    Loan Fund Financial Status                                  15
    Administrative Fee Fund Financial Status                    15
    Program Status                                              15
    Assistance Activity                                         16
    Provisions of the Operating Agreement                       16
    Conditions of the Grant                                     17
    Assurances of 40 CFR 35.3570(3)                             21
    Green Project Reserve                                       21
Program Changes
    DWRLF LOAN PORTFOLIO                                        22
    Project Descriptions                                        27
    EXHIBITS I – XIV                                            30

## List of Tables

1 Additional Subsidization                                                         15
2 DWRLF Binding Commitments and Loans Awarded to Date                              22

## List of Exhibits

Exhibit
I        DWRLF Binding Commitments for SFY 2021
II       DWRLF Loans Closed for SFY 2021 by Needs Category
III      Project Disbursements by FFY Quarter for SFY 2021
IV       Loan Repayments
V        Set-Aside Chart
VI       DWRLF Binding Commitments Required
VII      DWRLF Fundable List
VIII     State Match by Grant Payment
IX       2021 Unaudited Financial Statements and Accompanying notes
X.       Drinking Water Project Benefits Reporting System Summary Report
XI.      FFATA report
XII      Capacity Analysis

# INTRODUCTION

The Louisiana Department of Health, Office of Public Health (LDH-OPH) in compliance with the Environmental Protection Agency (the "EPA") rules and regulations and federal grant requirements, herewith submit this Annual Report for the State's fiscal year ending June 30, 2022 (reporting period July 1, 2021 through June 30,2022 or SFY22).  This report describes how the State of Louisiana has met the goals and objectives identified in its 2022 Intended Use Plan (IUP), work plans, and grant agreements.

The Drinking Water Revolving Loan Fund (DWRLF) Program, within the Louisiana Department of Health (LDH), Office of Public Health (OPH) is responsible for the operations of the program in the State of Louisiana.  LDH-OPH provides assistance to public water systems in many forms, which will be further described in this report.

This report consists of three main sections.  The *Executive Summary* section provides an overview of the DWRLF program and the SFY 2022 activities.  The next section addresses the *Goals and Objectives* the State of Louisiana identified in its 2022 Intended Use Plan and the steps that have been taken to meet these measures.  The *Details of Activities* section provides information on the financial status of the program, the financial assistance provided during SFY 2022, and compliance with the EPA grant and operating agreement conditions.

The Annual Report is followed by a brief history of the DWRLF program and the DWRLF *Loan Portfolio*.  The loan portfolio provides information on the interest rates, loan amounts, projects, and loan terms.  The Exhibits follow the *Loan Portfolio* and are self-explanatory.

## EXECUTIVE SUMMARY

The Louisiana DWRLF Program was awarded one Environmental Protection Agency (EPA) capitalization grant during this reporting period.  The amount of grant #FS-99696824 awarded on 09/14/2021 was $16,465,000.  All federal funds are matched by the State of Louisiana with a letter of credit like instrument consisting of authorization of the State Bond Commission to issue Revenue Bonds. In compliance with Federal guidelines, as Louisiana draws federal funds into the State Drinking Water Revolving Loan Fund (DWRLF), the appropriate

amount of State Match is simultaneously deposited into the DWRLF.  During SFY 2022, $6,258,644.38 of state match was deposited into the fund.

## DWRLF Loans

Seven binding commitments totaling  $26,267,000 were executed during this reporting period.  A breakdown of the binding commitments made during SFY 2022 is detailed in Exhibit I.  On a cumulative basis, (excluding expired binding commitments) the DWRLF has obligated a total of 172 binding commitments with face values totaling $507,806,660.  Seven loans totaling $26,267,000 were awarded during the reporting period.  Exhibit II depicts the Needs Categories and the loans closed this reporting period.  A brief description of each project associated with the executed loans can be found in the loan portfolio section.  Loan disbursements of $21,324,855 were made to the various recipients during this fiscal year.  See Exhibit III for a breakdown of loan disbursements during SFY 2022.

Since the program was initiated in SFY 1999, 199 loans have been awarded.  The projects associated with 155 loans are fully constructed or complete and in operation.

The DWRLF program forms are updated as necessary by staff.  These forms are designed to satisfy two goals: (1) to assure compliance with the Federal guidelines and (2) to expedite the submission and review process of the program.  The loan application incorporates the Capacity Development Business Plan Package for managerial and financial capacity.  The Safe Drinking Water Act requires that a public water system applying for a Drinking Water Revolving Loan Fund loan must demonstrate that it has the financial, managerial and technical capacity to operate its system in full compliance with the Act.  The System Improvement Plan serves as compliance for the technical portion of the Capacity review for loan applicants.  All DWRLF forms are available upon request from program staff or on the program's website.

## Assistance to Small Systems

A requirement of the 40 CFR 35.3525 (a) (5) is to use at least 15% of the amount available for assistance from the fund to provide assistance to communities with populations less than 10,000, to the extent such funds can be obligated for eligible projects.  In SFY 2022, four (4) of the binding commitments were made to small systems serving fewer than 10,000. Since the inception of the program $247,959,351 (49.36) percent of the amount available for assistance from the fund) of the binding commitments (excluding expired binding commitments) was made to systems serving less than 10,000. Table 1 below depicts the binding commitments awarded to small systems annually in SFY 2000 through 2022.

## Assistance to Privately Owned Systems

Louisiana has loaned funds to both governmentally owned and privately owned water systems.  To date, $95,616,467 of binding commitments has been to privately owned entities.

## Loan Interest Rates

The Secretary of the Louisiana Department of Health is responsible for setting the interest rate for the DWRLF program.  In determining the rate, the Secretary entertains recommendations from the DWRLF staff.  The current rate of 1.95% interest and .5% administrative fee for a total effective annual rate of 2.45%.  In determining when to make recommendations to the Secretary, the DWRLF staff members remain alert and cognizant of the market rates as well as the solvency of the fund to remain competitive and in compliance.  Staff is in contact with the responsible parties of water systems on a continual basis.  They inquire about the market rates that are available to water systems from all sources.  Their responses have ranged from 4% to 10% with variables such as credit worthiness, corporate structure, size, existing debt, etc. as the reasons for the variations.  DWRLF staff members also attend the monthly State Bond Commission meetings to glean the market rates of bond issuances for similar type projects.  And finally, the DWRLF has a contractual relationship with bond attorneys and financial advisors who regularly provide advice regarding the current market rates and make recommendations therein.  As a result, the rates are reviewed monthly.

An administrative fee of 0.5% is assessed on all outstanding loan balances.  These fees are held outside of the federal SRF in the Administrative Fee Fund for perpetuity purposes.

## Repayments

The DWRLF is intended to last into perpetuity.  As borrowers repay their loans, the principal repayments are then available to be loaned out to other eligible systems.  When federal capitalization grants are discontinued, all loans will be made from the principal repayments of other borrowers.  The administrative costs of the program will be funded from those administrative fees collected from the loans outstanding or from funds provided by LDH.

109 loans are currently in repayment.  Principal repayments equaled $41,418,063 for SFY 2022.  Exhibit IV depicts these loan principal repayments.  At the close of SFY22, 104 loans had been completely repaid.

## Investment of Funds

All excess cash funds are managed and invested by the State of Louisiana Treasury for the DWRLF program.  Interest earnings are credited to the DWRLF accounts and the proper allocations and accruals are posted by the LDH fiscal staff.

## Set-Aside Activities

The Safe Drinking Water Act authorizes states to set aside funding for certain non-project activities, provided that the amount of that funding does not exceed certain ceilings.  Unused set-aside funds are banked for future use, where allowable, or transferred to the project loan account at the discretion of the State and with concurrence from EPA Regional Administrator.  EPA issued a white paper which gives direction to states for managing the set-asides in February 1999.  The term "banking" was replaced with "unspecified".  In its annual intended use plan submitted with its grant application, Louisiana is required to "specify" the amount of set-aside funds it plans to spend, "unspecify" the funds it plans to use in the future, and then deposit the "unspecified" funds into the loan fund for current loan projects.  Exhibit V is the most recent Set-Aside Chart detailing the amounts specified and unspecified for each set-aside from each grant to date.  Louisiana utilizes the first in first out method in spending the specified set-aside funds.  This means that the oldest

grant funds are spent first as activities take place and expenses are actually paid.

The set-aside activities for which the funds have been specified are explained in detail in the workplan associated with each grant award.  Funds for set-aside activities cannot be drawn from the grant until these workplans are approved by the Regional EPA staff.

The workplans associated with each grant list specific activities to be accomplished in order to achieve the goal of each set-aside activity.  These workplans also list deliverables and provide for outcome measures of the actual activities planned.  The state is required to submit a Biennial Report describing how it has met the goals and objectives of the previous two fiscal years as listed in the Intended Use Plans.  Louisiana has opted to perform this task annually.  Following are the descriptions of how Louisiana has met its goals and objectives for its specified set-asides.

## Administration

The Safe Drinking Water Act allows a state to use up to four per cent of its allotment to cover the costs of administering the program. The Act also affirms that states do not need to submit workplans for the Administration set-aside; however, Louisiana prefers to explain the activities it plans to pay for with the set-aside funds.

OPH is responsible for the administration and implementation of the DWRLF Program, which includes the loan and set-aside programs. All personnel activities are conducted under the administrative function. This includes the securing of needed positions from the State Civil Service system, advertising for the positions, interviewing, hiring, and performing all required Civil Service steps to ultimately bring personnel on board. Administrative staff members also prepare Requests for Proposals (RFPs) and review proposals for contracts that are needed to implement the loan program and various set-aside activities.

A portion of the engineers' time is charged to the administration of the program. Most of this time is spent on engineering document review and approval that is not considered a Safe Drinking Water Program Activity.

Annual planning for individual personnel and evaluation of personnel performance are strict requirements of the State Civil Service system. Another part of the administrative function involves the securing of State Match for the program. The research required to explore various options along with the coordination of key people is critical to succeed in securing the State Match. Budget preparation for the State is accomplished under the Administrative section of the program. In addition, the Administrative staff is responsible for the promotion of the program. This involves time-consuming activities of preparing promotional items, display items, and coordinating personnel to work in the booth at various functions as described in the goals section of this report. The administrative personnel are also responsible for all correspondence from the program staff, correspondence with loan recipients, and potential loan recipients. This includes the negotiation process of determining collateral for the recipients and meetings with potential recipients to explain the process. The administrative personnel are also responsible for all correspondence with EPA, i.e. Intended Use Plan, Grant Applications, workplans, Grant Amendments, Annual Reports, Annual Reviews, Needs Survey, FFATA reporting, Drinking Water National Information Management System and the Public Benefits Reporting system. Effort is also expended in monthly meetings with DHH personnel for review of project status.

Included in this set-aside are the expenses associated with the state match activities. LDH possesses a contract with bond attorneys to secure the state match through a bond issuance. Details of the state match are included in Note 7 of the Notes to the financial statements.

In summary, specific activities funded from this set-aside include: salaries, benefits, travel, operating services, contractual services, and supplies. During SFY 2022 $527,665 was expended for administrative expenses.

## Small System Technical Assistance

The Safe Drinking Water Act allows a state to use up to two per cent of its allotment to cover the costs of providing technical assistance to small systems (systems serving under 10,000 population). During this reporting period, 306 small water systems were provided technical assistance and/or training. This assistance is provided by DWRLF staff as well as contractors.

During SFY 2022 $295,315 was expended for small system technical assistance expenses.

## State Programs

The Safe Drinking Water Act allows a state to use up to ten per cent of its allotment to cover the costs of administering certain programs. In its Intended Use Plan, the State of Louisiana outlined three major programs to be funded utilizing the state program set-aside funds. These programs were the Public Water Supply Supervision Program, Operator Certification Program, and Capacity Development Program. Each of these programs and their activities for SFY 2022 are explained in detail below.

During SFY 2022 $276,211 was expended for state program expenses.

## Public Water Supply Supervision Program (PWSS)

During this fiscal year, no new positions were added to DWRLF. DWRLF Engineers performed 66 Construction Inspections over 33 different loan projects during this reporting period in order to verify that each loan project contract is meeting all program requirements (Davis Bacon Act, American Iron and Steel, etc.) and to verify that reimbursements are properly being requested based on contract completion. The DWRLF Engineering staff also reviewed 80 sets of plans and specifications over 35 different DWRLF loan projects during this fiscal year, adhering to a thirty-day turnaround goal. Following is a list of water systems and loan numbers for which DWRLF reviewed plans and specifications:

Avoyelles Parish Waterworks District No. 1 – Loan 1
East Feliciana Rural Water System, Inc. – Loan 1
Town of Mamou Water System – Loan 1
City of Oakdale Water System – Loan 2
St. Bernard Parish Waterworks – Loan 3
West Feliciana Consolidated Waterworks District 13 – Loan 1
Beauregard Parish Waterworks District No 2 – Loan 1
Southwest Allen Parish WWD 2 – Loan 2
City of Bossier City Water System – Loan 1
Hilly-Greenwood Water System, Inc. – Loan 1

Atlanta Water System – Loan 1
City of Rayne Water System – Loan 1
Town of Blanchard Water System – Loan 4
Town of Blanchard Water System – Loan 5
Calcasieu Parish Water District No 5 of Wards 3 and 8 – Loan 1
East Central Vernon Water System, Inc. – Loan 1
Harrisonburg/Enterprise Consolidation – Loan 1
Henderson-Nina Water system – Loan 1
Henderson-Nina Water system – Loan 2
City of Youngsville Water System – Loan 1
Town of Welsh Water System – Loan 1
City of Lake Charles Water System – Loan 1
City of Leesville Water System – Loan 1
Town of Lutcher Water System – Loan 3
Town of Milton Water System – Loan 1
City of Oil City Water System – Loan 1
Sabine Water District No 1 – Loan 3
Sabine Water District No 1 – Loan 4
Tannehill Water System – Loan 2
Walnut Bayou Water System – Loan 2
City of Winnfield Water System – Loan 2
Cadeville Water District – Loan 1
Cadeville Water District – Loan 2
Livingston Parish Ward 2 Waterworks – Loan 5
Holum Water System, Inc. – Loan 1

DWRLF Engineers perform the Capacity Development "Technical" review for all water systems seeking loans through the program. They

also coordinate the Capacity Development "Technical" review for new systems with their respective district's District Engineer. DWRLF staff continue to conduct the "Managerial" and "Financial" portions of Capacity Development reviews for all new water systems. This year, there was one (1) new water system for which DWRLF conducted the Capacity Development managerial and financial reviews.

DWRLF Staff provided presentations and trainings as well as other related services to many of Louisiana's Public Water Systems (PWSs) as requested by the Public Water Supply Supervision (PWSS) program, water systems, and various training providers throughout the State. DWRLF Staff provided technical assistance to PWSs by responding to their requests for such things as general water system information, loan information (not necessarily DWRLF), operator certification requirements, DWRLF program guidance, management training information, treatment process guidance, addressing general public health concerns, enforcement concerns/issues, Operations and Maintenance (O&M) Manual preparation, etc. DWRLF Staff also participated in Emergency Response efforts regarding multiple hurricane and tropical storm events during this fiscal year.

DWRLF Staff assisted, supported, and participated in several training events provided by approved trainers, as well as the administration of multiple Operator Certification examinations. DWRLF Staff led and participated in all 2020-2021 Drinking Water Infrastructure Needs Survey events at the state and national level and are currently awaiting the results of the 2020-2021 Needs Survey.

DWRLF continued its supporting contract for professional engineering services with Julie LeBlanc, P.E., who serves as the Technical Assistance Provider for Louisiana's Area Wide Optimization Program (AWOP). AWOP is a volunteer EPA program that teaches and provides technical support to the State's drinking water systems, as well as Safe Drinking Water Program (SDWP) staff. Louisiana was able to continue active participation in AWOP this fiscal year. Louisiana's AWOP is part of the larger EPA Regions 6 and 7 AWOP, which also includes the States of Arkansas, Iowa, Indiana, Kansas, Missouri, Minnesota, New Mexico, Oklahoma, and Texas and Wisconsin. Ms. LeBlanc plays a prominent role in assisting LA AWOP with providing AWOP activities to Louisiana's surface and ground water systems. Besides setting up AWOP

training sessions, Ms. LeBlanc also participates and assists with State AWOP training sessions, as well as training new Louisiana Department of Health (LDH) staff on AWOP principles and activities. Ms. LeBlanc continues to serve as a facilitator in the trainings, which are conducted by Bill Davis, P.E., Jennifer Bunton, P.E., and Larry DeMers, P.E., with Process Applications, Inc. (out of Fort Collins, CO). Alicia Martinez, P.E., LDH's SDWP District 1 Engineer continues to lead the LA AWOP activities. Following the State's 'Renewed AWOP' training Sessions 1 and 2 and turbidity Comprehensive Performance Evaluations (CPEs), Distribution System Optimization (DSO) training and CPEs, and Introduction to Groundwater Optimization and Chloramine Optimization training sessions, conducted and described in previous reporting periods, staff and water system AWOP training continued as described below.

LDH continued staff training for a fourth year with Process Applications, Inc. One of two planned Groundwater distribution-system optimization (bacteriological focus) CPEs was conducted this period (at the Calcasieu Parish Waterworks District No. 1 in Moss Bluff, LA), from March 28 – April 1, 2022. Ten (10) LDH staff participated in this CPE training event. The second CPE training event will be held next period, in November 2022. Following on the success of the virtual training operator training events on chloramine optimization in the prior reporting period, LDH staff hosted a 4-hour virtual operator training event focused on CT Disinfection Basics on October 28, 2021. A total of 47 trainees (11 LDH staff and 36 operators actively participated in the virtual training). As of the end of the reporting period, operators continue to submit certificates testifying that they watched the video; thus, providing a means for operators to earn contact hours of approved operator training. LDH also conducted a 4-hour virtual operator training event focused on Turbidity Basics on March 16, 2022 with approximately 70 trainees participating. The intent it to also make this training available for remote viewing by operators. After a Tier 1 turbidity exceedance, the LDH AWOP team conducted a mandatory CPE at Atlantic Alumina, LLC., in Gramercy, LA April 6-7 and April 19-20, 2022.

Following LDH's inaugural AWOP Core Team Meeting in the prior period, periodic meetings to brainstorm, develop, and implement AWOP concepts within the state's SDWP were held. The goal is to

reinvigorate and rebuild the State AWOP and expand focus beyond surface water and turbidity to include groundwater, distribution systems, DBPs. LDH SDWP staff from central, district and regional offices were invited to participate as team members. The core team consists of 13 LDH staff (which includes the 2 Deputy Chiefs, the 4 District Engineers, regional engineers and the AWOP Technical Assistance Provider). Various subgroups of the core team were previously formed under the AWOP Core Team to tackle specific areas or issues. The Virtual Operator Training Subgroup (VOTS) meets periodically to target issues and develop operator training sessions. The VOTS plans to develop additional remote training in key focus areas. The Status Component Subgroup (SCS) was also formed to discuss and recommend optimized performance goals, monitoring, and water system ranking criteria with respect to public health.  However, this group has been inactive during the period covered.

The goal of AWOP is to optimize particle removal, minimize disinfection by-product (DBP) formation, and optimize distribution system performance at existing ground water and surface water treatment plants in order to achieve higher quality finished water and maximize public health protection.  The program follows the Comprehensive Composite Program (CCP), an approach that features two main phases that include a system evaluation phase known as Comprehensive Performance Evaluation (CPE) and a technical assistance phase known as Performance Based Training (PBT).  The program has been expanded to include ground water systems, where AWOP previously focused on surface water systems only.

Prior to and during the current fiscal year (FY22), and as part of its 25+ year AWOP involvement, 44 Comprehensive Performance Evaluations (CPEs) and four (4) turbidity-based Performance-Based Training (PBTs) had been conducted in Louisiana since AWOP's inception in Louisiana in 1995.  Two (2) of the CPEs were regulatory-triggered (one (1) this year). Several other AWOP achievements were made during the current fiscal year (FY22) including routine active participation as Louisiana AWOP representative(s) at Quarterly EPA Region 6/7 Multi-State AWOP activities.  These included regional meetings held from October 19-21, 2021 (remote), February 23-24, 2022 (remote), and May 24-26, 2022 (Des Moines, IA – first post-COVID AWOP quarterly meeting in person). LDH participated in the remote 9th National AWOP Meeting (held every two years, usually in Cincinnati, OH) from July 19-21,

2021. AWOP participants from all states and EPA regions gather to exchange technical information and develop new AWOP strategies during these national meetings. In 2021, LDH was asked to present during new state session and during a session on lessons learned during COVID (where we discussed development of the remote operator training sessions developed/conducted). Historically, Louisiana has 16 years of AWOP performance data, but only in regard to its surface water treatment plants.  Currently, LA AWOP through the Status Component Subgroup of the AWOP Core Team is working on the development of 'new' performance ranking criteria that would include both ground water and surface water plants.

LA AWOP previously started developing a Disinfection By-Product (DBP) Technical Assistance Program.  DBP sample testing equipment, including a Hach DR-2800 Spectrophotometer and associated lab equipment remain available, with equipment precision and demonstration studies having been completed at the State Lab. Louisiana staff previously participated in EPA's Regional Applied Research Effort (RARE) quarterly sampling and testing effort focused on distribution system optimization including: disinfection residual, DBP testing, and nitrification. In 2017-2018, four (4) water systems in Louisiana collected and submitted DBP quarterly samples:  Schriever, Houma, West Jefferson and United Water Systems.  During a previous reporting period, LA AWOP assisted the EPA AWOP Team in reviewing collected DBP data and providing comments for a presentation presented at the 2019 American Water Works Association's Water Quality Technology Conference in Dallas, Texas. The EPA Team has completed two (2) manuscripts from this project focusing on Legionella, heterotrophic bacteria, mycobacterial species, and disinfection byproducts.

Additionally, Louisiana has partnered with EPA's Region 6 and Office of Research and Development on a RARE project entitled Monitoring Microbial and Chemical Drinking Water Quality during a Chlorine Maintenance Period. This project held a kickoff meeting last reporting period in April 2021, officially started in May 2021, and continued into this reporting period within the Schriever Water Treatment Service Area while this water system conducted its annual chlorine conversion in 2021.  The purpose of this project was to understand the microbiological and chemical characteristics that are occurring in the distribution system when a water system institutes a chlorine maintenance period by monitoring water

quality before, during and after the event. The project was able to collect data for 20 continuous weeks from April 20, 2021 through August 25, 2021. The project team is currently working on multiple manuscripts focused on disinfection residuals, nitrification, disinfection byproducts, metals, and microbial pathogens.

## Capacity Development

Louisiana's Capacity Development activities were paid from the Local Programs set-aside and are described more fully below.

## Operator Certification

Operator Certification activities were not funded by the DWRLF grant during SFY2022.

## Local Programs

The Safe Drinking Water Act allows a state to use up to 15 percent of its allotment to cover the costs of local programs.  No more than 10 per cent of the capitalization grant amount can be used for any one authorized activity.  This set-aside is also restricted from "banking" the funds.  Consequently, funds specified for this set-aside must be spent during the four-year budget period; any excess must be deposited into the loan fund.  In its Intended Use Plan, Louisiana planned to use this set aside for capacity development activities.  During SFY 2022 $494,689 was expended for local program expenses.

The Environmental Protection Agency (EPA) has developed a strategic plan to express clear and measurable environmental and public health goals for clean and safe water.  The strategy related to the drinking water program has specific objectives for demonstrating improvements in public health.  The objectives that express public health improvements in 2022, and the status of Louisiana Department of Health (LDH) in this effort, are as follows:

The capacity development program is an essential program to assist LDH in meeting the Program Activity Measure (PAM) objectives.  The capacity development program addresses compliance goals by helping to ensure that public water systems have technical, managerial, and financial capacity with

respect to each National Primary Drinking Water Regulation.  The capacity development program consists of a new system strategy, to ensure compliance and long term system viability, and an existing system strategy, to ensure and improve system capacity, as well as a loan system strategy to ensure viability and creditworthiness of the entity. LDH has entered into contracts with technical assistance providers to assist with the implementation of the program.  Once systems are assessed and problem areas identified, the technical assistance providers can assist the systems with solving the problems on a personal, on-site level.  Each of the following strategies lists the activities accomplished during the fiscal year.

*New Systems* – During this reporting period, no new systems applied for a permit to operate and construct and was approved.

*Existing Systems* – During this reporting period, 120 public water systems were selected from around the State (based on Administrative Orders, Significant Deficiencies, Violations, etc.) for assessment under the Capacity Development program.  A Capacity Development Assessment (CDA) was conducted and completed on these selected systems.  Sixty-three (63) of those water systems were required to complete CDAs as part of enforcement actions related to an Administrative Order issued to the water system.  Additionally, a Capacity Development Financial and Managerial Assessment is also being performed as part of every Sanitary Survey conducted in an effort to keep regional staff and water systems aware of the importance of asset management.

*Loan Systems* – During this reporting period, seven (7) systems submitted business plans or updated previous plans submitted and were approved by the Capacity Development staff.

*Management Training* – Louisiana currently has two technical assistance providers (Louisiana Rural Water Association and Thornton, Musso, & Bellemin) that conduct management training sessions across the state. Additionally, Louisiana Rural Water Association continues to offer training at its annual conference each July in Alexandria, Louisiana.

# GOALS AND OBJECTIVES

The following goals were developed for the SFY 2022 Intended Use Plan.  The short-term goals support the implementation of the program's long-term goals.  The long-term goals provide a framework that guides management decisions for the Drinking Water Revolving Loan Fund Program.

## Short-Term Goals

*Goal 1.  Develop policy and procedures that help expedite project draws to expend this FFY21 grant within 2 years of the award.*

Louisiana has expended more than one-half of the FFY21 grant by June 30, 2022; therefore, it is right on target to completely spend the grant down within 2 years of the award.

*Goal 2. It is anticipated that approximately 18 binding commitments will be entered into by the end of State fiscal year (SFY) 2022 totaling $37,769,000.*

During SFY22, Louisiana entered into 7 binding commitments with 7 water systems. As of June 30, 2022, Louisiana has entered into 172 binding commitments (excluding expired binding commitments) with 117 systems equal to $507,806,660.  The State of Louisiana has assisted and will continue to assist public water systems in procuring loans for eligible project work.  Some of the systems in the IUP are in the process of obtaining financing from other sources such as the Rural Utilities Service or the sale of their bonds to private parties.  As these projects are identified, they will be by-passed in accordance with the by-pass procedures described in the Intended Use Plan.  In addition, any projects not progressing or accomplishing the loan process requirements are notified and subsequently by-passed to allow those systems that are "ready to proceed" access to funds.

*Goal 3.  Louisiana hopes to close 18 loans totaling approximately 37,769,000 during SFY 2022. The population total for these projects is approximately 147,750.*

Louisiana closed 7 loans in SFY 2022 totaling $26,267,000. The population total for these projects is approximately 85,000.

*Goal 4.  Louisiana intends to maintain our fund utilization rate at 85%*

Louisiana's fund utilization rate is above 85%.

*Goal 5.  To provide at least 15% of the available DWRLF loan funds in SFY 2022 to assist public water systems which regularly serve fewer than 10,000 persons to the extent that there are sufficient projects eligible and ready to receive such assistance.*

The majority of the projects listed on the Comprehensive List are systems serving a population of less than 10,000 persons on a regular basis. The State of Louisiana is currently providing approximately 49% of the DWRLF available loan funds to systems of this size at the close of the fiscal year ended June 30, 2022.

*Goal 6.  To promote the benefits of the program to as many water systems as possible to assure equitable distribution of available financing resources.*

In order to promote the program, several staff members attend and distribute information on the program to interested parties at the Louisiana Municipal Association's annual convention, the Louisiana Police Jury Association's annual convention, the Louisiana Rural Water Association's Annual Training & Technical Conference, the Louisiana Joint Engineering Society annual conference, and finally, the Louisiana Conference on Water, Wastewater and Industrial Waste. Additionally, we perform mail-outs to systems on our public water system inventory and to engineers across the state, distributing information for their participation.  We also provide pictures and articles for the Louisiana Rural Water Association's quarterly magazine.  This past fiscal year, we also advertised in the Louisiana Municipal Association's magazine. Finally, we established a Facebook page for the program.  From contacts made through these social and media venues, we set up meetings with individual system decision makers to provide additional information on a more personal level of contact.  The DWRLF staff is often invited to participate as presenters in many training sessions across the state.  Our normal procedure is to accept

these opportunities to present the requested information and also promote the loan program.

*Goal 7.  Apply for FFY22 capitalization grant before the close of state fiscal year 2022.*

The DWRLF submitted its application prior to the end of SFY22 and was awarded the grant shortly after the close of SFY22, thereby meeting its goal.

*Goal 8.  To provide expedited financial aid to those systems qualifying as emergency projects or disadvantaged community systems.*

*8. To provide expedited financial aid to those systems qualifying as disadvantaged community systems*

Louisiana provided financial aid to those systems qualifying as disadvantaged community systems.

*Goal 9.  Continue to partner with other funding agencies by jointly funding projects to assist public water systems.*

The Louisiana Water and Waste Water Joint Funding Committee continues to meet monthly to discuss projects statewide. Several systems working through the loan process expected to close in SFY2022 will be jointly funded with USDA.

*Goal 10.  Maximize our principal forgiveness funds to ensure that as many communities as possible across the state can be helped in the current economic environment.*

By making loan/principal forgiveness combination loans with the SRF dollars, the DWRLF remains successful in soliciting projects which equal almost all available fund dollars, thereby reducing unliquidated obligations.

## Long-Term Goals

*Goal 1.  To assist water systems throughout the state in achieving and maintaining the health and compliance objectives of the Safe Drinking Water Act by providing financial assistance to meet infrastructure needs in a prioritized manner.*

The DWRLF program is promoted throughout the State of Louisiana as a means of assistance to water systems in maintaining compliance with the Safe Drinking Water Act. As of June 30, 2022, 199 loans

to 117 water systems have been awarded.  (See Table 8, Loan Portfolio) Each project contributes to the furtherance of this goal.

*Goal 2.  Promote the efficient use of all funds, and ensure that the Fund corpus is available in perpetuity for providing financial assistance to public water systems.*

The DWRLF program maintains its accounting records in accordance with generally accepted accounting principles (GAAP) as applicable to governments.  In addition, all financial transactions of the Fund are audited annually by the State of Louisiana's Legislative Auditor's Office in accordance with the Single Audit Act.  The unaudited financial statements are included in this report as Exhibit IX.  The Fund corpus is required to be maintained into perpetuity for providing financial assistance to public water systems.  This is accomplished statutorily through the repayments of principal to the fund.

*Goal 3.  Use the DWRLF set-aside funds strategically and in coordination with the program loans to maximize the DWRLF loan account's impact on achieving affordable compliance and public health protection.*

The DWRLF staff coordinates with the PWSS Program staff to maximize the use of the funds to further the public health protection objectives of the Safe Drinking Water Act.

The loan documents and actual loans require a dedicated revenue source to secure with relative certainty the repayment of the loan.  No loan will be made without this requirement satisfied.  Interest is assessed on all SRF loans, no loans are in default, and loan-underwriting criteria (described in the Provisions to the Operating Agreement) require borrowers to have debt service reserves and excess revenue coverage to insure prompt payment of all principal and interest due.

*Goal 4.  Promote the development of the technical, managerial, and financial capability of all public water systems to maintain or come into compliance with state drinking water federal SDWA requirements.*

This past fiscal year the DWRLF continued to provide assistance to public water systems across the state through the Capacity Development program. The program was able to help many systems come

back into compliance and even more to stay off of the violations list. (The efforts of this program were quantified on page 11 of this report.) The Louisiana Capacity Development program will continue our partnership with the public water systems throughout the state to provide our citizens with the most dependable and safe drinking water possible.

*Goal 5. Provide needed investment in green and energy efficient technology.*

LDH continues to meet or exceed the green project reserve goal as demonstrated in Table 7.

*Goal 6. Make the water systems throughout the state more water efficient to ensure the continued availability of sufficient quantities of safe drinking water for future generations of the state.*

The DWRLF continues to work with consulting engineers on projects to include water efficiency goals into the design. Each loan made furthers this goal.

*Goal 7. Invest in infrastructure that will provide long term economic and environmental benefits to public water systems.*

Generally, each loan made by the DWRLF is for a term of 20, 25 or 30 years. Before the loan can be made, the system improvement plan must demonstrate that the design life of the project meets or exceeds the loan life. This measure provides for long-term benefits to the public water systems. This benefits the environment by using the most modern technology in rehabbing or replacing aged infrastructure. The below-market interest rate at which loans are made also contributes to the long-term economic benefits for the system and its customers.

# DETAILS OF ACTIVITIES

## Loan Fund Financial Status

**Binding Commitments:** In order to provide financial assistance for drinking water projects, the state entered into seven binding commitments totaling $26,267,000. Exhibit I details the Drinking Water Revolving Loan Fund binding commitments made during SFY 2022.

**Sources of Funds:** During SFY 2022, the state was awarded one federal capitalization grant totaling $16,465,000. State match totaling $6,500,000 was provided through the sale of revenue bonds to match Federal funds deposited into the DWRLF.

**Revenues and Expenses:** Fund revenues consisted of federal funds for set-aside programs, interest earned on loans outstanding and interest earned on cash invested. These revenues totaled $6,136,323 Fund expenses included set-aside expenses, principal forgiveness, interest expense on bonds issued and bond issuance costs. The expenses totaled $7,482,920. The unaudited financial statements are included as Exhibit IX.

## Administrative Fee Fund Financial Status

**Revenues and Expenses:** During SFY 2021, the state charged and collected the .5% administrative fee on all loans outstanding. This fee is assessed with each interest billing or every six months as specified in the loan documents. These revenues totaled $710,422. There were no expenses associated with this fund during the state fiscal year. The unaudited financial statements are included as Exhibit IX and include the full accounting of the fund.

## Program Status

**Findings of the Annual Audit:** The Drinking Water Revolving Loan Fund Program will be audited by the State Legislative Auditor for State Fiscal Year Ending June 30, 2022 in the fall of 2022 and spring of 2023. The SFY 2022 audit will contain a report on Compliance with requirements applicable to the Capitalization Grants for Drinking Water State Revolving Funds Program and will be posted on the web site and provided to EPA once completed. The SFY 2021 audit concluded in June 2022 with no findings or recommendations.

**EPA Oversight Review:** EPA Region VI conducted its SFY 2021 annual review of the Louisiana

Drinking Water Revolving Loan Fund Program in March 2022.

## Assistance Activity

Exhibits I through IV and VI illustrate the assistance activity of the Drinking Water Revolving Loan Fund Program in SFY 2022.

| | |
|---|---|
| Exhibit I | Binding Commitments & Loans |
| Exhibit II | Binding Commitments by Need |
| Exhibit III | Project Disbursements |
| Exhibit IV | Loan Repayments |
| Exhibit VI | DWRLF Binding Commitment Requirement |

## Provisions of the Operating Agreement

The operating agreement between EPA and Louisiana has been amended from time to time to reflect changes in the program. This operating agreement lists several conditions which Louisiana agreed to consistently complies with. The following conditions are described in more detail:

### State Matching Funds

Twenty-three grants totaling $358,417,700 have been awarded to the State of Louisiana as of SFY 2022. The State of Louisiana has provided its required state matching share of federal grant payments through General Fund cash appropriations and the sale of revenue bonds. The state legislature provided $6,347,105 through appropriations to the fund the first two years after formation and interest in the amount of $204,252.48 was earned on those funds; thereafter, state match is provided through bonds under a bond indenture, or letter of credit like instrument. The Louisiana Public Facilities Authority, a public trust and public corporation of the State of Louisiana has legal authority to act as the issuer on behalf of LDH for the sale of the revenue bonds for the state match. Whitney Bank serves as the trustee for the DWRLF in all its transactions involving the revenue bonds for state match and Capital One Bank is the purchaser of the bonds.

The state match bond transactions are more fully described in Note 7 of the financial statements.

States may draw federal cash in proportion to total funds to be deposited in the Fund. This cash draw proportionality is based upon the amount of set-asides and the amount of state match. Louisiana utilizes the grant-specific proportionality. During the fiscal year, several grants were drawn from. Following is a list of those grants and their associated cash draw ratio:

| Federal Fiscal Year | Grant Number | Draw Ratio | |
|---|---|---|---|
| | | Federal | State |
| 2019 | FS-99696822 | 80.94% | 19.06% |
| 2020 | FS-99696823 | 80.81% | 19.19% |
| 2021 | FS-99696824 | 80.81% | 19.19% |

### Environmental Review

The State of Louisiana Department of Health Office of Public Health reviews all projects assisted through DWRLF's capitalization grant funds in accordance with their EPA-approved State Environmental Review Process (SERP). There were 9 environmental reviews conducted during this fiscal year which resulted in the following environmental determinations: one (1) Finding of No Significant Impact (FONSI), six (6) Categorical Exclusions (CATEXs) and two (2) Statement of Findings (SOFs). Below is a list of the DWRLF loan recipients and their respective projects' environmental determinations:

Calcasieu WWKs District 5 of Wards 3 and 8 – Loan 1                  one (1) SOF

Desoto Water District No 1 – Loan 4                  one (1) SOF

City of Lake Charles – Loan 1                  one (1) CATEX

Town of Lutcher – Loan 3                  one (1) CATEX

Tannehill Water System – Loan 2                  one (1) CATEX

Village of Simmsboro – Loan 1                  one (1) CATEX

Hilly-Greenwood Water System, Inc. – Loan 1                  one (1) FONSI

Red Hill Water works, Inc. – Loan 1                  one (1) CATEX

Village of Harrisonburg – Loan 1                  one (1) CATEX

## Binding Commitments of 120% Grant Payments

The State agreed to enter into binding commitments in an amount equal to 120 percent of each quarterly grant payment within one year of receipt of each grant payment. Exhibit VI depicts the cumulative requirement to date as well as the activity accomplished by Louisiana toward meeting this goal. At June 30, 2022, LA is ahead on meeting this requirement.

## Timely Expenditure

The State agreed to expend all funds in an expeditious and timely manner. Note 4 of the Notes to the Financial Statements has a table depicting the total draws made to date.

## State Auditing Procedures

The State annually submits to an independent audit conducted on the Drinking Water Revolving Loan Fund Program. The program funds are included again in the audit of the State of Louisiana in accordance with the Single Audit Act as performed by the Legislative Auditor. Both audits are in accordance with generally accepted government auditing standards issued by the Comptroller General of the United States. The independent audit of the program contains an opinion on the financial statements, a report on internal controls, and a report on compliance with laws and regulations. The audit of the DWRLF Program for State Fiscal Year 2022 will be accomplished in the fall of 2022 and spring of 2023 and submitted to EPA at that time.

## State and DWRLF Assistance Recipient Accounting

The State has established fiscal controls and accounting procedures, according to Generally Accepted Accounting Procedures (GAAP), that are sufficient to account for and report DWRLF program activities. The State agreed that it would require assistance recipients to maintain project accounts in accordance with GAAP and have an annual audit of these accounts in accordance with the Office of Management and Budget Single Audit (previously Circular A-133). DWRLF staff annually request the appropriate financial statements from the loan recipients. These statements are then reviewed for

compliance and creditworthiness. Any discrepancies are addressed in a meeting with the loan recipient's responsible party and an equitable solution is agreed upon to correct the discrepancy.

## Conditions of the Grant

The State of Louisiana agreed to Administrative and Programmatic Conditions in the Capitalization Grant Agreement. All the conditions have been met and require no further explanation with the exception of the following:

*Compliance with requirements of EPA's Program for Utilization of Small, Minority and Women's Business Enterprises in procurement under assistance agreements.*

## MBE/WBE Requirements

LDH-OPH monitors all loan recipients for compliance with EPA Disadvantaged (Minority- and Woman- owned) Business Enterprises (DBE) fair share efforts. LDH-OPH reviews all contracts prior to award of a loan, as well as in-house purchasing, to ensure compliance with the six (6) DBE Good Faith Efforts in the following four categories: Supplies, Equipment, Services, and Construction. In the case of loan awards, all prime contractors are required to furnish LDH-OPH with appropriate documentation to demonstrate compliance with the six (6) DBE Good Faith Efforts. This DWRLF program requirement is emphasized in our Disadvantaged Business Enterprise Guidance Document, which is required to be included in all DWRLF loan project construction specifications, and then discussed again at the Pre-Construction Meeting with the DWRLF loan project prime contractors. Documentation explaining and demonstrating that the six (6) DBE Good Faith Efforts were made to ensure maximum opportunity was provided for DBE participation is required and maintained for each DWRLF loan project file. LDH-OPH also monitors set-aside activities for compliance with EPA DBE fair share efforts.

EPA has mandated that DBE reporting be completed annually based on the Federal Fiscal Year (FFY). Therefore, for this State Fiscal Year 2022 Annual Report, the most recent completed DBE Annual Report is from FFY22, as provided below.

In calculating the amount of DBE procurement activities accomplished in the figure below, the total amount paid to subcontractors under the

construction category is shown when the award was made, not actual payments. Also, the dollar amounts for each category include only the federal grant money and do not include the state match portion. Adjustments for the timing of any payments were not taken into account.

The State DBE goals for FFY2021 as determined by the lead agency for the program (Louisiana Department of Environmental Quality, LDEQ), are as follows:

|  | MBE | WBE |
|---|---|---|
| SUPPLIES | 23.0 % | 14.0 % |
| EQUIPMENT | 5.0 % | 5.0 % |
| SERVICES | 25.0 % | 19.0 % |
| CONSTRUCTION | 4.0 % | 5.0 % |

The actual amount of DBE procurement accomplished by DWRLF activities during FFY2021 were as follows:

|  | MBE | WBE |
|---|---|---|
| SUPPLIES | $0 | $14,151 |
| EQUIPMENT | $0 | $0 |
| SERVICES | $0 | $54,365 |
| CONSTRUCTION | $24,532 | $0 |
| TOTALs | $24,532 | $68,516 |

## ADDITIONAL SUBSIDIZATION

*The recipient agrees to provide additional subsidization in the form of principal forgiveness, negative interest rate loans, or grants to recipients of eligible Drinking Water State Revolving loans.*

Every Capitalization Grant awarded to the state since the ARRA grant has included provisions for additional subsidization. The State has met the additional subsidization goals by providing principal forgiveness to its loan recipients. The principal forgiveness is awarded to loan recipients on a first-come, first-served basis in the order at which they are ready to proceed to construction at the time of the loan closing. EPA advised the states to account for the additional subsidization on an "equivalency basis". This means that the actual funds drawn for project construction are drawn from the oldest open grant first. Projects are not assigned to grants, so the funds for each project may come from multiple grants. Table 6 depicts each grant and the associated amount of additional subsidization committed to projects.

Table 1

| Additional Subsidization | | | Through June 30, 2022 |
|---|---|---|---|
| Grant Number | Additional Subsidization Committed from Grant | Additional Subsidization Committed to Projects | Percentage of Grant as Additional Subsidization |
| FS-99696813 | $ 7,694,700 | $ 7,694,700 | 30.0% |
| FS-99696814 | $ 5,339,400 | $ 5,339,400 | 30.0% |
| FS-99696815 | $ 3,392,400 | $ 3,392,400 | 20.0% |
| FS-99696816 | $ 4,774,200 | $ 4,774,200 | 30.0% |
| FS-99696817 | $ 3,638,100 | $ 3,638,100 | 30.0% |
| FS-99696818 | $ 3,614,100 | $ 3,614,100 | 30.0% |
| FS-99696819 | $ 2,279,200 | $ 2,279,200 | 20.0% |
| FS-99696820 | $ 2,259,800 | $ 2,259,800 | 20.0% |
| FS-99696821 | $ 3,325,000 | $ 3,325,000 | 20.0% |
| FS-99696822 | $ 3,294,000 | $ 3,294,000 | 20.0% |
| FS-99696823 | $ 2,307,200 | $ 2,307,200 | 14.0% |
| FS-99696824 | $ 2,305,100 | $ 2,305,100 | 14.0% |
| | $ 44,223,200 | $ 44,223,200 | |

Each project awarded receives principal forgiveness in the order in which they are ready to proceed to construction until the additional subsidy funds are depleted. The forgiveness is applied to each draw request. As projects are completed, the final amounts are adjusted to the actual amount drawn. Table 6a depicts the grants and the amounts the projects received in additional subsidization

*Table 1a*

| Project | Additional Subsidization Committed from Grant FFY18 | | Additional Subsidization Committed from Grant FFY19 | | Additional Subsidization Committed from Grant FFY20 | | Additional Subsidization Committed from Grant FFY21 | |
|---|---|---|---|---|---|---|---|---|
| | FS-99696821 | | FS-99696822 | | FS-99696823 | | FS-99696824 | |
| City of Broussard | $ | 320,336 | | | | | | |
| Delcambre | $ | 402,600 | | | | | | |
| Sabine WWD #1 | $ | 500,000 | | | | | | |
| Southwest Allen WWD#2, Loan 2 | $ | 500,000 | | | | | | |
| City of Winnfield, Loan 2 | $ | 160,000 | | | | | | |
| Town of Oil City | $ | 500,000 | | | | | | |
| Walnut Bayou Water Assn | $ | 500,000 | | | | | | |
| East Central Vernon(amendment) | $ | 218,558 | | | | | | |
| Holmesville Water System, Inc.(amendment) | $ | 21,158 | | | | | | |
| Weston Water System, Inc. | $ | 162,000 | | | | | | |
| L and R Utilities, Inc. | $ | 40,348 | $ | 159,652 | | | | |
| Atlanta Water System, Inc. | | | $ | 200,000 | | | | |
| Sabine WWD #1-Ajax Consolidation | | | $ | 2,295,000 | | | | |
| Blanchard-Bel-Da-Gil Consolidation | | | $ | 639,348 | $ | 1,660,652 | | |
| Cadeville-Robinson Chapel Consolidation | | | | | $ | 646,548 | $ | 813,452 |
| South Toledo Bend | | | | | | | $ | 200,000 |
| Blanchard-Bel-Da-Gil Consolidation Phase 2 | | | | | | | $ | 1,291,648 |
| | $ | 3,325,000 | $ | 3,294,000 | $ | 2,307,200 | $ | 2,305,100 |

*Assurances of 40 CFR 35.3570(3)*

In accordance with EPA requirements and in addition to the above operating agreement requirements and grant conditions, the state must certify that it has complied with section 1452 of the Act and subpart 40 CFR 35.3570(3).  These assurances have been explained in other sections of this report.  The following assurances are discussed more fully below:

## Water Supply Cost Savings

DWSRF assistance recipients with 500 or fewer persons served, have considered publicly-owned wells (individual, shared or community) as an option for their drinking water supply. Any project involving the construction, replacement or rehabilitation of a drinking water system which is not already using a publicly-owned well for the source is required to self-certify.

## Provide loan assistance to disadvantaged communities

The SDWA now mandates that states use at least 6 percent but no more than 35 percent of the capitalization grant amount for additional subsidy for state-defined disadvantaged communities.

## Green Project Reserve

Louisiana continues to solicit projects that address green infrastructure and water or energy efficiency improvements activities.

## Procedures for transfers of funds/cross-collateralization

To date, the State of Louisiana has adopted no procedures for transfer of funds between the Clean Water SRF and the Drinking Water SRF.  There has been no need for these procedures because there have been no plans for transfers or cross-collateralization of the assets.  Should it become necessary in the future, LDEQ and LDH staff would adopt such procedures.

## Long-term financial health of the fund

Louisiana has and will continue to manage the fund in a fiscally prudent manner and has policies and procedures in place which promote the long-term health of the fund.  From time to time as requested by LDH, the financial advisors, Hilltop Securities, Inc., calculate a 20-year capacity analysis for the fund based upon known and potential factors and some assumptions.  The Capacity Analysis was calculated during SFY2022 and is included in Exhibit XIII.  This calculation is an expense to the program and will continue to be accomplished on an as needed basis for making management decisions for the fund.

.

# PROGRAM CHANGES

The Annual Report reflects any changes from the state's IUP.  Differences are due to the fact that the IUP is a plan and the annual report reflects actual events.  Changes are also due to delays by systems in submission of required project information necessary to receive funding and loans, changes in required legal resolutions, or because systems withdrew from active pursuit of state funding.

# LOUISIANA

# DRINKING WATER

# REVOLVING LOAN FUND PROGRAM

# LOAN PORTFOLIO

**Table 2**
**DWRLF schedule of Binding Commitments & Loans Closed**

| System | Bind. Comm | PROJECT NAME | ARRA | PROJECT NUMBER | Base LOAN AWARD | ARRA LOAN AWARD | GREEN | BINDING COMMITMENT DATE | LOAN CLOSING DATE | Loan count | LOAN AWARDS NET OF WRITE-DOWNS | TYPE | LOAN INTEREST RATE | LOAN MATURITY DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Town of Church Point | | 1001001 | $2,500,000 | | | 08/01/99 | 08/17/99 | 1 | $2,500,000.00 | loan | 3.45% | Feb-19 |
| 2 | 2 | City of Oakdale | | 1003006 | $1,500,000 | | | 01/21/00 | 01/21/00 | 2 | $1,492,411.90 | loan | 3.45% | Feb-21 |
| 3 | 3 | Ward 2, Water Dist., Livingston Parish | | 1063039 | $9,000,000 | | | 06/15/00 | 06/15/00 | 3 | $9,000,000.00 | loan | 3.45% | Apr-22 |
| 4 | 4 | Town of Many #1 | | 1085016-01 | $1,000,000 | | | 12/19/00 | 12/19/00 | 4 | $998,521.68 | loan | 3.45% | Dec-08 |
| | 5 | Town of Many #2 | | 1085016-02 | $1,100,000 | | | 12/19/00 | 12/19/00 | 5 | $1,075,319.77 | loan | 3.45% | Jun-10 |
| | 6 | Town of Many #3 | | 1085016-03 | $1,500,000 | | | 12/19/00 | 12/19/00 | 6 | $1,470,191.67 | loan | 3.45% | Dec-11 |
| 5 | 7 | City of Shreveport #1 | | 1017031-01 | $7,000,000 | | | 06/28/01 | 11/08/01 | 7 | $7,000,000.00 | loan | 3.45% | Oct-22 |
| | 8 | City of Shreveport #2 | | 1017031-02 | $7,000,000 | | | 06/28/01 | 11/08/01 | 8 | $7,000,000.00 | loan | 3.45% | Oct-22 |
| | 9 | City of Shreveport #3 | | 1017031-03 | $5,540,000 | | | 06/28/01 | 12/28/01 | 9 | $5,540,000.00 | loan | 3.45% | Oct-22 |
| 6 | 10 | Town of Baldwin | | 110101-01 | $1,250,000 | | | 08/28/01 | 08/28/01 | 10 | $1,249,626.75 | loan | 3.45% | May-21 |
| 7 | 11 | West Winnsboro | | 1041009 | $747,100 | | | 09/28/01 | 09/28/01 | 11 | $648,093.00 | loan | 3.45% | Jul-21 |
| 8 | 12 | DeSoto Parish WWD #1 | | 1031030-01 | $2,350,000 | | | 02/19/02 | 02/19/02 | 12 | $2,350,000.00 | loan | 3.45% | Aug-22 |
| 9 | 13 | Village of Quitman | | 1049014 | $480,000 | | | 05/23/02 | 05/23/02 | 13 | $480,000.00 | loan | 3.45% | May-22 |
| 10 | 14 | Colyell Community Water System | | 1063003-01 | $948,600 | | | 06/27/02 | 06/27/02 | 14 | $948,599.80 | loan | 3.45% | Jul-23 |
| 11 | 15 | Culbertson Water System, Inc. | | 1061024-01 | $669,000 | | | 06/27/02 | 06/27/02 | 15 | $598,225.75 | loan | 3.45% | Jun-22 |
| 12 | 16 | City of Natchitoches | | 1069007-01 | $3,500,000 | | | 08/15/02 | 08/15/02 | 16 | $3,500,000.00 | loan | 3.45% | Jan-23 |
| 13 | 17 | City of Westlake | | 1019054 | $3,750,000 | | | 03/27/03 | 03/27/03 | 17 | $3,739,906.34 | loan | 3.45% | Nov-24 |
| 14 | 18 | Ascension Water Co., Inc. | | 1005194 | $6,000,000 | | | 10/01/03 | 12/22/03 | 18 | $6,000,000.00 | loan | 3.45% | Dec-25 |
| 15 | 19 | Lafayette Waterworks Dist. North | | 1055171 | $2,800,000 | | | 03/26/04 | 06/03/04 | 19 | $2,738,586.52 | loan | 3.45% | Oct-25 |
| 16 | 20 | New Iberia - Louisiana Water Co. | | 1045009-1 | $6,000,000 | | | 06/29/04 | 11/30/04 | 20 | $6,000,000.00 | loan | 3.45% | Nov-26 |
| | 21 | Ward 2, Water Dist., Livingston Parish | | 1063039-02 | $6,000,000 | | | 09/30/04 | 07/12/05 | 21 | $5,984,678.07 | loan | 3.45% | Apr-26 |
| 17 | 22 | City of Springhill | | 1119028-01 | $7,500,000 | | | 06/13/05 | 06/15/07 | 22 | $7,456,558.00 | loan | 3.45% | Jun-29 |
| | | Lafayette Waterworks Dist. North #2 | | 1055171-02 | $0 | | | - | - | | $0.00 | - | - | - |
| 18 | 23 | City of Monroe | | 1073031-01 | $3,000,000 | | | 06/28/06 | 06/28/06 | 23 | $3,000,000.00 | loan | 3.45% | Jul-28 |
| 19 | 24 | French Settlement | | 1105010 | $1,000,000 | | | 07/15/06 | 05/01/07 | 24 | $770,066.82 | loan | 3.45% | Apr-29 |
| | 25 | Ascension Water Co., Inc. #2 | | 1005194-02 | $5,000,000 | | | 09/28/06 | 12/19/06 | 25 | $5,000,000.00 | loan | 3.45% | Dec-28 |
| | 26 | New Iberia - Louisiana Water Co. #2 | | 1046009-2 | $3,500,000 | | | 09/28/06 | 12/19/06 | 26 | $3,500,000.00 | loan | 3.45% | Dec-28 |
| 20 | 27 | Savoy Swords Water System, Inc. | | 1097024 | $1,000,000 | | | 12/19/06 | 12/19/06 | 27 | $907,237.85 | loan | 3.45% | Dec-27 |
| 21 | 28 | Town of Slaughter | | 1037008-01 | $1,355,000 | | | 11/28/07 | 11/28/07 | 28 | $1,355,000.00 | refinance | 3.45% | Jun-36 |
| | 29 | | | 1037008-02 | $842,400 | | | 11/28/07 | 06/30/08 | 29 | $640,522.90 | loan | 3.45% | Jun-28 |
| | 30 | | | 1037008-03 | $157,600 | | | 11/28/07 | 06/30/08 | 30 | $0.00 | loan | 3.45% | - |
| 22 | 31 | Buckeye Water District #50, Inc. | | 1079004-01 | $500,000 | | | 02/01/08 | 06/30/08 | 31 | $400,000.00 | loan | 3.45% | Jun-29 |
| 23 | 32 | Point Wilhite Water System, Inc. | | 1111012 | $925,000 | | | 2/18/2008 | 02/18/08 | 32 | $925,000.00 | loan | 3.45% | Feb-30 |
| 24 | 33 | Gardner Community Water Association, Inc. | ✔ | 1079010-1A | $1,246,000 | | | 2/22/2008 | 12/22/09 | 33 | $400,183.60 | loan | 2.95% | Dec-30 |
| | | | | 1079010-1B | $0 | | | - | 12/22/09 | 34 | $933,761.73 | loan | 2.95% | Dec-30 |
| | | Fifth Ward Water System, Inc. | | 1009002 | $0 | | | 3/5/2008 | | | - | | | - |
| 25 | 34 | City of Ruston-Loan 1A | ✔ | 1061017-1 | $4,000,000 | | | 4/4/2008 | 10/21/09 | 35 | $2,000,000.00 | loan | 2.95% | Oct-30 |
| | | City of Ruston-Loan 1B | | 1061017-2 | $0 | | | - | 10/21/09 | 36 | $1,334,000.00 | loan | 2.95% | Oct-30 |
| | 35 | West Winnsboro #2 | | 1041009-02 | $500,000 | | | 2/21/2008 | 06/06/08 | 37 | $467,459.84 | loan | 3.45% | Jul-28 |
| | | Chenier Drew Water System, Inc. | | 1073100-01 | $0 | | | 6/13/2008 | | | $0.00 | - | - | - |
| 26 | 36 | Town of Franklin | ✔ | 1101003-01A | $2,400,000 | | | 5/23/2008 | 02/02/10 | 38 | $811,000.00 | loan | 2.95% | Mar-30 |
| | | | | 1101003-01B | $0 | | | - | 02/02/10 | 39 | $1,894,000.00 | loan | 2.95% | Mar-30 |
| | | Rapides Island Water Association, Inc. | | 1079020-01 | $0 | | | 6/6/2008 | | | - | | | - |
| 27 | 37 | United Water System, Inc. | | 1099009-01 | $400,000 | | | 5/20/2008 | 06/06/08 | 40 | $360,333.26 | loan | 3.45% | Oct-28 |

**Table 2**
**DWRLF schedule of Binding Commitments & Loans Closed**

| System | Bind. Comm | PROJECT NAME | ARRA | Base PROJECT NUMBER | Base LOAN AWARD | ARRA LOAN AWARD | GREEN | BINDING COMMITMENT DATE | LOAN CLOSING DATE | Loan count | LOAN AWARDS NET OF WRITE-DOWNS | TYPE | LOAN INTEREST RATE | LOAN MATURITY DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 38 | Natchitoches WWD#2 | | 1069006-01 | $ 3,500,000 | | | 12/23/2008 | 12/23/08 | 41 | $3,500,000.00 | loan | 3.45% | Nov-29 |
| | 39 | | | 1069006-02 | $1,003,000 | | | 12/23/2008 | 12/23/08 | 42 | $649,276.49 | loan | 3.45% | Nov-29 |
| | 40 | Colyell Community Water System #2 | | 1063003-02 | $900,000 | | | 3/12/2009 | 03/12/09 | 43 | $899,732.40 | loan | 3.45% | |
| 29 | 41 | Calcasieu WWD #8 Series A | ✓ | 1019118-1AB | $ - | $ 384,000 | | 08/04/09 | 08/04/09 | 44 | $384,000.00 | loan | 2.95% | Dec-29 |
| | 42 | Calcasieu WWD #8 Series B | | 1019118-1B | $ 257,000 | | | 08/04/09 | 08/04/09 | 45 | $257,000.00 | loan | 2.95% | Dec-29 |
| | 43 | Calcasieu WWD #8 Series C | | 1019118-1C | $ 209,000 | | | 08/04/09 | 08/04/09 | 46 | $209,000.00 | loan | 2.95% | Dec-28 |
| | 44 | Buckeye Water District #50, Inc., Loan #2-A | ✓ | 1079004-02A | $ - | $ 684,000 | | 10/07/09 | 10/07/09 | 47 | $684,000.00 | loan | 2.95% | Jun-30 |
| | 45 | Buckeye Water District #50, Inc., Loan #2-B | | 1079004-02B | $ 458,000 | | | 10/07/09 | 10/07/09 | 48 | $458,000.00 | loan | 2.95% | Jul-30 |
| | 46 | Shreveport #4 Series A | ✓ | 1017031-04 | $ - | $2,000,000 | | 10/01/09 | 11/06/09 | 49 | $2,000,000.00 | loan | 2.95% | Dec-30 |
| | | Shreveport #4 Series B | | 1017031-04 | $ 9,000,000 | | | | 11/06/09 | 50 | $8,692,302.04 | loan | 2.95% | Dec-30 |
| 30 | 47 | Morgan City Series A | ✓ | 1101005-1A | $ - | $1,000,000 | | | 12/22/09 | 12/22/09 | 51 | $1,000,000.00 | loan | 2.95% | Dec-30 |
| | | Morgan City Series B | | 1101005-1B | $ 1,750,000 | | | | 12/22/09 | 52 | $1,750,000.00 | loan | 2.95% | Dec-30 |
| | | Morgan City Series W | | 1101005-1W | $ 1,250,000 | | | | 12/22/09 | 53 | $1,234,000.00 | loan | 2.95% | Dec-30 |
| 31 | 48 | Iberville Parish WWD #2 | ✓ | 1047007-01 | $ - | $1,950,000 | | | 11/24/09 | 54 | $1,906,141.79 | loan | 2.95% | Jan-31 |
| | | Iberville Parish WWD #2 | | 1047007-02 | $ 1,300,000 | | | | 11/24/09 | 55 | $1,300,000.00 | loan | 2.95% | Jan-31 |
| | 49 | Savoy Swords Water System, Inc. #2A | ✓ | 1097024-2A | $ - | $265,800 | | 12/22/09 | 12/22/09 | 56 | $261,144.24 | loan | 2.95% | Dec-30 |
| | | Savoy Swords Water System, Inc. #2B | | 1097024-2B | $ 620,200 | | | 12/22/09 | 12/22/09 | 57 | $609,336.52 | loan | 2.95% | Dec-30 |
| 32 | 50 | City of Bogalusa -1A | ✓ | 1117001-1A | $ - | $2,000,000 | ✓ | 12/22/09 | 12/22/09 | 58 | $2,000,000.00 | loan | 2.95% | Sep-30 |
| | | City of Bogalusa -1B | | 1117001-1B | $ 3,000,000 | | ✓ | | 12/22/09 | 12/22/09 | 59 | $3,000,000.00 | loan | 2.95% | Sep-30 |
| 33 | 51 | City of Baker - 1A | ✓ | 1033003-01A | $ - | $2,000,000 | ✓ | 01/15/10 | 01/15/10 | 60 | $2,000,000.00 | loan | 2.95% | Jan-31 |
| | | City of Baker - 1B | | 1033003-01B | $ 2,200,000 | | ✓ | | 01/15/10 | 01/15/10 | 61 | $2,200,000.00 | loan | 2.95% | Jan-31 |
| 34 | 52 | City of Alexandria - 1A | ✓ | 1079001-01A | $ - | $1,000,000 | | 01/22/10 | 01/22/10 | 62 | $1,000,000.00 | loan | 2.95% | May-30 |
| | | City of Alexandria - 1B | | 1079001-01B | $ 3,390,000 | | | 01/22/10 | 01/22/10 | 63 | $3,390,000.00 | loan | 2.95% | May-30 |
| 35 | 53 | Town of Pollock - 1A | ✓ | 1043007-1A | $ - | $159,000 | | 01/22/10 | 01/22/10 | 64 | $159,000.00 | loan | 2.95% | Nov-30 |
| | | Town of Pollock - 1B | | 1043007-1B | $ 371,000 | | | 01/22/10 | 01/22/10 | 65 | $371,000.00 | loan | 2.95% | Nov-30 |
| | 54 | City of Westlake Loan 2A | ✓ | 1019054-2A | $ - | $870,000 | ✓ | 01/26/10 | 01/26/10 | 66 | $870,000.00 | loan | 2.95% | Jan-30 |
| | | City of Westlake Loan 2B | | 1019054-2B | $ 2,030,000 | | ✓ | | 01/26/10 | 01/26/10 | 67 | $2,030,000.00 | loan | 2.95% | Jan-30 |
| 36 | 55 | East Allen Parish WWD 1A | ✓ | 1003011-1A | $ - | $385,000 | ✓ | 01/26/10 | 01/26/10 | 68 | $381,959.47 | loan | 2.95% | Jan-30 |
| | | East Allen Parish WWD 1B | | 1003011-1B | $ 900,000 | | ✓ | | 01/26/10 | 01/26/10 | 69 | $891,238.77 | loan | 2.95% | Jan-30 |
| 37 | 56 | Southwest Allen Parish WWD2-1A | ✓ | 1003009-1A | $ - | $298,500 | ✓ | 01/26/10 | 01/26/10 | 70 | $298,500.00 | loan | 2.95% | Jan-30 |
| | | Southwest Allen Parish WWD2-1B | | 1003009-1B | $ 696,500 | | ✓ | | 01/26/10 | 01/26/10 | 71 | $696,500.00 | loan | 2.95% | Jan-30 |
| 38 | 57 | Kolin Ruby Wise Water District No. 11-1A | ✓ | 10790231A | | $165,000 | | 02/02/10 | 02/02/10 | 72 | $165,000.00 | loan | 2.95% | Feb-30 |
| | | Kolin Ruby Wise Water District No. 11-1B | | 10790231B | $ 385,000 | | | 02/02/10 | 02/02/10 | 73 | $385,000.00 | loan | 2.95% | Feb-30 |
| | 58 | DeSoto Parish WWD #1 Loan 2A | ✓ | 1031030-02A | | $708,000 | | 02/02/10 | 02/02/10 | 74 | $708,000.00 | loan | 2.95% | Aug-30 |
| | | DeSoto Parish WWD #1 Loan 2B | | 1031030-02B | $ 1,652,000 | | | 02/02/10 | 02/02/10 | 75 | $1,652,000.00 | loan | 2.95% | Aug-30 |
| 39 | 59 | City of Ville Platte Loan 1A | ✓ | 1039010-01A | $ - | $2,000,000 | ✓ | 02/03/10 | 02/03/10 | 76 | $2,000,000.00 | loan | 2.95% | May-29 |
| | | City of Ville Platte, Loan 1B | | 1039010-01B | $ 2,050,000 | | | 02/03/10 | 02/03/10 | 77 | $2,050,000.00 | loan | 2.95% | May-29 |
| | 60 | United Water System, Inc. #2A | ✓ | 1099009-02A | $ - | $285,000 | | 02/04/10 | 02/04/10 | 78 | $282,268.51 | loan | 2.95% | Oct-30 |
| | | United Water System, Inc. #2B | | 1099009-02B | $ 667,000 | | | 02/04/10 | 02/04/10 | 79 | $658,626.49 | loan | 2.95% | Oct-30 |
| 40 | 61 | Town of Blanchard Loan 1A | ✓ | 1017006-01A | $ - | $1,000,000 | | 02/05/10 | 02/05/10 | 80 | $1,000,000.00 | loan | 2.95% | Mar-30 |
| | | Town of Blanchard Loan 1B | | 1017006-01B | $ 2,657,000 | | | 02/05/10 | 02/05/10 | 81 | $2,657,000.00 | loan | 2.95% | Mar-30 |
| 41 | 62 | Bayou Des Cannes Water System, Inc. #1A | ✓ | 1039016-01A | $ - | $666,700 | | 02/08/10 | 02/08/10 | 82 | $666,700.00 | loan | 2.95% | Jan-30 |
| | | Bayou Des Cannes Water System, Inc. #1B | | 1039016-01B | $ 1,555,820 | | | 02/08/10 | 02/08/10 | 83 | $1,555,820.00 | loan | 2.95% | Jan-30 |

Table 2
DWRLF schedule of Binding Commitments & Loans Closed

| System | Bind. Comm | PROJECT NAME | ARRA | PROJECT NUMBER | Base LOAN AWARD | ARRA LOAN AWARD | GREEN | BINDING COMMITMENT DATE | LOAN CLOSING DATE | Loan count | LOAN AWARDS NET OF WRITE-DOWNS | TYPE | LOAN INTEREST RATE | LOAN MATURITY DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 63 | City of Thibodaux 1A | ✓ | 1057003-01A | $ - | $1,000,000 | | 02/08/10 | 02/08/10 | 84 | $1,000,000.00 | loan | 2.95% | Jun-30 |
| | | City of Thibodaux 1B | | 1057003-01B | $ 5,400,000 | | | 02/08/10 | 02/08/10 | 85 | $4,707,276.05 | loan | 2.95% | Jun-30 |
| 43 | 64 | Town of Walker 1A | ✓ | 1063017-01A | $ - | $156,000 | | 02/09/10 | 02/09/10 | 86 | $156,000.00 | loan | 2.95% | Oct-29 |
| | | Town of Walker 1B | | 1063017-01B | $ 364,000 | | | 02/09/10 | 02/09/10 | 87 | $364,000.00 | loan | 2.95% | Oct-29 |
| 44 | 65 | ACUD#1 1A | ✓ | 1005045-01A | $ - | $300,000 | | 02/09/10 | 02/09/10 | 88 | $300,000.00 | loan | 2.95% | Dec-30 |
| | | ACUD #1 1B | | 1005045-01B | $ 700,000 | | | 02/09/10 | 02/09/10 | 89 | $700,000.00 | loan | 2.95% | Dec-30 |
| | 66 | City of Natchitoches 2A | ✓ | 10069007-02A | $ - | $2,000,000 | | 02/10/10 | 02/10/10 | 90 | $2,000,000.00 | loan | 2.95% | Dec-30 |
| | | City of Natchitoches 2B | | 10069007-02B | $ 3,000,000 | | | 02/10/10 | 02/10/10 | 91 | $3,000,000.00 | loan | 2.95% | Dec-30 |
| 45 | 67 | City of Mansfield 1A | ✓ | 10031009-01A | $ - | $1,000,000 | | 02/11/10 | 02/11/10 | 92 | $1,000,000.00 | loan | 2.95% | Feb-30 |
| | | City of Mansfield 1B | | 10031009-01B | $ 3,120,000 | | | 02/11/10 | 02/11/10 | 93 | $3,120,000.00 | loan | 2.95% | Feb-30 |
| 46 | 68 | New Orleans Sewerage & Water Board 1A | ✓ | 1071009-01A | $ - | $1,800,000 | | 02/11/10 | 02/11/10 | 94 | $1,800,000.00 | loan | 2.95% | Feb-30 |
| | | New Orleans Sewerage & Water Board 1B | | 1071009-01B | $ 1,600,000 | | | 02/11/10 | 02/11/10 | 95 | $1,546,418.30 | loan | 2.95% | Feb-30 |
| 47 | 69 | Town of Delhi | | 1083002-01 | $ 7,500,000 | | | 03/29/10 | 03/29/10 | 96 | $7,500,000.00 | loan | 2.95% | Jan-31 |
| | 70 | Ward 2 of Livingston Parish- Loan #3 | | 1063039-03 | $ 4,000,000 | | | 07/26/10 | 07/26/10 | 97 | $4,000,000.00 | loan | 2.95% | Apr-30 |
| 48 | 71 | Consolidated WWD#1 of Terrebonne Parish | | 1109002-01 | $ 1,900,000 | | | 12/29/10 | 12/29/10 | 98 | $1,880,809.12 | loan | 2.95% | Nov-30 |
| | 72 | Ward 2 of Livingston Parish- Loan #4 | | 1063039-04 | $ 8,000,000 | | | 06/03/11 | 11/30/11 | 99 | $8,000,000.00 | loan | 2.95% | Apr-32 |
| | 73 | Alexandria Loan #2 | | 1079001-02 | $ 7,610,000 | | | 10/11/11 | 10/11/11 | 100 | $7,610,000.00 | loan | 2.95% | May-32 |
| | 74 | Mansfield 2 | | 10031009-2 | $ 1,550,000 | | | 11/10/11 | 11/10/11 | 101 | $1,550,000.00 | loan | 2.95% | Feb-32 |
| 49 | 75 | Avoyelles Ward One Water System | | 1009016-01 | $ 1,550,000 | | | 12/28/11 | 12/28/11 | 102 | $1,329,365.22 | loan | 2.95% | Dec-31 |
| | 76 | Mansfield 3 | | 10031009-3 | $ 3,280,000 | | | 01/06/12 | 01/06/12 | 103 | $3,280,000.00 | loan | 2.95% | Feb-32 |
| 50 | 77 | City of Winnfield | | 1127012-01 | $ 2,500,000 | | | 02/16/12 | 02/16/12 | 104 | $2,500,000.00 | loan | 2.95% | Feb-33 |
| 51 | 78 | City of Pearl River | | 1103157-01 | $ 1,800,000 | | | 04/13/12 | 04/13/12 | 105 | $1,800,000.00 | loan | 2.95% | Mar-32 |
| | 79 | Town of Blanchard | | 1017006-02 | $ 8,400,000 | | | 08/16/12 | 08/16/12 | 106 | $8,399,926.89 | loan | 2.95% | Mar-33 |
| | 80 | Town of Blanchard | | 1017006-03 | $ 4,930,000 | | | 08/16/12 | 08/16/12 | 107 | $4,926,424.46 | loan | 2.95% | Aug-14 |
| 52 | 81 | South Vernon WWD #1 | | 1115118 | $ 825,000 | | | 09/26/12 | 09/26/12 | 108 | $677,212.15 | loan | 2.95% | Aug-32 |
| 53 | 82 | Town of Lutcher | | 1093003 | $ 470,000 | | | 10/23/12 | 10/23/12 | 109 | $470,000.00 | loan | 2.95% | Mar-22 |
| | | | | | $ 1,100,000 | | | 10/23/12 | 10/23/12 | | $1,099,999.97 | loan | 2.95% | Mar-32 |
| | 83 | Town of Delhi | | 1083002-02 | $ 1,870,000 | | | 11/29/12 | 11/29/12 | 110 | $1,870,000.00 | loan | 2.95% | Jan-22 |
| 54 | 84 | Village of Loreauville | | | $ 1,310,000 | | | 12/19/12 | 12/19/12 | 111 | $1,309,900.00 | loan | 2.95% | Oct-33 |
| | 85 | Town of Ville Platte, Loan #2 | | 1039010-02 | $ 9,450,000 | | ✓ | 12/19/12 | 12/19/12 | 112 | $9,450,000.00 | loan | 2.95% | May-33 |
| 55 | 86 | Beauregard WWD #3 | | 101008-01 | $ 3,000,000 | | | 04/03/13 | 04/03/13 | 113 | $3,000,000.00 | loan | 2.95% | Jan-33 |
| 56 | 87 | Mount Hermon | | 1117021 | $ 700,000 | | | 12/13/12 | 05/08/13 | 114 | $658,698.73 | loan | 2.95% | Mar-33 |
| 57 | 88 | Town of Gramercy | | 109302-01 | $ 1,500,000 | | | 08/09/13 | 08/09/13 | 115 | $1,500,000.00 | loan | 2.95% | Mar-33 |
| 58 | 89 | City of Leesville | | 1115019-01 | $ 4,800,000 | | | 08/09/13 | 08/09/13 | 116 | $4,800,000.00 | loan | 2.95% | Aug-34 |
| 59 | 90 | Southeast Grant Water System, Inc. | | 1043015 | $ 351,200 | | | 08/14/13 | 08/14/13 | 117 | $244,296.00 | loan | 2.95% | Aug-33 |
| 60 | 91 | St. John the Baptist | | 1095003-01 | $ 5,500,000 | | | 09/18/13 | 09/18/13 | 118 | $5,500,000.00 | loan | 2.95% | Dec-33 |
| 61 | 92 | WWD #12 of Ward 3 of Calcasieu Parish | | 2019135 | $ 2,000,000 | | | 10/30/13 | 10/30/13 | 119 | $2,000,000.00 | loan | 2.95% | Sep-34 |
| 62 | 93 | Town of New Llano | | 1115022 | $ 1,000,000 | | | 02/04/14 | 02/04/14 | 120 | $1,328,527.75 | loan | 2.95% | Jun-35 |
| | | Supplemental (increased loan amount) | | 1115022 | $ 400,000 | | | 08/15/16 | 08/15/16 | | | loan | 2.95% | Jun-35 |
| 63 | 94 | Consolidated WWD#1 of Jefferson Parish | | 1051004-01 | $ 3,550,000 | | | 02/05/14 | 02/05/14 | 121 | $3,550,000.00 | loan | 2.95% | Jun-34 |
| 64 | 95 | Town of Olla | | 1059004-01 | $ 500,000 | | | 03/12/14 | 03/12/14 | 122 | $498,984.50 | loan | 2.95% | Jan-00 |
| 65 | 96 | North Franklin Water Works, Inc. | | 1041003-01 | $ 3,750,000 | | | 03/12/14 | 03/12/14 | 123 | $3,750,000.00 | loan | 2.95% | Feb-34 |
| 66 | 97 | Weston Water System, Inc. | | 1049019-01 | $ 405,000 | | | 06/24/14 | 06/24/14 | 124 | $405,000.00 | loan | 2.95% | Jun-34 |
| 67 | 98 | Village of Estherwood | | 1001003-01 | $ 990,000 | | | 08/20/14 | 08/20/14 | 125 | $990,000.00 | loan | 2.95% | Jul-35 |

Table 2
DWRLF schedule of Binding Commitments & Loans Closed

| System | Bind. Comm | PROJECT NAME | ARRA | PROJECT NUMBER | Base LOAN AWARD | ARRA LOAN AWARD | GREEN | BINDING COMMITMENT DATE | LOAN CLOSING DATE | Loan count | LOAN AWARDS NET OF WRITE-DOWNS | TYPE | LOAN INTEREST RATE | LOAN MATURITY DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 99 | Village of Mermentau | | 1001005-01 | $ 1,000,000 | | | 09/24/14 | 09/24/14 | 126 | $1,000,000.00 | loan | 2.95% | Aug-34 |
| | 100 | French Settlement Water Co., Inc. Loan #2 | | 1105010-02 | $ 1,250,000 | | | 12/04/14 | 12/04/14 | 127 | $868,378.27 | loan | 2.95% | Apr-35 |
| | 101 | Consolidated WWD#1, Terrebonne Parish | | 1109002-02 | $ 4,200,000 | | | 12/23/14 | 12/23/14 | 128 | $4,200,000.00 | loan | 2.95% | Nov-35 |
| 69 | 102 | Town of Bernice | | 1111001-01 | $ 255,000 | | | 02/03/15 | 02/03/15 | 129 | $217,220.87 | loan | 2.95% | Dec-34 |
| | 103 | City of Natchitoches | | 1069007-03 | $ 2,000,000 | | | 05/07/15 | 05/07/15 | 130 | $2,000,000.00 | loan | 2.95% | Dec-35 |
| 70 | 104 | Town of Homer | | 1027003-01 | $ 3,600,000 | | | 05/21/15 | 05/21/15 | 131 | $3,600,000.00 | loan | 2.95% | Dec-35 |
| 71 | 105 | Town of Greenwood | | 1017014-01 | $ 5,250,000 | | | 06/04/15 | 06/04/15 | 132 | $5,250,000.00 | loan | 2.95% | Nov-35 |
| 72 | 106 | Rambin-Wallace Water System, Inc. | | 1031012-01 | $ 235,000 | | | 06/16/15 | 06/16/15 | 133 | $234,311.13 | loan | 2.95% | May-35 |
| 73 | 107 | Rapides WWD #3 | | 1079017-01 | $ 5,000,000 | | | 06/25/15 | 06/25/15 | 134 | $5,000,000.00 | loan | 2.95% | Aug-36 |
| 74 | 108 | Sabine WWD #1 | | 1085036-01 | $ 1,000,000 | | | 06/25/15 | 06/25/15 | 135 | $1,000,000.00 | loan | 2.95% | Mar-35 |
| 75 | 109 | St. Bernard Parish | | 1087001-01 | $ 11,000,000 | | ✓ | 06/25/15 | 06/25/15 | 136 | $11,000,000.00 | loan | 2.95% | Jun-36 |
| 76 | 110 | East Central Venon Water System, Inc. | | 1115117-01 | $ 1,515,000 | | | 06/25/15 | 06/25/15 | 137 | $1,515,000.00 | loan | 2.95% | Jun-35 |
| | 111 | Point Wilhite Water System, Inc. | | 1111012-02 | $ 1,610,000 | | | 09/17/15 | 09/17/15 | 138 | $1,610,000.00 | loan | 2.95% | Feb-36 |
| 77 | 112 | Iberville Parish WWD #3 | | 1047002-01 | $ 8,000,000 | | | 10/01/15 | 10/01/15 | 139 | $8,000,000.00 | loan | 2.95% | Feb-36 |
| 78 | 113 | Avoyelles WWD #1 | | 1009002-01 | $ 2,100,000 | | | 12/22/15 | 12/22/15 | 140 | $2,100,000.00 | loan | 2.95% | Dec-36 |
| 79 | 114 | Town of Jackson | | 1037006-01 | $ 800,000 | | | 03/14/16 | 03/14/16 | 141 | $797,422.25 | loan | 2.95% | Nov-36 |
| | 115 | Town of Gramercy, Loan #2 | | 1093002-02 | $ 500,000 | | | 08/23/16 | 08/23/16 | 142 | $500,000.00 | loan | 2.95% | Mar-36 |
| 80 | 116 | Southwest Ouachita Waterworks, Inc. | | 1073047-01 | $ 3,666,000 | | | 11/14/16 | 11/14/16 | 143 | $4,666,000.00 | loan | 1.95% | Nov-37 |
| | | Amend agreement | | 1073047-01 | $ 1,000,000 | | | 07/01/18 | 07/01/18 | | | | | |
| 81 | 117 | City of Scott | | 1055026-01 | $ 980,000 | | | 12/28/16 | 12/28/16 | 144 | $978,578.18 | loan | 1.95% | Nov-36 |
| | 118 | Town of Lutcher, Loan #2 | | 1093003-02 | $ 500,000 | | | 12/28/16 | 12/28/16 | 145 | $500,000.00 | loan | 1.95% | Mar-37 |
| 82 | 119 | Holmesville Water System, Inc. | | 1111008-01 | $ 1,920,000 | | | 02/14/17 | 02/14/17 | 146 | $2,040,000.00 | loan | 1.95% | Feb-37 |
| | | Amend Agreement | | 1111008-01 | $ 120,000 | | | 08/15/18 | 08/15/18 | | | | | |
| | 120 | LAWCO - New Iberia, Loan #3 | | 1045009-03 | $ 6,500,000 | | | 03/30/17 | 03/30/17 | 147 | $6,500,000.00 | loan | 1.95% | Dec-37 |
| | 121 | St. Bernard Parish, Loan #2 | | 1087001-02 | $ 13,000,000 | | ✓ | 05/18/17 | 05/18/17 | 148 | $13,000,000.00 | loan | 1.95% | Jun-37 |
| 83 | 122 | Town of Welsh | | 1053006-01 | $ 975,000 | | | 05/18/17 | 05/18/17 | 149 | $975,000.00 | loan | 1.95% | Apr-37 |
| | 123 | DeSoto Parish WWD #1, Loan #3 | | 1031030-03 | $ 2,310,000 | | | 08/17/17 | 08/17/17 | 150 | $2,310,000.00 | loan | 1.95% | Aug-37 |
| 84 | 124 | South Grant Water Corporation, Inc. | | 1043008-01 | $ 1,450,000 | | | 08/25/17 | 08/25/17 | 151 | $1,450,000.00 | loan | 1.95% | Aug-37 |
| 85 | 125 | Lake Bruin WWD #1, Tensas Parish | | 1107001-01 | $ 1,200,000 | | | 12/19/17 | 12/19/17 | 152 | $1,200,000.00 | loan | 1.95% | Sep-37 |
| | 126 | City of Ville Platte, Loan #3 | | 1039010-03 | $ 1,100,000 | | | 12/19/17 | 12/19/17 | 153 | $1,100,000.00 | loan | 1.95% | May-37 |
| 86 | 127 | Town of Sunset | | 1097015-01 | $ 550,000 | | | 12/28/17 | 12/28/17 | 154 | $550,000.00 | loan | 1.95% | Oct-37 |
| 87 | 128 | City of Carencro | | 1055005-01 | $ 5,500,000 | | | 01/23/18 | 01/23/18 | 155 | $5,500,000.00 | loan | 1.95% | Aug-39 |
| 88 | 129 | Union Parish WWD #1 | | 1111015-01 | $ 990,000 | | | 02/06/18 | 02/06/18 | 156 | $990,000.00 | loan | 1.95% | Dec-37 |
| 89 | 130 | Baton Rouge Water Works Company, Inc. | | 1033005-01 | $ 8,000,000 | | | 04/12/18 | 04/12/18 | 157 | $8,000,000.00 | loan | 1.95% | Feb-38 |
| | 131 | Calcasieu WWD #8, Loan #2 | | 1019118-02 | $ 2,200,000 | | | 05/08/18 | 05/08/18 | 158 | $2,200,000.00 | loan | 1.95% | Feb-38 |
| 90 | 132 | Southeast WWD #2, Vermilion Parish | | 1113031-01 | $ 800,000 | | | 05/15/18 | 05/15/18 | 159 | $800,000.00 | loan | 1.95% | Mar-38 |
| 91 | 133 | City of Broussard | | 1055003-01 | $ 3,750,000 | | | 06/13/18 | 09/24/18 | 160 | $3,750,000.00 | loan | 1.95% | Sep-39 |
| 92 | 134 | Town of Delcambre | | 1113004-01 | $ 2,013,000 | | | 06/26/18 | 10/05/18 | 161 | $2,013,000.00 | loan | 1.95% | Oct-20 |
| 93 | 135 | Rocky Branch Waterworks District | | 1111013-01 | $ 963,000 | | | 07/23/18 | 09/18/18 | 162 | $963,000.00 | loan | 1.95% | May-38 |
| | 136 | Sabine WWD #1, Loan 2 | | 1085036-02 | $ 2,600,000 | | | 08/22/18 | 10/11/18 | 163 | $2,600,000.00 | loan | 1.95% | Mar-39 |
| | 137 | Southwest Allen WWD #2, Loan 2 | | 1003009-02 | $ 4,000,000 | | | 11/19/18 | 11/19/18 | 164 | $4,000,000.00 | loan | 1.95% | Jan-39 |
| | 138 | City of Winnfield, Loan 2 | | 1127012-02 | $ 800,000 | | | 12/10/18 | 12/10/18 | 165 | $800,000.00 | loan | 1.95% | Feb-39 |

**Table 2**
**DWRLF schedule of Binding Commitments & Loans Closed**

| System | Bind. Comm | PROJECT NAME | ARRA | PROJECT NUMBER | Base LOAN AWARD | ARRA LOAN AWARD | GREEN | BINDING COMMITMENT DATE | LOAN CLOSING DATE | Loan count | LOAN AWARDS NET OF WRITE-DOWNS | TYPE | LOAN INTEREST RATE | LOAN MATURITY DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | 139 | Town of Oil City | | 1019026-01 | $ 3,075,900.00 | | | 02/05/19 | 02/05/19 | 166 | $ 3,075,900.00 | loan | 1.95% | Feb-39 |
| 95 | 140 | Belah Fellowship Water System, Inc. | | 1059001-01 | $ 3,758,000.00 | | | 03/21/19 | 03/21/19 | 167 | $ 3,758,000.00 | loan | 1.95% | Mar-22 |
| 96 | 141 | Vernon Parish Water & Sewer Commision | | 1115071-01 | $ 2,575,000.00 | | | 05/03/19 | 05/03/19 | 168 | $ 2,575,000.00 | loan | 1.95% | Feb-39 |
| 97 | 142 | Walnut Bayou Water Assn | | 1065004-01 | $ 8,488,000.00 | | | 05/14/19 | 05/14/19 | 169 | $ 8,282,900.69 | loan | 1.95% | May-22 |
| 98 | 143 | Village of Maurice | | 1113019-01 | $ 2,762,000.00 | | | 08/20/19 | 08/20/19 | 170 | $ 2,762,000.00 | loan | 1.95% | Jun-21 |
| 99 | 144 | Indian Village Water System | | 1073058-01 | $ 1,600,000.00 | | | 08/28/19 | 08/28/19 | 171 | $ 1,600,000.00 | loan | 1.95% | Aug-39 |
| 100 | 145 | Tannehill Water System, Inc. | | 1127017-01 | $ 400,000.00 | | | 09/18/19 | 09/18/19 | 172 | $ 400,000.00 | loan | 1.95% | Sep-39 |
| | 146 | Rambin Wallace, Inc. Loan 2 | | 1031013-02 | $ 420,204.00 | | | 12/17/19 | 12/17/19 | 173 | $ 450,000.00 | loan | 1.95% | May-41 |
| | | | | | $ 29,796.00 | | | 12/01/20 | 12/01/20 | | | | | |
| 101 | 147 | WWD#5 Calcasieu Parish | | 1019084-01 | $ 8,500,000.00 | | | 12/31/19 | 12/31/19 | 174 | $ 8,500,000.00 | loan | 1.95% | Dec-39 |
| 102 | 148 | L & R Utities, Inc. | | 1073011-01 | $ 1,350,000.00 | | | 02/20/20 | 02/20/20 | 175 | $ 1,350,000.00 | loan | 1.95% | Feb-51 |
| | 149 | Weston Water System, Inc. Loan 2 | | 1049019-02 | $ 540,000.00 | | | 03/04/20 | 3/4/2020 | 176 | $ 540,000.00 | loan | 1.95% | Jun-50 |
| 103 | 150 | City of Bossier City | | 1015004-01 | $ 8,000,000.00 | | | 04/01/20 | 4/1/2020 | 177 | $ 8,000,000.00 | loan | 1.95% | Oct-40 |
| 104 | 151 | Atlanta Water System, Inc. | | 1127001-01 | $ 1,150,000.00 | | | 05/18/20 | 5/18/2020 | 178 | $ 1,150,000.00 | loan | 1.95% | Oct-50 |
| | 152 | Livingston Ward 2, Loan #5 | | 1063039-05 | $ 3,000,000.00 | | | 06/09/20 | 6/9/2020 | 179 | $ 3,000,000.00 | loan | 1.95% | Apr-41 |
| | 153 | St Bernard Loan 3 | | 1087001-03 | $ 10,000,000.00 | | | 07/31/20 | 7/31/2020 | 180 | $ 10,000,000.00 | loan | 1.95% | Dec-40 |
| 105 | 154 | WWD#2 Beauregard Parish | | 1011012-01 | $ 2,000,000.00 | | | 08/11/20 | 8/11/2020 | 181 | $ 2,000,000.00 | loan | 1.95% | Jul-41 |
| 106 | 155 | City of Rayne | | 1001007-01 | $ 2,600,000.00 | | | 08/12/20 | 8/12/2020 | 182 | $ 2,600,000.00 | loan | 1.95% | Mar-41 |
| | 156 | Sabine Parish WWD #1, Loan 3 | | 1085036-03 | $ 2,295,000.00 | | | 08/20/20 | 8/20/2020 | 183 | $ 2,495,000.00 | loan | 1.95% | Aug-30 |
| | | | | 1085036-03 | $ 200,000.00 | | | 02/01/22 | 2/1/2022 | | | | | |
| 107 | 157 | East Desoto Water System, Inc. | | 1031005-01 | $ 750,000.00 | | | 09/22/20 | 9/22/2020 | 184 | $ 750,000.00 | loan | 1.95% | Aug-50 |
| 108 | 158 | Ebarb WWD | | 1085043-01 | $ 3,145,000.00 | | | 10/28/20 | 10/28/2020 | 185 | $ 3,145,000.00 | loan | 1.95% | Sep-40 |
| | 159 | Town of Blanchard, Loan 4 | | | $ 2,300,000.00 | | | 11/30/20 | 11/30/2020 | 186 | $ 2,300,000.00 | loan | 1.95% | Nov-30 |
| 109 | 160 | Holum Water System, Inc. | | 1021007-01 | $ 637,340.00 | | | 12/18/20 | 12/18/2020 | 187 | $ 637,340.00 | loan | 1.95% | Dec-40 |
| 110 | 161 | Cadeville Water District | | 1073060-01 | $ 1,900,000.00 | | | 01/20/21 | 1/20/2021 | 188 | $ 1,900,000.00 | loan | 1.95% | Dec-50 |
| | 162 | Cadeville Water District, Loan 2 | | 1073060-02 | $ 1,460,000.00 | | | 01/20/21 | 1/20/2021 | 189 | $ 1,460,000.00 | loan | 1.95% | Dec-21 |
| 111 | 163 | East Feliciana Water System, Inc. | | 1037004-01 | $ 2,500,000.00 | | | 02/09/21 | 2/9/2021 | 190 | $ 2,500,000.00 | loan | 1.95% | Feb-31 |
| | 164 | City of Oakdale, Loan 2 | | 1003006-02 | $ 3,800,000.00 | | | 03/15/21 | 3/15/2021 | 191 | $ 3,800,000.00 | loan | 1.95% | Sep-40 |
| 112 | 165 | Town of Mamou | | 1039005-01 | $ 5,000,000.00 | | | 05/27/21 | 5/27/2021 | 192 | $ 5,000,000.00 | loan | 1.95% | Sep-41 |
| 113 | 166 | South Toledo Bend WWD | | 1085055-01 | $ 2,855,000.00 | | | 10/12/21 | 10/12/2021 | 193 | $ 2,855,000.00 | loan | 1.95% | Jun-51 |
| 114 | 167 | City of Slidell | | 1103041-01 | $ 2,600,000.00 | | | 01/11/22 | 1/11/2022 | 194 | $ 2,600,000.00 | loan | 1.95% | Apr-43 |
| | 168 | Town of Blanchard, Loan 5 | | 1017006-05 | $ 1,400,000.00 | | | 02/07/22 | 2/7/2022 | 195 | $ 1,400,000.00 | loan | 1.95% | Feb-32 |
| 115 | 169 | Henderson Nina Water System, Inc. | | 10990066-01 | $ 4,512,000.00 | | | 04/27/22 | 4/27/2022 | 196 | $ 4,512,000.00 | loan | 1.95% | Apr-25 |
| | 170 | Henderson Nina Water System, Inc. | | 10990066-02 | $ 4,000,000.00 | | | 04/27/22 | 4/27/2022 | 197 | $ 4,000,000.00 | loan | 1.95% | Apr-32 |
| 116 | 171 | City of Youngsville | | 1055035-01 | $ 8,500,000.00 | | | 04/27/22 | 4/27/2022 | 198 | $ 8,500,000.00 | loan | 1.95% | May-51 |
| 117 | 172 | City of Gonzales | | 1005030-01 | $ 2,400,000.00 | | | 05/24/22 | 5/24/2022 | 199 | $ 2,400,000.00 | loan | 1.95% | Mar-42 |
| | | | | | $525,707,660 | | | | | | $ 502,372,076.16 | | | |

## PROJECT DESCRIPTIONS

**Seven (7) loans totaling $26,267,000** were approved for funding during the annual period of this report. Of these seven loans, four (4) loans were made during this SFY to specifically fund projects that address State and/or Federal Administrative Orders issued to the water system or the systems being taken over. Additionally, two (2) loans (100% Principal Forgiveness) during this SFY were made to specifically fund Consolidation Initiative projects to help address Louisiana's smaller failing systems through consolidation. **The loans made during SFY 22 are further described as follows:**

**South Toledo Bend Water District (Loan 1) for $2,855,000; Loan Closed 10/12/2021 (30-YEAR LOAN TERM)**
**To Address Administrative Order (AO) No. C-19-085-031-ETT**
South Toledo Bend Water District (STBWD) (PWS ID No. LA1085055) will use its $2,855,000 DWRLF loan to fund the abandonment of their existing surface water supply and treatment system and replace it with a new groundwater supply and treatment system. The proposed project consists of three (3) main elements. The first element consists of the installation of two (2) new groundwater wells, an additional ground storage tank, high-service pumps with variable frequency drives (VFDs), replacement of the existing pressure tank, installation of a new disinfection byproducts treatment system, and other associated equipment necessary to convert the 'Esto' booster station into a groundwater plant. The second main element of the proposed project consists of the replacement of the existing ground storage tanks at 'Beaver Hill' and 'Park Site 15'. The third main element of the proposed project consists of upgrading various water mains throughout the distribution system including the replacement of associated water main appurtenances.

**City of Slidell Water System (Loan 1) for $2,600,000; Loan Closed 1/11/2022 (20-YEAR LOAN TERM)**
The City of Slidell Water System (PWS ID No. LA1103041) will use its $2,600,000 DWRLF loan to fund the connection of both of the City of Slidell's currently separated water systems via the installation of a 16-inch diameter transmission main that will allow water to be provided from one system to another in both directions.

**Town of Blanchard Water System (Loan 5) for $1,400,000; Loan Closed 2/7/2022 (NO LOAN TERM – 100% Principal Forgiveness through Consolidation Initiative Program)**
**To Address Administrative Order (AO) No. C-16-017-073-ETT**
The Town of Blanchard Water System (BWS) (PWS ID No. LA1017006) will use its fifth DWRLF loan for $1,400,000 to fund Phase II of its consolidation project with Bel-Di-Gil Water System (BDG), which consists of installing an 8" water main from the existing WTP at Belcher along East Street to the intersection of LA Hwy 3049, and an 8" line along LA Hwy 3049 to the Village of Gilliam's existing GST and booster station. Construction includes installing approximately 24,000 L.F. of 8" PVC pipe, 2,400 L.F. of 10" HDPE pipe, and fittings, valves, fire hydrants, air release valves, and water sampling stations, associated with the contract as shown in the bid form. The contract also includes new water meters replacing existing BDG customer meters.

**Henderson-Nina Water System, Inc. (Loan 1) for $4,512,000; Loan Closed 4/27/2022**
**(NO LOAN TERM – USDA INTERIM FINANCING LOAN)**
**To Address Administrative Order (AO) Nos. C-18-099-028-ETT, C-09-099-035-ARSEN; C-14-088-035-ARSEN-SAO-I; C-18-099-029-ETT**

The Henderson-Nina Water System, Inc. (HNWS) (PWS ID No. LA1099006) will use its $4,512,000 DWRLF loan to fund all of the work necessary to supply more capacity to the new systems and customers being taken over as part of loan 2. Loan 1 includes the construction of a new 900 gallons per minute water well to augment their two (2) existing wells, construction of a new pressure filter water treatment system with ion exchange water softener to treat the water to meet drinking water standards.

**Henderson-Nina Water System, Inc. (Loan 2) for $4,000,000, respectively; Loan Closed 4/27/2022**
**(NO LOAN TERM – 100% Principal Forgiveness through Consolidation Initiative Program)**
**To Address Administrative Order (AO) Nos. C-18-099-028-ETT, C-09-099-035-ARSEN; C-14-088-035-ARSEN-SAO-I; C-18-099-029-ETT**

The Henderson-Nina Water System, Inc. (HNWS) (PWS ID No. LA1099006) will use its 2nd DWRLF loan for $4,000,000 to fund the installation of a water transmission line from the Henderson-Nina treatment plant through Butte La Rose, LA following various existing rights-of-way along the way. A booster pump station consisting of two pumps rated at 350 gallons per minute and a 200,000 gallon ground storage tank will also be constructed in the Butte La Rose area to maintain water pressure throughout the extended system. Construction of the transmission line and ancillary facilities will allow the Henderson-Nina Water System to connect with three community water systems TESI Atchafalaya Acres, River Ridge Estates, Elm Point Estates, and three non-community water systems Atchafalaya Basin Landing, Cajun Heritage RV Park and McGees Swamp Tours, all of which are having difficulty maintaining water quality standards. The community water systems are all currently under Administrative Orders (AO). The AOs address non-compliance issues pertaining to exceeding the Maximum Contaminant Levels (MCLs) for Arsenic. The three non-community systems have violations relating to maintaining minimum chlorine residual. This project will consolidate these six systems into the Henderson-Nina system, and in so doing will eliminate the Administrative Orders and other enforcement issues.

**City of Youngsville Water System (Loan 1) for $8,500,000; Loan Closed 4/27/2022**
**(30-YEAR LOAN TERM)**

The City of Youngsville Water System (PWS ID No. LA1055035) will use its $8,500,000 DWRLF loan to fund the construction of a new 0.87 MGD water treatment plant consisting of pressure filters, construction of a new 500 gallons per minute water well, construction of a new 500,000 gallon ground storage tank and a 500,000 gallon elevated storage tank, and the installation of new high service pumps.

**City of Gonzales Water System (Loan 1) for $2,400,000; Loan Closed 5/24/2022**
**(20-YEAR LOAN TERM)**

The City of Gonzales Water System (PWS ID No. LA1005030) will use its $2,400,000 DWRLF loan to fund relocating their existing 16" water main along Roddy Road within a newly acquired right-of-way making it accessible by utility department staff. The relocation came about due to the widening of Roddy Road and the proposed installation of several round-a-bouts.

**Town of Mamou Water System (Loan 1) for $5,000,000;** Loan Closed 5/27/2021
**(20-YEAR LOAN TERM – approx. $1,480,720.98 GREEN PROJECT RESERVE (GPR) for Increased Water Efficiency)** Administrative Order (AO) No. C-18-039-011-ETT Addressed

The Town of Mamou Water System (PWS ID No. LA1039005) will use its $5,000,000 DWRLF loan to fund the installation of an automated meter reading system (previously unmetered water system) and to

construct two (2) new water wells in a new aquifer (to address DBP issues caused by high organics in the aquifer used by their three (3) existing wells), to construct a new water treatment plant with softeners and Granulated Activated Carbon (GAC) for sequestering iron and manganese to address color and odor issues, to install a new chlorination system for disinfection, to install a new ground water storage tank, to install a new generator, and to replace several old metal water mains.

**Exhibit I**
**Drinking Water Binding Commitments**
**State Fiscal Year 2022**

| Recipient | Binding Commitment Date | Assistance Amount by Population < 10,000 | > 10,000 | Rate 2.45 |
|---|---|---|---|---|
| South Toledo Bend WWD | 10/12/21 | | $2,855,000 | |
| City of Slidell | 01/11/22 | $ 2,600,000 | | |
| Town of Blanchard Loan 5 | 02/07/22 | $ 1,400,000 | | |
| Henderson-Nina WS, Inc. | 04/27/22 | | $4,512,000 | |
| Henderson-Nina WS, Inc. | 04/27/22 | | $4,000,000 | |
| City of Youngsville | 04/27/22 | | $8,500,000 | |
| City of Gonzales | 05/24/22 | $ 2,400,000 | | |
| Total | | $6,400,000 | $19,867,000 | |

**Exhibit II**
**DWRLF Needs Categories for Closed Loans**
**State Fiscal Year 2022**

| Loan Recipient | Storage | Source | Distribution | Treatment |
|---|---|---|---|---|
| South Toledo Bend WWD | $685,200 | $1,398,950 | $742,300 | $28,550 |
| City of Slidell | | | $ 2,600,000 | |
| Town of Blanchard Loan 5 | | | $1,400,000 | |
| Henderson-Nina WS, Inc. | | $812,160 | $1,037,760 | $2,662,080 |
| Henderson-Nina WS, Inc. | $800,000 | | $3,200,000 | |
| City of Youngsville | $2,465,000 | $680,000 | $340,000 | $5,015,000 |
| City of Gonzales | | | $2,400,000 | |
| Total | $3,950,200 | $2,891,110 | $11,720,060 | $7,705,630 |

**Exhibit III**
**Disbursements by Project/Fiscal Quarter**
**July 1, 2020 through June 30, 2021**

| Project | Disbursement Date | Disbursement Amount | Loan Disbursements by Quarter | | | |
|---|---|---|---|---|---|---|
| | | | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
| Atlanta | 12/3/2021 | $35,833.00 | | $35,833.00 | | |
| 1127001-01 | 3/15/2022 | $846,105.00 | | | $846,105.00 | |
| | | | | | | |
| | Total | $881,938.00 | $0.00 | $35,833.00 | $846,105.00 | $0.00 |
| Avoyelles WWD #1 | 10/1/2021 | $424.20 | | $424.20 | | |
| 1009002-01 | 12/7/2021 | $31,585.50 | | $31,585.50 | | |
| | 12/28/2021 | $61,263.60 | | $61,263.60 | | |
| | 2/8/2022 | $5,125.50 | | | $5,125.50 | |
| | 3/11/2022 | $125,000.00 | | | $125,000.00 | |
| | 4/1/2022 | $14,134.40 | | | | $14,134.40 |
| | 5/3/2022 | $323.20 | | | | $323.20 |
| | | | | | | |
| | Total | $237,856.40 | $0.00 | $93,273.30 | $130,125.50 | $14,457.60 |
| Beauregard Parish WWD#2 | 8/20/2021 | $277,046.18 | $277,046.18 | | | |
| 1011012-01 | 9/24/2021 | $74,251.98 | $74,251.98 | | | |
| | 12/7/2021 | $25,297.23 | | $25,297.23 | | |
| | 12/3/2021 | $39,698.11 | | $39,698.11 | | |
| | 1/21/2022 | $104,983.92 | | | $104,983.92 | |
| | 2/1/2022 | $65,363.64 | | | $65,363.64 | |
| | 4/1/2022 | $14,934.13 | | | | $14,934.13 |
| | 5/3/2022 | $48,976.49 | | | | $48,976.49 |
| | 6/7/2022 | $180,504.72 | | | | $180,504.72 |
| | | | | | | |
| | Total | $831,056.40 | $351,298.16 | $64,995.34 | $170,347.56 | $244,415.34 |
| Blanchard #4 | 9/21/2021 | $159,387.16 | $159,387.16 | | | |
| 1017006-04 | 9/21/2021 | $63,646.69 | $63,646.69 | | | |
| | 10/1/2021 | $77,016.64 | | $77,016.64 | | |
| | 12/10/2021 | $64,226.99 | | $64,226.99 | | |
| | 1/21/2022 | $114,761.07 | | | $114,761.07 | |
| | | | | | | |
| | Total | $479,038.55 | $223,033.85 | $141,243.63 | $114,761.07 | $0.00 |
| Blanchard #5 | 2/7/2021 | $20,805.19 | | | $20,805.19 | |
| 1017006-05 | 4/12/2022 | $275,792.79 | | | | $275,792.79 |
| | | | | | | |
| | Total | $296,597.98 | $0.00 | $0.00 | $20,805.19 | $275,792.79 |
| Bossier City | 12/7/2021 | $571,367.07 | | $571,367.07 | | |
| 1015004-01 | 4/29/2022 | $1,125,060.06 | | | | $1,125,060.06 |
| | | | | | | |
| | Total | $1,696,427.13 | $0.00 | $571,367.07 | $0.00 | $1,125,060.06 |
| Cadeville | 8/24/2021 | $453,961.39 | $453,961.39 | | | |
| 1073060-02 | 9/24/2021 | $481,966.47 | $481,966.47 | | | |
| | 12/3/2021 | $333,900.39 | | $333,900.39 | | |
| | 12/10/2021 | $127,354.48 | | $127,354.48 | | |
| | 2/15/2022 | $134,519.90 | | | $134,519.90 | |
| | 5/3/2022 | $110,448.34 | | | | $110,448.34 |
| | | | | | | |
| | Total | $1,642,150.97 | $935,927.86 | $461,254.87 | $134,519.90 | $110,448.34 |
| Cadeville Loan 2 (Consolidation) | 8/24/2021 | $62,903.22 | $62,903.22 | | | |
| 1073060-01 | 8/24/2021 | $29,121.38 | $29,121.38 | | | |
| | 9/24/2021 | $169,964.50 | $169,964.50 | | | |
| | 10/12/2021 | $207,099.81 | | $207,099.81 | | |
| | 10/19/2021 | $65,050.59 | | $65,050.59 | | |
| | 11/19/2021 | $21,660.10 | | $21,660.10 | | |
| | 12/10/2021 | $240,977.15 | | $240,977.15 | | |
| | 2/15/2022 | $109,480.44 | | | $109,480.44 | |
| | 3/1/2022 | $79,047.83 | | | $79,047.83 | |
| | 3/15/2022 | $80,780.75 | | | $80,780.75 | |
| | 4/8/2022 | $112,128.41 | | | | $112,128.41 |
| | 5/27/2022 | $59,630.96 | | | | $59,630.96 |
| | 6/17/2022 | $65,424.29 | | | | $65,424.29 |
| | | | | | | |
| | Total | $1,303,269.43 | $261,989.10 | $534,787.65 | $269,309.02 | $237,183.66 |
| Calcasieu #5 | 8/31/2021 | $310,894.72 | $310,894.72 | | | |
| 1019084-01 | 9/28/2021 | $408,373.14 | $408,373.14 | | | |
| | 12/3/2021 | $510,220.65 | | $510,220.65 | | |
| | 12/17/2021 | $70.00 | | $70.00 | | |
| | 2/15/2022 | $747,732.77 | | | $747,732.77 | |
| | 3/29/2022 | $305,177.84 | | | $305,177.84 | |
| | 5/17/2022 | $257,816.30 | | | | $257,816.30 |
| | 6/3/2022 | $102,873.58 | | | | $102,873.58 |
| | | | | | | |

| | Date | Amount | | | | |
|---|---|---|---|---|---|---|
| **Carencro** | 10/8/2021 | $100,665.82 | | $100,665.82 | | |
| **1055005-01** | 3/8/2022 | $125,000.00 | | | $125,000.00 | |
| | 6/9/2022 | $313,400.44 | | | | $313,400.44 |
| | | | | | | |
| | **Total** | **$539,066.26** | **$0.00** | **$100,665.82** | **$125,000.00** | **$313,400.44** |
| **East Central Vernon Water System** | 8/31/2021 | $3,200.00 | $3,200.00 | | | |
| **1115117-01** | 8/31/2021 | $2,065.70 | $2,065.70 | | | |
| | 12/7/2021 | $15,072.30 | | $15,072.30 | | |
| | 1/4/2022 | $1,839.20 | | | $1,839.20 | |
| | 2/11/2022 | $3,223.40 | | | $3,223.40 | |
| | 3/15/2022 | $182,038.20 | | | $182,038.20 | |
| | 4/8/2022 | $38,867.83 | | | | $38,867.83 |
| | 6/17/2022 | $6,966.63 | | | | $6,966.63 |
| | | | | | | |
| | **Total** | **$253,273.26** | **$5,265.70** | **$15,072.30** | **$187,100.80** | **$45,834.46** |
| **East Desoto** | 8/31/2021 | $74,905.27 | $74,905.27 | | | |
| **1031005-01** | 8/31/2021 | $113,316.49 | $113,316.49 | | | |
| | 10/12/2021 | $128,192.13 | | $128,192.13 | | |
| | 2/8/2022 | $20,414.05 | | | $20,414.05 | |
| | 3/15/2022 | $3,500.00 | | | $3,500.00 | |
| | | | | | | |
| | **Total** | **$340,327.94** | **$188,221.76** | **$128,192.13** | **$23,914.05** | **$0.00** |
| **East Feliciana (Consolidation)** | 8/19/2021 | $198,265.15 | $198,265.15 | | | |
| **1037004-01** | 9/21/2021 | $87,404.06 | $87,404.06 | | | |
| | 10/11/2021 | $101,462.80 | | $101,462.80 | | |
| | 12/1/2021 | $47,801.62 | | $47,801.62 | | |
| | 12/30/2021 | $163,589.49 | | $163,589.49 | | |
| | 1/25/2022 | $36,020.67 | | | $36,020.67 | |
| | 3/8/2022 | $147,089.71 | | | $147,089.71 | |
| | 6/15/2022 | $92,499.69 | | | | $92,499.69 |
| | 6/17/2022 | $150,408.64 | | | | $150,408.64 |
| | | | | | | |
| | **Total** | **$1,024,541.83** | **$285,669.21** | **$312,853.91** | **$183,110.38** | **$242,908.33** |
| **Ebarb** | 4/1/2022 | $27,525.54 | | | | $27,525.54 |
| **1085043-01** | 4/15/2022 | $9,350.00 | | | | $9,350.00 |
| | | | | | | |
| | **Total** | **$36,875.54** | **$0.00** | **$0.00** | **$0.00** | **$36,875.54** |
| **Gonzales** | 5/24/2022 | $623,484.47 | | | | $623,484.47 |
| **1005030-01** | 6/9/2022 | $416,847.81 | | | | $416,847.81 |
| | | | | | | |
| | **Total** | **$1,040,332.28** | **$0.00** | **$0.00** | **$0.00** | **$1,040,332.28** |
| **Henderson-Nina** | 4/27/2022 | $338,694.35 | | | | $338,694.35 |
| **1099006-01** | 06/10/22 | $69,974.13 | | | | $69,974.13 |
| | | | | | | |
| | **Total** | **$408,668.48** | **$0.00** | **$0.00** | **$0.00** | **$408,668.48** |
| **Henderson-Nina Loan 2** | 4/27/2022 | $328,465.91 | | | | $328,465.91 |
| **(Consolidation)** | 06/17/22 | $335,379.47 | | | | $335,379.47 |
| **1099006-02** | | | | | | |
| | **Total** | **$663,845.38** | **$0.00** | **$0.00** | **$0.00** | **$663,845.38** |
| **Holmesville** | 9/6/2021 | $35,297.88 | $35,297.88 | | | |
| **1111008-01** | | | | | | |
| | **Total** | **$35,297.88** | **$35,297.88** | **$0.00** | **$0.00** | **$0.00** |
| **Holum** | 10/12/2021 | $100,553.80 | | $100,553.80 | | |
| **1021007-01** | 10/12/2021 | $61,375.50 | | $61,375.50 | | |
| | 10/19/2021 | $49,645.00 | | $49,645.00 | | |
| | 10/19/2021 | $15,603.20 | | $15,603.20 | | |
| | 1/7/2022 | $137,144.12 | | | $137,144.12 | |
| | 1/21/2022 | $40,730.87 | | | $40,730.87 | |
| | 2/8/2022 | $9,125.00 | | | $9,125.00 | |
| | 4/19/2022 | $28,700.65 | | | | $28,700.65 |
| | 6/17/2022 | $38,144.96 | | | | $38,144.96 |
| | | | | | | |
| | **Total** | **$481,023.10** | **$0.00** | **$227,177.50** | **$186,999.99** | **$66,845.61** |

| | | | | | | |
|---|---|---|---|---|---|---|
| L&R Utilities | 9/24/2021 | $177,911.95 | $177,911.95 | | | |
| 1073011-01 | 9/28/2021 | $83,094.70 | $83,094.70 | | | |
| | 2/8/2022 | $25,128.85 | | | $25,128.85 | |
| | 3/25/2022 | $4,005.00 | | | $4,005.00 | |
| | 4/29/2022 | $4,000.00 | | | | $4,000.00 |
| | | | | | | |
| | **Total** | **$294,140.50** | **$261,006.65** | **$0.00** | **$29,133.85** | **$4,000.00** |
| Lake Bruin | 9/14/2021 | $6,339.00 | $6,339.00 | | | |
| 1107001-01 | | | | | | |
| | **Total** | **$6,339.00** | **$6,339.00** | **$0.00** | **$0.00** | **$0.00** |
| Leesville | 10/12/2021 | $5,496.37 | | $5,496.37 | | |
| 1115019-01 | 12/9/2021 | $18,170.81 | | $18,170.81 | | |
| | 2/3/2022 | $1,194.28 | | | $1,194.28 | |
| | 2/15/2022 | $4,764.51 | | | $4,764.51 | |
| | 4/29/2022 | $8,913.67 | | | | $8,913.67 |
| | | | | | | |
| | **Total** | **$38,539.64** | **$0.00** | **$23,667.18** | **$5,958.79** | **$8,913.67** |
| Livingston Parish | 8/24/2021 | $17,477.74 | $17,477.74 | | | |
| Ward 2 Loan 5 | 4/15/2022 | $36,898.13 | | | | $36,898.13 |
| 1063039-05 | 5/17/2022 | $251,209.41 | | | | $251,209.41 |
| | 6/7/2022 | $155,181.99 | | | | $155,181.99 |
| | | | | | | |
| | **Total** | **$460,767.27** | **$17,477.74** | **$0.00** | **$0.00** | **$443,289.53** |
| Mamou | 8/24/2021 | $607,848.67 | $607,848.67 | | | |
| 1045009-03 | 8/20/2021 | $735,451.90 | $735,451.90 | | | |
| | 9/24/2021 | $183,302.72 | $183,302.72 | | | |
| | 12/3/2021 | $182,840.33 | | $182,840.33 | | |
| | 12/21/2021 | $646,694.04 | | $646,694.04 | | |
| | 2/15/2022 | $338,916.82 | | | $338,916.82 | |
| | 3/29/2022 | $254,115.76 | | | $254,115.76 | |
| | 5/3/2022 | $135,850.00 | | | | $135,850.00 |
| | 6/7/2022 | $286,297.59 | | | | $286,297.59 |
| | | | | | | |
| | **Total** | **$3,371,317.83** | **$1,526,603.29** | **$829,534.37** | **$593,032.58** | **$422,147.59** |
| Oakdale 2 | 8/19/2021 | $127,814.60 | $127,814.60 | | | |
| 1003006-02 | 9/28/2021 | $129,163.55 | $129,163.55 | | | |
| | 12/1/2021 | $664,453.93 | | $664,453.93 | | |
| | 12/10/2021 | $196,653.44 | | $196,653.44 | | |
| | 12/28/2021 | $17,354.50 | | $17,354.50 | | |
| | 3/8/2022 | $45,799.95 | | | $45,799.95 | |
| | 3/15/2022 | $136,715.41 | | | $136,715.41 | |
| | 4/6/2022 | $113,290.63 | | | | $113,290.63 |
| | 5/17/2022 | $68,567.37 | | | | $68,567.37 |
| | 6/7/2022 | $28,246.80 | | | | $28,246.80 |
| | | | | | | |
| | **Total** | **$1,528,060.18** | **$256,978.15** | **$878,461.87** | **$182,515.36** | **$210,104.80** |
| Oil City | 10/19/2021 | $4,679.46 | | $4,679.46 | | |
| 1019026-01 | 12/10/2021 | $77,331.96 | | $77,331.96 | | |
| | 3/8/2022 | $31,731.98 | | | $31,731.98 | |
| | 3/25/2022 | $50,713.11 | | | $50,713.11 | |
| | 4/15/2022 | $19,503.38 | | | | $19,503.38 |
| | 7/22/2022 | $44,753.55 | | | | $44,753.55 |
| | | | | | | |
| | **Total** | **$228,713.44** | **$0.00** | **$82,011.42** | **$82,445.09** | **$64,256.93** |
| Rambin Wallace 2 | 1/21/2022 | $40,586.09 | | | $40,586.09 | |
| 1031012-02 | | | | | | |
| | **Total** | **$40,586.09** | **$0.00** | **$0.00** | **$40,586.09** | **$0.00** |
| Rayne | 8/27/2021 | $197,573.96 | $197,573.96 | | | |
| 1001007-01 | 8/30/2021 | $47,297.51 | $47,297.51 | | | |
| | 8/30/2021 | $336,432.09 | $336,432.09 | | | |
| | 9/22/2021 | $11,633.20 | $11,633.20 | | | |
| | 12/16/2021 | $136,090.25 | | $136,090.25 | | |
| | 3/30/2022 | $389,879.79 | | | $389,879.79 | |
| | | | | | | |
| | **Total** | **$1,118,906.80** | **$592,936.76** | **$136,090.25** | **$389,879.79** | **$0.00** |
| Sabine Parish WWD #1, Loan #2 | 1/21/2022 | $34,910.00 | | | $34,910.00 | |
| 1085036-02 | 3/29/2022 | $427,671.50 | | | $427,671.50 | |
| | 6/17/2022 | $33,248.50 | | | | $33,248.50 |
| | | | | | | |
| | **Total** | **$495,830.00** | **$0.00** | **$0.00** | **$462,581.50** | **$33,248.50** |

| | | | | | |
|---|---|---|---|---|---|
| Sabine Parish WWD#1, Loan #3 | 9/21/2021 | $401,642.81 | $401,642.81 | | |
| (Consolidation) | 10/12/2021 | $142,365.07 | | $142,365.07 | |
| 1085036-03 | 10/26/2021 | $103,944.00 | | $103,944.00 | |
| | 1/28/2022 | $224,093.31 | | | $224,093.31 |
| | | | | | |
| **Total** | | **$872,045.19** | **$401,642.81** | **$246,309.07** | **$224,093.31** | **$0.00** |
| Slidell | 1/11/2021 | $48,057.30 | | | $48,057.30 |
| 1103041-01 | | | | | |
| | | | | | |
| **Total** | | **$48,057.30** | **$0.00** | **$0.00** | **$48,057.30** | **$0.00** |
| South Toledo Bend | 10/12/2021 | $101,856.72 | | $101,856.72 | |
| 1085055-01 | 3/15/2022 | $224,524.94 | | | $224,524.94 |
| | 2/18/2022 | $97,594.91 | | | $97,594.91 |
| | 4/15/2022 | $106,588.85 | | | | $106,588.85 |
| | 5/27/2022 | $90,534.84 | | | | $90,534.84 |
| | | | | | |
| **Total** | | **$621,100.26** | **$0.00** | **$101,856.72** | **$322,119.85** | **$197,123.69** |
| Southwest Allen, Loan #2 | 8/20/2021 | $2,254.69 | $2,254.69 | | |
| 1003009-02 | 10/12/2021 | $82,384.18 | | $82,384.18 | |
| | 12/10/2021 | $43,905.04 | | $43,905.04 | |
| | 4/1/2022 | $40,993.42 | | | | $40,993.42 |
| | 5/17/2022 | $345,425.51 | | | | $345,425.51 |
| | | | | | |
| **Total** | | **$514,962.84** | **$2,254.69** | **$126,289.22** | **$0.00** | **$386,418.93** |
| St. Bernard Parish, Loan #2 | 3/8/2022 | $46,214.82 | | | $46,214.82 |
| 1087001-02 | | | | | |
| | | | | | |
| **Total** | | **$46,214.82** | **$0.00** | **$0.00** | **$46,214.82** | **$0.00** |
| St. Bernard Parish, Loan #3 | 8/20/2021 | $13,657.43 | $13,657.43 | | |
| 1087001-03 | 10/15/2021 | $45,101.76 | | $45,101.76 | |
| | 3/8/2022 | $939,309.39 | | | $939,309.39 |
| | 3/29/2022 | $167,932.93 | | | $167,932.93 |
| | 4/12/2022 | $191,536.75 | | | | $191,536.75 |
| | 6/10/2022 | $386,384.90 | | | | $386,384.90 |
| | | | | | |
| **Total** | | **$1,743,923.16** | **$13,657.43** | **$45,101.76** | **$1,107,242.32** | **$577,921.65** |
| Winnfield #2 | 9/21/2021 | $94,809.72 | $94,809.72 | | |
| 1127012-02 | 10/19/2021 | $78,130.62 | | $78,130.62 | |
| | 1/25/2022 | $8,650.00 | | | $8,650.00 |
| | 5/13/2022 | $7,655.00 | | | | $7,655.00 |
| | | | | | |
| **Total** | | **$189,245.34** | **$94,809.72** | **$78,130.62** | **$8,650.00** | **$7,655.00** |
| Youngsville | 4/27/2022 | $266,353.10 | | | | $266,353.10 |
| 1055035-01 | 6/7/2022 | $252,235.58 | | | | $252,235.58 |
| | | | | | |
| **Total** | | **$518,588.68** | **$0.00** | **$0.00** | **$0.00** | **$518,588.68** |
| | | | | | |
| **TOTAL LOAN DISBURSEMENTS** | | **$26,972,084.15** | **$5,208,451.88** | **$5,283,204.78** | **$6,852,999.82** | **$7,949,978.82** |

**Exhibit IV**
**Drinking Water Revolving Loan Fund**
**Loan Principal Repayments**
**July 1, 2021 through June 30, 2022**

| # | Name | Amount |
|---|------|--------|
| 1 | Alexandria #1B | $177,000.00 |
| 2 | Alexandria #2 | $327,000.00 |
| 3 | Ascension Consolidated Utilites District, Loan 1B | $35,000.00 |
| 4 | Atlanta | $2,000.00 |
| 5 | Avoyelles Ward 1 Water System | $446,000.00 |
| 6 | Avoyelles Water Works District #1 | $50,000.00 |
| 7 | Baker 1A | $584,000.00 |
| 8 | Baker 1B | $623,000.00 |
| 9 | Baton Rouge Water Company | $317,000.00 |
| 10 | Bayou Des Cannes Water System, Inc. Loan 1B | $82,000.00 |
| 11 | Beauregard WWD#2 | $55,000.00 |
| 12 | Beauregard WWD#3 | $1,487,000.00 |
| 13 | Belah Fellowship | $3,287,688.02 |
| 14 | Bernice | $7,000.00 |
| 15 | Bogalusa 1A | $52,000.00 |
| 16 | Bogalusa 1B | $150,000.00 |
| 17 | Bossier City | $244,000.00 |
| 18 | Broussard | $45,000.00 |
| 19 | Buckeye Water District #50 | $21,000.00 |
| 20 | Buckeye Loan 2 - A | $18,000.00 |
| 21 | Buckeye Loan 2 - B | $24,000.00 |
| 22 | Calcasieu #5 | $158,000.00 |
| 23 | Calcasieu #8-1A | $10,000.00 |
| 24 | Calcasieu #8-1B | $13,000.00 |
| 25 | Calcasieu #8-1C | $11,000.00 |
| 26 | Calcasieu #8 Loan 2 | $71,000.00 |
| 27 | Calcasieu WWD #12 | $61,000.00 |
| 28 | Carencro | $174,000.00 |
| 29 | Colyell Community WS | $125,800.00 |
| 30 | Colyell Community WS Loan 2 | $102,000.00 |
| 31 | DeSoto Water District | $325,000.00 |
| 32 | DeSoto Water District, Loan 2B | $925,000.00 |
| 33 | DeSoto Water District, Loan 3 | $1,646,000.00 |
| 34 | East Allen Parish Water District, 1-B | $48,000.00 |
| 35 | East Central Vernon | $78,000.00 |
| 36 | East Desoto | $7,000.00 |
| 37 | Ebarb | $9,000.00 |
| 38 | Estherwood | $30,000.00 |
| 39 | French Settlement | $380,000.00 |
| 40 | French Settlement, Loan #2 | $484,864.79 |

Exhibit IV-(continued)
Drinking Water Revolving Loan Fund
Loan Principal Repayments
July 1, 2021 through June 30, 2022

| | | |
|---|---|---|
| 41 | Gardner 1B | $47,000.00 |
| 42 | Gramercy | $53,000.00 |
| 43 | Gramercy, Loan #2 | $14,000.00 |
| 44 | Greenwood | $179,000.00 |
| 45 | Holmesville Water System, Inc. | $72,000.00 |
| 46 | Holum | $8,000.00 |
| 47 | Homer | $99,000.00 |
| 48 | Iberville WWD #3 | $5,900,000.00 |
| 49 | Indian Village | $16,000.00 |
| 50 | Jackson | $23,000.00 |
| 51 | Jefferson Parish | $1,722,530.62 |
| 52 | Kolin-Ruby Wise Water System, Inc. 1-B | $20,000.00 |
| 53 | L&R Utilities | $26,000.00 |
| 54 | Lake Bruin | $40,000.00 |
| 55 | Leesville | $173,000.00 |
| 56 | Livingston Ward 2 - Loan 5 | $22,000.00 |
| 57 | Loreauville | $24,000.00 |
| 58 | Lutcher 1B | $58,000.00 |
| 59 | Lutcher 2 | $17,000.00 |
| 60 | Mansfield, Loan 1B | $1,762,000.00 |
| 61 | Mansfield, Loan 2 | $685,000.00 |
| 62 | Mansfield, Loan 3 | $1,662,000.00 |
| 63 | Mermentau | $30,000.00 |
| 64 | Monroe | $1,450,000.00 |
| 65 | Morgan City 1B | $90,000.00 |
| 66 | Morgan City 1W | $60,000.00 |
| 67 | Mount Hermon | $22,000.00 |
| 68 | New Llano | $43,690.00 |
| 69 | North Franklin | $125,000.00 |
| 70 | Oakdale 2 | $12,000.00 |
| 71 | Oil City | $49,000.00 |
| 72 | Olla | $17,000.00 |
| 73 | Pearl River | $63,000.00 |
| 74 | Point Wilhite | $56,000.00 |
| 75 | Point Wilhite #2 | $48,000.00 |

Exhibit IV-(continued)
Drinking Water Revolving Loan Fund
Loan Principal Repayments
July 1, 2021 through June 30, 2022

| | | |
|---|---|---|
| 76 | Quitman | $33,000.00 |
| 77 | Rambin-Wallace | $7,000.00 |
| 78 | Rambin-Wallace 2 | $18,000.00 |
| 79 | Rayne | $80,000.00 |
| 80 | Rocky Branch | $34,000.00 |
| 81 | Ruston 1A | $51,000.00 |
| 82 | Ruston 1B | $67,000.00 |
| 83 | Sabine WWD1 | $32,000.00 |
| 84 | Sabine WWD1 Loan 2 | $57,000.00 |
| 85 | Savoy Swords | $51,000.00 |
| 86 | Savoy Swords 2B | $31,000.00 |
| 87 | Scott | $34,000.00 |
| 88 | Shreveport 4A | $50,000.00 |
| 89 | Shreveport 4B | $441,000.00 |
| 90 | Slaughter #1 | $899,489.60 |
| 91 | Slaughter #2 | $284,000.00 |
| 92 | South Grant | $51,000.00 |
| 93 | South Toledo Bend | $9,000.00 |
| 94 | Southeast Grant | $11,000.00 |
| 95 | Southeast WWD2 - Vermilion Parish | $24,000.00 |
| 96 | Southwest Allen Parish WWD2, 1-B | $37,000.00 |
| 97 | Southwest Allen Parish WWD2, Loan 2 | $127,000.00 |
| 98 | Southwest Ouichita | $178,000.00 |
| 99 | St. Bernard #1 | $8,117,000.00 |
| 100 | St. Bernard #2 | $600,000.00 |
| 101 | St. Bernard #3 | $9,000.00 |
| 102 | St. John the Baptist | $164,000.00 |
| 103 | Sunset | $19,000.00 |
| 104 | Tannehill | $16,000.00 |
| 105 | Terrebonne | $93,000.00 |

Exhibit IV-(continued)
Drinking Water Revolving Loan Fund
Loan Principal Repayments
July 1, 202 through June 30, 2022

| | | |
|---|---|---|
| 106 | Terrebonne #2 | $91,000.00 |
| 107 | Thibodaux 1-B | $257,000.00 |
| 108 | Union Parish | $34,000.00 |
| 109 | United Water System | $19,000.00 |
| 110 | United Water System 2B | $33,000.00 |
| 111 | Vernon Parish | $110,000.00 |
| 112 | Ville Platte 1-A | $62,000.00 |
| 113 | Ville Platte 1-B | $128,000.00 |
| 114 | Ville Platte 2 | $412,000.00 |
| 115 | Ville Platte 3 | $49,000.00 |
| 116 | Walker 1-B | $19,000.00 |
| 117 | Welsh | $34,000.00 |
| 118 | Westlake 2B | $1,034,000.00 |
| 119 | Weston | $12,000.00 |
| 120 | Weston 2 | $9,000.00 |
| 121 | Winnfield | $82,000.00 |
| 122 | Winnfield #2 | $28,000.00 |
| | | $41,418,063.03 |

The loans that paid off during SFY22 are highlighted.

# Exhibit V-Set Asides

The SDWA allows each state to set-aside up to 31% of its federal capitalization grant to support various drinking water programs including administration, technical assistance, state program management, and special activities.  The State of Louisiana is specifying $1,984,205 of the FFY21 grant to fund set-aside activities and using $615,795 of previously unspecified funds from prior grant years to fund set-aside activities for a total of $2,600,000 (15.79% of FFY21 Capitalization Grant)

| GRANT | GRANT | GRANT | NEW SET-ASIDES RESERVED | | | | | | SPECIFIED FUNDS | | | | RECLAIMED SPECIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 4% | 2% | 10% | 15% | TOTAL | % | 4% | 2% | 10% | 15% | 4% | 2% | 10% | 15% |
| 2009 | ARRA | 27,626,000 | $1,105,040 | 552,520 | 2,762,600 | | $4,420,160 | 16.00% | 315,000 | | | | | | | |
| 2009 | 12 | 11,540,000 | 461,600 | 230,800 | 1,154,000 | | 1,846,400 | 16.00% | 461,600 | | 1,154,000 | | 138,400 | | 146,000 | |
| 2010 | 13 | 25,649,000 | 1,025,960 | 512,980 | 2,564,900 | | 4,103,840 | 16.00% | 525,000 | 100,000 | 1,800,000 | | | | | |
| 2011 | 14 | 17,798,000 | 711,920 | 355,960 | 1,779,800 | 415,000 | 3,262,680 | 18.33% | 450,000 | 100,000 | 1,600,000 | 415,000 | | | | |
| 2012 | 15 | 16,962,000 | 678,480 | 339,240 | 1,696,200 | 425,000 | 3,138,920 | 18.51% | 475,000 | 125,000 | 1,696,200 | 425,000 | | | 153,800 | |
| 2013 | 16 | 15,914,000 | 636,560 | 318,280 | 1,591,400 | 425,000 | 2,971,240 | 18.67% | 520,000 | 250,000 | 1,591,400 | 425,000 | | | 183,600 | |
| 2014 | 17 | 12,127,000 | 485,080 | 242,540 | 1,212,700 | 475,000 | 2,415,320 | 19.92% | 485,080 | 242,540 | 1,212,700 | 475,000 | 29,920 | 7,460 | 162,300 | |
| 2015 | 18 | 12,047,000 | 481,880 | 240,940 | 1,204,700 | 425,000 | 2,352,520 | 19.53% | 70,056 | 235,000 | 453,574 | 425,000 | | | | |
| 2016 | 19 | 11,396,000 | 455,840 | 227,920 | 1,139,600 | 425,000 | 2,248,360 | 19.73% | 300,000 | 227,920 | 350,000 | 425,000 | | | 22,080 | |
| 2017 | 20 | 11,299,000 | 490,941 | 225,980 | 1,129,000 | 675,000 | 2,520,921 | 22.31% | 490,941 | 225,980 | 385,000 | 675,000 | 344,059 | 199,020 | | |
| 2018 | 21 | 16,625,000 | 520,646 | 332,500 | 1,662,500 | 600,000 | 3,115,646 | 18.74% | 520,646 | 332,500 | 380,000 | 600,000 | 779,354 | 67,500 | | |
| 2019 | 22 | 16,470,000 | 549,746 | 329,400 | 1,647,000 | 525,000 | 3,051,146 | 18.53% | 549,746 | 329,400 | 325,000 | 525,000 | 750,254 | | | |
| 2020 | 23 | 16,480,000 | 587,083 | 329,600 | 1,648,000 | 675,000 | 3,239,683 | 19.66% | 587,083 | 329,600 | 375,000 | 675,000 | 612,917 | 20,400 | | |
| 2021 | 24 | 16,465,000 | 624,905 | 329,300 | 1,646,500 | 675,000 | 3,275,705 | 19.89% | 624,905 | 329,300 | 355,000 | 675,000 | 595,095 | 20,700 | | |
| Totals | | 358,417,700 | $13,391,564 | 6,839,054 | 34,194,370 | 7,216,201 | $64,916,894 | 18.11% | | | | | | | | |

| GRANT | GRANT | GRANT | TOTAL SET-ASIDES SPECIFIED | | | | | | NEW UNSPECIFIED FUNDS | | | | CUMULATIVE AVAILABLE UNSPECIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FS99698- | | | 4% | 2% | 10% | 15% | TOTAL | % | 4% | 2% | 10% | 15% | 4% | 2% | 10% | 15% | |
| 2009 | ARRA | 27,626,000 | 315,000 | | | | 315,000 | | 790,040 | 552,520 | 2,762,600 | | 2,631,209 | 1,303,190 | 6,855,506 | | 10,789,905 |
| 2009 | 12 | 11,540,000 | 600,000 | | 1,300,000 | | 1,900,000 | 16.46% | | 230,800 | | | 2,492,809 | 1,533,990 | 6,709,506 | | 10,736,305 |
| 2010 | 13 | 25,649,000 | 525,000 | 100,000 | 1,800,000 | | 2,425,000 | 9.45% | 500,960 | 412,980 | 764,900 | | 2,993,769 | 1,946,970 | 7,474,406 | | 12,415,145 |
| 2011 | 14 | 17,798,000 | 450,000 | 100,000 | 1,600,000 | 415,000 | 2,565,000 | 14.41% | 261,920 | 255,960 | 179,800 | | 3,255,689 | 2,202,930 | 7,654,206 | | 13,112,825 |
| 2012 | 15 | 16,962,000 | 475,000 | 125,000 | 1,850,000 | 425,000 | 2,875,000 | 16.95% | 203,480 | 214,240 | - | | 3,459,169 | 2,417,170 | 7,500,406 | | 13,376,745 |
| 2013 | 16 | 15,914,000 | 520,000 | 250,000 | 1,775,000 | 425,000 | 2,970,000 | 18.66% | 116,560 | 68,280 | | | 3,575,729 | 2,485,450 | 7,316,806 | | 13,377,985 |
| 2014 | 17 | 12,127,000 | 515,000 | 250,000 | 1,375,000 | 475,000 | 2,615,000 | 21.56% | | | | | 3,545,809 | 2,477,990 | 7,154,506 | | 13,178,305 |
| 2015 | 18 | 12,047,000 | 70,056 | 235,000 | 453,574 | 425,000 | 1,183,630 | 9.83% | 411,824 | 5,940 | 751,126 | | 3,957,633 | 2,483,930 | 7,905,632 | | 14,347,195 |
| 2016 | 19 | 11,396,000 | 300,000 | 250,000 | 350,000 | 425,000 | 1,325,000 | 11.63% | 155,840 | | 789,600 | | 4,113,473 | 2,461,850 | 8,695,232 | | 15,270,555 |
| 2017 | 20 | 11,299,000 | 835,000 | 425,000 | 385,000 | 675,000 | 2,320,000 | 20.53% | | | 744,900 | | 3,769,414 | 2,262,830 | 9,440,132 | | 15,472,376 |
| 2018 | 21 | 16,625,000 | 1,300,000 | 400,000 | 380,000 | 600,000 | 2,680,000 | 16.12% | | | 1,282,500 | | 2,990,060 | 2,195,330 | 10,722,632 | | 15,908,022 |
| 2019 | 22 | 16,470,000 | 1,300,000 | 329,400 | 325,000 | 525,000 | 2,479,400 | 15.05% | | | 1,322,000 | | 2,239,806 | 2,195,330 | 12,044,632 | | 16,479,768 |
| 2020 | 23 | 16,480,000 | 1,200,000 | 350,000 | 375,000 | 675,000 | 2,600,000 | 15.78% | | | 1,273,000 | | 1,626,889 | 2,174,930 | 13,317,632 | | 17,119,451 |
| 2021 | 24 | 16,465,000 | 1,220,000 | 350,000 | 355,000 | 675,000 | 2,600,000 | 15.79% | | | 1,291,500 | | 1,031,794 | 2,154,230 | 14,609,132 | | 17,795,156 |
| Totals | | 358,417,700 | 12,984,675 | 4,664,124 | 21,232,638 | 7,891,201 | 47,122,638 | 13.15% | | | | | | | | | |

## Exhibit VI – DWRLF binding Commitments Required

| FED QTR/YEAR | 9969819 2016 | 9969820 2017 | 9969821 2018 | 9969822 2019 | 9969823 2020 | 9969824 2021 | REQUIRED times 120% | Associated Set Aside Amounts (sp) | REQUIRED COMMIT. | Required COMM. CUMULATIVE | ACTUAL COMMIT. | ACTUAL COMMIT. CUMULATIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/14 | | | | | | | $5,088,600 | $718,750 | $4,369,850 | $240,424,332 | $ 2,000,000 | $269,919,420 |
| 02/14 | | | | | | | $5,088,600 | $718,750 | $4,369,850 | $244,794,182 | $ 8,800,000 | $278,719,420 |
| 03/14 | | | | | | | $5,088,600 | $718,750 | $4,369,850 | $249,164,032 | $ 405,000 | $279,124,420 |
| 04/14 | | | | | | | $4,774,200 | $742,500 | $4,031,700 | $253,195,732 | $ 1,990,000 | $281,114,420 |
| 01/15 | | | | | | | $4,774,200 | $742,500 | $4,031,700 | $257,227,432 | $ 5,450,000 | $286,564,420 |
| 02/15 | | | | | | | $4,774,200 | $742,500 | $4,031,700 | $261,259,132 | $ 255,000 | $286,819,420 |
| 03/15 | | | | | | | $4,774,200 | $742,500 | $4,031,700 | $265,290,832 | $ 29,600,000 | $316,419,420 |
| 04/15 | | | | | | | $3,638,100 | $653,750 | $2,984,350 | $268,275,182 | $ 1,610,000 | $318,029,420 |
| 01/16 | | | | | | | $3,638,100 | $653,750 | $2,984,350 | $271,259,532 | $ 10,100,000 | $328,129,420 |
| 02/16 | | | | | | | $3,638,100 | $653,750 | $2,984,350 | $274,243,882 | $ 800,000 | $328,929,420 |
| 03/16 | | | | | | | $3,638,100 | $653,750 | $2,984,350 | $277,228,232 | $ 0 | $328,929,420 |
| 04/16 | $2,849,000 | | | | | | $3,614,100 | $295,908 | $3,318,193 | $280,546,425 | $ 900,000 | $329,829,420 |
| 01/17 | $2,849,000 | | | | | | $3,614,100 | $295,908 | $3,318,193 | $283,864,617 | $ 5,146,000 | $334,975,420 |
| 02/17 | $2,849,000 | | | | | | $3,614,100 | $295,908 | $3,318,193 | $287,182,810 | $ 8,420,000 | $343,395,420 |
| 03/17 | $2,849,000 | | | | | | $3,614,100 | $295,908 | $3,318,193 | $290,501,002 | $ 13,975,000 | $357,370,420 |
| 04/17 | | $5,649,500 | | | | | $3,418,800 | $331,250 | $3,087,550 | $293,588,552 | $ 3,760,000 | $361,130,420 |
| 01/18 | | $5,649,500 | | | | | $3,418,800 | $331,250 | $3,087,550 | $296,676,102 | $ 2,850,000 | $363,980,420 |
| 02/18 | | | | | | | $3,418,800 | $331,250 | $3,087,550 | $299,763,652 | $ 6,490,000 | $370,470,420 |
| 03/18 | | | | | | | $3,418,800 | $331,250 | $3,087,550 | $302,851,202 | $ 16,763,000 | $387,233,420 |
| 04/18 | | | $16,625,000 | | | | $6,779,400 | $1,160,000 | $5,619,400 | $308,470,602 | $ 4,683,000 | $391,916,420 |
| 01/19 | | | | | | | $6,779,400 | $1,160,000 | $5,619,400 | $314,090,002 | $ 4,800,000 | $396,716,420 |
| 02/19 | | | | | | | $0 | $0 | $0 | $314,090,002 | $ 6,833,900 | $403,550,320 |
| 03/19 | | | | | | | $0 | $0 | $0 | $314,090,002 | $ 15,425,000 | $418,975,320 |
| 04/19 | | | | $16,470,000 | | | $19,950,000 | $2,680,000 | $17,270,000 | $331,360,002 | $ 9,320,204 | $428,295,524 |
| 1/20 | | | | | | | $0 | $0 | $0 | $331,360,002 | $ 1,890,000 | $430,185,524 |
| 2/20 | | | | | | | $0 | $0 | $0 | $331,360,002 | $ 12,150,000 | $442,335,524 |
| 3/20 | | | | | | | $0 | $0 | $0 | $331,360,002 | $ 17,645,000 | $459,980,524 |
| 4/20 | | | | | $16,480,000 | | $19,764,000 | $2,479,400 | $17,284,600 | $348,644,602 | $ 6,082,340 | $466,062,864 |
| 1/21 | | | | | | | $0 | | $0 | $348,644,602 | $ 5,000,000 | $471,062,864 |
| 2/21 | | | | | | | $0 | | $0 | $348,644,602 | $ 5,455,000 | $476,517,864 |
| 3/21 | | | | | | | $0 | | $0 | $348,644,602 | $ 2,855,000 | $479,372,864 |
| 4/21 | | | | | | $16,465,000 | $19,776,000 | $2,600,000 | $17,176,000 | $365,820,602 | $ 19,412,000 | $498,784,864 |
| 01/22 | | | | | | | $0 | | | $365,820,602 | | |
| 2/22 | | | | | | | $0 | | | $365,820,602 | | |
| 3/22 | | | | | | | $0 | | | $365,820,602 | | |
| 4/22 | | | | | | | $19,758,000 | $2,600,000 | $17,158,000 | $382,978,602 | | |
| TOTAL | $11,396,000 | $11,299,000 | $16,625,000 | $16,470,000 | $16,480,000 | $16,465,000 | $430,101,240 | $47,122,638 | $365,820,602 | | $498,784,864 | |

| | | |
|---|---|---|
| | $358,417,700 | total $ grants |

| | Over commitment | $132,964,262 |
|---|---|---|

## Exhibit VII-FY22 FUNDABLE LIST

| System Name | PWSID | Est. Loan Amount | Points | Rank | Population | Project Description | Est. Date to Close Loan |
|---|---|---|---|---|---|---|---|
| Red Hill Waterworks, Inc. | 1043018 | 930,000 | 62 | 1 | 1,872 | Proposed project involves the construction of two spray nozzle aeration systems, a new 54,000 gallon GST, two liquid ammonium sulfate (LAS) systems for chloramination, and approximately 7,350 linear feet of 6" water mains. **AO: C-17-043-008-ETT** | Not ready to proceed |
| City of Slidell | 1103041 | 2,470,000 | 47 | 2 | 28,013 | The proposed project will connect both of the City of Slidell's currently separated water systems with a 16-inch diameter transmission main that will allow water to be provided from one system to another in both directions. | Closed in FY22 |
| Lake St. John WWD | 1029006 | 238,000 | 39 | 3 | 1,920 | Lake St. John Waterworks District I proposes the construction of a new water treatment plant (GAC), booster station, ground storage tank, site piping and related work. This station shall function as the primary production and treatment facility for the District. The new station shall be integrated with the existing distribution system and elevated storage tank. The existing booster station shall be abandoned and repurposed as the District's | Not ready to proceed |
| City of Winnfield | 1127012 | 1,230,000 | 36 | 4 | 5,000 | Consolidation of HWY 84 West into the City of Winnfield's water system.  Construction will consist of: installation of various distribution piping, valving, and metering improvements to connect the existing distribution systems. Also included in the project is the construction of an in-line booster station, chloramination system, site piping and sity work. HWY 84: **AO: C-14127-033-S1-DDBP-M-I** for TTHMS, Cross Connection, Pressure Tank Discharge piping corroded, lockable ladder guard not provided. | Not ready to proceed |
| Tannehill Water System, Inc. (Loan 2) | 1073060 | 1,355,000 | 36 | 5 | 4,800 | The proposed project is to construct two new GAC treatment plants one at the Tannehill site and the other at the Hanna's Mill site and associated items.  The project also provides for a new booster station enclosures and electrical at both stations.  A new ground storage tank is also proposed at the Tannehill Station. | Not ready to proceed |
| Henderson/Nina Water System | 1099006 | 4,000,000 | 33 | 6 | 4,365 | **Consolidation Project.** The proposed project involves installing water lines from the Henderson-Nina Water System to Butte LaRose consolidating community and non community water systems along the route.  To accomplish this task it is proposed to install approximately 18,000 L.F. of 12" PVC, 10,500 L.F. of 10" PVC, 17,000 L.F. of 8" PVC, 19,000 L.F of 6" PVC, 12,000 L.F. of 4" PVC, and 30,500 L.F. of 3" PVC.  Also included is GST, booster pumps and chlorination station at the Butte La Rose site. | Closed in FY22 |
| City of Natchitoches (Loan 4) | 1069007 | 2,110,000 | 28 | 7 | 17,831 | Phase I of the project shall provide the complete replacement of several sections of the water distribution system within the City of Natchitoches that have recorded many leaks and complaints of pressure loss. The project shall include mains, meters, valves, hydrants, erosion control and related work. | Not ready to proceed |
| South Toledo Bend WWD | 1085055 | 2,100,000 | 28 | 8 | 4,000 | The proposed project will consist of abandoning the existing surface water supply and treatment system and replacing with a new groundwater supply and treatment system. The new groundwater supply and treatment system will consist of construction of a new water well, chlorine treatment for disinfection, and additional treatment, such as GAC filters, to prevent the exceedance of TTHM and HAA5 contaminants. The ground storage tanks at the existing Beaver Hill and Park Site 15 booster stations will also be replaced. **AO: C-19-085-031-ETT**: Violations to MCL exceedances on TTHMs and HAA5's. | Closed in FY22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L & R Utilities(Lincoln Subdivsion) | 1073090 | 290,000 | **25** | 9 | 965 | All four systems consolidating together will then purchase water from Better Waterworks PWS ID NO. LA1073003 (Pop Served 2160 Service Connections 720)**Four WS to consolidate to Lincoln PWS ID NO. 1073090;**Lincoln PWS ID NO: LA1073090 (Private for Profit, Community GW System);Population Served 490 via 163 Service Connections (SDWIS States 150 via 50 SCs);Hidden WS PWS ID No. LA1073061 (Private Not for Profit, Community GW System) Population Served 390 via 130 SCs;Wildwood WS PWS ID No. LA1073110 (Private Not for Profit, Community GW System) Population Served 72 via 24 SCs;Pecan WS PWS ID No. LA1073063 (Private Not for Profit, Community GW System) Population Served 50 via 17 SCs;Ouachita, OPH Region 8, District 4 | Not ready to proceed |
| Walnut Bayou Water Association, Inc Loan 2 | 1065004 | 1,000,000 | **25** | 10 | 3,100 | Proposed project involves the construction of new water main from the WS existing elevated tank to the WS Office Booster Station here.  USDA will pay the remaining amount from existing USDA loan.  This contract is a part of the original interim finance project in Loan 1. | Not ready to proceed |
| Village of Simsboro | 1061018 | 1,500,000 | **24** | 11 | 1,083 | The proposed project shall provide for a partial replacement of the Village's water mains, valves, meter assemblies and associated items. The majority of the existing distribution system is in excess of 50 years old. The DI mains have significant tuberculation causing water quality and fire/peak demand issues.  Also most of he WS's isolation valves are lost or not operational. | Not ready to proceed |
| Culbertson Water System, Inc. | 1061024 | 1,290,000 | **23** | 12 | 2,526 | Construct a new Carbon Absorption filter plant and source pipeline and associated improvements. | Not ready to proceed |
| Henderson/Nina Water System | 1099006 | 4,512,000 | **22** | 13 | 4,365 | Constucting a new water well, water treatment plant improvements, including a new pressure filter system, ion exchange water softener, and new water lines to serve existing and future customers in Butte LaRose area. | Closed in FY22 |
| Town of Sunset (Loan 2) | 1097015 | 2,350,000 | **20** | 14 | 3,080 | The proposed project consists of one water treatment facility, with appurtenances, and interconnected water lines to treat water from existing water wells. | Not ready to proceed |
| Bayou Liberty Water Association | 1103005 | 1,500,000 | **17** | 15 | 10,500 | The proposed project will construct a new water well to replace Water Well No. 3 located at Camp Villere Road in Slidell.  The existing well as construction in 1980's and is currently production sand. | Not ready to proceed |
| Savoy Swords Water System, Inc. (Loan 3) | 1097024 | 468,000 | **16** | 16 | 8,306 | Proposed project involves the construction of a new second water well at the Richard Well Field, two standby generators at booster station sites, and upgrade computer and PLC controllers for SCADA systems. | Not ready to proceed |
| Youngsville Water System | 1055035 | 8,026,000 | **13** | 17 | 1,622 | The proposed project consist of the construction of a new 0.7 MGD water treatment plant, drilling a new water well and contruction of a new elevated tank. | Closed in FY22 |
| City of Gonzales | 1005030 | 2,400,000 | **7** | 18 | 11,094 | The proposed project consists of relocating existing 16" water main to newly acquired right-of-way approximately 15 to 20 feet from current location to accommodate new roadway widening project on Roddy Road. | Closed in FY22 |
| Total | | $ 37,769,000 | | | | | |

EXHIBIT VIII

### State Match Required by Quarter/State Fiscal Year

| QTR MO/YR | 2016 (18) | 2017 (19) | 2018 (20) | 2019 (21) | 2020 (22) | 2021 (23) | 2022 (24) | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/15 | | | | | | | | | 602,350 | | | | | | |
| 10/15 | | | | | | | | | 602,350 | | | | | | |
| 01/16 | | | | | | | | | 602,350 | | | | | | |
| 04/16 | | | | | | | | | 602,350 | | | | | | |
| 07/16 | 2,849,000 | | | | | | | | | 569,800 | | | | | |
| 10/16 | 2,849,000 | | | | | | | | | 569,800 | | | | | |
| 01/17 | 2,849,000 | | | | | | | | | 569,800 | | | | | |
| 04/17 | 2,849,000 | | | | | | | | | 569,800 | | | | | |
| 07/17 | | 5,649,500 | | | | | | | | | 1,129,900 | | | | |
| 10/17 | | 5,649,500 | | | | | | | | | 1,129,900 | | | | |
| 01/18 | | | | | | | | | | | | | | | |
| 04/18 | | | | | | | | | | | | | | | |
| 07/18 | | | 16,625,000 | | | | | | | | | 3,325,000 | | | |
| 10/18 | | | | | | | | | | | | | | | |
| 1/19 | | | | | | | | | | | | | | | |
| 4/19 | | | | | | | | | | | | | | | |
| 7/19 | | | | 16,470,000 | | | | | | | | | 3,294,000 | | |
| 10/19 | | | | | | | | | | | | | | | |
| 1/20 | | | | | | | | | | | | | | | |
| 4/21 | | | | | | | | | | | | | | | |
| 7/21 | | | | | 16,480,000 | | | | | | | | | 3,296,000 | |
| 10/21 | | | | | | | | | | | | | | | |
| 1/22 | | | | | | | | | | | | | | | |
| 4/22 | | | | | | | | | | | | | | | |
| 7/22 | | | | | | | 16,465,000 | | | | | | | | 3,293,000 |
| TOTAL | 12,047,000 | 11,396,000 | 11,299,000 | 16,625,000 | 16,470,000 | 16,480,000 | 16,465,000 | Match required by SFY | 2,409,400 | 2,279,200 | 2,259,800 | 3,325,000 | 3,294,000 | 3,296,000 | 3,293,000 |
| | | | | | | | | Cumulative match required | 48,411,340 | 50,690,540 | 52,950,340 | 56,275,340 | 59,569,340 | 62,865,340 | 66,158,340 |
| | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | Cumulative match provided | 48,371,472 | 51,322,669 | 53,756,468 | 56,942,649 | 60,023,369 | 63,134,541 | 69,393,185 |
| | | | | | | | | Cumulative match shortage or overage | (39,868) | 632,130 | 806,128 | 667,309 | 454,029 | 269,201 | 3,234,845 |

# EXHIBIT IX

2022 Unaudited Financial Statements and Accompanying notes

STATEMENT A1

## STATE OF LOUISIANA
## DEPARTMENT OF HEALTH
## OFFICE OF PUBLIC HEALTH
## DRINKING WATER REVOLVING LOAN FUND
## PROPRIETARY FUND - ENTERPRISE FUND

## STATEMENT OF NET ASSETS
## FOR THE YEAR ENDED JUNE 30, 2022

**ASSETS**

Current Assets:

| | |
|---|---|
| Cash in State Treasury (Note 2) | 200,297,312.45 |
| Receivables - Due From Others (Note 3) | 10,084,497.48 |
| Total Current Assets | 210,381,809.93 |

Non-Current Assets:

| | |
|---|---|
| Loans Receivable (Note 4) | 128,354,229.60 |
| **TOTAL ASSETS** | **338,736,039.53** |

**LIABILITIES**

Current Liabilities:

| | |
|---|---|
| Accounts Payable and Accruals (Note 6) | 796,731.80 |

Non-Current Liabilities:

| | |
|---|---|
| Bonds Payable | 0.00 |
| **TOTAL LIABILITIES** | **796,731.80** |

| | |
|---|---|
| **NET ASSETS - UNRESTRICTED** | **337,939,307.73** |

STATEMENT A2

# STATE OF LOUISIANA
## DEPARTMENT OF HEALTH
## OFFICE OF PUBLIC HEALTH
## DRINKING WATER REVOLVING LOAN FUND
## PROPRIETARY FUND - ENTERPRISE FUND

### STATEMENT OF NET ASSETS BY ACCOUNT
### FOR THE YEAR ENDED JUNE 30, 2022

| ASSETS | LOAN ACCOUNT | ADMIN AND STATE MATCH ACCOUNT | TOTAL |
|---|---|---|---|
| Current Assets: | | | |
| Cash in State Treasury | 188,540,259.48 | 11,757,052.97 | 200,297,312.45 |
| Receivables - Due From Others | 9,932,197.00 | 152,300.48 | 10,084,497.48 |
| Total Current Assets | 198,472,456.48 | 11,909,353.45 | 210,381,809.93 |
| | | | |
| Non-Current Assets: | | | |
| Loans Receivable | 128,354,229.60 | 0.00 | 128,354,229.60 |
| | | | |
| **TOTAL ASSETS** | **326,826,686.08** | **11,909,353.45** | **338,736,039.53** |
| | | | |
| **LIABILITIES** | | | |
| Current Liabilities: | | | |
| Accounts Payable and Accruals | 796,731.80 | 0.00 | 796,731.80 |
| | | | |
| Non-Current Liabilities: | | | |
| Bonds Payable | 0.00 | 0.00 | 0.00 |
| | | | |
| **TOTAL LIABILITIES** | **796,731.80** | **0.00** | **796,731.80** |
| | | | |
| **NET ASSETS - UNRESTRICTED** | **326,029,954.28** | **11,909,353.45** | **337,939,307.73** |

STATEMENT A2

**STATE OF LOUISIANA**
**DEPARTMENT OF HEALTH**
**OFFICE OF PUBLIC HEALTH**
**DRINKING WATER REVOLVING LOAN FUND**
**PROPRIETARY FUND - ENTERPRISE FUND**

**STATEMENT OF NET ASSETS BY ACCOUNT**
**FOR THE YEAR ENDED JUNE 30, 2022**

| | LOAN ACCOUNT | ADMIN AND STATE MATCH ACCOUNT | TOTAL |
|---|---|---|---|
| **ASSETS** | | | |
| Current Assets: | | | |
| Cash in State Treasury | 188,540,259.48 | 11,757,052.97 | 200,297,312.45 |
| Receivables - Due From Others | 9,932,197.00 | 152,300.48 | 10,084,497.48 |
| Total Current Assets | 198,472,456.48 | 11,909,353.45 | 210,381,809.93 |
| | | | |
| Non-Current Assets: | | | |
| Loans Receivable | 128,354,229.60 | 0.00 | 128,354,229.60 |
| **TOTAL ASSETS** | **326,826,686.08** | **11,909,353.45** | **338,736,039.53** |
| | | | |
| **LIABILITIES** | | | |
| Current Liabilities: | | | |
| Accounts Payable and Accruals | 796,731.80 | 0.00 | 796,731.80 |
| | | | |
| Non-Current Liabilities: | | | |
| Bonds Payable | 0.00 | 0.00 | 0.00 |
| | | | |
| **TOTAL LIABILITIES** | **796,731.80** | **0.00** | **796,731.80** |
| | | | |
| **NET ASSETS - UNRESTRICTED** | **326,029,954.28** | **11,909,353.45** | **337,939,307.73** |

STATEMENT B1

**STATE OF LOUISIANA**
**DEPARTMENT OF HEALTH**
**OFFICE OF PUBLIC HEALTH**
**DRINKING WATER REVOLVING LOAN FUND**
**PROPRIETARY FUND - ENTERPRISE FUND**

**STATEMENT OF REVENUES, EXPENSES**
**AND CHANGES IN FUND NET ASSETS**
**FOR THE YEAR ENDED JUNE 30, 2022**

**OPERATING REVENUES**

| | |
|---|---:|
| Federal Funds - Set Aside Programs | 1,593,879.83 |
| Interest Earned on Loans Receivable | 3,527,452.78 |
| Interest Earned on Cash in State Treasury | 304,568.00 |
| Administrative Fees | 710,422.26 |
| **TOTAL OPERATING REVENUES** | **6,136,322.87** |

**OPERATING EXPENSES**

| | |
|---|---:|
| Set Aside Expenses (Note 5) | 1,593,879.83 |
| Bond Issuance Costs (Note 7) | 241,355.61 |
| Bond Interest Expense | 455.34 |
| Bond Commitment and Authorization Fees | 0.00 |
| Principal Forgiveness | 5,647,229.17 |
| **TOTAL OPERATING EXPENSES** | **7,482,919.95** |
| **OPERATING INCOME (LOSS)** | **(1,346,597.08)** |
| Capital Contributions and Transfers | 13,281,988.78 |
| **CHANGE IN NET ASSETS** | **11,935,391.70** |
| Net Assets - Beginning of Year | 326,003,916.03 |
| **NET ASSETS - END OF YEAR** | **337,939,307.73** |

STATEMENT B2

# STATE OF LOUISIANA
## DEPARTMENT OF HEALTH
## OFFICE OF PUBLIC HEALTH
## DRINKING WATER REVOLVING LOAN FUND
## PROPRIETARY FUND - ENTERPRISE FUND

## STATEMENT OF REVENUES, EXPENSES
## AND CHANGES IN FUND NET ASSETS, BY ACCOUNT
## FOR THE YEAR ENDED JUNE 30, 2022

| | LOAN ACCOUNT | ADMIN AND STATE MATCH ACCOUNT | TOTAL |
|---|---|---|---|
| **OPERATING REVENUES** | | | |
| Federal Funds - Set Aside Programs | 1,593,879.83 | 0.00 | 1,593,879.83 |
| Interest Earned on Loans Receivable | 3,527,452.78 | 0.00 | 3,527,452.78 |
| Interest Earned on Cash in State Treasury | 286,623.36 | 17,944.64 | 304,568.00 |
| Administrative Fees | 0.00 | 710,422.26 | 710,422.26 |
| **TOTAL OPERATING REVENUES** | **5,407,955.97** | **728,366.90** | **6,136,322.87** |
| | | | |
| **OPERATING EXPENSES** | | | |
| Set Aside Expenses | 1,593,879.83 | 0.00 | 1,593,879.83 |
| Bond Issuance Costs | 241,355.61 | 0.00 | 241,355.61 |
| Bond Interest Expense | 455.34 | 0.00 | 455.34 |
| Bond Commitment and Authorization Fees | 0.00 | 0.00 | 0.00 |
| Principal Forgiveness | 5,647,229.17 | 0.00 | 5,647,229.17 |
| **TOTAL OPERATING EXPENSES** | **7,482,919.95** | **0.00** | **7,482,919.95** |
| **OPERATING INCOME (LOSS)** | **(2,074,963.98)** | **728,366.90** | **(1,346,597.08)** |
| Capital Contributions and Transfers | 13,281,988.78 | 0.00 | 13,281,988.78 |
| **CHANGE IN NET ASSETS** | **11,207,024.80** | **728,366.90** | **11,935,391.70** |
| Net Assets - Beginning of Year | 314,822,929.48 | 11,180,986.55 | 326,003,916.03 |
| **NET ASSETS - END OF YEAR** | **326,029,954.28** | **11,909,353.45** | **337,939,307.73** |

STATEMENT C1

**STATE OF LOUISIANA**
**DEPARTMENT OF HEALTH**
**OFFICE OF PUBLIC HEALTH**
**DRINKING WATER REVOLVING LOAN FUND**
**PROPRIETARY FUND - ENTERPRISE FUND**

**STATEMENT OF CASH FLOWS**
**FOR THE YEAR ENDED JUNE 30, 2022**

**Cash Flows From Operating Activities:**

| | |
|---|---:|
| Cash received from interest on loans | 3,746,495.11 |
| Cash received from interest on cash in treasury | 173,195.00 |
| Cash received from administrative fees | 746,059.87 |
| Cash received from repayment of loan principal | 41,418,063.03 |
| Cash received from allocations for set-asides | 1,078,035.35 |
| Cash payments for set-aside programs | (1,078,035.35) |
| Cash payments to borrowers | (26,972,084.15) |
| **Net Cash Provided by Operating Activities** | **19,111,728.86** |

**Cash Flows From Non-Capital Financing Activities:**

| | |
|---|---:|
| Contributed capital - EPA | 13,281,988.78 |
| Proceeds from issuance of bonds | 6,500,000.00 |
| Principal paid on bonds | (6,500,000.00) |
| Bond interest expense | (455.34) |
| Bond commitment, authorization fees and bond issue costs | (241,355.61) |
| **Net Cash Provided by Non-Capital Financing Activities** | **13,040,177.83** |

| | |
|---|---:|
| **Net Increase in Cash** | **32,151,906.69** |
| Cash at Beginning of Year | 168,145,405.76 |
| Cash at End of Year | **200,297,312.45** |

**Reconcile Operating Income to Net Cash Used by Operating Activities:**

| | |
|---|---:|
| Operating Income | (1,346,597.08) |
| *Adjustments to Reconcile Income to Cash:* | |
| Bond issue costs | 241,355.61 |
| Bond interest expense | 455.34 |
| Bond commitment and authorization fees | 0.00 |
| *Changes in assets and liabilities:* | |
| (Increase) decrease in accounts receivable | (261,164.54) |
| (Increase) decrease in due from others | (131,373.00) |
| (Increase) decrease in loans receivable | 20,093,208.05 |
| Increase (decrease) in bonds payable | 0.00 |
| Increase (decrease) in accounts payable & accrued expenses | 515,844.48 |
| **Net Cash Provided by Operating Activities** | **19,111,728.86** |

**Non Cash Investing, Capital and Financing Activities:**

| | |
|---|---:|
| Principal Forgiveness on Loans | **5,647,229.17** |

STATE OF LOUISIANA

**STATE OF LOUISIANA**
**DEPARTMENT OF HEALTH**
**OFFICE OF PUBLIC HEALTH**
**DRINKING WATER REVOLVING LOAN FUND**
**PROPRIETARY FUND - ENTERPRISE FUND**

**STATEMENT OF CASH FLOWS BY ACCOUNT**
**FOR THE YEAR ENDED JUNE 30, 2022**

| | LOAN ACCOUNT | ADMIN AND STATE MATCH ACCOUNT | TOTAL |
|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | |
| Cash received from interest on loans | 3,746,495.11 | 0.00 | 3,746,495.11 |
| Cash received from interest on cash in treasury | 162,944.06 | 10,250.94 | 173,195.00 |
| Cash received from administrative fees | 0.00 | 746,059.87 | 746,059.87 |
| Cash received from repayment of loan principal | 41,418,063.03 | 0.00 | 41,418,063.03 |
| Cash received from allocations for set-asides | 1,078,035.35 | 0.00 | 1,078,035.35 |
| Cash payments for set-aside programs | (1,078,035.35) | 0.00 | (1,078,035.35) |
| Cash payments to borrowers | (26,972,084.15) | 0.00 | (26,972,084.15) |
| **Net Cash Provided by Operating Activities** | **18,355,418.05** | **756,310.81** | **19,111,728.86** |
| | | | |
| **Cash Flows From Non-Capital Financing Activities:** | | | |
| Contributed capital - EPA | 13,281,988.78 | 0.00 | 13,281,988.78 |
| Proceeds from issuance of bonds | 6,500,000.00 | 0.00 | 6,500,000.00 |
| Principal paid on bonds | (6,500,000.00) | 0.00 | (6,500,000.00) |
| Bond interest expense | (455.34) | 0.00 | (455.34) |
| Bond commitment, authorization fees and bond issue costs | (241,355.61) | 0.00 | (241,355.61) |
| **Net Cash Provided by Non-Capital Financing Activities** | **13,040,177.83** | **0.00** | **13,040,177.83** |
| | | | |
| Net Increase in Cash | **31,395,595.88** | **756,310.81** | **32,151,906.69** |
| Cash at Beginning of Year | 157,144,663.60 | 11,000,742.16 | 168,145,405.76 |
| Cash at End of Year | **188,540,259.48** | **11,757,052.97** | **200,297,312.45** |
| | | | |
| **Reconcile Operating Income to Net Cash Used by Operating Activities:** | | | |
| Operating Income | (2,074,963.98) | 728,366.90 | (1,346,597.08) |
| *Adjustments to Reconcile Income to Cash:* | | | |
| Bond issue costs | 241,355.61 | 0.00 | 241,355.61 |
| Bond interest expense | 455.34 | 0.00 | 455.34 |
| Bond commitment and authorization fees | 0.00 | 0.00 | 0.00 |
| *Changes in assets and liabilities:* | | | |
| (Increase) decrease in accounts receivable | (296,802.15) | 35,637.61 | (261,164.54) |
| (Increase) decrease in due from others | (123,679.30) | (7,693.70) | (131,373.00) |
| (Increase) decrease in loans receivable | 20,093,208.05 | 0.00 | 20,093,208.05 |
| Increase (decrease) in bonds payable | 0.00 | 0.00 | 0.00 |
| Increase (decrease) in accounts payable & accrued expenses | 515,844.48 | 0.00 | 515,844.48 |
| | | | |
| **Net Cash Provided by Operating Activities** | **18,355,418.05** | **756,310.81** | **19,111,728.86** |
| | | | |
| **Non Cash Investing, Capital and Financing Activities:** | | | |
| Principal Forgiveness on Loans | **5,647,229.17** | **0.00** | **5,647,229.17** |

# Notes to the Financial Statements

## INTRODUCTION

The Louisiana Department of Health, Office of Public Health (LDH-OPH) is a department of the State of Louisiana.  LDH-OPH was created in accordance with Louisiana Revised Statutes (R.S.) 36:251(c) and 258(b) as a part of the executive branch of government.  LDH-OPH is charged with protection of the public health of residents of the State of Louisiana.

The Drinking Water Revolving Loan Fund (DWRLF) program was established pursuant to the federal Safe Drinking Water Act Amendments of 1996 (SDWA).  The DWRLF program provides financial assistance to both publicly and privately owned community water systems and nonprofit non-community water systems for projects eligible under the SDWA.  The DWRLF program presently operates under R.S. 40:2821-2826.  These statutes establish a DWRLF program capitalized by federal grants (Capitalization Grants for Drinking Water State Revolving Fund, CFDA 66.468), by state funds when required or available, and by any other funds generated by the operation of the program.  The DWRLF program provides assistance through loans for infrastructure projects and other assistance in the form of set-aside activities for program administration, technical assistance, state program management, local assistance, and other state programs. All efforts are directed toward improving drinking water quality by assisting systems in providing drinking water that meets established standards and that achieves the goals of the SDWA.

The LDH-OPH is responsible for the operations and administration of the DWRLF program.  LDH-OPH is authorized to apply for and accept capitalization grants from the United States Environmental Protection Agency, to establish assistance priorities, to perform oversight and other related activities, and to provide financial administration of the set-aside and loan accounts for the DWRLF program.

The DWRLF does not have any full-time employees.  However, time spent on the DWRLF program by employees of LDH-OPH is captured and the DWRLF subsequently reimburses LDH-OPH for salaries and benefits as well as other operating expenses of the fund.

## 1.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### A.  BASIS OF PRESENTATION

The accompanying financial statements have been prepared on the full accrual basis in accordance with accounting principles generally accepted in the United States of America as applied to governmental units.  The Governmental Accounting Standards Board (GASB) is the accepted standard setting body for establishing governmental accounting principles and reporting standards.  These principles are found in the *Codification of Governmental Accounting and Financial Reporting Standards*, published by the GASB.

### B.  REPORTING ENTITY

GASB Codification Section 2100 establishes criteria for determining the governmental reporting entity and has defined the governmental reporting entity to be the State of Louisiana.  The accompanying financial statements represent activity of a fund of the State of Louisiana that is administered by LDH-OPH, a department within state government.  The DWRLF is part of the primary government of the State of Louisiana.

Annually, the State of Louisiana issues a comprehensive annual financial report, which includes the activity contained in the accompanying financial statements.  Those basic financial statements are audited by the Louisiana Legislative Auditor.

### C.  FUND ACCOUNTING

For the purposes of this report, the DWRLF uses a single proprietary (enterprise) fund.  Proprietary funds are used to account for operations that are (a) financed and operated in a manner similar to private business enterprises where the intent of the governing body is that costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges; or (b) where the governing body has decided that periodic determination of revenues earned, expenses incurred, and/or net income is appropriate for capital maintenance, public policy, management control, accountability, or other purposes.

### D.  BASIS OF ACCOUNTING

Basis of accounting refers to when revenues and expenses are recognized in the accounts and reported in the financial statements.  Basis of accounting relates to the timing of the measurements made, regardless of the measurement focus applied.  The transactions of

the DWRLF are accounted for on a flow of economic resources measurement focus.  With this measurement focus, all assets and liabilities associated with the operations are included on the Statement of Net Position.

The DWRLF uses the accrual basis of accounting.  Revenues are recognized in the accounting period when they are earned and expenses are recognized when the related liability is incurred.

Proprietary funds distinguish operating revenues and expenses from non-operating items.  Operating revenues and expenses generally result from providing services and/or producing and delivering goods in connection with a proprietary fund's principal ongoing operations. The principal operating revenues of the DWRLF are federal funds and interest earnings.  Operating expenses include the set-aside expenses.

### E.      BUDGETS AND BUDGETARY ACCOUNTING

The DWRLF is budgeted annually by the Louisiana Legislature.  The set-aside activities are budgeted as part of the operations of DHH-OPH in the General Appropriations Act. The Ancillary Appropriations Act (Act 11 of the 2020 First Extraordinary Session as amended) authorized expenditures of $47,988,458 for the loan program. The fund is allowed to retain resources to fund future loans and eligible program activities.  Because the fund is an enterprise fund, a budgetary comparison is neither required nor presented in the financial statements.

### F.      LOANS RECEIVABLE

The DWRLF is operated as a direct loan program.  The program provides loans and other financial assistance to public water systems for the purpose of planning, constructing, and rehabilitating public water systems.

The program lends federal and state monies directly to public water systems.  For every $5 provided by the federal government, the state is required to provide a matching share of $1.  The effective match share reflects a federal rate of 83.33% and a state rate of 16.67%.  Recycling of principal and interest repayments from borrowing water systems allows the program to operate in perpetuity thereby benefiting other water systems wishing to borrow in the future.  Borrowers pay principal and interest directly to the loan program, and all monies are deposited directly to the program.  Principal repayments can only be used to make additional loans to water systems.  Interest earnings on investments and loans can also be used to make additional loans.  In addition, with Environmental Protection Agency (EPA) approval, interest earnings on investments and loans are used to pay off revenue bonds sold to capitalize the program by providing state matching funds.

The loans made by the DWRLF must be made at or below market interest rate with a repayment period not exceeding 20, 25, or 30 years plus an interim construction-financing period.  The current loan rate is 1.95% for new water construction/water system rehabilitation projects.  In addition, water systems are charged an administrative fee of 0.5% on outstanding loan balances payable semiannually.  Interest and administrative fees are calculated from the date that funds are advanced and after the final disbursement has been made, the payment schedule identified in the loan agreement is adjusted for the actual amounts disbursed.

As evidence of its obligations to pay principal and interest on the loans, each borrower must establish a dedicated source of revenue (or in the case of a privately owned system, demonstrate that there is adequate security) for repayment of the loan [42 USC 300j-12(f)(1)(C)].  For substantially all of these loans, the loan recipient issues bonds that are purchased by LDH, as administrator of the DWRLF, to secure the repayment of the principal loaned.  Principal and interest on the bonds are paid to the DWRLF and upon repayment of the loan, the bonds are returned to the loan recipient.  For governmental borrowers, minimum required coverage ratios are established depending on the nature of the bonded indebtedness issued by the loan recipient as follows:

> For limited tax bonds, the principal and interest due in any year on the amount borrowed shall not exceed 75% of the revenues estimated to be received from the levy of the pledged millage in the year in which the indebtedness is issued (R.S. 39:742.2; R.S. 39:522(B)).

For sales tax bonds, the total amount of principal and interest falling due in any year, together with principal and interest falling due in such year on any previously issued sales tax bonds, shall never exceed 75% of the amount of sales tax revenues estimated by the governing authority of the issue to be received by it in the calendar year in which the bonds are issued (R.S. 39:698.4; R.S. 39:523(C)).

For revenue bonds, the requirements for coverage are established contractually in the loan documents (R.S. 39:1019; R.S. 39:524(G)). Expected coverage ratios might range from 110% to 130% or more. The DWRLF goal for collections of the dedicated revenues for repayment of the loan secured by revenue bonds is 125%; however, many factors can create deviation from this goal. It is customary to use the same minimum required coverage ratio as was previously established for outstanding debt of the loan recipient.

For general obligation bonds, the requirements for coverage are statutorily set. The governing authority of the issuer is required to impose and collect annually, in excess of all other taxes, a tax on all property subject to taxation by the issuer sufficient in amount to pay the interest and the principal falling due each year, or such amount as may be required for any sinking fund necessary to retire said bonds at maturity (R.S. 39:569; R.S. 39:521(D)). Typically, the bond millage is adjusted each year so as to generate enough revenues to pay debt service in the ensuing calendar year. No coverage requirements or debt service reserves exist, because the tax can be adjusted each year *without any limitation whatsoever* to collect the appropriate amount each year.

In the case of sales tax bonds and revenue bonds, each loan recipient is also required to set up a debt service reserve fund equal to approximately one-half of one year's annual debt service requirements for the purpose of paying principal and interest should the dedicated revenues be insufficient for that purpose. The requirement to maintain a debt service reserve fund is not statutorily required, but is usual and customary for these kinds of indebtedness.

Because of the reserve requirements and the absence of any delinquent loans, there is no provision for uncollectible amounts.

## G.    NET POSITION

Net position comprises the various net earnings from operations, non-operating revenues, and contributions of capital. Net position is classified in the following components as applicable:

Net investment in capital assets consists of all capital assets, net of accumulated depreciation and reduced by the outstanding balances of any bonds or other borrowings that are attributable to the acquisition, construction, or improvement of those assets.

Restricted net position consists of resources subject to external constraints placed on the resources by creditors, grantors, contributors, or law or regulations of other governments or constraints imposed by law through constitutional provisions or enabling legislation.

Unrestricted net position consists of all other net assets that are not included in the other categories previously mentioned.

## H.    CAPITAL CONTRIBUTIONS

The funds drawn for loans from the EPA capitalization grants authorized by the Safe Drinking Water Act Amendments of 1996 are recorded as capital contributions.

## I.    COMPENSATED ABSENCES, PENSION BENEFITS AND POSTRETIREMENT BENEFITS

LDH-OPH provides employees to work on the DWRLF program. Compensated absences, pension benefits, and post-retirement benefits are provided and recorded by the department and allocated to the fund based on time worked.  These allocated expenses are included in the fund financial statements; however no liability for compensated absences or postemployment benefits, or pension benefits is recorded in the fund financial statements and no disclosures for compensated absences, pension benefits, or post-retirement benefits are included in the fund financial statements, as the ultimate liability is with the department, rather than the fund.

## J.    ESTIMATES

The preparation of financial statements requires management to make estimates and assumptions that affect certain reported amounts and disclosures.  Accordingly, actual results could differ from those estimates.

## 2.    CASH IN STATE TREASURY

As reflected on Statement A, the DWRLF has cash totaling $200,297,312.45 at June 30, 2022.  All monies of the fund are deposited with the State Treasurer's Office.  Cash balances are held and controlled by the state treasurer and are secured from risk by the state treasurer through separate custodial agreements, and the risk disclosures required by accounting principles generally accepted in the United States are included within the State of Louisiana's financial statements.

## 3.    RECEIVABLES - DUE FROM OTHERS

As shown on Statement A, the DWRLF has a total due from others of $10,084,497.48. This total is comprised of the following:

| | |
|---|---|
| Due from the Federal Government – Set-Aside Programs | $796,732 |
| Due from Water Systems | $9,153,767 |
| Due from State Treasury | $133,999 |
| Total | $10,084,497 |

Of the $9,153,767 due from water systems, $8,314,000 are the current portion of the principal due, $695,331.67 are loan interest, and $144,435 are administrative fees on loans.

## 4.    LOANS RECEIVABLE

The DWRLF makes loans to community water systems both privately and publicly owned and nonprofit non-community water systems for projects that meet the eligibility requirements of the program.  Loans are financed by capitalization grants, state match, and revolving funds.  The effective interest rate on loans ranges from 1.95% to 3.45%  with an additional .5% administration fee and must be repaid over 20, 25, or 30 years starting two years after the closing date of the loan or one year after the project is completed, whichever occurs first. As of June 30, 2022, 155 of the loans have been closed out and written down (completed drawing funds for construction) and the remaining loan commitment balance (loans authorized less loans disbursed) totals $53,006,839.42. In addition, 84 of the loans are completely paid off.  Loans mature at various intervals through December 1, 2051. The scheduled principal payments on loans maturing in subsequent years are as follows:

Year ending June 30th:

|  |  |
|---|---|
| 2023 | $8,314,000.00 |
| 2024 | $8,733,600.00 |
| 2025 | $9,329,668.48 |
| 2026 | $9,172,000.00 |
| 2027 | $9,437,000.00 |
| 2028-2032 | $46,243,908.68 |
| 2033-2037 | $31,548,423.40 |
| 2038-2042 | $11,779,302.46 |
| 2043-2047 | $1,124,057.30 |
| 2048-2051 | $986,269.26 |
| Total loans receivable | $136,668,229.58 |
| **Long term portion** (excludes current year) | **$128,354,229.58** |

As of June 30, 2022, the DWRLF had made 199 loans to 117 water systems as follows:

| | PROJECT NAME | Authorized Loan Amount | Loans Outstanding |
|---|---|---|---|
| 1 | Ascension Consolidated Utilities District #1 1A | 300,000 | |
| 2 | Ascension Consolidated Utilities District #1 1B | 700,000 | 357,000 |
| 3 | Ascension Water Co. | 6,000,000 | |
| 4 | Ascension Water Co. #2 | 5,000,000 | |
| 5 | Atlanta Water System | 1,150,000 | 779,910 |
| 6 | Avoyelles Ward One Water System | 1,329,365 | 163,000 |
| 7 | Avoyelles WWD #1 | 2,100,000 | 1,159,168 |
| 8 | Baton Rouge Water Co., Inc. | 7,957,262 | 6,273,262 |
| 9 | Bayou Des Cannes Water System, Inc. Loan 1A | 666,700 | |
| 10 | Bayou Des Cannes Water System, Inc. Loan 1B | 1,555,820 | 767,820 |
| 11 | Beauregard Parish WWD #3 | 3,000,000 | 0 |
| 12 | Beauregard Parish WWD#2 | 2,000,000 | 1,525,728 |
| 13 | Belah Fellowship | 3,758,000 | 0 |
| 14 | Buckeye Water District #50 | 400,000 | 176,000 |
| 15 | Buckeye WD #50 Loan 2 - A | 684,000 | 165,000 |
| 16 | Buckeye WD #50 Loan 2 - B | 458,000 | 221,000 |
| 17 | Cadeville Loan 1 | 1,900,000 | 1,700,000 |
| 18 | Cadeville Loan 2 (Robinson Chapel Consolidation) | 1,460,000 | |
| 19 | Calcasieu WWD#12 of Ward 3 | 2,000,000 | 1,014,000 |
| 20 | Calcasieu WWD#8-1A | 384,000 | 89,000 |
| 21 | Calcasieu WWD#8-1B | 257,000 | 120,000 |
| 22 | Calcasieu WWD#8-1C | 209,000 | 85,000 |
| 23 | Calcasieu WWD#8-2 | 2,200,000 | 1,615,000 |
| 24 | Calcasiew WWD#5 of Wards 3 and 8 | 8,500,000 | 5,525,440 |
| 25 | City of Alexandria #1A | $1,000,000 | |
| 26 | City of Alexandria #1B | 3,390,000 | $1,575,000 |
| 27 | City of Alexandria #2 | 7,604,845 | 3,954,845 |
| 28 | City of Baker 1A | 2,000,000 | 0 |
| 29 | City of Baker 1B | 2,200,000 | 0 |
| 30 | City of Bogalusa 1A | 2,000,000 | 551,000 |
| 31 | City of Bogalusa 1B | 3,000,000 | 1,529,000 |
| 32 | City of Bossier City | 8,000,000 | 7,658,318 |
| 33 | City of Broussard | 3,750,000 | 1,033,903 |
| 34 | City of Carencro | 5,500,000 | 4,513,676 |
| 35 | City of Franklin - 1A | 811,000 | |
| 36 | City of Franklin - 1B | 1,894,000 | |
| 37 | City of Gonzales | 2,400,000 | 1,040,332 |
| 38 | City of Leesville | 4,800,000 | 2,921,077 |
| 39 | City of Mansfield 1-A | 1,000,000 | |
| 40 | City of Mansfield 1-B | 3,120,000 | 0 |
| 41 | City of Mansfield 2 | 1,550,000 | 0 |
| 42 | City of Mansfield 3 | 3,280,000 | 0 |
| 43 | City of Monroe #1 | 3,000,000 | 0 |
| 44 | City of Morgan City 1A | 1,000,000 | |

| | | | |
|---|---|--:|--:|
| 45 | City of Morgan City 1B | 1,750,000 | 935,000 |
| 46 | City of Morgan City 1W | 1,234,000 | 661,000 |
| 47 | City of Natchitoches | 3,500,000 | |
| 48 | City of Natchitoches 2A | 2,000,000 | |
| 49 | City of Natchitoches 2B | 3,000,000 | |
| 50 | City of Natchitoches 3 | 2,000,000 | |
| 51 | City of Oakdale | 1,492,412 | |
| 52 | City of Oakdale 2 | 3,800,000 | 1,822,840 |
| 53 | City of Rayne | 2,600,000 | 2,355,029 |
| 54 | City of Ruston 1A | 2,000,000 | 521,000 |
| 55 | City of Ruston 1B | 1,334,000 | 679,000 |
| 56 | City of Scott | 978,578 | 630,863 |
| 57 | City of Shreveport #1 | 7,000,000 | |
| 58 | City of Shreveport #2 | 7,000,000 | |
| 59 | City of Shreveport #3 | 5,540,000 | |
| 60 | City of Shreveport #4A | 2,000,000 | 509,000 |
| 61 | City of Shreveport #4B | 8,692,302 | 4,478,302 |
| 62 | City of Slidell | 2,600,000 | 48,057 |
| 63 | City of Springhill | 7,456,558 | |
| 64 | City of Thibodaux 1-A | 1,000,000 | |
| 65 | City of Thibodaux 1-B | 4,707,276 | 2,297,276 |
| 66 | City of Ville Platte, 1-A | 2,000,000 | 501,000 |
| 67 | City of Ville Platte, 1-B | 2,050,000 | 1,028,000 |
| 68 | City of Ville Platte, Loan #2 | 9,450,000 | 5,591,000 |
| 69 | City of Ville Platte, Loan #3 | 1,100,000 | 888,000 |
| 70 | City of Walker 1-A | 156,000 | |
| 71 | City of Walker 1-B | 364,000 | 173,000 |
| 72 | City of Westlake | 3,739,906 | |
| 73 | City of Westlake #2A | 870,000 | |
| 74 | City of Westlake #2B | 2,030,000 | 0 |
| 75 | City of Winnfield | 2,500,000 | 1,117,000 |
| 76 | City of Winnfield #2 | 800,000 | 608,000 |
| 77 | City of Youngsville | 8,500,000 | 518,589 |
| 78 | Colyell Community WS | 948,600 | 66,600 |
| 79 | Colyell Community WS Loan 2 | 899,732 | 359,000 |
| 80 | Culbertson Water System, Inc. | 598,226 | |
| 81 | DeSoto Water District #1 | 2,350,000 | 0 |
| 82 | DeSoto Water District #1, 2-A | 708,000 | |
| 83 | DeSoto Water District #1, 2-B | 1,652,000 | 0 |
| 84 | DeSoto Water District #1, 3 | 2,310,000 | 0 |
| 85 | East Allen Parish Water District, 1-A | 381,959 | |
| 86 | East Allen Parish Water District, 1-B | 891,239 | 444,239 |
| 87 | East Central Vernon Water System, Inc. | 2,315,000 | 1,293,975 |
| 88 | East Desoto | 750,000 | 543,000 |

| | | | |
|---|---|---|---|
| 89 | East Feliciana (Clinton Consolidation) | 2,500,000 | |
| 90 | Ebarb | 3,145,000 | 256,208 |
| 91 | French Settlement Water Co., Inc. | 770,067 | 0 |
| 92 | French Settlement Water Co., Inc., Loan #2 | 868,378 | 0 |
| 93 | Gardner Community Water Assoc., Inc. 1A | 400,184 | |
| 94 | Gardner Community Water Assoc., Inc. 1B | 933,762 | 497,762 |
| 95 | Henderson Nina Water System, Inc. | 4,512,000 | 408,668 |
| 96 | Henderson Nina Water System, Inc. (consolidation) | 4,000,000 | |
| 97 | Holmesville Water System, Inc. | 2,040,000 | 1,327,000 |
| 98 | Holum | 637,340 | 379,938 |
| 99 | Iberville WWD #2 1A | 1,906,142 | |
| 100 | Iberville WWD #2 1B | 1,300,000 | |
| 101 | Iberville WWD #3 | 8,000,000 | 0 |
| 102 | Indian Village | 1,600,000 | 373,484 |
| 103 | Jefferson Parish, Consolidated WWD#1 | 3,143,615 | 0 |
| 104 | Kolin-Raby Wise Water System, Inc. 1-A | 165,000 | |
| 105 | Kolin-Raby Wise Water System, Inc. 1-B | 385,000 | 178,000 |
| 106 | L&R Utilities | 1,350,000 | 1,124,000 |
| 107 | Lafayette WWD North | 2,738,587 | |
| 108 | Lake Bruin WWD #1 | 1,182,924 | 804,339 |
| 109 | LAWCO - New Iberia | 6,000,000 | |
| 110 | LAWCO - New Iberia #2 | 3,500,000 | |
| 111 | LAWCO - New Iberia #3 | 5,682,024 | |
| 112 | Mount Hermon Water District | 658,699 | 294,000 |
| 113 | Natchitoches Parish WWD #2-1 | 3,500,000 | |
| 114 | Natchitoches Parish WWD #2-2 | 649,276 | |
| 115 | New Orleans Sewerage & Water Board, 1-A | 1,800,000 | |
| 116 | New Orleans Sewerage & Water Board, 1-B | 1,546,418 | |
| 117 | North Franklin Water Works, Inc. | 3,750,000 | 1,885,000 |
| 118 | Point Wilhite | 925,000 | 382,000 |
| 119 | Point Wilhite Water System, Loan #2 | 1,610,000 | 871,000 |
| 120 | Rambin-Wallace Water System, Inc. | 234,311 | 119,500 |
| 121 | Rambin-Wallace Water System, Inc. Loan 2 | 450,000 | 419,000 |
| 122 | Rapides Parish WWD #3 | 5,000,000 | |
| 123 | Rocky Branch | 963,000 | 671,400 |
| 124 | Sabine Parish WWD #1 | 1,000,000 | 525,000 |

| | | | |
|---|---|---:|---:|
| 89 | East Feliciana (Clinton Consolidation) | 2,500,000 | |
| 90 | Ebarb | 3,145,000 | 256,208 |
| 91 | French Settlement Water Co., Inc. | 770,067 | 0 |
| 92 | French Settlement Water Co., Inc., Loan #2 | 868,378 | 0 |
| 93 | Gardner Community Water Assoc., Inc. 1A | 400,184 | |
| 94 | Gardner Community Water Assoc., Inc. 1B | 933,762 | 497,762 |
| 95 | Henderson Nina Water System, Inc. | 4,512,000 | 408,668 |
| 96 | Henderson Nina Water System, Inc. (consolidation) | 4,000,000 | |
| 97 | Holmesville Water System, Inc. | 2,040,000 | 1,327,000 |
| 98 | Holum | 637,340 | 379,938 |
| 99 | Iberville WWD #2 1A | 1,906,142 | |
| 100 | Iberville WWD #2 1B | 1,300,000 | |
| 101 | Iberville WWD #3 | 8,000,000 | 0 |
| 102 | Indian Village | 1,600,000 | 373,484 |
| 103 | Jefferson Parish, Consolidated WWD#1 | 3,143,615 | 0 |
| 104 | Kolin-Raby Wise Water System, Inc. 1-A | 165,000 | |
| 105 | Kolin-Raby Wise Water System, Inc. 1-B | 385,000 | 178,000 |
| 106 | L&R Utilities | 1,350,000 | 1,124,000 |
| 107 | Lafayette WWD North | 2,738,587 | |
| 108 | Lake Bruin WWD #1 | 1,182,924 | 804,339 |
| 109 | LAWCO - New Iberia | 6,000,000 | |
| 110 | LAWCO - New Iberia #2 | 3,500,000 | |
| 111 | LAWCO - New Iberia #3 | 5,682,024 | |
| 112 | Mount Hermon Water District | 658,699 | 294,000 |
| 113 | Natchitoches Parish WWD #2-1 | 3,500,000 | |
| 114 | Natchitoches Parish WWD #2-2 | 649,276 | |
| 115 | New Orleans Sewerage & Water Board, 1-A | 1,800,000 | |
| 116 | New Orleans Sewerage & Water Board, 1-B | 1,546,418 | |
| 117 | North Franklin Water Works, Inc. | 3,750,000 | 1,885,000 |
| 118 | Point Wilhite | 925,000 | 382,000 |
| 119 | Point Wilhite Water System, Loan #2 | 1,610,000 | 871,000 |
| 120 | Rambin-Wallace Water System, Inc. | 234,311 | 119,500 |
| 121 | Rambin-Wallace Water System, Inc. Loan 2 | 450,000 | 419,000 |
| 122 | Rapides Parish WWD #3 | 5,000,000 | |
| 123 | Rocky Branch | 963,000 | 671,400 |
| 124 | Sabine Parish WWD #1 | 1,000,000 | 525,000 |

| | | | |
|---|---|---|---|
| 125 | Sabine Parish WWD #1, Loan 2 | 2,600,000 | 1,649,303 |
| 126 | Sabine Parish WWD#1, Loan 3 (Ajax Consolidation) | 2,495,000 | |
| 127 | Saint Bernard Parish | 11,000,000 | 0 |
| 128 | Saint Bernard Parish, Loan #2 | 13,000,000 | 10,978,000 |
| 129 | Saint Bernard Parish, Loan #3 | 10,000,000 | 1,901,537 |
| 130 | Saint John the Baptist Parish | 5,500,000 | 2,466,871 |
| 131 | Savoy Swords Water System, Inc. | 907,238 | 349,203 |
| 132 | Savoy Swords Water System, Inc. 2A | 261,144 | |
| 133 | Savoy Swords Water System, Inc. 2B | 609,337 | 312,337 |
| 134 | South Grant Water System, Inc. | 1,450,000 | 1,002,000 |
| 135 | South Toledo Bend WWD | 2,855,000 | 425,770 |
| 136 | South Vernon WWD#1 | 677,012 | |
| 137 | Southeast Grant Water System, Inc. | 244,296 | 168,296 |
| 138 | Southwest Allen Parish WWD#2, 1-A | 298,500 | |
| 139 | Southwest Allen Parish WWD#2, 1-B | 696,500 | 330,500 |
| 140 | Southwest Allen Parish WWD#2, 2 | 4,000,000 | 3,131,116 |
| 141 | Southwest Ouachita Waterworks, Inc. | 4,666,000 | 3,521,000 |
| 142 | Tannehill | 400,000 | 370,000 |
| 143 | Terrebonne Parish, Consolidated WWD#1 | 1,880,809 | 996,000 |
| 144 | Terrebonne Parish, Loan 2, Consolidated WWD#1 | 4,200,000 | 1,665,052 |
| 145 | Town of Baldwin | 1,249,627 | |
| 146 | Town of Bernice | 217,221 | 114,000 |
| 147 | Town of Blanchard Loan 1A | 1,000,000 | |
| 148 | Town of Blanchard Loan 1B | 2,657,000 | |
| 149 | Town of Blanchard Loan 2 | 8,399,927 | |
| 150 | Town of Blanchard Loan 3 | 4,926,424 | |
| 151 | Town of Blanchard Loan 4 (Bel-da-Gil Consolidation) | 2,300,000 | |
| 152 | Town of Blanchard, Loan 5 | 1,400,000 | |
| 153 | Town of Churchpoint | 2,500,000 | |
| 154 | Town of Delcambre | 2,013,000 | |
| 155 | Town of Delhi | 7,500,000 | |
| 156 | Town of Delhi #2 | 1,870,000 | |
| 157 | Town of Gramercy | 1,500,000 | 715,000 |
| 158 | Town of Gramercy, Loan #2 | 483,488 | 263,442 |
| 159 | Town of Greenwood | 5,250,000 | 3,256,000 |
| 160 | Town of Homer | 3,600,000 | 1,810,042 |
| 161 | Town of Jackson | 797,499 | 452,249 |
| 162 | Town of Lutcher 1B | 1,570,000 | 700,000 |
| 163 | Town of Lutcher, Loan #2 | 500,000 | 317,000 |
| 164 | Town of Mamou | 5,000,000 | 3,773,968 |
| 165 | Town of Many #1 | 998,522 | |
| 166 | Town of Many #2 | 1,075,320 | |
| 167 | Town of Many #3 | 1,470,192 | |
| 168 | Town of New Llano | 1,328,528 | 706,969 |
| 169 | Town of Oil City | 3,075,900 | 1,171,136 |
| 170 | Town of Olla | 498,985 | 250,289 |

| | | | |
|---|---|---:|---:|
| 171 | Town of Pearl River | 1,800,000 | 768,000 |
| 172 | Town of Pollock, 1-A | 159,000 | |
| 173 | Town of Pollock, 1-B | 371,000 | |
| 174 | Town of Slaughter #1 | 1,355,000 | 0 |
| 175 | Town of Slaughter #2 | 640,523 | 0 |
| 176 | Town of Slaughter #3 | | |
| 177 | Town of Sunset | 550,000 | 370,000 |
| 178 | Town of Welsh | 954,904 | 626,904 |
| 179 | Union Parish WWD #1 | 990,000 | 668,000 |
| 180 | United Water System, Inc. | 360,333 | 158,000 |
| 181 | United Water System, Inc. 2-A | 282,269 | |
| 182 | United Water System, Inc. 2-B | 658,626 | 354,626 |
| 183 | Vermilion Parish,Southeast WWD #2 | 717,414 | 482,931 |
| 184 | Vernon Parish | 2,575,000 | 2,331,000 |
| 185 | Village of Estherwood | 990,000 | 548,000 |
| 186 | Village of Loreauville | 1,309,900 | 364,900 |
| 187 | Village of Maurice | 2,762,000 | |
| 188 | Village of Mermentau | 1,000,000 | 494,327 |
| 189 | Village of Quitman | 480,000 | 34,000 |
| 190 | Walnut Bayou Water Association | 8,282,901 | |
| 191 | Ward 2 Water District of Livingston Parish | 9,000,000 | |
| 192 | Ward 2 Water District of Livingston Parish-2 | 5,984,678 | |
| 193 | Ward 2 Water District of Livingston Parish-3 | 4,000,000 | |
| 194 | Ward 2 Water District of Livingston Parish-4 | 8,000,000 | |
| 195 | Ward 2 Water District of Livingston Parish-5 | 3,000,000 | 1,006,415 |
| 196 | West Winnsboro | 648,093 | |
| 197 | West Winnsboro #2 | 467,460 | |
| 198 | Weston Water System, Inc. | 405,000 | 205,500 |
| 199 | Weston Water System, Inc. Loan 2 | 540,000 | 360,000 |

|  | | | |
|---|---:|---:|
| Grand Total | $502,372,076 | $136,668,230 |

The DWRLF has been awarded 25 federal grants from the EPA. These grants are available through the EPA's Automated Clearing House Payment System (ACH) and the Automated Standard Application for Payments (ASAP) System. Twenty-four grants are authorized by the Safe Drinking Water Act Amendments of 1996 and require matching funds from the state. One grant is funded under the American Recovery and Reinvestment Act of 2009 and requires no matching funds from the state. As of June 30, 2022, EPA has awarded grants of $358,568,700 to the state of which $345,327,192 has been drawn, $305,597,531 for loans and $39,729,661 for set-aside activities. The numbers below are on a cash basis.

| Grant Source | Grant Amount | Cash Basis Cumulative Dollar Draws Set-Asides | Cash Basis Cumulative Dollar Draws Loans | Total Cash Basis Cumulative Dollars Drawn as of June 30, 2022 | Remaining Grant Dollars Available as of June 30, 2022 |
|---|---|---|---|---|---|
| FS996968-01-2 | $20,420,300 | $4,307,056 | $16,113,244 | $20,420,300 | 0 |
| FS996968-02-2 | 9,949,200 | 1,553,988 | 8,395,212 | 9,949,200 | 0 |
| FS996968-03-0 | 10,427,700 | 1,642,927 | 8,784,773 | 10,427,700 | 0 |
| FS996968-04-0 | 10,837,400 | 1,070,826 | 9,766,574 | 10,837,400 | 0 |
| FS996968-05-0 | 18,934,800 | 0 | 18,934,800 | 18,934,800 | 0 |
| FS996968-06-0 | 8,004,100 | 1,311,487 | 6,692,613 | 8,004,100 | 0 |
| FS996968-07-0 | 8,303,100 | 1,470,000 | 6,833,100 | 8,303,100 | 0 |
| FS996968-08-0 | 8,285,500 | 1,165,000 | 7,120,500 | 8,285,500 | 0 |
| FS996968-09-0 | 11,658,600 | 1,511,662 | 10,146,938 | 11,658,600 | 0 |
| FS996968-10-0 | 11,659,000 | 236,662 | 11,422,338 | 11,659,000 | 0 |
| FS996968-11-0 | 11,540,000 | 2,000,000 | 9,540,000 | 11,540,000 | 0 |
| FS996968-12-0 | 11,540,000 | 1,900,000 | 9,640,000 | 11,540,000 | 0 |
| FS996968-13-0 | 25,649,000 | 2,425,000 | 23,224,000 | 25,649,000 | 0 |
| FS996968-14-0 | 17,798,000 | 2,565,000 | 15,233,000 | 17,798,000 | 0 |
| FS996968-15-0 | 16,962,000 | 2,875,000 | 14,087,000 | 16,962,000 | 0 |
| FS996968-16-0 | 15,914,000 | 2,639,152 | 13,274,848 | 15,914,000 | 0 |
| FS996968-17-0 | 12,127,000 | 2,615,000 | 9,512,000 | 12,127,000 | 0 |
| FS996968-18-0 | 12,047,000 | 1,183,630 | 10,863,370 | 12,047,000 | 0 |
| FS996968-19-0 | 11,396,000 | 1,325,000 | 10,071,000 | 11,396,000 | 0 |
| FS996968-20-0 | 11,299,000 | 2,320,000 | 8,979,000 | 11,299,000 | 0 |
| FS996968-21-0 | 16,625,000 | 0 | 16,625,000 | 16,625,000 | 0 |
| FS996968-22-0 | 16,621,000 | 1,693,166 | 14,927,834 | 16,621,000 | 0 |
| FS996968-23 | 16,480,000 | 1,604,105 | 9,486,893 | 11,090,998 | 5,389,002 |
| FS996968-24 | 16,465,000 | | 8,612,494 | 8,612,494 | 7,852,506 |
| 2F-96692001-0 | 27,626,000 | 315,000 | 27,311,000 | 27,626,000 | 0 |
| | $358,568,700 | $39,729,661 | $305,597,531 | $345,327,192 | $13,241,508 |

The state has provided its required matching share of federal grant awards through General Fund appropriations and the sale of revenue bonds.  Cash contributions from General Fund appropriations and sales of revenue bonds have totaled $69,393,185. Matching contributions are as follows:

|  | Cumulative State Match as of June 30, 2022 | 2022 Contribution | Cumulative State Match as of June 30, 2022 |
|---|---|---|---|
| State cash contribution | $63,134,541 | $6,258,644 | $69,393,185 |

## 5. SET-ASIDE EXPENSES

A portion of the federal grant amounts awarded by the EPA can be specified to fund set-aside activities as follows:

- To provide administrative and technical assistance to public water systems, the greater of $400,000; 1/5% of the current valuation of the fund; or an amount equal to 4% of all grant awards to the fund.

- Up to 2% to provide technical assistance to small water systems

- Up to 10% to provide state program management

- Up to 15% to provide assistance in the development and implementation of local drinking water protection initiatives and other local assistance and state programs

Set-aside expenses are summarized as follows:

|  | 2022 | Prior Years | Total |
|---|---|---|---|
| Administration | 527,665 | 7,302,659 | 7,830,324 |
| Small system technical assistance | 295,315 | 3,557,359 | 3,852,674 |
| State programs | 276,211 | 19,540,112 | 19,816,323 |
| Local assistance and state programs | 494,689 | 5,342,255 | 5,836,944 |
| ARRA Grant | 0 | 315,000 | 315,000 |
| Total | 1,593,880 | 36,057,385 | 37,651,265 |

The amount of 2022 set-aside expenses of $1,593,880 includes accruals and payables of $796,732.

## 6. PAYABLES

The following is a summary of payables and accrued expenses at June 30, 2022

| Vendor payables | 755,543 |
|---|---|
| Payroll accrual | 41,188 |
| Total | 796,732 |

7.     **LONG-TERM LIABILITIES**

The following is a summary of bonds and other long-term debt transactions of the fund for the year ended June 30, 2012:

|  | Balance at June 30, 2021 | Additions | Reductions | Balance at June 30, 2022 | Portion due Within one year |
|---|---|---|---|---|---|
| Bonds payable | $0 | $6,500,000 | $6,500,000 | $0 | $0 |

The fund is allowed by CFR 35.3550(g) (3), to issue general obligation or revenue bonds to derive the state match. Furthermore, the secretary of DHH, through a Resolution by Executive Order pursuant to R.S. 30:2011 *et seq.*, was authorized, for state matching purposes, to borrow through the issuance of the department's note to the Louisiana Public Facilities Authority (LPFA), a conduit issuer of serial bonds for the department and the state.

The serial bond issues, Louisiana Public Facilities Authority Revenue Bonds (Drinking Water Revolving Loan Fund Match Project) Series 2002 and 2006, were issued during the fiscal year ending June 30, 2003 and June 30, 2006, in an amount up to $8,000,000 and $7,300,000, respectively. The 2006 series was subsequently amended several times to increase the maxium amount allowed to $83,300,000 This Indenture of Trust was issued between the LPFA and Hancock Bank of Louisiana.  This indebtedness was secured solely from the pledge of a portion of the revenues received by the department from loans made by the program (interest earned on loans receivable and interest earned on cash in state treasury).The LPFA is a public trust and public corporation organized and existing for the benefit of the State of Louisiana.

Following is a historical summary of both series including their amendments, issuance costs and proceeds:

**BONDS PAYABLE**

| Bond Issuance Date | Bond Issuance Amount | Draw Number | Draw Date | Fiscal Year | Draw Amount | Bonds Cancelled | Issuance Costs | Bond Proceeds | Bond Available Balance | Date Defeased |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2002 | $ 8,000,000 | 1 | 12/23/2002 | 2003 | $1,000,000 | | $ 76,787.72 | $ 923,212.28 | $ 7,000,000 | 12/24/2004 |
| _Series 2002_ | | | 10/29/2003 | 2004 | $0 | | $ (251.00) | $ 251.00 | $ 7,000,000 | |
| | | 2 | 12/12/2003 | | $1,000,000 | | $ 66,712.00 | $ 933,288.00 | $ 6,000,000 | 12/13/2003 |
| | | 3 | 3/18/2004 | | $500,000 | | $ 4,550.00 | $ 495,450.00 | $ 5,500,000 | 3/19/2004 |
| | | 4 | 5/26/2004 | | $1,000,000 | | $ 7,754.00 | $ 992,246.00 | $ 4,500,000 | 5/27/2004 |
| | | | 11/29/2004 | 2005 | $0 | | $ (674.00) | $ 674.00 | $ 4,500,000 | |
| | | 5 | 5/3/2005 | | $1,000,000 | | $ 7,754.20 | $ 992,245.80 | $ 3,500,000 | 5/4/2005 |
| | | 6 | 6/23/2005 | | $1,000,000 | | $ 7,200.60 | $ 992,799.40 | $ 2,500,000 | 8/16/2005 |
| | | Cancelled | 5/18/2006 | 2006 | | $2,500,000 | | | $ - | |
| | $ 8,000,000 | | | | $ 5,500,000 | $ 2,500,000 | $ 169,833.52 | $ 5,330,166.48 | None | |
| 5/18/2006 | $ 7,300,000 | | | | | | | | | |
| _Series 2006_ | | 1 | 5/18/2006 | 2006 | $1,000,000 | | $ 57,989.48 | $ 942,010.52 | $ 6,300,000 | 5/19/2006 |
| | | 2 | 11/29/2006 | 2007 | $1,500,000 | | $ 12,329.64 | $ 1,487,670.36 | $ 4,800,000 | 11/30/2006 |
| | | 3 | 9/6/2007 | 2008 | $1,250,000 | | $ 8,549.92 | $ 1,241,450.08 | $ 3,550,000 | 9/7/2007 |
| | | | 12/28/2007 | | | | $ 8,875.00 | $ (8,875.00) | $ 3,550,000 | |
| | | 4 | 3/31/2008 | | $1,000,000 | | $ 7,396.34 | $ 992,603.66 | $ 2,550,000 | 4/1/2008 |
| 8/28/2008 | $ 5,000,000 | | | | | | | | $ 7,550,000 | |
| _(Amendment 1)_ | | 5 | 9/9/2008 | 2009 | $1,250,000 | | $ 8,301.00 | $ 1,241,699.00 | $ 6,300,000 | 9/10/2008 |
| | | | 12/31/2008 | | | | $ 15,750.00 | $ (15,750.00) | $ 6,300,000 | |
| | | 6 | 1/13/2009 | | $1,000,000 | | $ 7,387.00 | $ 992,613.00 | $ 5,300,000 | 1/14/2009 |
| 3/10/2009 | $ 1,000,000 | | | | | | | | $ 6,300,000 | |
| _(Amendment 2)_ | | 7 | 11/12/2009 | 2010 | $2,000,000 | | $ 21,968.33 | $ 1,978,031.67 | $ 4,300,000 | 11/13/2009 |
| 5/20/2010 | $ 5,000,000 | 8 | 5/20/2010 | | $3,300,000 | | $ 22,177.02 | $ 3,277,822.98 | $ 6,000,000 | 5/21/2010 |
| _(Amendment 3)_ | | | | | | | | | $ 6,000,000 | |
| 9/1/2010 | $ 10,000,000 | 9 | 9/1/2010 | 2011 | $2,000,000 | | $ 14,150.25 | $ 1,985,849.75 | $ 14,000,000 | 1/7/2011 |
| _(Amendment 4)_ | | 10 | 12/1/2010 | | $2,000,000 | | $ 29,380.71 | $ 1,970,619.29 | $ 12,000,000 | 6/17/2011 |
| | | 11 | 2/9/2011 | | $2,000,000 | | $ 10,746.25 | $ 1,989,253.75 | $ 10,000,000 | 12/29/2011 |
| | | | 6/10/2011 | | | | $ 12,700.00 | $ (12,700.00) | $ 10,000,000 | |
| | | 12 | 1/6/2012 | 2012 | $1,500,000 | | $ 10,395.27 | $ 1,489,604.73 | $ 8,500,000 | 5/8/2012 |
| | | | 5/8/2012 | | | | $ 12,700.00 | $ (12,700.00) | $ 8,500,000 | |
| | | 13 | 7/25/2012 | 2013 | $1,000,000 | | $ 7,162.50 | $ 992,837.50 | $ 7,500,000 | 7/26/2012 |
| | | 14 | 10/23/2012 | | $1,000,000 | | $ 7,051.75 | $ 992,948.25 | $ 6,500,000 | 10/24/2012 |
| | | 15 | 1/22/2013 | | $1,250,000 | | $ 21,019.00 | $ 1,228,981.00 | $ 5,250,000 | 1/23/2013 |
| | | 16 | 4/18/2013 | | $1,000,000 | | $ 7,071.05 | $ 992,928.95 | $ 4,250,000 | 5/1/2013 |
| 7/22/2013 | $ 10,000,000 | 17 | 7/18/2013 | 2014 | $1,500,000 | | $ 9,362.71 | $ 1,490,637.29 | $ 12,750,000 | 9/13/2013 |
| _(Amendment 5)_ | | | 7/30/2013 | | | | $ 20,000.00 | $ (20,000.00) | $ 12,750,000 | |
| | | | | | | | $ 22,061.25 | $ (22,061.25) | $ 12,750,000 | |
| | | 18 | 11/13/2013 | | $1,250,000 | | $ 8,565.67 | $ 1,241,434.33 | $ 11,500,000 | 12/20/2013 |
| | | 19 | 4/3/2014 | | $1,200,000 | | $ 20,800.75 | $ 1,179,199.25 | $ 10,300,000 | 5/2/2014 |
| | | 20 | 8/7/2014 | | $1,200,000 | | $ 8,036.47 | $ 1,191,963.53 | $ 9,100,000 | 8/8/2014 |
| | | 21 | 12/18/2014 | | $1,250,000 | | $ 8,303.04 | $ 1,241,696.96 | $ 7,850,000 | 12/19/2014 |
| | | 22 | 7/30/2015 | | $2,500,000 | | $ 24,907.00 | $ 2,475,093.00 | $ 5,350,000 | 7/31/2015 |
| | | 23 | 2/4/2016 | | $2,000,000 | | $ 23,532.00 | $ 1,976,468.00 | $ 3,350,000 | 2/5/2016 |
| | | 24 | 6/21/2016 | | $2,000,000 | | $ 11,382.89 | $ 1,988,617.11 | $ 1,350,000 | 6/22/2016 |
| 9/30/2016 | $ 10,000,000 | 25 | | 2017 | | | $ 29,415.00 | $ (29,415.00) | $ 11,350,000 | |
| _(Amendment 6)_ | | 25 | 12/7/2016 | | $1,500,000 | | $ 10,230.60 | $ 1,489,769.40 | $ 9,850,000 | 12/8/2016 |
| | | 26 | 4/26/2017 | | $1,500,000 | | $ 9,156.70 | $ 1,490,843.30 | $ 8,350,000 | 4/27/2017 |
| | | 27 | 2/22/2018 | 2018 | $2,500,000 | | $ 66,201.06 | $ 2,433,798.94 | $ 5,850,000 | 2/23/2018 |
| | | 28 | 5/31/2018 | 2019 | $3,200,000 | | $ 13,819.40 | $ 3,186,180.60 | $ 2,650,000 | 9/19/2018 |
| 4/1/2019 | $ 10,000,000 | | | 2019 | | | $ 30,421.48 | $ (30,421.48) | $ 12,650,000 | |
| _(Amendment 7)_ | | 29 | 10/9/2019 | 2020 | $3,200,000 | | $ 88,858.44 | $ 3,080,720.08 | $ 9,450,000 | 10/10/2019 |
| | | 30 | 11/5/2020 | 2021 | $3,200,000 | | $ 88,828.00 | $ 3,111,172.00 | $ 6,250,000 | 11/6/2020 |
| | | 31 | 10/20/2021 | 2022 | $3,300,000 | | $ 88,816.71 | $ 3,211,183.29 | $ 2,950,000 | 10/21/2021 |
| 6/9/2022 | | | | | | | | | $ 2,950,000 | |
| _(Amendment 8)_ | $ 25,000,000 | | | 2022 | | | $ 38,790.00 | $ (38,790.00) | $ 27,950,000 | |
| _Match for SFY2023 grant_ | | 32 | 6/27/2022 | 2022 | $3,200,000 | | $ 113,748.91 | $ 3,047,461.09 | $ 24,750,000 | 6/28/2022 |
| | $ 83,300,000 | | | | $ 58,550,000 | | $ 1,038,338.59 | $ 57,442,449.93 | | |
| | $ 91,300,000 | | | | $ 64,050,000 | | $ 1,208,172.11 | $ 62,772,616.41 | | |

As of June 30, 2022, a total of $62,761,350 was generated for matching fund purposes by the issuance of these serial bonds.  Bond issuance costs of $1,208,172 were absorbed by bond proceeds and are, therefore, not required to be charged against the 4% administrative costs allowance in accordance with Drinking Water State Revolving Fund program guidelines.  There is an available balance of 24,750,000 on Series 2006 as amended.  The $6,500,000 of bonds issued in fiscal year 2022 was repaid before the end of the fiscal year leaving no bonds payable at June 30, 2022.

**8.     LITIGATION AND CLAIMS**

Losses arising from judgments, claims, and similar contingencies are paid through the state's self-insurance fund operated by the Office of Risk Management, the agency responsible for the state's risk management program, or by legislative appropriation.  The DWRLF has no lawsuits outstanding at June 30, 2022.

**Exhibit X**

DW Benefits Loan List for Louisiana

| State | Borrower | Loan Number | Agreement Date | Amount |
|-------|----------|-------------|----------------|--------|
| LA | City of Slidell | 1103041-01 | 01/11/2022 | 2,600,000 |
| LA | Henderson-Nina Water System | 1099006-02 | 04/27/2022 | 4,000,000 |
| LA | Henderson-Nina Water System | 1099006-01 | 04/27/2022 | 4,512,000 |
| LA | South Toledo Bend WWD | 1085005-01 | 10/12/2021 | 2,855,000 |
| LA | City of Youngsville | 1055035-01 | 04/27/2022 | 8,500,000 |
| LA | Town of Blanchard | 1017006-05 | 02/07/2022 | 1,400,000 |
| LA | City of Gonzales | 1005030-01 | 05/24/2022 | 2,400,000 |

# Exhibit X
## FEDERAL FUNDING ACCOUNTABILITY AND TRANSPARENCY ACT REPORTING (FFATA )

**FFATA Tracking for SFY 2022 (FFY 2021 Grants)**

**Grant No. 99696824 - FFY 2021**

| | | |
|---|---|---|
| Grant Amount | $ | 16,465,000.00 |
| Less Set-asides | $ | (2,600,000.00) |
| Amount Available for Loans | $ | 13,865,000.00 |
| Amount Reported in Prior Years | $ | - |
| Amount Available for Reporting | $ | 13,865,000.00 |

| | System Name | FFATA Amount | Date Reported | Date Loan Closed |
|---|---|---|---|---|
| 1st FFATA Report - 1st Loan | South Toledo Bend | $ 2,855,000.00 | 11/19/2021 | 10/12/2021 |
| 2nd FFATA Report - 1st Loan | Slidell | $ 2,600,000.00 | 2/23/2022 | 1/11/2022 |
| 3rd FFATA Report - 1st Loan | Blanchard Loan 5 | $ 1,400,000.00 | 3/31/2022 | 2/7/2022 |
| 4th FFATA Report - 1st Loan | HNWS Loan 1 | $ 4,512,000.00 | 5/25/2022 | 4/27/2022 |
| 4th FFATA Report - 2nd Loan | Youngsville | $ 8,500,000.00 | 5/25/2022 | 4/27/2022 |
| 4th FFATA Report - 3rd Loan | HNWS Loan 2 | $ 4,000,000.00 | 5/25/2022 | 4/27/2022 |

| | |
|---|---|
| Total Reported in SFY 2022 | $ 23,867,000.00 |



# Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS)

⊞ powered by simplicity

## ✏️ FFATA reports

Friday, November 19, 2021 | 9:47 am |

---

# 99696824

---

## Review FFATA Report

## FFATA Report For Grants

**1. Federal Award Identifier Number (FAIN):**
99696824

**2. Federal Agency ID:**
6800

    **a. Is this information correct?:**
    Yes

**3. Federal Agency Name:**
ENVIRONMENTAL PROTECTION AGENCY

**4. Prime Awardee Unique Entity ID (DUNS):**
014740455

    **a. Is this information correct?:**
    Yes

**5. EFT Indicator:**

**6. Unique Entity ID (SAM):**
L2GPNJZBM283

**7. Prime Awardee Name:**
HEALTH, LOUISIANA DEPARTMENT OF

**8. Prime Awardee Doing Business As Name:**
OFFICE OF PUBLIC HEALTH

**9. Prime Awardee Address:**

> **Street Address:**
> 1450 POYDRAS ST, STE 1652
>
> **City:**
> NEW ORLEANS
>
> **State (All U.S. Territories are available under the State drop down):**
> Louisiana

---

### Report History

**Nov 19, 2021 9:44 am**
Report Submitted

[ Reopen to Edit Report ]

---

### Progress

✓ FFATA Details
  ✓ Federal Award Identifier Number (FAIN)
  ✓ Federal Agency ID
  ✓ Federal Agency Name
  ✓ Awardee Unique Entity ID (DUNS)
  ✓ EFT Indicator
  ✓ Unique Entity ID (SAM)
  ✓ Awardee Name
  ✓ Awardee Doing Business As Name
  ✓ Awardee Address
  ✓ Awardee Parent Unique Entity ID (DUNS)
  ✓ Parent Unique Entity ID (SAM)
  ✓ Principal Place Of Performance(POP)
  ✓ CFDA Program Number(s)
  ✓ Project Description
  ✓ Total Federal Funding Amount
  ✓ Obligation/Action Date
  ✓ Report Month
  ✓ In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (DUNS), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
  <u>Subawardee Information</u>
  ✓ Subawardee DUNS
  ✓ EFT Indicator
  ✓ Subcontractor Unique Entity ID (SAM)
  ✓ Subawardee Name
  ✓ Subawardee Doing Business

**Country:**
United States

**Zip+4:**
701121227

**Congressional District:**
02

---

**10. Prime Awardee Parent Unique Entity ID (DUNS):**
061238911

---

**11. Parent Unique Entity ID (SAM):**
CSXVULAQNJ55

---

**12. Principal Place Of Performance(POP):**

**City:**
New Orleans

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Is this information correct?:**
Yes

**Zip+4:**
701121227

**Congressional District:**
02

---

**13. CFDA Program Number(s):**
66.468 Capitalization Grants for Drinking Water State Revolving Funds

**a. Is this information correct?:**
Yes

---

**14. Project Description:**
The purpose of this agreement is for a capitalization grant which provides funds for the recipient's Drinking Water State Revolving Fund (DWSRF) program. The activities are to provide low interest financing to recipients for costs associated with the planning, design, and construction of their eligible water quality improvement projects and activities to protect human health. The expected outcomes are to establish and manage an effective comprehensive DWSRF program and to maintain a self-sustaining revolving fund to improve and protect water quality and public health for citizens throughout the state. DWSRF grants

As Name
   ✔ Subawardee Address
   ✔ Subawardee Parent Unique Entity ID (DUNS)
   ✔ Subcontractor Parent Unique Entity ID (SAM)
   ✔ Amount of Subaward
   ✔ Subaward Obligation/Action Date
   ✔ CFDA Program Number(s)
   ✔ Federal Agency ID
   ✔ Federal Agency Name
   ✔ Subawardee Principal Place of Performance
   ✔ Subaward Number
   ✔ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
   ✔ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?
✔ Subawardee Data
   ✔ Federal Award Identifier Number (FAIN)
   ✔ Federal Agency ID
   ✔ Federal Agency Name
   ✔ Awardee Unique Entity ID (DUNS)
   ✔ EFT Indicator
   ✔ Unique Entity ID (SAM)
   ✔ Awardee Name
   ✔ Awardee Doing Business As Name
   ✔ Awardee Address
   ✔ Awardee Parent Unique Entity ID (DUNS)
   ✔ Parent Unique Entity ID (SAM)
   ✔ Principal Place Of Performance(POP)
   ✔ CFDA Program Number(s)
   ✔ Project Description
   ✔ Total Federal Funding Amount
   ✔ Obligation/Action Date
   ✔ Report Month
   ✔ In your business or organization's preceding completed fiscal year, did your business or

are for infrastructure improvement projects that are needed to achieve or maintain compliance with the SDWA requirements, protect public health, and assist systems with economic need. These grants also support state programs to help systems build and maintain technical, managerial and financial capacity.

    **a. Is this information correct?:**
    Yes

**15. Total Federal Funding Amount:**
16465000.00

    **a. Is this information correct?:**
    Yes

**16. Obligation/Action Date:**
September 14, 2021

    **a. Is this information correct?:**
    Yes

**17. Report Month:**
Nov 2021

**In order to determine whether you are required to report executive compensation data, answer the following question(s)**

**18. In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a DUNS number, belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $25,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?:**
No

## Subawardee Data

**1. Subawardee Information:**

    **Subawardee DUNS:**
    033291076

    **Subcontractor Unique Entity ID (SAM):**
    L484YHMD1KJ7

    **Subawardee Name:**
    South Toledo Bend Water District

    **Subawardee Address:**

        **Street Address:**
        3260 Little Flock Rd

        **City:**
        Many

organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (DUNS), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?

✔ Does the public have access to information about the compensation of the executives in your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (DUNS), belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

<u>Subawardee Information</u>
✔ Subawardee DUNS
✔ EFT Indicator
✔ Subcontractor Unique Entity ID (SAM)
✔ Subawardee Name
✔ Subawardee Doing Business As Name
✔ Subawardee Address
✔ Subawardee Parent Unique Entity ID (DUNS)
✔ Subcontractor Parent Unique Entity ID (SAM)
✔ Amount of Subaward
✔ Subaward Obligation/Action Date
✔ CFDA Program Number(s)
✔ Federal Agency ID
✔ Federal Agency Name
✔ Subawardee Principal Place of Performance
✔ Subaward Number
✔ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✔ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which the Unique Entity ID (DUNS) it

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Zip+4:**
714498318

**Congressional District:**
04

**Amount of Subaward:**
2855000.00

**Subaward Obligation/Action Date:**
October 12, 2021

**CFDA Program Number(s):**
66.468 Capitalization Grants for Drinking Water State Revolving Funds

**Federal Agency ID:**
6800

**Federal Agency Name:**
ENVIRONMENTAL PROTECTION AGENCY

**Subaward Project Description:**
The proposed project consists of three (3) main elements. The first element consists of the installation of two (2) new groundwater wells, an additional ground storage tank, high-service pumps with variable frequency drives (VFDs), replacement of the existing pressure tank, installation of a new disinfection byproducts treatment system, and other associated equipment necessary to convert the 'Esto' booster station into a groundwater plant. The second main element of the proposed project consists of the replacement of the existing ground storage tanks at 'Beaver Hill' and 'Park Site 15'. The third main element of the proposed project consists of upgrading various water mains throughout the distribution system including the replacement of associated water main appurtenances.

**Subawardee Principal Place of Performance:**

**City:**
Many

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**

provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?
✘ ARRA
✔ Federal Award Identifier Number (FAIN)
✔ Federal Agency ID
✔ Federal Agency Name
✔ Awardee Unique Entity ID (DUNS)
✔ EFT Indicator
✔ Unique Entity ID (SAM)
✔ Awardee Name
✔ Awardee Doing Business As Name
✔ Awardee Address
✔ Awardee Parent Unique Entity ID (DUNS)
✔ Parent Unique Entity ID (SAM)
✔ Principal Place Of Performance(POP)
✔ CFDA Program Number(s)
✔ Project Description
✔ Total Federal Funding Amount
✔ Obligation/Action Date
✔ Report Month
✔ In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (DUNS), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✔ Does the public have access to information about the compensation of the executives in your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (DUNS), belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

Subawardee Information
✔ Subawardee DUNS
✔ EFT Indicator
✔ Subcontractor Unique Entity ID (SAM)
✔ Subawardee Name
✔ Subawardee Doing Business As Name
✔ Subawardee Address
✔ Subawardee Parent Unique Entity ID (DUNS)
✔ Subcontractor Parent Unique Entity ID (SAM)

United States

Zip+4:
714498318

Congressional District:
04

Subaward Number:
1085505-01

In order to determine whether you are required to report executive compensation data, answer the following question(s)

As provided to you by your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?:
No

✓ Amount of Subaward
✓ Subaward Obligation/Action Date
✓ CFDA Program Number(s)
✓ Federal Agency ID
✓ Federal Agency Name
✓ Subawardee Principal Place of Performance
✓ Subaward Number
✓ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✓ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

**Tips**

Clicking 'Save' or 'Save and Continue,' will save your report in draft (DRT) and allow you to leave and continue your report later.

Click 'Save and Continue' to save information on the current page and go to the next page of the form.

Click 'Save' if you want to save and stay on the current page.

Click 'Cancel' to leave and continue your report later from the point you last saved. If you have not yet saved the report, clicking cancel will simply return you to the reports list.

If you receive an error notification: You can ignore errors and save your current information. You will be required to resolve all invalid form fields before you can review and submit your report.

Quickly skip to any page by clicking the steps in the left column.



# Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS)

☰ powered by simplicity

## FFATA reports

Wednesday, February 23, 2022 | 11:32 am |

# 99696824

## Review FFATA Report

### FFATA Report For Grants

**1. Federal Award Identifier Number (FAIN):**
99696824

**2. Federal Agency ID:**
6800

    **a. Is this information correct?:**
    Yes

**3. Federal Agency Name:**
ENVIRONMENTAL PROTECTION AGENCY

**4. Prime Awardee Unique Entity ID (DUNS):**
014740455

    **a. Is this information correct?:**
    Yes

**5. EFT Indicator:**

**6. Unique Entity ID (SAM):**
L2GPNJZBM283

**7. Prime Awardee Name:**
HEALTH, LOUISIANA DEPARTMENT OF

**8. Prime Awardee Doing Business As Name:**
OFFICE OF PUBLIC HEALTH

**9. Prime Awardee Address:**

    **Street Address:**
    1450 POYDRAS ST, STE 1652

    **City:**
    NEW ORLEANS

    **State (All U.S. Territories are available under the State drop down):**
    Louisiana

### Report History

**Feb 23, 2022 11:21 am**
Report Submitted

| Reopen to Edit Report |

### Progress

✓ FFATA Details
  ✓ Federal Award Identifier Number (FAIN)
  ✓ Federal Agency ID
  ✓ Federal Agency Name
  ✓ Awardee Unique Entity ID (DUNS)
  ✓ EFT Indicator
  ✓ Unique Entity ID (SAM)
  ✓ Awardee Name
  ✓ Awardee Doing Business As Name
  ✓ Awardee Address
  ✓ Awardee Parent Unique Entity ID (DUNS)
  ✓ Parent Unique Entity ID (SAM)
  ✓ Principal Place Of Performance(POP)
  ✓ CFDA Program Number(s)
  ✓ Project Description
  ✓ Total Federal Funding Amount
  ✓ Obligation/Action Date
  ✓ Report Month
  ✓ In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (DUNS), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
<u>Subawardee Information</u>
  ✓ Subawardee DUNS
  ✓ EFT Indicator
  ✓ Subcontractor Unique Entity ID (SAM)
  ✓ Subawardee Name
  ✓ Subawardee Doing Business

**Country:**
United States

**Zip+4:**
701121227

**Congressional District:**
02

---

**10. Prime Awardee Parent Unique Entity ID (DUNS):**
061238911

---

**11. Parent Unique Entity ID (SAM):**
CSXVULAQNJ55

---

**12. Principal Place Of Performance(POP):**

**City:**
New Orleans

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Is this information correct?:**
Yes

**Zip+4:**
701121227

**Congressional District:**
02

---

**13. CFDA Program Number(s):**
66.468 Capitalization Grants for Drinking Water State Revolving Funds

**a. Is this information correct?:**
Yes

---

**14. Project Description:**
The purpose of this agreement is for a capitalization grant which provides funds for the recipient's Drinking Water State Revolving Fund (DWSRF) program. The activities are to provide low interest financing to recipients for costs associated with the planning, design, and construction of their eligible water quality improvement projects and activities to protect human health. The expected outcomes are to establish and manage an effective comprehensive DWSRF program and to maintain a self-sustaining revolving fund to improve and protect water quality and public health for citizens throughout the state. DWSRF grants

As Name
✓ Subawardee Address
✓ Subawardee Parent Unique Entity ID (DUNS)
✓ Subcontractor Parent Unique Entity ID (SAM)
✓ Amount of Subaward
✓ Subaward Obligation/Action Date
✓ CFDA Program Number(s)
✓ Federal Agency ID
✓ Federal Agency Name
✓ Subawardee Principal Place of Performance
✓ Subaward Number
✓ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✓ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?
✓ Subawardee Data
✓ Federal Award Identifier Number (FAIN)
✓ Federal Agency ID
✓ Federal Agency Name
✓ Awardee Unique Entity ID (DUNS)
✓ EFT Indicator
✓ Unique Entity ID (SAM)
✓ Awardee Name
✓ Awardee Doing Business As Name
✓ Awardee Address
✓ Awardee Parent Unique Entity ID (DUNS)
✓ Parent Unique Entity ID (SAM)
✓ Principal Place Of Performance(POP)
✓ CFDA Program Number(s)
✓ Project Description
✓ Total Federal Funding Amount
✓ Obligation/Action Date
✓ Report Month
✓ In your business or organization's preceding completed fiscal year, did your business or

are for infrastructure improvement projects that are needed to achieve or maintain compliance with the SDWA requirements, protect public health, and assist systems with economic need. These grants also support state programs to help systems build and maintain technical, managerial and financial capacity.

**a. Is this information correct?:**
Yes

**15. Total Federal Funding Amount:**
16465000.00

**a. Is this information correct?:**
Yes

**16. Obligation/Action Date:**
September 14, 2021

**a. Is this information correct?:**
Yes

**17. Report Month:**
Feb 2022

**In order to determine whether you are required to report executive compensation data, answer the following question(s)**

**18. In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a DUNS number, belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $25,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?:**
No

## Subawardee Data

**1. Subawardee Information:**

**Subawardee DUNS:**
020855748

**Subcontractor Unique Entity ID (SAM):**
V53VXQ1TFFL5

**Subawardee Name:**
SLIDELL, CITY OF

**Subawardee Address:**

**Street Address:**
2055 2ND ST

**City:**
SLIDELL

organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (DUNS), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?

✅ Does the public have access to information about the compensation of the executives in your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (DUNS), belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

Subawardee Information
✅ Subawardee DUNS
✅ EFT Indicator
✅ Subcontractor Unique Entity ID (SAM)
✅ Subawardee Name
✅ Subawardee Doing Business As Name
✅ Subawardee Address
✅ Subawardee Parent Unique Entity ID (DUNS)
✅ Subcontractor Parent Unique Entity ID (SAM)
✅ Amount of Subaward
✅ Subaward Obligation/Action Date
✅ CFDA Program Number(s)
✅ Federal Agency ID
✅ Federal Agency Name
✅ Subawardee Principal Place of Performance
✅ Subaward Number
✅ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✅ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which the Unique Entity ID (DUNS) it

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Zip+4:**
704583403

**Congressional District:**
01

**Subawardee Parent Unique Entity ID (DUNS):**
020855748

**Subcontractor Parent Unique Entity ID (SAM):**
V53VXQ1TFFL5

**Amount of Subaward:**
2600000.00

**Subaward Obligation/Action Date:**
January 11, 2022

**CFDA Program Number(s):**
66.468 Capitalization Grants for Drinking Water State Revolving Funds

**Federal Agency ID:**
6800

**Federal Agency Name:**
ENVIRONMENTAL PROTECTION AGENCY

**Subaward Project Description:**
The purpose of this project is to provide the residents and customers of the water system with a reliable source of quality potable water for consumption and for use in local industries. Proposed improvements are the addition of approximately 8,500 linear feet of 16-inch PVC pipe, from a location near Camp Villere Road and North Carnation Street where Camp Villere Road intersects an abandoned railroad right-of-way (also called Tammany Trace), and following the abandoned railroad right-of-way to a location near the corner of Carnation Street and Sycamore Street; and then reduce to 12-inch PVC pipe and continue for approximately 750 linear feet along the abandoned railroad right-of-way; and includes ancillary valves, fittings, and site restoration. This pipe will join the Slidell Water Supply and the Slidell Water Supply System No. 2 and allow the transfer of water from one system to the other in either direction.

**Subawardee Principal Place of Performance:**

provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?
✖ ARRA
✔ Federal Award Identifier Number (FAIN)
✔ Federal Agency ID
✔ Federal Agency Name
✔ Awardee Unique Entity ID (DUNS)
✔ EFT Indicator
✔ Unique Entity ID (SAM)
✔ Awardee Name
✔ Awardee Doing Business As Name
✔ Awardee Address
✔ Awardee Parent Unique Entity ID (DUNS)
✔ Parent Unique Entity ID (SAM)
✔ Principal Place Of Performance(POP)
✔ CFDA Program Number(s)
✔ Project Description
✔ Total Federal Funding Amount
✔ Obligation/Action Date
✔ Report Month
✔ In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (DUNS), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✔ Does the public have access to information about the compensation of the executives in your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (DUNS), belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

Subawardee Information
✔ Subawardee DUNS
✔ EFT Indicator
✔ Subcontractor Unique Entity ID (SAM)
✔ Subawardee Name
✔ Subawardee Doing Business As Name
✔ Subawardee Address
✔ Subawardee Parent Unique Entity ID (DUNS)
✔ Subcontractor Parent Unique Entity ID (SAM)

**City:**
Slidell

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Zip+4:**
704583403

**Congressional District:**
01

**Subaward Number:**
1103041-01

**In order to determine whether you are required to report executive compensation data, answer the following question(s)**

**As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?:**
No

---

✓ Amount of Subaward
✓ Subaward Obligation/Action Date
✓ CFDA Program Number(s)
✓ Federal Agency ID
✓ Federal Agency Name
✓ Subawardee Principal Place of Performance
✓ Subaward Number
✓ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✓ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which the Unique Entity ID (DUNS) it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

**Tips**

Clicking 'Save' or 'Save and Continue,' will save your report in draft (DRT) and allow you to leave and continue your report later.

Click 'Save and Continue' to save information on the current page and go to the next page of the form.

Click 'Save' if you want to save and stay on the current page.

Click 'Cancel' to leave and continue your report later from the point you last saved. If you have not yet saved the report, clicking cancel will simply return you to the reports list.

If you receive an error notification: You can ignore errors and save your current information. You will be required to resolve all invalid form fields before you can review and submit your report.

Quickly skip to any page by clicking the steps in the left column.



Federal Funding Accountability and Transparency
Act Subaward Reporting System (FSRS)

☐ powered by symplicity

 FFATA reports

Tuesday, January 17, 2023 | 2:23 pm |

# # 99696824

Review FFATA Report

## FFATA Report For Grants

**1. Federal Award Identifier Number (FAIN):**
99696824

**2. Federal Agency ID:**
6800

    **a. Is this information correct?:**
    Yes

**3. Federal Agency Name:**
ENVIRONMENTAL PROTECTION AGENCY

**4. Prime Awardee Unique Entity ID (SAM):**
L2GPNJZBM283

**5. EFT Indicator:**

**6. Prime Awardee Name:**
HEALTH, LOUISIANA DEPARTMENT OF

**7. Prime Awardee Doing Business As Name:**
OFFICE OF PUBLIC HEALTH

**8. Prime Awardee Address:**

### Report History

**May 18, 2022 4:42 pm**
Report Revised
**May 18, 2022 4:30 pm**
Report Reopened
**Mar 31, 2022 12:31 pm**
Report Submitted

| Reopen to Edit Report |
| --- |

### Progress

✔ FFATA Details
  ✔ Federal Award Identifier Number (FAIN)
  ✔ Federal Agency ID
  ✔ Federal Agency Name
  ✔ Awardee Unique Entity ID (SAM)
  ✔ EFT Indicator
  ✔ Awardee Name
  ✔ Awardee Doing Business As Name
  ✔ Awardee Address
  ✔ Awardee Parent Unique Entity ID (SAM)
  ✔ Principal Place Of Performance(POP)
  ✔ CFDA Program Number(s)
  ✔ Project Description
  ✔ Total Federal Funding Amount
  ✔ Obligation/Action Date
  ✔ Report Month
  ✔ In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented

1/17/23, 1:23 PM

Case 2:23-cv-00692-JDC-TPL    Document 42-4    Filed 10/30/23    Page 85 of 102 PageID
FFATA Subaward Reporting System (FSRS)
#:  2824

**Street Address:**
1450 POYDRAS ST, STE 1652

**City:**
NEW ORLEANS

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Zip+4:**
701121227

**Congressional District:**
02

**9. Prime Awardee Parent Unique Entity ID (SAM):**
CSXVULAQNJ55

**10. Principal Place Of Performance(POP):**

**City:**
New Orleans

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Is this information correct?:**
Yes

**Zip+4:**
701121227

by a Unique Entity ID (SAM), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?

<u>Subawardee Information</u>
✔ Subawardee Unique Entity ID (SAM)
✔ EFT Indicator
✔ Subawardee Name
✔ Subawardee Doing Business As Name
✔ Subawardee Address
✔ Subawardee Parent Unique Entity ID (SAM)
✔ Amount of Subaward
✔ Subaward Obligation/Action Date
✔ CFDA Program Number(s)
✔ Federal Agency ID
✔ Federal Agency Name
✔ Subawardee Principal Place of Performance
✔ Subaward Number
✔ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✔ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which

**Congressional District:**
02

---

**11. CFDA Program Number(s):**
66.468 Capitalization Grants for Drinking Water State Revolving Funds

  **a. Is this information correct?:**
Yes

---

**12. Project Description:**
The purpose of this agreement is for a capitalization grant which provides funds for the recipient's Drinking Water State Revolving Fund (DWSRF) program. The activities are to provide low interest financing to recipients for costs associated with the planning, design, and construction of their eligible water quality improvement projects and activities to protect human health. The expected outcomes are to establish and manage an effective comprehensive DWSRF program and to maintain a self-sustaining revolving fund to improve and protect water quality and public health for citizens throughout the state. DWSRF grants are for infrastructure improvement projects that are needed to achieve or maintain compliance with the SDWA requirements, protect public health, and assist systems with economic need. These grants also support state programs to help systems build and maintain technical, managerial and financial capacity.

  **a. Is this information correct?:**
Yes

---

**13. Total Federal Funding Amount:**
16465000.00

  **a. Is this information correct?:**
Yes

---

**14. Obligation/Action Date:**
September 14, 2021

  **a. Is this information correct?:**
Yes

---

**15. Report Month:**
Mar 2022

---

**In order to determine whether you are required to report executive compensation data, answer the following question(s)**

---

**16. In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a UEI number, belongs) receive (1) 80 percent or more of**

the Unique Entity ID (SAM) it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?
  ✓ Subawardee Data
  ✓ Federal Award Identifier Number (FAIN)
  ✓ Federal Agency ID
  ✓ Federal Agency Name
  ✓ Awardee Unique Entity ID (SAM)
  ✓ EFT Indicator
  ✓ Awardee Name
  ✓ Awardee Doing Business As Name
  ✓ Awardee Address
  ✓ Awardee Parent Unique Entity ID (SAM)
  ✓ Principal Place Of Performance(POP)
  ✓ CFDA Program Number(s)
  ✓ Project Description
  ✓ Total Federal Funding Amount
  ✓ Obligation/Action Date
  ✓ Report Month
  ✓ In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (SAM), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
  ✓ Does the public have access to information about the compensation of the executives in your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (SAM), belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934

your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $25,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?:
No

## Subawardee Data

### 1. Subawardee Information:

**Subawardee Unique Entity ID (SAM):**
GEXLGKXX5LN8

**Subawardee Name:**
BLANCHARD, TOWN OF

**Subawardee Doing Business As Name:**
TOWN HALL

**Subawardee Address:**

**Street Address:**
110 MAIN ST

**City:**
SHREVEPORT

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Zip+4:**
711071838

**Congressional District:**
04

---

(15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

Subawardee Information
- ✓ Subawardee Unique Entity ID (SAM)
- ✓ EFT Indicator
- ✓ Subawardee Name
- ✓ Subawardee Doing Business As Name
- ✓ Subawardee Address
- ✓ Subawardee Parent Unique Entity ID (SAM)
- ✓ Amount of Subaward
- ✓ Subaward Obligation/Action Date
- ✓ CFDA Program Number(s)
- ✓ Federal Agency ID
- ✓ Federal Agency Name
- ✓ Subawardee Principal Place of Performance
- ✓ Subaward Number
- ✓ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
- ✓ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?
- ✗ ARRA

**Subawardee Parent Unique Entity ID (SAM):**
GEXLGKXX5LN8

**Amount of Subaward:**
1400000.00

**Subaward Obligation/Action Date:**
February 7, 2022

**CFDA Program Number(s):**
66.468 Capitalization Grants for Drinking Water State Revolving Funds

**Federal Agency ID:**
6800

**Federal Agency Name:**
ENVIRONMENTAL PROTECTION AGENCY

**Subaward Project Description:**
Phase II consists of installing a water main from the existing WTP at Belcher along East Street to the intersection of LA Hwy 3049, and an 8" line along LA Hwy 3049 to the Village of Gilliam's existing GST and booster station. Construction includes installing approximately 24,000 L.F. of 8" PVC pipe, 2,400 L.F. of 10" HDPE pipe, and fittings, valves, fire hydrants, air release valves, and water sampling stations. The contract also includes new water meters replacing existing BDG customer meters.

**Subawardee Principal Place of Performance:**

> **City:**
> Belcher
>
> **State (All U.S. Territories are available under the State drop down):**
> Louisiana
>
> **Country:**
> United States
>
> **Zip+4:**
> 710043802

Right column checklist:

- ✔ Federal Award Identifier Number (FAIN)
- ✔ Federal Agency ID
- ✔ Federal Agency Name
- ✔ Awardee Unique Entity ID (SAM)
- ✔ EFT Indicator
- ✔ Awardee Name
- ✔ Awardee Doing Business As Name
- ✔ Awardee Address
- ✔ Awardee Parent Unique Entity ID (SAM)
- ✔ Principal Place Of Performance(POP)
- ✔ CFDA Program Number(s)
- ✔ Project Description
- ✔ Total Federal Funding Amount
- ✔ Obligation/Action Date
- ✔ Report Month
- ✔ In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (SAM), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
- ✔ Does the public have access to information about the compensation of the executives in your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (SAM), belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

Subawardee Information
- ✔ Subawardee Unique Entity ID (SAM)
- ✔ EFT Indicator
- ✔ Subawardee Name

**Congressional District:**
04

**Subaward Number:**
1017806-05

**In order to determine whether you are required to report executive compensation data, answer the following question(s)**

**As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?:**
No

✓ Subawardee Doing Business As Name
✓ Subawardee Address
✓ Subawardee Parent Unique Entity ID (SAM)
✓ Amount of Subaward
✓ Subaward Obligation/Action Date
✓ CFDA Program Number(s)
✓ Federal Agency ID
✓ Federal Agency Name
✓ Subawardee Principal Place of Performance
✓ Subaward Number
✓ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✓ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

**Tips**

Clicking 'Save' or 'Save and Continue,' will save your report in draft (DRT) and allow you to leave and continue your report later.

Click 'Save and Continue' to save information on the current page and go to the next page of the form.

Click 'Save' if you want to save and stay on the current page.

Click 'Cancel' to leave and continue your report later from the point you last saved. If you have not yet saved the report, clicking cancel will simply return to the reports list.

If you receive an error notification: You can ignore errors and save your current information. You will be required to resolve all invalid form fields before you can review and submit your report.

Quickly skip to any page by clicking the steps in the left column.

FFATA Grants Data Definitions



**Federal Funding Accountability and Transparency
Act Subaward Reporting System (FSRS)**

 FFATA reports

Tuesday, January 17, 2023 | 2:26 pm |

# # 99696824

## Review FFATA Report

### FFATA Report For Grants

**1. Federal Award Identifier Number (FAIN):**
99696824

**2. Federal Agency ID:**
6800

   **a. Is this information correct?:**
   Yes

**3. Federal Agency Name:**
ENVIRONMENTAL PROTECTION AGENCY

**4. Prime Awardee Unique Entity ID (SAM):**
L2GPNJZBM283

**5. EFT Indicator:**

**6. Prime Awardee Name:**
HEALTH, LOUISIANA DEPARTMENT OF

**7. Prime Awardee Doing Business As Name:**
OFFICE OF PUBLIC HEALTH

**8. Prime Awardee Address:**

---

### Report History

**May 25, 2022 2:11 pm**
Report Submitted

Reopen to Edit Report

---

### Progress

✔ FFATA Details
  ✔ Federal Award Identifier Number (FAIN)
  ✔ Federal Agency ID
  ✔ Federal Agency Name
  ✔ Awardee Unique Entity ID (SAM)
  ✔ EFT Indicator
  ✔ Awardee Name
  ✔ Awardee Doing Business As Name
  ✔ Awardee Address
  ✔ Awardee Parent Unique Entity ID (SAM)
  ✔ Principal Place Of Performance(POP)
  ✔ CFDA Program Number(s)
  ✔ Project Description
  ✔ Total Federal Funding Amount
  ✔ Obligation/Action Date
  ✔ Report Month
  ✔ In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (SAM), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts,

**Street Address:**
1450 POYDRAS ST, STE 1652

**City:**
NEW ORLEANS

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Zip+4:**
701121227

**Congressional District:**
02

---

**9. Prime Awardee Parent Unique Entity ID (SAM):**
CSXVULAQNJ55

**10. Principal Place Of Performance(POP):**

**City:**
New Orleans

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Is this information correct?:**
Yes

**Zip+4:**
701121227

subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?

<u>Subawardee Information</u>
✓ Subawardee Unique Entity ID (SAM)
✓ EFT Indicator
✓ Subawardee Name
✓ Subawardee Doing Business As Name
✓ Subawardee Address
✓ Subawardee Parent Unique Entity ID (SAM)
✓ Amount of Subaward
✓ Subaward Obligation/Action Date
✓ CFDA Program Number(s)
✓ Federal Agency ID
✓ Federal Agency Name
✓ Subawardee Principal Place of Performance
✓ Subaward Number
✓ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✓ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act

Congressional District:
02

---

**11. CFDA Program Number(s):**
66.468 Capitalization Grants for Drinking Water State Revolving Funds

　　**a. Is this information correct?:**
　　Yes

---

**12. Project Description:**
The purpose of this agreement is for a capitalization grant which provides funds for the recipient's Drinking Water State Revolving Fund (DWSRF) program. The activities are to provide low interest financing to recipients for costs associated with the planning, design, and construction of their eligible water quality improvement projects and activities to protect human health. The expected outcomes are to establish and manage an effective comprehensive DWSRF program and to maintain a self-sustaining revolving fund to improve and protect water quality and public health for citizens throughout the state. DWSRF grants are for infrastructure improvement projects that are needed to achieve or maintain compliance with the SDWA requirements, protect public health, and assist systems with economic need. These grants also support state programs to help systems build and maintain technical, managerial and financial capacity.

　　**a. Is this information correct?:**
　　Yes

---

**13. Total Federal Funding Amount:**
16465000.00

　　**a. Is this information correct?:**
　　Yes

---

**14. Obligation/Action Date:**
September 14, 2021

　　**a. Is this information correct?:**
　　Yes

---

**15. Report Month:**
May 2022

---

**In order to determine whether you are required to report executive compensation data, answer the following question(s)**

---

**16. In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a UEI number, belongs) receive (1) 80 percent or more of**

of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?
✔ Subawardee Data
　✔ Federal Award Identifier Number (FAIN)
　✔ Federal Agency ID
　✔ Federal Agency Name
　✔ Awardee Unique Entity ID (SAM)
　✔ EFT Indicator
　✔ Awardee Name
　✔ Awardee Doing Business As Name
　✔ Awardee Address
　✔ Awardee Parent Unique Entity ID (SAM)
　✔ Principal Place Of Performance(POP)
　✔ CFDA Program Number(s)
　✔ Project Description
　✔ Total Federal Funding Amount
　✔ Obligation/Action Date
　✔ Report Month
　✔ In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (SAM), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
　✔ Does the public have access to information about the compensation of the executives in your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (SAM), belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?
Subawardee Information

**your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $25,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?:**
No

---

## Subawardee Data

### 1. Subawardee Information:

**Subawardee Unique Entity ID (SAM):**
Q8LBN2FUX7R9

**Subawardee Name:**
HENDERSON-NINA WATER SYSTEM, INC.

**Subawardee Address:**

> **Street Address:**
> 1394 HENDERSON HWY
>
> **City:**
> BREAUX BRIDGE
>
> **State (All U.S. Territories are available under the State drop down):**
> Louisiana
>
> **Country:**
> United States
>
> **Zip+4:**
> 705177816
>
> **Congressional District:**
> 03

**Amount of Subaward:**
4512000.00

✓ Subawardee Unique Entity ID (SAM)
✓ EFT Indicator
✓ Subawardee Name
✓ Subawardee Doing Business As Name
✓ Subawardee Address
✓ Subawardee Parent Unique Entity ID (SAM)
✓ Amount of Subaward
✓ Subaward Obligation/Action Date
✓ CFDA Program Number(s)
✓ Federal Agency ID
✓ Federal Agency Name
✓ Subawardee Principal Place of Performance
✓ Subaward Number
✓ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✓ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?
✗ ARRA
✓ Federal Award Identifier Number (FAIN)
✓ Federal Agency ID
✓ Federal Agency Name

**Subaward Obligation/Action Date:**
April 27, 2022

**CFDA Program Number(s):**
66.468 Capitalization Grants for Drinking Water State Revolving Funds

**Federal Agency ID:**
6800

**Federal Agency Name:**
ENVIRONMENTAL PROTECTION AGENCY

**Subaward Project Description:**
construct a new 900 gallons per minute water well to augment the two existing wells, to install a new pressure filter system and ion exchange water softener to treat the water to meet drinking water standards. Also proposed is the installation of a water transmission line from the Henderson-Nina treatment plant through Butte La Rose following various existing rights-of-way along the way. A booster pump station consisting of two pumps rated at 350 gallons per minute and a 200,000 gallon ground storage tank will be constructed in the Butte La Rose area to maintain water pressure throughout the extended system.

**Subawardee Principal Place of Performance:**

**City:**
Henderson

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Zip+4:**
705177816

**Congressional District:**
03

**Subaward Number:**

✓ Awardee Unique Entity ID (SAM)
✓ EFT Indicator
✓ Awardee Name
✓ Awardee Doing Business As Name
✓ Awardee Address
✓ Awardee Parent Unique Entity ID (SAM)
✓ Principal Place Of Performance(POP)
✓ CFDA Program Number(s)
✓ Project Description
✓ Total Federal Funding Amount
✓ Obligation/Action Date
✓ Report Month
✓ In your business or organization's preceding completed fiscal year, did your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (SAM), belongs) receive (1) 80 percent or more of your annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✓ Does the public have access to information about the compensation of the executives in your business or organization (the legal entity to which this specific SAM record, represented by a Unique Entity ID (SAM), belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

Subawardee Information
✓ Subawardee Unique Entity ID (SAM)
✓ EFT Indicator
✓ Subawardee Name
✓ Subawardee Doing Business As Name
✓ Subawardee Address
✓ Subawardee Parent Unique

1099006-01

**In order to determine whether you are required to report executive compensation data, answer the following question(s)**

**As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?:**
No

**Subawardee Unique Entity ID (SAM):**
MFS4KHM63KW3

**Subawardee Name:**
YOUNGSVILLE, TOWN OF

**Subawardee Doing Business As Name:**
CITY HALL

**Subawardee Address:**

**Street Address:**
305 IBERIA ST

**City:**
YOUNGSVILLE

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Zip+4:**
705925738

---

Entity ID (SAM)
✔ Amount of Subaward
✔ Subaward Obligation/Action Date
✔ CFDA Program Number(s)
✔ Federal Agency ID
✔ Federal Agency Name
✔ Subawardee Principal Place of Performance
✔ Subaward Number
✔ As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?
✔ As provided to you by your subawardee, does the public have access to information about the compensation of the executives in the subawardee's business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

**Tips**

Clicking 'Save' or 'Save and Continue,' will save your report in draft (DRT) and allow you to leave and continue your report later.

Click 'Save and Continue' to save information on the current page and go to the next page of the form.

**Congressional District:**
03

**Subawardee Parent Unique Entity ID (SAM):**
MFS4KHM63KW3

**Amount of Subaward:**
8500000.00

**Subaward Obligation/Action Date:**
April 27, 2022

**CFDA Program Number(s):**
66.468 Capitalization Grants for Drinking Water State Revolving Funds

**Federal Agency ID:**
6800

**Federal Agency Name:**
ENVIRONMENTAL PROTECTION AGENCY

**Subaward Project Description:**
Description: The proposed project consist of installation of a new 500 gallon per minute (gpm) production well, and construction of a new 0.87 million gallon per day (mgd) water treatment plant consisting of pressure filters, 500,000 gallon ground storage tank, high service pumps. A 500,000 gallon elevated storage tank will also be constructed to provide optimum pressure sustainability for the system.

**Subawardee Principal Place of Performance:**

**City:**
Youngsville

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

Click 'Save' if you want to save and stay on the current page.

Click 'Cancel' to leave and continue your report later from the point you last saved. If you have not yet saved the report, clicking cancel will simply return to the reports list.

If you receive an error notification: You can ignore errors and save your current information. You will be required to resolve all invalid form fields before you can review and submit your report.

Quickly skip to any page by clicking the steps in the left column.

FFATA Grants Data Definitions

**Zip+4:**
705925738

**Congressional District:**
03

**Subaward Number:**
1055035-01

**In order to determine whether you are required to report executive compensation data, answer the following question(s)**

**As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?:**
No

**Subawardee Unique Entity ID (SAM):**
Q8LBN2FUX7R9

**Subawardee Name:**
HENDERSON-NINA WATER SYSTEM, INC.

**Subawardee Address:**

**Street Address:**
1394 HENDERSON HWY

**City:**
BREAUX BRIDGE

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**

United States

**Zip+4:**
705177816

**Congressional District:**
03

**Amount of Subaward:**
4000000.00

**Subaward Obligation/Action Date:**
April 27, 2022

**CFDA Program Number(s):**
66.468 Capitalization Grants for Drinking Water State Revolving Funds

**Federal Agency ID:**
6800

**Federal Agency Name:**
ENVIRONMENTAL PROTECTION AGENCY

**Subaward Project Description:**
Installation of water transmission line from the Henderson-Nina treatment plant through Butte La Rose following various existing rights-of-way along the way. Estimated quantities of PVC pipe necessary to construct the transmission line and to serve the residents in the area are 19,130 linear feet (lf) of 12" pipe, 10,500 lf of 10" pipe, 17,000 lf of 8" pipe, 18,800 lf of 6" pipe, 11,660 lf of 4" pipe, and 30,000 lf of 3" pipe. A booster pump station consisting of two pumps rated at 350 gallons per minute and a 200,000 gallon ground storage tank will be constructed in the Butte La Rose area to maintain water pressure throughout the extended system.

**Subawardee Principal Place of Performance:**

**City:**
Henderson

**State (All U.S. Territories are available under the State drop down):**
Louisiana

**Country:**
United States

**Zip+4:**
705177816

**Congressional District:**
03

**Subaward Number:**
1099006-02

**In order to determine whether you are required to report executive compensation data, answer the following question(s)**

**As provided to you by your subawardee, in your subawardee's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the Unique Entity ID (SAM) it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements; and (2) $30,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative agreements?:**
No

# EXHIBIT XII – CAPACITY ANALYSIS

*Summary of Capacity Analysis*

| Fiscal Year | Federal Cap Grant | State Match | Leverage Bonds Par Amount | State Match Bonds Par Amount | Projected Draws of Existing Committed Loans | [1] New Loans Funded By Program Equity | [2] New Loans Funded By Bond Proceeds | [3] New Loans Principal Forgiveness | [4=1+2+3] Total New Loans Funded |
|---|---|---|---|---|---|---|---|---|---|
| **Total:** | 22,598,000.00 | 4,519,600.00 | 1,039,624,679.00 | 4,570,000.00 | 81,105,423.82 | 299,602,524.78 | 237,472,765.93 | 4,519,600.00 | 541,594,890.71 |
| 2019 | 11,299,000.00 | 2,259,800.00 | - | 2,285,000.00 | 29,197,952.58 | 35,000,000.00 | - | 2,259,800.00 | 37,259,800.00 |
| 2020 | 11,299,000.00 | 2,259,800.00 | 9,230,000.00 | 2,285,000.00 | 38,119,549.20 | 25,864,964.63 | 9,135,035.37 | 2,259,800.00 | 37,259,800.00 |
| 2021 | - | - | 37,450,000.00 | - | 13,787,922.05 | - | 37,075,290.71 | - | 37,075,290.71 |
| 2022 | - | - | 23,445,000.00 | - | - | 11,793,255.92 | 23,206,744.08 | - | 35,000,000.00 |
| 2023 | - | - | 16,215,000.00 | - | - | 13,952,069.22 | 16,047,930.78 | - | 30,000,000.00 |
| 2024 | - | - | 15,500,000.00 | - | - | 14,658,558.96 | 15,341,441.04 | - | 30,000,000.00 |
| 2025 | - | - | 14,825,000.00 | - | - | 15,326,499.33 | 14,673,500.67 | - | 30,000,000.00 |
| 2026 | - | - | 14,320,000.00 | - | - | 15,824,448.69 | 14,175,551.31 | - | 30,000,000.00 |
| 2027 | - | - | 13,785,000.00 | - | - | 16,352,851.74 | 13,647,148.26 | - | 30,000,000.00 |
| 2028 | - | - | 13,185,000.00 | - | - | 16,948,182.04 | 13,051,817.96 | - | 30,000,000.00 |
| 2029 | - | - | 12,580,000.00 | - | - | 17,548,012.44 | 12,451,987.56 | - | 30,000,000.00 |
| 2030 | - | - | 11,875,000.00 | - | - | 18,245,495.47 | 11,754,504.53 | - | 30,000,000.00 |
| 2031 | - | - | 11,875,000.00 | - | - | 18,245,256.73 | 11,754,743.27 | - | 30,000,000.00 |
| 2032 | - | - | 7,480,000.00 | - | - | 17,597,118.91 | 7,402,881.09 | - | 25,000,000.00 |
| 2033 | - | - | 9,065,000.00 | - | - | 16,029,293.75 | 8,970,706.25 | - | 25,000,000.00 |
| 2034 | - | - | 9,460,000.00 | - | - | 15,637,109.65 | 9,362,890.35 | - | 25,000,000.00 |
| 2035 | - | - | 9,375,000.00 | - | - | 15,722,734.75 | 9,277,265.25 | - | 25,000,000.00 |
| 2036 | - | - | 10,250,000.00 | - | - | 14,856,672.56 | 10,143,327.44 | - | 25,000,000.00 |

*Proof of Perpetuity*

| | |
|---|---|
| To-Date Capitalization to Preserve | 248,261,902.00 |
| Future Net Cap Grant & State Match | 22,477,600.00 |
| Future Principal Forgiveness Loans | (4,519,600.00) |
| Total Preservation Requirement: | 266,219,902.00 |
| | |
| Progam Equity Fund Balance in Final Year 2064 | 266,744,888.50 |
| | |
| Perpetuity Excess/(Shortfall) | **524,986.50** |