# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>       Plaintiff,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>       Defendants. | No. 2:23-cv-00692-JDC-KK |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Alisa C. Philo of the United States Department of Justice, Civil Rights Division, Appellate Section, hereby appears as counsel for all Defendants in the above-captioned matter.

Dated: December 12, 2023

Respectfully submitted,

/s/ Alisa C. Philo
ALISA C. PHILO (CA Bar No. 295892)
Attorney
U.S. Department of Justice
Civil Rights Division, Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
Phone: (202) 616-2424
Email: alisa.philo@usdoj.gov