
## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry, <br><br> PLAINTIFF, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00692 |

### NOTICE OF RELATED CASE

The States of Louisiana, by and through its Attorney General, Jeff Landry (the "State"), hereby provides notice that a recently filed action, *Louisiana v. EPA*, 2:23-cv-01774, is related to this matter. Specifically, the related action challenges EPA's violations of the Freedom of Information Act ("FOIA") in connection with a FOIA request related to this action that was filed by the State.

Dated:   December 19, 2023

Respectfully submitted,

By: */s/ Joseph Scott St. John*

DREW C. ENSIGN *
   Special Assistant Solicitor General
202 E. Earll Drive
Suite 490
Phoenix, AZ 85004
drewensignlaw@gmail.com

*Pro Hac Vice*

ELIZABETH B. MURRILL (La #20685)
   Solicitor General
J. SCOTT ST. JOHN (La #36682)
   Deputy Solicitor General
TRACY SHORT (La #23940)
   Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*