# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**STATE OF LOUISIANA**                                     **CASE NO. 2:23-CV-00692**

**VERSUS**                                                 **JUDGE JAMES D. CAIN, JR.**

**U S ENVIRONMENTAL PROTECTION**                           **MAGISTRATE JUDGE KAY**
**AGENCY ET AL**

## MINUTES OF COURT:
### Motion Hearing

| Date: | 01/09/2024 | Presiding: Judge James D. Cain, Jr. | |
|---|---|---|---|
| Court Opened: | 10:06 AM | Courtroom Deputy: | Tina Stewart |
| Court Adjourned: | 12:07 PM | Court Reporter: | D D Juranka |
| Statistical Time: | 2:01 | Courtroom: | CR4 |

## APPEARANCES

| | | |
|---|---|---|
| Joseph Scott St. John | For | State of Louisiana, Plaintiff |
| Alexander William Resar; Alisa Philo; Andrew James Rising; Michael Andrew Zee | For | U S Environmental Protection Agency; Michael Reagan; Lilian Dorka; U S Dept of Justice; Merrick Garland; USA, Defendants |

## PROCEEDINGS

This matter was called for hearing on [10] MOTION for Preliminary Injunction , MOTION to Expedite by State of Louisiana; [29] Cross MOTION to Dismiss for Lack of Jurisdiction, Cross MOTION to Dismiss For Failure to State a Claim Plaintiff's Complaint, Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Preliminary Injunction* by All Defendants.

The motions were taken under advisement, a written ruling to follow.