UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA** | **CASE NO.  2:23-CV-00692** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S ENVIRONMENTAL PROTECTION AGENCY ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendants' Cross-Motion to Dismiss, or in the Alternative, for Summary Judgment (Doc. 29) is **GRANTED** in part and **DENIED** in part. The Motion is granted to the extent that the State of Louisiana's claim as to the EPA's violation of the private non-delegation doctrine is dismissed; otherwise, the Motion is denied.

**IT IS FURTHER ORDERED** that Louisiana's Request for Judicial Notice (Doc. 39) is **GRANTED.**

**IT IS FURTHER ORDERED** that the State of Louisiana's Motion for Preliminary Injunction (Doc. 10) is **GRANTED** in part and **DENIED** in part. The Motion is granted as to the disparate impact analysis claims and extra-regulatory requirements (cumulative impact analysis); a separate Preliminary Injunction will be issued.

**IT IS FURTHER ORDERED** that the State of Louisiana's Motion to Expedite is **GRANTED.**

**THUS DONE AND SIGNED** in Chambers on this 23rd day of January, 2024.

_____
**JAMES D. CAIN, JR.
UNITED STATE DISTRICT JUDGE**