UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA** | **CASE NO. 2:23-CV-00692** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S ENVIRONMENTAL PROTECTION AGENCY ET AL** | **MAGISTRATE JUDGE KAY** |

## PRELIMINARY INJUNCTION

Pursuant to the Memorandum Ruling and Judgment of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to Federal Rule of Civil Procedure 65, the State of Louisiana's Motion for Preliminary Injunction is **GRANTED** as follows:

Defendants, the United States Environment Protection Agency ("EPA"), Michael Regan, Lilian Dorka, U S Department of Justice ("DOJ"), Merrick Garland, United States of America, are hereby preliminarily ENJOINED from

(1) Imposing or enforcing any disparate impact based requirements against the State of Louisiana or any State agency under Title VI, and

(2) Imposing or enforcing any Title VI based requirements upon the State of Louisiana or any State agency under Title VI, that are not both

   a. Ratified by the President, as required by 42 U.S.C. § 2000d-1, and

   b. Based upon requirements found within the four corners of EPA's disparate impact regulations, 40 C. F. R. § 7.35(b),(c).

The Court is not ordering that bond is required.

**THUS DONE AND SIGNED** in Chambers on this 23rd day of January, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATE DISTRICT JUDGE**