# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-00692-JDC-TPL |

## [PROPOSED] ORDER

Upon consideration of Defendants' unopposed motion to extend deadline to file Answer in response to Plaintiff's Complaint, and for good cause shown, it is hereby

**ORDERED** that Defendants' motion is granted; and it is further

**ORDERED** that Defendants' deadline to file an Answer to Plaintiff's Complaint is April 5, 2024.

**IT IS SO ORDERED**.

Dated: February _____, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　James D. Cain, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge