# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | No. 2:23-cv-00692-JDC-TPL |

## ORDER

Upon consideration of Defendants' Motion to Extend Deadline to File Answer in Response to Plaintiff's Complaint [Doc. 52], and for good cause shown, it is hereby

**ORDERED** that Defendants' motion is granted; and it is further

**ORDERED** that Defendants' deadline to file an Answer to Plaintiff's Complaint is April 5, 2024.

**SO ORDERED** in Lake Charles, Louisiana, this 25th day of February, 2024.

_____
Thomas P. LeBlanc
United States Magistrate Judge