# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Liz Murrill, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> Defendants. | Civil Action No. 2:23-cv-00692 |

## **MOTION TO WITHDRAW**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, the State of Louisiana who respectfully moves the Court to withdraw Joseph Scott St. John (Bar No. 36682) as counsel in the above referenced matter and be removed from receiving notices filed in this matter effective from the date of this filing. Mr. St. John is leaving the Attorney General's office effective March 1, 2024, and will no longer represent the State of Louisiana. The State will continue to be represented by Tracy Short (Bar No. 23940) and Drew Ensign (*pro hac vice*).

Dated: February 28, 2024          Respectfully submitted,

**LIZ MURRILL**
  **ATTORNEY GENERAL OF LOUISIANA**

By: */s/ Joseph Scott St. John*
JOSEPH S. ST. JOHN (La #36682)
  Deputy Solicitor General
TRACY SHORT (LA #23940)
  Assistant Chief Deputy Attorney General
LOUISIANA DEPT. OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 485-2458
stjohnj@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document has been electronically filed and served via the Court's ECF System on this 28th day of February, 2024.

                                 */s/ Joseph Scott St. John*
                                 Joseph Scott St. John