# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

THE STATE OF LOUISIANA,
By and through its Attorney General, Jeff Landry,

                      PLAINTIFF,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,

                      DEFENDANTS.

CIVIL ACTION NO. 2:23-cv-00692

## ORDER

Considering the foregoing Motion to Withdraw,

**IT IS ORDERED** that Joseph Scott St. John (Bar No. 36682) be withdrawn as counsel for Plaintiff the State of Louisiana, in this proceeding.

This ___ day of _____, 2024.

                                              **UNITED STATES DISTRICT JUDGE**
                                              **WESTERN DISTRICT OF LOUISIANA**