# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Jeff Landry,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00692 |

## ORDER

Considering the Motion to Withdraw [Doc. 54],

**IT IS ORDERED** that Joseph Scott St. John (Bar No. 36682) be withdrawn as counsel for Plaintiff the State of Louisiana in this proceeding.

This 10th day of March, 2024.

_____
**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**
**WESTERN DISTRICT OF LOUISIANA**