UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>        Plaintiff,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>        Defendants. | No. 2:23-cv-00692-JDC-TPL |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint request for briefing schedule and for entry of appealable final judgment, it is hereby:

**ORDERED** that the parties shall present their respective proposed forms of final judgment, together with briefs advocating for their respective positions, according to the following schedule:

- April 23, 2024: Plaintiffs' brief on final judgment, not to exceed 15 pages
- May 14, 2024: Defendants' response brief, not to exceed 15 pages
- May 28, 2024: Plaintiffs' reply brief, not to exceed 10 pages
- June 11, 2024: Defendants' reply brief, not to exceed 10 pages

**ORDERED** that Defendants are relieved of their obligation to file an Answer in response to Plaintiff's Complaint and that the Answer deadline of April 5, 2024, ECF No. 53, is **VACATED**.

**IT IS SO ORDERED**.

Dated: March __ , 2024

                                                  James D. Cain, Jr.
                                                  United States District Judge