# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-00692-JDC-TPL |

## [PROPOSED] JUDGMENT

For the reasons stated in this Court's Memorandum Ruling of January 23, 2024 (Doc. 48), consistent with the Partial Judgment dated January 23, 2024 (Doc. 49), and the Court having reviewed the parties' briefing on the form of final judgment (Doc. 57),

1. **IT IS ORDERED AND ADJUDGED** that:

**JUDGMENT IS HEREBY ENTERED** in favor of the State of Louisiana on Counts III, IV, V, and VI of the Complaint. Counts I, II, and VII of the Complaint are **DISMISSED WITHOUT PREJUDICE**, and **JUDGMENT IS HEREBY ENTERED** in favor of Defendants on those Counts.

2. **IT IS FURTHER ORDERED AND ADJUDGED** that:

Defendants the United States Environmental Protection Agency (EPA); Michael S. Regan in his official capacity as Administrator of the EPA; the Director of the EPA's Office of External Civil

Rights Compliance;[1] the United States Department of Justice (DOJ); and Merrick Garland in his official capacity as Attorney General of the United States of America are **PERMANENTLY ENJOINED** from:

    (A)    Enforcing the Title VI disparate-impact requirements contained in 40 C.F.R. § 7.35(b), (c) and 28 C.F.R. § 42.104(b)(2) against the State of Louisiana or any State Agency as defined in La. Stat. §§ 13:5102, 49:662, or requiring compliance with those requirements as a condition of past, existing, or future awards of financial assistance to the State of Louisiana or any State Agency as defined in La. Stat. §§ 13:5102, 49:662; and

    (B)    Enforcing against the State of Louisiana or any State Agency as defined in La. Stat. §§ 13:5102, 49:662 any EPA disparate-impact requirement under Title VI or cumulative-impact-analysis requirement under Title VI that has not been ratified by the President pursuant to 42 U.S.C. § 2000d-1 and is not contained in the EPA regulations implementing Title VI within 40 C.F.R. Part 7.

**IT IS SO ORDERED**.

ENTERED: _____, 2024

                                              James D. Cain, Jr.
                                              United States District Judge

---

[1] In its Complaint, Plaintiff named as a defendant, Lilian S. Dorka, in her official capacity as Director of EPA's External Civil Rights Compliance Office. ECF No. 1. Ms. Dorka no longer serves in that position, and is thus no longer a named defendant. *See* Fed. R. Civ. P. 25(d); *see also* Fed. R. Civ. P. 17(d).