## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

THE STATE OF LOUISIANA,
By and through its Attorney General, Liz Murrill,

PLAINTIFF,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; et al.,

DEFENDANTS.

CIVIL ACTION NO. 2:23-cv-00692

## SECOND DECLARATION OF MALLORY HENDERSON

1.      My name is Mallory Henderson. I am an Administrative Assistant employed by the Louisiana Department of Justice. Except where otherwise indicated, I make this declaration based on my personal knowledge. I could competently testify as to its contents if called to do so.

2.      Attached as Exhibit 88 is a true and accurate copy of an EPA December 20, 2023 press release entitled "Biden-Harris Administration Announces $600M to 11 Grantmakers to Fund Thousands of Environmental Justice Projects Across the Nation as Part of Investing in America Agenda," as obtained from https://www.epa.gov/newsreleases/biden-harris-administration-announces-600m-11-grantmakers-fund-thousands-environmental.

3.      Attached as Exhibit 89 is a true and accurate copy of a December 22, 2023 Free Beacon article titled "They Justified Hamas Terrorism. Now Biden Is Letting Them Dole Out Taxpayer Dollars," as obtained from https://freebeacon.com/biden-administration/they-justified-hamas-terrorism-now-biden-is-letting-them-dole-out-taxpayer-dollars/.

4.      Attached as Exhibit 90 is a PDF generated from the website of the organization Climate Justice Alliance, which is available at https://climatejusticealliance.org/palestine-is-a-climate-justice-issue/.

5.      Attached as Exhibit 91 is a PDF generated from the website of the organization Climate Justice Alliance, which is available at https://climatejusticealliance.org/Palestine/. The website address contains "short video that uses an anti-colonial framework to show how Climate Justice and the liberation of Palestine are connected." *Id.*

6.      Attached as Exhibit 92 is a true and accurate copy of a May 5, 2024 Politico article titled "Pro-Palestinian protesters are backed by a surprising source: Biden's biggest donors," as obtained from https://www.politico.com/news/2024/05/05/pro-palestinian-protests-columbia-university-funding-donors-00156135.

7.      Attached as Exhibit 93 is a true and accurate copy of a May 22, 2024 WBOY-TV article titled "Taxpayer money went to pro-Hamas group because of Inflation Reduction Act, Capito says," as obtained from https://www.wboy.com/news/west-virginia/west-virginia-politics/taxpayer-money-went-to-pro-hamas-group-because-of-inflation-reduction-act-capito-says/#:~:text=WASHINGTON%2C%20D.C.,worked%20closely%20with%20Sen.%20Maj.

8.      Attached as Exhibit 94 is a true and accurate copy of a May 23, 2024 Wall Street Journal editorial titled "The Radicals Getting Your Tax Money" as obtained from https://www.wsj.com/articles/inflation-reduction-act-climate-justice-alliance-taxpayer-dollars-epa-palestine-4c345171.

9.      Further declarant sayeth naught.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA AND THE STATE OF LOUISIANA THAT THE FOREGOING
IS TRUE AND CORRECT. 28 U.S.C. § 1746.**

Sworn and subscribed this 28th day of May, 2024, in Baton Rouge, Louisiana

*Mallory Henderson*

MALLORY HENDERSON

# EXHIBIT 88

🇺🇸 An official website of the United States government

Search EPA.gov 🔍

**News Releases:   Headquarters**
<https://epa.gov/newsreleases/search/press_office/headquarters-226129> |
**Environmental Justice and External Civil Rights (OEJECR)**
<https://epa.gov/newsreleases/search/press_office/environmental-justice-and-external-civil-rights-oejecr-337264>

CONTACT US <https://epa.gov/newsreleases/forms/contact-us>

# Biden–Harris Administration Announces $600M to 11 Grantmakers to Fund Thousands of Environmental Justice Projects Across the Nation as Part of Investing in America Agenda

Grantmakers selected to reduce barriers to federal funds and issue thousands of environmental justice grants over the next three years

December 20, 2023

**Contact Information**

EPA Press Office (press@epa.gov)

**WASHINGTON** – As part of President Biden's Investing in America agenda, the Biden-Harris Administration announced on Wednesday $600 million for 11 selected Grantmakers under EPA's Environmental Justice Thriving Communities Grantmaking program, created by President Biden's Inflation Reduction Act, the largest investment in climate action in history. This new grant program, which will make it easier for small community-based organizations to access federal environmental justice funding, responds to community feedback about the need to reduce barriers to federal funds and improve the efficiency of the awards process to ensure communities that have long faced underinvestment can access the benefits of the largest climate investment in history. Communities will be able to apply to a Grantmaker for a subgrant to fund a range of different environmental project activities, including (but not limited to) small local clean ups, local emergency preparedness and disaster resiliency programs, environmental workforce development programs for local jobs reducing greenhouse gas emissions, fenceline air quality and asthma related projects, healthy homes programs, and projects addressing illegal dumping.

President Biden is delivering the most ambitious environmental justice agenda in our nation's history. Vice President Kamala Harris and EPA Administrator Michael S. Regan were joined by Dr. Robert Bullard, a Distinguished Professor of Urban Planning and Environmental Policy at Texas Southern University to announce the historic Grantmaker awards.

"Every person has a right to drink clean water, breathe clean air, and live in a community that is healthy and safe," **said Vice President Kamala Harris**. "For too long, however, low-income communities, immigrant communities, Native communities, and communities of color have endured disproportionate levels of air, water, and soil pollution. That is why President Joe Biden and I have put equity at the center of our nation's largest investment in climate in history. Today's announcement puts that commitment into action by ensuring critical resources to fund environmental justice projects across the country reach the organizations that know their communities best."

"For years, community advocates have been calling for federal support and resources to help address our country's most pressing environmental justice concerns," **said EPA Administrator Michael S. Regan**. "Thanks to President Biden and Vice President Harris' leadership, we're responding to these calls by removing barriers that have traditionally held communities and applicants back from accessing these historic investments in America. Together, in partnership with these Grantmakers, we are taking a giant step toward a future where every person in America has equal opportunity to breathe clean air, drink clean water, and live a healthy, productive life."

The Grantmakers will work in collaboration with EPA's Office of Environmental Justice and External Civil Rights <https://epa.gov/aboutepa/about-office-environmental-justice-and-external-civil-rights> to issue subgrants to community-based nonprofit organizations and other eligible organizations representing disadvantaged communities. The 11 Grantmakers will design comprehensive application and submission processes, award environmental justice subgrants, implement tracking and reporting systems, and provide resources and support to communities. The subgrants are expected to become available by summer of 2024.

The 11 Grantmakers consist of regional selectees (i.e., Regional Grantmakers) who will issue subgrants to communities in specific EPA Regions, as well as national selectees (i.e., National Grantmakers) who will provide additional support, coordination, and oversight to the subgrantees, applicants, and the Regional Grantmakers themselves, as well as issue additional subgrants to fill potential gaps in the regions. Ten Grantmakers are receiving $50 million each with one selectee, Research Triangle Institute, receiving $100 million to serve as both a Regional Grantmaker serving communities in EPA Region 4 and as a National Grantmaker in which part of their responsibility is providing subgrants to communities in EPA Region 7. Collectively, the 11 Grantmakers will issue thousands of subgrants to disadvantaged communities over the next three years.

EPA has selected the following nine organizations to serve as Regional Environmental Justice Thriving Communities Grantmakers:

- Health Resources in Action, Massachusetts (EPA Region 1)

- Fordham University, New York (EPA Region 2)

- Green & Healthy Homes Initiative Inc., Maryland (EPA Region 3)

- Research Triangle Institute, North Carolina (EPA Region 4)

- The Minneapolis Foundation, Minnesota (EPA Region 5)

- Texas Southern University, Texas (EPA Region 6)

- JSI Research and Training Institute, Inc., Colorado (EPA Region 8)

- Social and Environmental Entrepreneurs (SEE), Inc., California (EPA Region 9)

- Philanthropy Northwest, Washington (EPA Region 10)

In addition, EPA has selected three National Environmental Justice Thriving Communities Grantmakers, including:

- Institute For Sustainable Communities, Vermont (EPA Regions 1-3)

- Research Triangle Institute, North Carolina (EPA Regions 4-7)

- Climate Justice Alliance, California (EPA Regions 8-10)

Grantmakers are expected to begin opening competitions and awarding subgrants by summer 2024. Community-based nonprofit organizations and other eligible organizations seeking subgrant funding will be able to apply for subgrants through three concurrent tiers offered by the Grantmakers. Tier One will consist of grants for $150,000 for assessment, Tier Two will consist of grants for $250,000 for planning, and Tier Three will consist of grants for $350,000 for project development. In addition, $75,000 will be available for capacity-constrained community-based organizations through a noncompetitive process under Tier One. Each Grantmaker will design and implement a distribution program best suited for their region and communities.

The Grantmakers program is part of the Federal Interagency Thriving Communities Network ☐ <https://www.transportation.gov/federal-interagency-thriving-communities-network> and delivers on the Biden-Harris Administration's Justice40 Initiative ☐ <https://www.whitehouse.gov/environmentaljustice/justice40/> which set the goal that 40% of the overall

benefits of certain federal investments flow to disadvantaged communities that are marginalized by underinvestment and overburdened by pollution. Grantmakers will work in collaboration with the Environmental Justice Thriving Communities Technical Assistance Centers <https://epa.gov/environmentaljustice/environmental-justice-thriving-communities-technical-assistance-centers> to create a robust support network to assist eligible entities when applying.

Learn more about the Environmental Justice Thriving Communities Grantmakers <https://epa.gov/environmentaljustice/environmental-justice-thriving-communities-grantmaking-program>.

## Background

From day one of their administration, President Biden and Vice President Harris have made achieving environmental justice a top priority. In August 2022, President Biden signed the Inflation Reduction Act into law, creating the largest investment in environmental and climate justice in U.S. history. EPA received $3 billion in total to award grants and fund related technical assistance to benefit disadvantaged communities.

EPA has since launched and expanded innovative programs to provide more support than ever before to communities that unjustly bear the burdens of environmental harm and pollution. This includes the $177 million for the creation of 16 EJ TCTACs <https://epa.gov/environmentaljustice/environmental-justice-thriving-communities-technical-assistance-centers> in partnership with the U.S. Department of Energy to remove barriers to federal resources and help communities pursue funding opportunities like those made available through President Biden's Investing in America Agenda.

EPA announced nearly $128 million <https://epa.gov/newsreleases/biden-harris-administration-announces-nearly-128-million-environmental-justice> to fund 186 projects across the country that advance environmental justice as part of President Biden's Investing in America agenda. The organizations, which EPA has selected through its Environmental Justice Collaborative Problem Solving Cooperative Agreement <https://epa.gov/environmentaljustice/environmental-justice-collaborative-problem-solving-cooperative-agreement-5> and Environmental Justice Government-to-Government <https://epa.gov/environmentaljustice/environmental-justice-

government-government-program> programs, will use the funds to ensure disadvantaged communities that have historically suffered from underinvestment have access to clean air and water and climate resilience solutions in alignment with the Biden-Harris Administration's Justice40 Initiative.

EPA also announced approximately $2 billion <https://epa.gov/newsreleases/biden-harris-administration-announces-2-billion-fund-environmental-and-climate-justice> in funding available to support community-driven projects that deploy clean energy, strengthen climate resilience, and build capacity for communities to tackle environmental and climate justice challenges last month. The Community Change Grants <https://epa.gov/inflation-reduction-act/inflation-reduction-act-community-change-grants-program> are the single largest investment in environmental justice going directly to communities in history, and will advance collaborative efforts to achieve a healthier, safer, and more prosperous future for all.

Learn more about environmental justice at EPA <https://epa.gov/environmentaljustice>.

For up-to-date information on when Environmental Justice Thriving Communities Grantmaking subgrants will be available, subscribe to the Office of Environmental Justice and External Civil Rights' listserv by sending a blank email to: join-epa-ej@lists.epa.gov. Follow OEJECR on X (formerly Twitter): @EPAEnvJustice ⧉ <https://twitter.com/epaenvjustice>.

Contact Us <https://epa.gov/newsreleases/forms/contact-us> to ask a question, provide feedback, or report a problem.

LAST UPDATED ON DECEMBER 20, 2023



# Discover.

**Accessibility Statement**
<https://epa.gov/accessibility/epa-accessibility-statement>

**Budget & Performance**
<https://epa.gov/planandbudget>

**Contracting**
<https://epa.gov/contracts>

**EPA www Web Snapshot**
<https://epa.gov/utilities/wwwepagov-snapshots>

**Grants** <https://epa.gov/grants>

**No FEAR Act Data**
<https://epa.gov/ocr/whistleblower-protections-epa-and-how-they-relate-non-disclosure-agreements-signed-epa>

**Plain Writing**
<https://epa.gov/web-policies-and-procedures/plain-writing>

**Privacy** <https://epa.gov/privacy>

# Connect.

**Data** <https://epa.gov/data>

**Inspector General**
<https://www.epaoig.gov/>

**Jobs** <https://epa.gov/careers>

**Newsroom**
<https://epa.gov/newsroom>

**Regulations.gov** ⧉
<https://www.regulations.gov/>

**Subscribe**
<https://epa.gov/newsroom/email-subscriptions-epa-news-releases>

**USA.gov** ⧉
<https://www.usa.gov/>

**White House** ⧉
<https://www.whitehouse.gov/>

# Ask.

**Contact EPA**
<https://epa.gov/home/forms/contact-epa>

**EPA Disclaimers**
<https://epa.gov/web-policies-and-procedures/epa-disclaimers>

**Hotlines**
<https://epa.gov/aboutepa/epa-hotlines>

**FOIA Requests**
<https://epa.gov/foia>

**Frequent Questions**
<https://epa.gov/home/frequent-questions-specific-epa-programtopics>

# Follow.






**Privacy and Security Notice**

<https://epa.gov/privacy/privacy-and-security-notice>

# EXHIBIT 89

BIDEN ADMINISTRATION

# They Justified Hamas Terrorism. Now Biden Is Letting Them Dole Out Taxpayer Dollars.

Climate Justice Alliance, tapped to distribute $50 mil in federal funds, has backed the 'Palestinian freedom struggle'

Climate Justice Alliance pro-Palestinian protest (Climate Justice Alliance/Twitter)

Collin Anderson
December 22, 2023

In the aftermath of Hamas's Oct. 7 terror attack against Israel, left-wing nonprofit Climate Justice Alliance expressed "unwavering solidarity with the Palestinian freedom struggle" and blamed the attack on Israeli "settler-colonialism." Now, the Biden administration is entrusting the group to distribute $50 million in taxpayer funds.

FreeBeacon



**Read more**    Philly's Soros-Backed DA Calls NYPD Arrests of Columbia Rioters 'Stupid'

President Joe Biden's Environmental Protection Agency announced the move in a Wednesday press release, which named Climate Justice Alliance as one of several "national grantmakers" tasked with doling out $50 million to local organizations in the name of "environmental justice." In order to receive the taxpayer funds, those organizations will primarily work with the alliance, not the Biden administration. As a "grantmaker," the left-wing nonprofit is tasked with awarding "subgrants"—which range from $150,000 to $350,000 each—and implementing "tracking and reporting systems."

The decision raises questions as to how Biden's EPA landed on Climate Justice Alliance for the program, given that the group has publicly condemned the administration over its support for the Jewish state. Climate Justice Alliance, a network of nearly 90 left-wing environmental groups from across the country, issued an Oct. 20 statement accusing Biden of using "US taxpayer dollars ... to support a policy of genocide."

"With this newest round of genocidal attacks by Israel on the civilian population ... the Israel government has defied international law," the group said. "President Biden must oppose this."

In addition to its criticism of Biden over the Democrat's handling of the war, Climate Justice Alliance has worked to justify Hamas's terror attack on the Jewish state.

The "Free Palestine" section of the group's website includes a statement from its sister organization, It Takes Roots, which calls the attack "the most recent escalation in the 75-year history of settler-colonialism and violence across historic Palestine" and expresses "unwavering solidarity with the Palestinian freedom struggle for self-determination and to live freely with their human rights fully intact on their lands."

Climate Justice Alliance has also made clear that it cannot separate its environmental activism from the Palestinian cause. One week ago, the group released a video titled, "The path to climate justice travels through a free Palestine," which "uses an anti-colonial framework to show how Climate Justice and the liberation of Palestine are connected."

"Our hope in creating this new resource is to mobilize additional sectors of the climate movement for the fight to free Palestine," the group said, "and to begin to shift the politics of the mainstream climate movement from carbon fundamentalism to climate justice."

In some cases, groups affiliated with the alliance have broken the law to express their contempt for Israel. One of the group's members, the Grassroots Global Justice Alliance, has helped organize illegal anti-Israel protests in the Capitol rotunda and other

Capitol complex buildings.

Neither the EPA nor Climate Justice Alliance responded to requests for comment. Vice President Kamala Harris in the EPA's Wednesday press release said the money to Climate Justice Alliance and other groups would "put equity at the center of our nation's largest investment in climate history."

The EPA program that enlists Climate Justice Alliance to distribute taxpayer-funded "subgrants" is called the Environmental Justice Thriving Communities Grantmaking program and is funded through Biden's Inflation Reduction Act. As part of the program, Climate Justice Alliance and 10 other groups will receive $50 million in taxpayer funds that they will then distribute to "community-based nonprofit organizations and other eligible organizations representing disadvantaged communities."

Climate Justice Alliance has significant control over that money. The EPA's press release notes that the group and other "grantmakers" are in charge of designing their own "comprehensive application and submission processes" before they "award environmental justice subgrants, implement tracking and reporting systems, and provide resources and support to communities."

Judge Glock, senior fellow and director of research at the Manhattan Institute, said that while the federal government "does occasionally select grantees to send out subawards," the EPA's new environmental justice program is unique given its "size and the incredible level of discretion given to the grantees to make subawards."

"Something that is on multiple levels an incredibly broad, general program with not very clear goals, and then to designate these grantmakers to make their own grants with even less clear goals, I certainly haven't seen anything like this before," Glock told the *Washington Free Beacon*. "And it's a lot of money—it's not a little amount of money, and they're going to some pretty extreme groups."

In addition to its anti-Israel activism, Climate Justice Alliance is a staunch supporter of the "Green New Deal movement," which it says stems from "decades of Indigenous/frontline wisdom." The group also touts its efforts to lead a "just transition" toward green energy and away from "the profit-driven industrial economy rooted in patriarchy and white supremacy."

Climate Justice Alliance announced its participation in the EPA program in a Wednesday statement, saying it is "excited and ready to serve as a bridge, model, and catalyst among organizations nationwide to … strengthen the environmental justice movement."

"We look forward to ensuring that thousands of $150,000 to $350,000 EPA grants move to marginalized, environmental justice communities to address historic harms," said Jacqueline Patterson, founder of the Chisholm Legacy Project, a Climate Justice Alliance member.

*Jessica Costescu contributed to this report.*

**Published under:** Climate Change , Environmental Protection Agency , Environmentalism , Grants , Hamas , Israel , Palestine

BIDEN ADMINISTRATION

RELATED **POSTS**

CAMPUS

**Berkeley Caves to Anti-Israel Protesters and Launches Divestment Task Force**

Susannah Luthi
May 15, 2024

CAMPUS

**'Advancing Gendered Security in a Complex World': Inside the Woke Symposium at the Naval War College**

Adam Kredo

TOP **HITS**

CAMPUS

## MIT Hired Six New Diversity Deans. Two of Them Are Serial Plagiarists, Complaint Alleges.

Aaron Sibarium
May 14, 2024

CAMPUS

## Peace in Our Time at Harvard

Washington Free Beacon Editors
May 14, 2024

CAMPUS

## Congress Launches Probe Into Groups Funding 'Pro-Hamas' Unrest on Campus

Adam Kredo
May 14, 2024

ELECTIONS

## David Trone's $62 Million Senate Campaign Implodes in Loss to Dem Challenger

Andrew Kerr
May 14, 2024

Do Not Sell or Share My Personal Information

# EXHIBIT 90

Who We Are   What We Do   How We Work   Get Involved   Donate   ···

# PALESTINE IS A CLIMATE JUSTICE ISSUE

Jan 5, 2024 | Timeline



Photo by Michael Malcom, The People's Justice Council

## Tags

brigade   canton

Caribbean

Charlottesville   cja

climate

climate justice

Climate Justice Alliance

Climate Justice Alliance is Born

Climate Justice Youth Summit

COP28   DACA

Defend DACA

Dreamers

environmental

Newsletter Sign Up

Climate justice calls upon us to wage love for people and the planet. In the name of life, freedom, and Mother Earth. Climate Justice Alliance member groups organized and participated in protests and webinars, distributed artwork, circulated the Climate Community pledge and shared a video from an anti-colonial framework to show how Climate Justice and the liberation of Palestine are connected. **Visit ClimateJusticeAlliance.org/Palestine for more info**

environmental justice

false solutions

flood    Florida

funding    Haiti

Houston

human rights

hurricane    Irma

It Takes Roots

justice

Just Recovery

Just Transition

Mississippi

National Day of

Action

nissan    our power

OurPowerPR    paris

policy    racism

recovery    relief

support    Texas

Newsletter Sign Up

The Climate Justice

Alignment Process

Begins

union

white supremacy

workers rights

## Search the blog

| | Search |
|---|---|

## Categories

Announcements

Blog Post

Build The Bigger We

Build The New

Change The Rules

Change The Story

Newsletter Sign Up

Energy

Democracy

Fight The Bad

Harvey

It Takes Roots

Just Recovery

Move The
Money

Our Power

Press Release

Puerto Rico

Sin categorizar

Timeline

Uncategorized

Youth Spotlight

## *Submit Content*

If you have
content that you

Newsletter Sign Up

think CJA would like to feature or are a member of the alliance with a story that you would like featured send an inquiry to **Info@ClimateJusticeAlliance.org.**

Newsletter Sign Up



CJA members have won significant victories against polluting and extractive industries. We are building local alternatives that center traditional ecological and cultural knowledge and create a pathway for a regenerative future.

## Who We are

About
Our Members
Our Team
Speakers Bureau

## Get Involved

Welcome
Volunteer
Events
Contact Us
Become A Member

## What We Do

Energy Democracy
Food Sovereignty
It Takes Roots
Our Power
Reinvest In Our Power

## Discover

Newsroom
Blog
Donate
Funders
Member Login

## How We Work

Fight The Bad
Change The Rules
Move The Money
Build The Bigger We
Build The New
Change The Story

## Contact

For general inquiries:
Email: Info@ClimateJusticeAlliance.org
Phone: (202) 455-8665

Follow us on Twitter @CJAOurPower

*Newsletter Signup*

Copyright CC Climate Justice Alliance. All rights reserved.

*Site Map* | *Site Feedback*

Newsletter Sign Up

Designed by **Story 2**

Newsletter Sign Up

# EXHIBIT 91

*Sub Menu*

# *FREE PALESTINE*

## *is a climate justice issue*

Newsletter Sign Up

Sub Menu

## *The path to climate justice travels through a free Palestine*

*Together with Movement Generation and Survival Media Agency, Climate Justice Alliance created a short **video** that uses an anti-colonial framework to show how Climate Justice and the liberation of Palestine are connected.*



The path to climate justice travels through a free Palestine

Climate Justice Alliance

02:16

Our hope in creating this new resource is to mobilize additional sectors of the climate movement for the fight to free Palestine, and to begin to shift the politics of the mainstream climate movement from carbon fundamentalism to climate justice.

Newsletter Sign Up

5/28/24, 10:... Case 2:23-cv-00692-JDC-TPL    Document 60-1    Free Palestine - Climate Justice Alliance    Filed 05/28/24    Page 30 of 52 PageID #: 3243

*Sub Menu*

*Share this video on Instagram*

*Share this video on Twitter/X*

*Share this video oin Facebook*

Climate Justice Alliance member groups are taking action in solidarity with Palestine.

Newsletter Sign Up

# EXHIBIT 92

**POLITICO**

   

NATIONAL

## Pro-Palestinian protesters are backed by a surprising source: Biden's biggest donors

Some of the most outspoken groups against Biden and Israel get funding from foundations attached to some of the biggest names in Democratic circles.

**POLITICO**








About 40 students at Washburn University stage a protest expressing support for Palestinians in Gaza and calling for a cease-fire in the war there on May 3, 2024, in Topeka, Kansas. | John Hanna/AP

By **SHIA KAPOS**
05/05/2024 07:00 AM EDT

**POLITICO**    

President Joe Biden has been dogged for months by pro-Palestinian protesters calling him "Genocide Joe" — but some of the groups behind the demonstrations receive financial backing from philanthropists pushing hard for his reelection.

The donors include some of the biggest names in Democratic circles: Soros, Rockefeller and Pritzker, according to a POLITICO analysis.

Advertisement




Soros declined to comment, but a spokesperson with the Open Society Foundations, of which Soros is the founder and chairman, said in a statement that it "has funded a broad spectrum of US groups that have advocated for the rights of Palestinians and Israelis and for peaceful resolution to the conflict in Israel." The Bill and Melinda Gates Foundation, which has previously funded the Tides Foundation and other groups, said it no longer has active grants to Tides. It also does not support Jewish Voice for Peace or IfNotNow.

Another notable Democratic donor whose philanthropy has helped fund the protest movement is David Rockefeller Jr., who sits on the board of the Rockefeller Brothers Fund. It has given nearly $500,000 directly to Jewish Voice for Peace, which explicitly describes itself as anti-Zionist, over the past five years. Rockefeller Brothers has separately given grants to both the Tides Foundation and the Tides Center.

POLITICO



— and supporters of Biden and numerous Democratic campaigns, including $6,600 to the Biden Victory Fund a few months ago and more than $300,000 during the 2020 campaign.

The trail of donations shows a series of blurred lines when it comes to liberal causes and Democratic politics. The money is sometimes, but not always, directed toward specific issues — even if it is, it contributes to an organization's larger pool of funds, which could go toward opposing causes. Often, missions between the donors and nonprofits are aligned, but they also sometimes have different and — particularly when it comes to Gaza — conflicting agendas and tactics. And a small group of wealthy heavyweights are often playing an outsize role funding many of them.

But as protester tactics have grown more intense, like taking over university buildings and shouting antisemitic remarks, the groups behind them are now

**POLITICO**



Why [is the Rockefeller Fund] giving significant grants to Jewish Voice for Peace, [which] blamed the horrific Oct. 7 attacks on Israel and the United States rather than Hamas?" said Elisha Wiesel, a Democratic donor who chairs

AD

Jewish Voice for Peace, which did not return a request for comment, has been a leader in disruptive protests against Biden, including shouting "genocide supporter" at his glitzy fundraiser at Radio City Music Hall in New York in March. It protests on campuses across the country, and its statement immediately following the Oct. 7 attacks said that "the source of all this violence" was "Israeli apartheid and occupation — and United States complicity in that oppression."

**POLITICO**



that isn't involved in granular, day-to-day management of an activist group's work. In a statement to POLITICO, the Rockefeller Brothers Fund noted it cannot support political activity or campaigns and is not involved in the personal political giving of trustees.

"Our grantees in all three portfolios support a broad range of policy ideas—some align with the Biden administration's agenda and others conflict. This complexity is part and parcel of our nonpartisan work," said Sarah Edkins, the fund's communications director, in a statement.

Some advisers to left-leaning causes say that's just part of the way things work when it comes to philanthropic giving.

"There may be times where a donor may give to an organization or candidate that sometimes does something that clashes with their personal view," said Kevin Conlon, who has been a bundler for Biden as well as for Democratic presidential candidates Hillary Clinton and Barack Obama, and now advises nonprofits.

Still, some donors say they feel conflicted as they watch the protests unfold.

"We're hearing from folks who want to make sure that their dollars aren't supporting people who are supporting Hamas and shouting antisemitic things," said Daniel Goldwin, public affairs executive director of the Jewish United Fund in Chicago, which issues grants to small local nonprofits and to larger national nonprofits. "If it's an organization they've been giving to for a long time, we encourage them to call and communicate their concerns."

**POLITICO**



As Israel faces increasing criticism from around the world amid the high numbers of civilian casualties in Gaza, demonstrations in the United States are only growing more intense. Those at Columbia University, in particular, have emerged as a thorn in the side of Biden, who finally weighed in on them on Thursday.

"Destroying property is not a peaceful protest, it's against the law," Biden said. "Vandalism, trespassing, breaking windows, shutting down campuses, forcing the cancellation of classes and graduation, none of this is a peaceful protest."

Some Democrats are downplaying the protests as a problem for Biden.

AD

**POLITICO**



"Elections aren't determined on foreign policy issues," said Jill Zipin, co-founder and chair of Democratic Jewish Outreach Pennsylvania, a political action committee that works to elect Democrats in Pennsylvania. "The protest movement and the encampments probably won't be an issue in November, but it's really hard to say because things can change quickly."

The liability for Biden could be more pronounced if the protests continue throughout the summer and fall, as the election draws closer.

"If it continues through November, then yes, it's likely to be more salient," said Omar Wasow, a scholar who studies protest movements and their political effects. "And if it somehow winds down, you see Americans don't care a lot about foreign policy, and it's likely to not to play out in the election."

Many of the nonprofits that receive grants that are now involved in the protests also have missions that are mostly unrelated to foreign policy. But as the

**POLITICO**



"A lot of our members are supporting actions that are trying to hold Biden accountable, which is not the same thing as opposing Biden. It's saying we desperately don't want the alternative," said Barni Qaasim, a spokesperson for Solidaire Action, a group that funds social justice movements.

Solidaire has received financial support from the Pritzkers, who also founded the Libra Foundation, which funds smaller nonprofits that address criminal justice, environmental and gender justice issues. Susan Pritzker declined to comment for this story. Some of the groups funded by Libra have also been involved in protests against Israel's response to the Oct. 7 attack by Hamas.

For instance, The Climate Justice Alliance took part in pro-Palestinian marches that have used the phrase "Genocide Joe." Black Organizing for Leadership and Dignity, another group backed by the Libra Foundation, promotes pro-Palestinian demonstrations on its website. And a third, the Immigrant Defense Project, was part of a protest in Washington that saw 13 activists arrested by Capitol police after demanding a permanent cease-fire in Gaza.

The Tides Foundation, funded by the Prizkers, has also supported the Adalah Justice Project, which has also been part of protests at Columbia University. The group wrote on X, formerly Twitter, that "universities are hedge funds, deeply embedded with weapons manufacturers." Tides also supports Palestine Legal, a legal defense fund that is offers legal assistance to "students mobilizing

Advertisement

**POLITICO**



The Tides Foundation issued a statement about funding groups that protest, saying it is "committed to advancing social justice," adding that its "community of fiscally sponsored projects, donors, and grantees represent a wide range of perspectives on what social justice looks like."

Palestine Legal has been a fiscally sponsored project of the Tides Center since 2013, and Adalah Justice Project since 2016, according to a spokesperson. Jewish Voice for Peace and IfNotNow "are grantee partners."

Some donors may use this moment to reevaluate where their money goes, something that Conlon, the Democratic bundler, acknowledged.

"They might be less inclined to give [in the future] if they feel strongly about it. Inevitably, there will be conflicts," he said. "You're not going to sync perfectly all the time."

*CORRECTION: An earlier version of this report misstated that The Bill and Melinda Gates Foundation seeds the Tides Foundation's work. It no longer has active grants to Tides. It also said POLITICO contacted Gates. POLITICO contacted an agency that has represented the Gates Foundation but did not reach out directly to Gates. It said IfNotNow was one of two of the main organizations behind the protests. IfNotNow is supporting protests, but students are leading them. And it misstated the year Rockefeller Brothers Fund donated to Tides and that the donations to Jewish Voice for Peace went through an intermediary. The donations to Tides took place prior to 2022, and the Fund directly contributed to Jewish Voice for Peace.*

**FILED UNDER:** JOE BIDEN, ISRAELI-PALESTINIAN CONFLICT, PROTESTS, PROTESTERS, ⋯

POLITICO



## Playbook

The unofficial guide to official Washington, every morning and weekday afternoons.



**EMAIL**

Your Email

**EMPLOYER**

Employer

**JOB TITLE**

Job Title

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SIGN UP

SPONSORED CONTENT

Recommended by 



**Emmanuel Macron's urgent message for Europe**

The Economist



**Guess Who's Coming to Elon's Dinner**

A secret billionaire summit in Hollywood presages a major political realignment as Silicon Valley money...

Puck



**The Most Expensive Classic American Cars Of All Time, Ranked In Order**

YourBump

**POLITICO**










[Photos] Gone, But Not Forgotten: List of 13 Iconic Celebrities We've Lost in...

Show Snob



[Photos] Se Divorció De Tawny Kitaen Tres Días Después De Su Matrimonio...

Show Snob

[Photos] 25 Shameless Yet Hilarious Vintage Ads That Were Once Socially Acceptable

Show Snob



[Photos] A Pose Pa Unknown Goodes



[Photos] Israeli Man Are Reasoned

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Print Subscriptions

POLITICO



RSS

Site Map

Terms of Service

Privacy Policy

_____

© 2024 POLITICO LLC

# EXHIBIT 93

73°                                                                                                    SIGN UP



**WEST VIRGINIA POLITICS**

## Taxpayer money went to pro-Hamas group because of Inflation Reduction Act, Capito says

by: Alexandra Weaver
Posted: May 22, 2024 / 11:02 AM EDT
Updated: May 22, 2024 / 11:02 AM EDT

SHARE     

WASHINGTON, D.C. (WBOY) — U.S. Senator Shelley Moore Capito (R-WV) is drawing attention to oversight findings that $50 million in taxpayer funding went to a group that engages in "pro-Hamas" activities through the Inflation Reduction Act (IRA).

Fellow West Virginia Sen. Joe Manchin (D) worked closely with Sen. Maj. Leader Chuck Schumer (D-NY) to create the IRA back in July 2022. The nonpartisan Congressional Budget Office did not believe that the IRA was going to have an impact on inflation when it was passed, but the bill did include investments in green energy. Last year, Manchin criticized the implementation of his bill.

On Tuesday, Capito said one of her staffers discovered that in December, the Environmental Protection Agency awarded a $50 million grant through the IRA to a group called the Climate Justice Alliance, which Capito said "engages in pro-Hamas, anti-Israel, and anti-Semitic activities."

✕



U.S. Senator Shelley Moore Capito (R-WV) holds up images that her staffers found on the Climate Justice Alliance's website.

"If you dig deeper [on their website] they want to defund the police, defund the military, either them—or their affiliates—want to have very radical, drastic initiatives that I think are anti-American," Capito said. "And they certainly are anti-Israel and anti-Semitic."

ADVERTISING



○ Replay

○ Learn more

Capito questioned if the Climate Justice Alliance would really be cleaning up the environment, or funding things like recent protests.

ADVERTISEMENT

READ NEXT >

**Mary Lou Retton addresses backlash to daughters' crowdfund, 'Everybody's got an opinion'**

READ NEXT >

**Next story in 5**                                    Cancel

# EXHIBIT 94

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For
non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/inflation-reduction-act-climate-justice-alliance-taxpayer-dollars-epa-palestine-4c345171

**OPINION**   REVIEW & OUTLOOK   Follow

# The Radicals Getting Your Tax Money

The EPA awards $50 million to a group that says Palestine is a 'climate justice issue.'

By **The Editorial Board**   Follow

May 23, 2024 6:08 pm ET



Demonstrators march down Pennsylvania Avenue during a People's Climate March PHOTO: ROBIN LOZNAK/ZUMA PRESS

The Biden Administration is showering far and wide more than $1 trillion in climate largesse from the Inflation Reduction Act (IRA). Still, who could have thought that taxpayer funds would flow to a left-wing group that thinks "climate justice" involves everything from freeing Palestine to dismantling capitalism?

That's the discovery made by West Virginia Sen. Shelley Moore Capito's office. Democrats appropriated $3 billion in the IRA to the Environmental Protection Agency for "environmental justice" grants, including $600 million for a "national grantmaker" program. In December the EPA awarded $50 million to Climate Justice Alliance, a network of nearly 90 affiliates, which plans to use the

money to "resource community-based organizations (CBOs) to address past, current, and future environmental health and justice challenges."

What else does Climate Justice Alliance do? Last November it helped to coordinate a "March on Washington," where protesters waved the banner "Free Palestine Is a Climate Justice Issue." Other slogans included "Our Government Funds Palestinian Genocide" and "Only Socialist Revolution Can Stop World War III."

The group's website includes a "Free Palestine" section, with a video that uses "an anti-colonial framework to show how Climate Justice and the liberation of Palestine are connected." It doesn't disappoint. "Climate change did not begin with the burning of fossil fuels," the narrator says. "It began with settler colonialism, imperialism and extractivism." He asks viewers "to demand that we cut military funding to Israel and begin the process of demilitarization, so that we can all be free."

Climate Justice Alliance's website also offers a collection of anti-Israel art "that you are invited to use for Palestine solidarity protest actions." One shows a bulldozer tearing down an Israeli fence. Another has a man waving a Palestinian flag standing atop a tank, with the quotation: "Where there is oppression, there will be resistance." That line is attributed to Assata Shakur, who fled the U.S. to Cuba after being convicted of murdering a New Jersey state trooper in 1973. A third poster says: "Abolish Prisons Everywhere."

The group has echoed calls to shut down Immigration and Customs Enforcement, or ICE, such as in a 2020 blog post. "Why is it important, as we figure out how to stop contributing to climate change and how to adapt to climate change, to also figure out how to abolish ICE or dismantle racist institutions?" it asks. "The key is, they all work together to support this broken system and the status quo."

In disbursing the EPA's $50 million, Climate Justice Alliance plans to work with the NDN Collective. That group published a manifesto in 2022 that argues: "We should not treat the struggles we face against zionism, white supremacy, and imperialism as separate from one another, because they act as one to oppress and eliminate us."

Climate Justice Alliance has a member called Grassroots Global Justice Alliance.
It includes a working group called DemilitaRISE, which aims to "move resources
away from police, prisons, the Pentagon, and war, and invest in Black, Brown,
and Indigenous-led restorative justice, reparations, community leadership, and
collective healing."

A Global Justice Alliance video of a 2022 protest at the United Nations COP27
climate confab shows a sign saying, "Militarism is the #1 polluter, killer,
colonizer." A speaker argued the military "is the avenue through which
indigenous peoples are dehumanized," and it protects "capitalism and
colonialism, and capitalism and colonialism cause climate change."

In other words, banishing fossil fuels won't be enough to arrest rising
temperatures and sea levels. Israel, the military, the police, immigration
enforcement, prisons, and capitalism all will have to go, too. The EPA is funding
radicals whose aim is to sow division and dismantle U.S. institutions.

***

Climate Justice Alliance's website says that "more than $3 trillion will move
through federal agencies" from the IRA and Congress's 2021 infrastructure law,
and "now is the time for grassroots organizations to influence the direction of,
and step into governance of, these monies." It's no surprise that radicals are
trying to get the money, but it's disturbing that the Administration would give it
to them.

The charitable explanation is that the Biden Administration, in its rush to hand
out taxpayers dollars, isn't scrutinizing the recipients. More worrisome is the
idea that federal officials might agree with them.

*Appeared in the May 24, 2024, print edition as 'The Radicals Getting Tax Money'.*

## Buy Side from WSJ

Expert recommendations on products and services, independent from The Wall Street Journal newsroom.



**PERSONAL FINANCE**

### With This App, I Saved $5,000 Without Even Thinking About It



**SHOPPING HOLIDAYS**

### 84 Memorial Day Sales to Shop Right Now



**STYLE**

### The Best Walking Sandals to Add to Your Wardrobe This Summer



**GIFTS**

### 17 Best Gifts for a First-Time Dad



**WELLNESS**

### The 21 Best Mineral Sunscreens Derms Want You to Know About



**SHOPPING HOLIDAYS**

### Here's What Buy Side Staffers Are Shopping This Memorial Day