UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA | CASE NO. 2:23-CV-00692 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| U S ENVIRONMENTAL PROTECTION AGENCY ET AL | MAGISTRATE JUDGE LEBLANC |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date, and for the reasons stated in the Memorandum Ruling of January 23, 2024[1] and Judgment,[2]

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of the State of Louisiana on Counts III, IV, V and VI of the Complaint. Counts I, II, and VII are DISMISSED without prejudice in favor of Defendants.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court **GRANTS** in favor of the State of Louisiana a permanent injunction and hereby permanently enjoins Defendants, the United States Environmental Agency; Michael S. Regan in his official capacity as Administrator of the EPA; the Director of the EPA's Office of External Civil Rights Compliance; the United States Department of Justice; and Merrick Garland in his official capacity as Attorney General of the United States of America from:

---

[1] Doc. 48.
[2] Doc. 49.

(A) Enforcing the Title VI disparate-impact requirements contained in 40 C.F.R. § 7.35(b), (c) and 28 C.F.R. § 42.104(b)(2) against any entity in the State of Louisiana, or requiring compliance with those requirements as a condition of past, existing, or future awards of financial assistance to any entity in the State of Louisiana; and

(B) Enforcing against any entity in the State of Louisiana any EPA disparate-impact requirement under Title VI or cumulative-impact-analysis requirement under Title VI that has not been ratified by the President pursuant to 42 U.S.C. § 2000d-1 and is not contained in the EPA regulations implementing Title VI within 40 C.F.R. Part 7.

**THUS DONE AND SIGNED** in Chambers on this 22nd day of August, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE