IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Liz Murrill,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00692 |

**STATE'S RULE 59(E) MOTION TO AMEND THE JUDGMENT**

The States of Louisiana, by and through its Attorney General, Liz Murrill (the "State"), respectfully moves under Federal Rule of Civil Procedure 59(e) to amend the judgment entered by this Court on August 22, 2024 by vacating the challenged regulations. 40 C.F.R. § 7.35(b), (c) and 28 C.F.R. § 42.104(b)(2), in so far as they authorize disparate-impact liability.

This Motion is made on the grounds specified in the accompanying Memorandum of Law

Dated:  September 19, 2024

Respectfully submitted,

By: /s/ Tracy Short

DREW C. ENSIGN *
  Special Assistant Solicitor General
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email:  densign@ holtzmanvogel.com

TRACY SHORT (La #23940)
  Assistant Chief Deputy Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 326-6705
shortt@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

* *pro hac vice application granted*

1