IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Liz Murrill, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> Defendants. | Civil Action No. 2:23-cv-00692 |

## **[Proposed] Order**

The Court has considered the State's Rule 59(e) motion to amend the Court's August 22, 2024 judgment. The motion is GRANTED. This Court VACATES 40 C.F.R. § 7.35(b), (c) and 28 C.F.R. § 42.104(b)(2) insofar as they impose disparate-impact liability.

Signed this ____ day of _____, 2024

                                                        _____
                                                        JAMES D. CAIN, JR.
                                                    UNITED STATES DISTRICT JUDGE