UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | No. 2:23-cv-00692-JDC-KK |

## DECLARATION OF CHRISTOPHER WATKINS

Pursuant to 28 U.S.C. § 1746, I, Christopher Watkins, based upon my personal knowledge, declare the following:

1. I am the Supervisor Grants Management Officer in the United States Environmental Protection Agency's (EPA) Grants Management Section in the Grants, Acquisitions Branch, Mission Support Division, in EPA Region 6. I have held this position for five years, and I have been employed by EPA for over five years and have over 38 years Civil and Military service. I am competent to testify to the matters herein.

2. My responsibilities as the Supervisor Grants Management Officer are to oversee all administrative aspects associated with the EPA's regional grant programs. I maintain full authority over all grants and cooperative agreements in the Grants Management Section, Grants and Acquisitions Branch, Mission Support Division in Region 6, which includes the State of Louisiana.

3. As Supervisor Grants Management Officer, I am familiar with EPA's Grant Research Information Portal (GRIP). GRIP is the Agency's system for generating grant reports.

4. Between August 23, 2024, and September 19, 2024, EPA made 28 new or amended financial assistance awards to entities in Louisiana. These awards included a total of $68,103,300 to the Louisiana Department of Health (LDH) and $9,548,383 to the Louisiana Department of Environmental Quality (LDEQ).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this  3rd  day of October, 2024, in  Grand Prairie, Texas .

CHRISTOPHER WATKINS
Digitally signed by CHRISTOPHER WATKINS
Date: 2024.10.03 12:35:40 -05'00'

Christopher Watkins
Supervisor Grants Management Specialist
Grants, Acquisitions Branch
Mission Support Division
Environmental Protection Agency, Region 6