**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA** | **CASE NO. 2:23-CV-00692** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S ENVIRONMENTAL PROTECTION AGENCY ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# AMENDED JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the State's Rule 59(e) Motion to Amend the Judgment (Doc. 66) is **GRANTED** and for the reasons stated in the Court's Memorandum Ruling of January 23, 2024, and for the additional reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the State of Louisiana; 40 C.F. R. § 7.35(b). (c) and 28 C.F.R. § 42.104(b)(2) are hereby **VACATED** insofar as they impose disparate-impact liability.

**THUS DONE AND SIGNED** in chambers on this 15th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**